IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CAUSE NO.: 3:06-CV-2248-BH

PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY - 5 2008

CLERK, U.S. DISTRICT COURT
By _____
       Deputy

LICHO ESCAMILLA,             POLUNSKY UNIT, LIVINGSTON, TX

VS.
                              TDC NO. 999432

NATHANIEL QUARTERMAN,
Director of Texas Department of
Criminal Justice, Correctional
Institutions Division

## EXHIBITS

The following exhibits are submitted with this Petitioner for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254.

# EXHIBIT 26
# Volume 1



## GARY FITZSIMMONS
### DALLAS COUNTY DISTRICT CLERK

GREG ALLBRIGHT
CHIEF DEPUTY

## CERTIFICATE

THE STATE OF TEXAS

COUNTY OF DALLAS COUNTY

I, GARY FITZSIMMONS, CLERK OF THE DISTRICT COURT WITHIN AND FOR THE STATE AND COUNTY AFORESAID, DO HEREBY CERTIFY THAT AT THIS TIME OUR OFFICE IS UNABLE TO LOCATE THE FILE YOU REQUESTED, CAUSE NUMBER F97-46730, ENTITLED THE STATE OF TEXAS VS. ELIEZAR ESCAMILLA.

THE FOLLOWING CERTIFIED COPIES ARE THE ONLY DOCUMENTS IN OUR POSSESSION AT THIS TIME, GIVEN UNDER MY HAND AND SEAL OF OFFICE IN DALLAS COUNTY, TEXAS, THIS 8TH DAY OF FEBRUARY, 2008.

GARY FITZSIMMONS
DISTRICT CLERK
DALLAS COUNTY, TEXAS

BY: [signature]

FELONY RECORDS CLERK

133 N. INDUSTRIAL BLVD, LB-12   DALLAS, TEXAS  75207   (214)-653-5987
FAX (214)-653-5986    e-mail: eengebretsen@dallascounty.org
web site: www.dallascounty.org/distclerk/index.html

NO. F-9746730-L

THE STATE OF TEXAS

VS.

ELIEZAR ESCAMILLA

IN THE CRIMINAL DISTRICT
COURT 5 OF
DALLAS COUNTY, TEXAS

JUDGMENT ON PLEA OF GUILTY OR NOLO CONTENDERE BEFORE COURT
WAIVER OF JURY TRIAL

JULY TERM, A.D., 1997

JUDGE PRESIDING: MANNY ALVAREZ
DATE OF JUDGMENT: 08/01/97

ATTORNEY
FOR STATE: MARTIN MILLER

ATTORNEY
FOR DEFENDANT: NICK ZOES

OFFENSE
CONVICTED OF: MANSLAUGHTER

DEGREE: SECOND
DATE OFFENSE COMMITTED: 02/14/97

CHARGING
INSTRUMENT: INDICTMENT
PLEA: GUILTY

TERMS OF PLEA
BARGAIN (IN DETAIL): OPEN

PLEA TO ENHANCEMENT
PARAGRAPH(S): N/A

FINDINGS ON
ENHANCEMENT: N/A

FINDINGS ON
DEADLY WEAPON,
BIAS OR PREJUDICE,    NO FINDING
AND/OR
FAMILY VIOLENCE:

DATE SENTENCE
IMPOSED: 08/01/97
COSTS: YES

PUNISHMENT AND
PLACE OF         10 YEARS
CONFINEMENT: CONFINEMENT IN THE INSTITUTIONAL DIVISION   DATE TO
             OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE COMMENCE: 08/01/97
             AND A FINE OF $300.00

TIME CREDITED: 021997-080197
RESTITUTION/REPARATION: NO

CONCURRENT UNLESS OTHERWISE SPECIFIED.

PA
VOL. 400 PAGE 21

ON THIS DAY, SET FORTH ABOVE, THE ABOVE STYLED AND NUMBERED CAUSE CAME TO TRIAL. THE STATE OF TEXAS AND DEFENDANT APPEARED BY AND THROUGH THE ABOVE NAMED ATTORNEYS AND ANNOUNCED READY FOR TRIAL. DEFENDANT APPEARED IN PERSON IN OPEN COURT. WHERE DEFENDANT WAS NOT REPRESENTED BY COUNSEL, DEFENDANT KNOWINGLY, INTELLIGENTLY, AND VOLUNTARILY WAIVED THE RIGHT TO REPRESENTATION BY COUNSEL. DEFENDANT, IN PERSON AND IN WRITING IN OPEN COURT WAIVED HIS RIGHT OF TRIAL BY JURY WITH THE CONSENT AND APPROVAL OF HIS ATTORNEY, THE ATTORNEY FOR THE STATE, AND THE COURT. WHERE SHOWN ABOVE THAT THE CHARGING INSTRUMENT WAS BY INFORMATION INSTEAD OF INDICTMENT, THE DEFENDANT DID, WITH THE CONSENT AND APPROVAL OF HIS ATTORNEY WAIVE HIS RIGHT TO PROSECUTION BY INDICTMENT AND AGREE TO BE TRIED ON AN INFORMATION. ALL SUCH WAIVERS, AGREEMENTS AND CONSENTS WERE IN WRITING AND FILED IN THE PAPERS OF THIS CAUSE PRIOR TO THE DEFENDANT ENTERING HIS PLEA HEREIN. DEFENDANT WAS DULY ARRAIGNED AND IN OPEN COURT ENTERED THE ABOVE PLEA TO THE CHARGE CONTAINED IN THE CHARGING INSTRUMENT. DEFENDANT WAS ADMONISHED BY THE COURT OF THE CONSEQUENCES OF THE SAID PLEA AND DEFENDANT PERSISTED IN ENTERING SAID PLEA, AND IT PLAINLY APPEARING TO THE COURT THAT DEFENDANT IS MENTALLY COMPETENT AND SAID PLEA IS FREE AND VOLUNTARY THE SAID PLEA WAS ACCEPTED BY THE COURT AND IS NOW ENTERED OF RECORD AS THE PLEA HEREIN OF DEFENDANT. DEFENDANT IN OPEN COURT, IN WRITING HAVING WAIVED THE READING OF THE CHARGING INSTRUMENT, THE APPEARANCE, CONFRONTATION, AND CROSS-EXAMINATION OF WITNESSES, AND AGREED THAT THE EVIDENCE MAY BE BY STIPULATION, CONSENTED TO THE INTRODUCTION OF TESTIMONY ORALLY, BY JUDICIAL CONFESSIONS, BY AFFIDAVITS, WRITTEN STATEMENTS OF WITNESSES AND ANY OTHER DOCUMENTARY EVIDENCE. SUCH WAIVER AND CONSENT HAVING BEEN APPROVED BY THE COURT IN WRITING AND FILED IN THE PAPERS OF THE CAUSE. THE COURT HAVING HEARD DEFENDANT'S WAIVER OF THE READING OF THE CHARGING INSTRUMENT, AS SHOWN ABOVE, DEFENDANT'S PLEA THERETO, THE EVIDENCE SUBMITTED, AND THE ARGUMENT OF COUNSEL, IS OF THE OPINION FROM THE EVIDENCE SUBMITTED THAT DEFENDANT IS GUILTY OF THE OFFENSE AS SHOWN ABOVE AND THAT THE OFFENSE WAS COMMITTED BY SAID DEFENDANT ON THE DATE SET FORTH ABOVE. THE COURT FURTHER MAKES IT FINDINGS AS TO DEADLY WEAPON, FAMILY VIOLENCE, BIAS OR PREJUDICE, RESTITUTION OR REPARATION AS SET FORTH ABOVE.

AND WHEN SHOWN ABOVE THAT THE CHARGING INSTRUMENT CONTAINS ENHANCEMENT PARAGRAPH(S), WHICH WERE NOT WAIVED OR DISMISSED, THE COURT, AFTER HEARING THE DEFENDANT'S PLEA TO SAID PARAGRAPH(S), AS SET OUT ABOVE AND AFTER HEARING FURTHER EVIDENCE ON THE ISSUE OF PUNISHMENT, MAKES ITS FINDING AS SET OUT ABOVE. IF TRUE, THE COURT IS OF THE OPINION AND FINDS DEFENDANT HAS BEEN HERETOFORE CONVICTED OF SAID OFFENSE(S) ALLEGED IN THE SAID ENHANCEMENT PARAGRAPH(S) AS MAY BE SHOWN ABOVE.

AND WHEN SHOWN ABOVE THAT THERE WAS A PLEA BARGAIN AGREEMENT, THE DEFENDANT WAS INFORMED AS TO WHETHER THE COURT WOULD FOLLOW OR REJECT SUCH AGREEMENT AND IF THE COURT REJECTED SUCH AGREEMENT THE DEFENDANT WAS GIVEN AN OPPORTUNITY TO WITHDRAW HIS PLEA PRIOR TO ANY FINDING ON THE PLEA.

WHEN IT IS SHOWN ABOVE THAT RESTITUTION HAS BEEN ORDERED BUT, THE COURT DETERMINES THAT THE INCLUSION OF THE VICTIM'S NAME AND ADDRESS IN THE JUDGMENT IS NOT IN THE BEST INTEREST OF THE VICTIM, THE PERSON OR AGENCY WHOSE NAME AND ADDRESS IS SET OUT IN THIS JUDGEMENT WILL ACCEPT AND FORWARD THE RESTITUTION PAYMENTS TO THE VICTIM.

AND WHEN IT IS SHOWN BELOW THAT PAYMENT OF THE COSTS OF LEGAL SERVICES PROVIDED TO THE DEFENDANT IN THIS CAUSE HAS BEEN ORDERED, THE COURT FINDS THAT THE DEFENDANT HAS THE FINANCIAL RESOURCES TO ENABLE THE DEFENDANT TO OFFSET SAID COSTS IN THE AMOUNT ORDERED.

THEREUPON THE SAID DEFENDANT WAS ASKED BY THE COURT WHETHER HE HAD ANYTHING TO SAY WHY SAID SENTENCE SHOULD NOT BE PRONOUNCED AGAINST HIM, AND HE ANSWERED NOTHING IN BAR THEREOF, AND IT APPEARING TO THE COURT THAT DEFENDANT IS MENTALLY COMPETENT AND UNDERSTANDING OF THE PROCEEDINGS;

IT IS, THEREFORE, CONSIDERED AND ORDERED BY THE COURT IN THE PRESENCE OF DEFENDANT, AND HIS ATTORNEY, THAT SAID JUDGMENT AS SET FORTH ABOVE, IS HEREBY IN ALL THINGS APPROVED AND CONFIRMED, AND THAT SAID DEFENDANT BE ADJUDGED GUILTY OF THE OFFENSE AS SHOWN ABOVE, AND THAT SAID DEFENDANT BE PUNISHED IN ACCORDANCE WITH THE PUNISHMENT SET FORTH ABOVE, AND DEFENDANT IS SENTENCED TO A TERM OF IMPRISONMENT OR FINE OR BOTH, AS SET FORTH ABOVE, AND DEFENDANT SHALL BE DELIVERED BY THE SHERIFF TO THE DIRECTOR OF THE INSTITUTIONAL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE, OR OTHER

NO F-9746730-L

IS HEREBY LEGALLY AUTHORIZED TO RECEIVE SUCH CONVICTS FOR THE PUNISHMENT ASSESSED HEREIN, AND SAID DEFENDANT SHALL BE CONFINED FOR THE ABOVE-NAMED TERM IN ACCORDANCE WITH THE PROVISIONS OF LAW GOVERNING SUCH PUNISHMENTS. IT IS FURTHER ORDERED THAT THE DEFENDANT PAY THE FINE, COURT COST, COSTS AND EXPENSES OF LEGAL SERVICE PROVIDED BY THE COURT APPOINTED ATTORNEY IN THIS CAUSE, IF ANY, AND RESTITUTION OR REPARATION, AS SET FORTH HEREIN.

DEFENDANT IS HEREBY ORDERED REMANDED TO JAIL UNTIL SAID SHERIFF CAN OBEY THE DIRECTIONS OF THIS JUDGMENT.

FOLLOWING THE DISPOSITION OF THIS CAUSE THE DEFENDANT'S FINGERPRINT WAS, IN OPEN COURT, PLACED UPON A CERTIFICATE OF FINGERPRINT. SAID CERTIFICATE IS ATTACHED HERETO AND IS INCORPORATED BY REFERENCE AS A PART OF THIS JUDGMENT.

WHEN REQUIRED, A PRESENTENCE INVESTIGATION WAS CONDUCTED IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF LAW.

\*\* NO VICTIM IMPACT STATEMENT HAS BEEN RECEIVED BY THE COURT \*\*

COURT COSTS IN THE AMOUNT OF $126.50

*[signature]*

---
JUDGE PRESIDING

**JUDGMENT**
**CERTIFICATE OF THUMBPRINT**

CAUSE NO. _f9746730_

THE STATE OF TEXAS

vs

_Estamilla, Eliezar_

IN THE _Crim_
DISTRICT COURT _#5_
DALLAS COUNTY, TEXAS





Right Thumb*

Defendant's _Rt_ hand

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN COURT THIS _1_ DAY OF _August_, 19_97_.

_Burno #416_
BAILIFF/DEPUTY SHERIFF

*Indicate here if print other than defendant's right thumbprint is placed in box:

☐ left thumbprint   ☐ left/right index finger

☐ other, _____

NO. CR- 113,938-A

**JUDGMENT AND SENTENCE**

Vol 0279 P 0153

THE STATE OF TEXAS

VS Alfredo Rivera Hinojosa

COUNTY COURT AT LAW # ONE
HIDALGO COUNTY, TEXAS
JULY, TERM A.D. 1993

'93 NOV 2 PM 1 28

WILLIAM R LEO
HIDALGO COUNTY, TEXAS

On the 2nd day of November, A.D. 1993, this cause was called for trial and the state appeared by her Criminal District Attorney, and the defendant, appeared in person and with his/her attorney, __waived__. (The defendant appeared in person, not represented by counsel, and the defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel.) Both parties announced ready for trial, and said defendant in open Court, in person, pleaded guilty to the charge in the Complaint and Information. Thereupon, said Defendant was admonished by the Court of the consequences of said plea, and said Defendant persisted in pleading guilty, and it plainly appearing to the court that said Defendant is same and that he/she is uninfluenced in making said plea by any consideration of fear, or by any persuasion or delusive hope of pardon, prompting his/her to confess his/her guilt, the plea of guilty is by the Court received and here now entered of record upon the Minutes of the Court. Thereupon, Defendant requested the consent and approval of the Court to waive the right of a trial by a jury, and the Court announced its consent and approval for said Defendant to waive the right of a trial by a jury.

Thereupon, Defendant proceeded to trial before the Court, who having heard and considered the pleadings and evidence offered, is of the opinion therefrom that the Defendant is guilty of the offense of __Possession of Marihuana (U/2oz)__ which was committed on __August 4__, 1993, as charged in the Complaint and Information herein and as confessed by him/her in said plea of guilty.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED by the Court that the State of Texas do have and recover of and from said Defendant the said fine of $ __300__.00 and all costs in this prosecution expended, and execution may issue against the property of said Defendant for the amount of such fine and costs, and said Defendant being now present in court, be and (s)he is hereby committed to the custody of the Sheriff of Hidalgo County, Texas, who shall forthwith confine him/her in the Hidalgo County Jail for a term of __10__ days from this date, and until said fine and costs are fully paid, or otherwise satisfied by such jail confinement at the rate of $50.00 for each such day or fraction thereof served. Defendant is given credit for TIME spent in jail to apply on entire sentence.

IT IS FURTHER ORDERED that the Texas Driver's License to operate a motor vehicle in the State is hereby suspended for _____ DAYS; commencing today. (This paragraph does not apply if left blank.)

Whereupon Defendant accepted sentence, waived appeal and the Court sentenced Defendant to be fined in the amount as stated above, to confinement in the County Jail for a term as stated hereinabove and the Texas Driver's License suspended as stated hereinabove. Defendant is given credit for time spent in Jail to apply ~~on the entire~~ sentence.

This sentence to be served on consecutive week-ends (each such week-end to begin at ____ a.m. on _____, and end at ____ p.m. on the following _____ beginning on _____, 19___. (This paragraph does not apply if left blank.)

Signed and Entered on __November 2__, 19_93_.

Credit for 21 days H/CJ.

PRESIDING JUDGE, RODOLFO DELGADO
HIDALGO COUNTY, TEXAS

(Defendant's Index finger)

A TRUE COPY I CERTIFY
ARTURO GUAJARDO JR.
COUNTY CLERK
HIDALGO COUNTY, TEXAS

ENDORSEMENTS: NO. CR- 113,938-A COUNTY COURT AT LAW NO. 1 HIDALGO COUNTY, TEXAS
STATE OF TEXAS VS. Alfredo Rivera Hinojosa. FINAL JUDGMENT. FILED 11-2-93
William R Leo, CLERK, COUNTY COURT AT LAW NO. 1 HIDALGO COUNTY, TEXAS
BY _____ DEPUTY

| Docket No. | | Case No. 93 08 045 |
|---|---|---|
| Page # | **Mercedes Police Department** | B# 93 718 |
| | **Arrest Record** | File # |

| Name | Alfredo Hinojosa | | | | | | | Alias: | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Address | 1242 S. Georgia     Mercedes, TX | | | | | | | Phone 514-1217 | Date: 8/05/93 | |
| Occupation | | Social Security No. 459 06 5365 | | | D.L. No. And State | | | | Time: 4:45 AM | |
| Age 31 | Race W | Sex M | Eyes Brn | Hair Blk | Hgt. 5'4" | Wt. 150 | DOB 9/21/61 | Place of Birth Belvedere, ILL | Marks/Tattoos both arms/body | |
| Offense POSSESSION OF MARIHUANA u/2 ounces | | | | | | | | Where Committed P.D. Booking room | | |
| Where Arrested P.D. Booking room | | | | | | | | How Arrest Made  ( ) Sight  ( ) Warrant  ( ) SPA  ( ) Other | | |
| Complainant: State of Texas | | | Address c/o Mercedes Police Dept. | | | | | | Phone 565-3102 | |
| Witness: E. Trevino | | | Address " | | | | | | Phone | |
| Witness: | | | Address | | | | | | Phone | |

Vehicle Impounded:
Year:    Make:    Model:    Lic.:    Where:

| Property Taken: 1.27 change; blue wallet; book of matches; white handkerchief; brown belt; $10.00. | By: E. Trevino |
|---|---|
| | Bag No. L 10 p/bag |

| Property Returned: Date: 8/06/93   Time: 5:45 PM by: J. Vazquez | Prisoner's Signature: |
|---|---|
| Prisoner Released Date: 8/06/93   Time: 5:45 PM by: J. Vazquez | Disposition |

Synopsis: (use back if needed)

On this date and time, I arrested Alfredo Hinojosa for Possession of Marihuana under 2 ounces. The marihuana was tagged with evidence tag #2294.

Rt. Index

| Arresting Officer:   E. Trevino | Approved: |
|---|---|

MPDF-407

Mercedes Public Safety Dept.          Crime\Incident Report
MERCEDES, TX  78570

| Crime<br>481.121 CS POSSESSION OF MARIHUANA | Memo<br>UNDER 2 OUNCES | Classification<br>AO  ALCOHOL/DRUG LAWS | Case No.<br>9308045 |
|---|---|---|---|
| Date & Time Occurred<br>08/05/93- / /   445 | Location of Occurrence<br>323 OHIO ST S | Area   Rcvd  Disp  Arvd  End<br>       0342  0344        0551 | Page #<br>1 |

| Reporting Person   Last,First,MI<br>TREVINO, EDUARDO | Residence Address | Res. Phone<br>( )   - |
|---|---|---|
| Occupation<br>POLICE OFFICER | Business Address<br>323 OHIO ST S MERCEDES, TX 78570 | Bus. Phone<br>(210) 565-3102 |

| Witness   Last,First,MI<br>VEGA, JOHN | Residence Address | Res. Phone<br>( )   - |
|---|---|---|
| Occupation<br>POLICE OFFICER | Business Address<br>323 OHIO S MERCEDES, TX 78570 | Bus. Phone<br>(210) 565-3102 |

| Race | Sex | Age | Ht. | Wt. | Hair | Eyes | Comp | Scars\Marks | DOB<br>- - | Soc. Sec.<br>- - | DL | Dispo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Offender   Last,First,MI<br>HINOJOSA, ALFREDO | Residence Address<br>1242 GEORGIA ST S MERCEDES, TX 78570 | Res. Phone<br>(210) 565-1217 |
|---|---|---|
| Occupation | Business Address | Bus. Phone |

| Race | Sex | Age | Ht. | Wt. | Hair | Eyes | Comp | Scars\Marks | DOB | Soc. Sec. | DL | Dispo |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hispanic | M | 31 | 504 | 150 | BLK | BRN | DARK | HANDICAPPED | 09-21-61 | 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 | | MMB |

| Property | Type | Item # | Qt | NCIC # | Brand | Color | Model | Serial # | Value | Store |
|---|---|---|---|---|---|---|---|---|---|---|
| | Evidence | | 1 | | | | | | $ 0.00 | T#2294 |
| Description: STAR'S RESTAURANT RECEIPT CONTAINING GREEN LEAFY SUBSTANCE (MARIHUANA) ||||||||||| |

Stolen $  0.00          Recovered $  0.00

**Summary**
   On above date and time, I arrested above named subject for possession of marihuana under 2 ounces.  The marihuana was tagged with evidence tag #2294 and placed in locker #2.

| Reporting Officer<br>T5772  TREVINO,EDUARDO | Date & Time Report<br>08/05/93  445 | Reviewed by & date<br>                / / |
|---|---|---|

Copies to:

MERCEDES POLICE DEPARTMENT                    SUPPLEMENTARY REPORT
C#93/08/045         POSSESSION OF MARIHUANA U/2 OUNCES

   On Thursday, 08/05/93 about 4:45 am, I was booking in Alfredo Hinojosa for a parole violation warrant out of county. As I was taking inventory of his property, I saw him pull out a small bulky yellow rolled up piece of paper from his left rear pant pocket. He looked at it, looked at me and then threw it to the floor. I went around the desk to frisk Alfredo and saw the yellow piece of paper in a bucket under the sink. I patted Alfredo down and placed him in the southwest cell. I went back and picked up the piece of paper. The paper turned out to be the yellow copy of a Harlingen Star's drive-in receipt which contained a green leafy substance which I believed to be marijuana. I then charged Alfredo with possession of marijuana under 2 ounces. The marijuana was tagged with evidence tag # 2294 and placed in locker #2.


page 1 of 1                                  Off. E. Trevino, 8/05/93



JUDGMENT AND SENTENCE

NO. CR- 106,414-A

THE STATE OF TEXAS

VS Alfredo Rivera Hinojosa

'92 OCT 21 PM 3:19

COUNTY COURT AT LAW # ONE
HIDALGO COUNTY, TEXAS
JULY TERM A.D. 1992

WILLIAM BILLY LEO
CLERK
HIDALGO COUNTY, TEXAS

On the 20th day of October, A.D. 1992 this cause was called for trial and the state appeared by her Criminal District Attorney, and the defendant, appeared in person and with his/her attorney, Was Waived. (The defendant appeared in person, not represented by counsel, and the defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel.) Both parties announced ready for trial, and said defendant in open Court, in person, pleaded guilty to the charge in the Complaint and Information. Thereupon, said Defendant was admonished by the Court of the consequences of said plea, and said Defendant persisted in pleading guilty, and it plainly appearing to the court that said Defendant is same and that he/she is uninfluenced in making said plea by any consideration of fear, or by any persuasion or delusive hope of pardon, prompting his/her to confess his/her guilt, the plea of guilty is by the Court received and here now entered of record upon the Minutes of the Court. Thereupon, Defendant requested the consent and approval of the Court to waive the right of a trial by a jury, and the Court announced its consent and approval for said Defendant to waive the right of a trial by a jury.

Thereupon, Defendant proceeded to trial before the Court, who having heard and considered the pleadings and evidence offered, is of the opinion therefrom that the Defendant is guilty of the offense of Driving While Intoxicated which was committed on October 14, 1992 as charged in the Complaint and Information herein and as confessed by him/her in said plea of guilty.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED by the Court that the State of Texas do have and recover of and from said Defendant the said fine of $ 100.00 and all costs in this prosecution expended, and execution may issue against the property of said Defendant for the amount of such fine and costs, and said Defendant being now present in court, be and (s)he is hereby committed to the custody of the Sheriff of Hidalgo County, Texas, who shall forthwith confine him/her in the Hidalgo County Jail for a term of 3 days from this date, and until said fine and costs are fully paid, or otherwise satisfied by such jail confinement at the rate of $50.00 for each such day or fraction thereof served. Defendant is given credit for TIME spent in jail to apply on entire sentence.

IT IS FURTHER ORDERED that the Texas Driver's License to operate a motor vehicle in the State is hereby suspended for 90 DAYS; commencing today. (This paragraph does not apply if left blank.)

Whereupon Defendant accepted sentence, waived appeal and the Court sentenced Defendant to be fined in the amount as stated above, to confinement in the County Jail for a term as stated hereinabove and the Texas Driver's License suspended as stated hereinabove. Defendant is given credit for time spent in Jail to apply on the entire sentence.

This sentence to be served on consecutive week-ends (each such week-end to begin at _____ a.m. on _____, and end at _____ p.m. on the following beginning on _____, 19___. (This paragraph does not apply if left blank.)

Signed and Entered on October 20, 1992.

Credit for 8 days jail

PRESIDING JUDGE, RODOLFO DELGADO
HIDALGO COUNTY, TEXAS

(Defendant's Index finger)

ENDORSEMENTS: NO. CR- 106414-A COUNTY COURT AT LAW NO. 1 HIDALGO COUNTY, TEXAS
STATE OF TEXAS VS. Alfredo Hinojosa. FINAL JUDGMENT. FILED 10/21/92
William Billy Leo CLERK, COUNTY COURT AT LAW NO. 1 HIDALGO COUNTY, TEXAS
BY _____ DEPUTY

A TRUE COPY I CERTIFY
ARTURO GUAJARDO JR.
COUNTY CLERK

BOOKING INFORMATION

```
name: HINOJOSA, ALFREDO RIVERA                           '92 OCT 21  PM 3 19
aka:                       927924                        sex: M
aka:                                                     WILLIAM HALEY LEO
                                                         COUNTY CLERK
address: 1245 S. GEORGIA     MERCEDES      TX 78570      HIDALGO COUNTY TEXAS
phone: NON-E -                             pob:

hgt: 5'2      eye: BRN       bld: MED      usc: Y        smt: R/A TT PEA
wgt: 140      hair: BLK      cmplx: MED    ms: S

hcso: J-383-92    dps:                     dln: NONE     spn: 111538
ssn: 459065365    fbi:                     st: XX        bno: 546795

agency: MERCEDES    officers: BRIALES/              trans officer: TREVINO
arrest date/time: 101492/0318    arrest location: BUS 83 / VERMONT
particulars: DWI

cln: MIN SECURITY *** NO GANG AFFILIATION
cell:    2           tank: C
type: R    classification: 010302010299           officer: ABELARDO GUAJARDO

comm1: NOK NONE AT REQUEST
comm2: AGE 31 OCCU./ UNEMPLOYED
def cond: HAS POLIO L/ARM AND R/LEG
```

| DATE | OFFENSE | CRT NUMBER | BOND |
|------|---------|------------|------|
|      |         |            |      |

| AGENCY | OFF    | DATE   | TIME | OFFENSE | CASE#     | BOND    | LDATE | LTIME |
|--------|--------|--------|------|---------|-----------|---------|-------|-------|
| MERCED | BRIALE | 101492 | 0318 | D.W.I.  | 92-10-120 | 2000.00 |       |       |

```
booking date/time: 101492/2029          release date/time:  /
booking jailer: ABELARDO GUAJAR         release reason
jailer signature                        release authority
                                        release deputy
defendant signature                     signature rel jailer

                            release:
```

Docket No. _____      Case No. 92-10-126

# Mercedes Police Department   B# 92-709
## Arrest Record

| Name | | Alias: |
|---|---|---|
| Alfredo Hinojosa | | "Freddy" |

| Address | Phone | Date: |
|---|---|---|
| 1245 S. Georgia St. Mercedes, TX | — | 10/14/92 |

| Occupation | Social Security No. | D.L. No. And State | Time: |
|---|---|---|---|
| unemployed | 459065365 | TX 10031396 | 3:21 AM |

| Age | Race | Sex | Eyes | Hair | Hgt. | Wt. | DOB | Place of Birth | Marks-Tattoos |
|---|---|---|---|---|---|---|---|---|---|
| 31 | H | M | Br | Blk | 5'2" | 160 | 9/21/61 | Belvedere, Ill | both arms |

| Offense | Where Committed |
|---|---|
| Driving while Intoxicated | Business 83 & Vermont St. |

| Where Arrested | How Arrest Made |
|---|---|
| 100 Block S. Vermont St. | (X) Sight ( ) Warrant ( ) SPA ( ) Other |

| Complainant: | Address | Phone |
|---|---|---|
| D. Briales Jr | C/O MPD | 565-3102 |

| Witness: | Address | Phone |
|---|---|---|
| | | |

| Witness: | Address | Phone |
|---|---|---|
| | | |

**Vehicle Impounded:**
Year: 88   Make: Ford   Model: Trk   Lic.: EPM4QW   Where: Courto

**Property Taken:** currency ___, 13¢    By: DB   Bag No. 8

| Property Returned: | | | Prisoner's Signature: |
|---|---|---|---|
| Date: 10-14-92 | Time: 7:30A | by: G. Trevino 110 | Alfredo Hinojosa |

| Prisoner Released: | | | Disposition |
|---|---|---|---|
| Date: 10-14-92 | Time: 7:30A | by: G. Trevino 110 | County 2000 Bond |

**Synopsis:** (use back if needed)

I arrested Alfredo Hinojosa for Driving While Intoxicated (Refused).

Rt. Index

Arresting Officer: DB     Approved: Sgt. Hawkins

MPDF-407

## OFFICER'S RETURN

Came to the hand the _____ day of _____ A. D. 19 ___, at _____ o'clock ___ M.,

and executed the _____ day of _____ A. D. 19 ___, at _____ o'clock ___ M.,

by arresting the said _____

_____

FEES .......... $ _____
MILEAGE ...... $ _____
TOTAL ......... $ _____

_____, City of _____, Texas.

_____ Policeman
_____ City Marshal

---

No. 18-1318

THE STATE OF TEXAS
vs.
Alfredo Hinojosa

## WARRANT

Issued this 14th day of October A. D. 19 92

[signature]
Judge Municipal Court
Mercedes, Texas.

Came to-hand same day issued and executed on the _____ day of _____, 19 ___,

by arresting the said

Alfredo Hinojosa

16-4004
HART

16-4004—WARRANT OF ARREST—MUNICIPAL COURT—Class 2 (Revised 5/89)

# THE STATE OF TEXAS

COUNTY OF __Hidalgo__

CITY OF __Mercedes__

To any Peace Officer of the State of Texas

WHEREAS, on the __14th__ day of __October__, A.D. 19 __92__

Complaint under oath in writing has been made before me, charging that in said City and State, __Alfredo Hinojosa__

did commit the offense of __Driving While Intoxicated__

contrary to the statutes in such cases made and provided, and against the laws, peace, and dignity of the State[1] (and against the Ordinances of the City of _____, Texas.)

THESE ARE THEREFORE TO COMMAND YOU to arrest the said __Alfredo Hinojosa__ and immediately bring __him__ before the Judge of the Municipal Court in the City of __Mercedes__, Texas to answer said complaint.

HEREIN FAIL NOT, but due service and return make of this Writ as the law directs.

WITNESS my signature and seal of office this the __14th__ day of __October__, A.D. 19 __92__.

_____, Judge, Municipal Court, __Mercedes__, Texas.

[1] Strike if not applicable.

Hart Graphics-Austin, Texas

COMPLAINT # 81-1318

| THE STATE OF TEXAS | * | MUNICIPAL COURT |
| COUNTY OF HIDALGO | * | MERCEDES, HIDALGO COUNTY, TEXAS |

I, Juan Salinas, Jr., do solemnly swear that I have good reason to believe and charge, that heretofore, on the **14th** day of **October** A.D., **1992**, in the County of Hidalgo and State of Texas, **Alfredo Hinojosa**, hereinafter called Defendant, was then and there intoxicated while driving and operating a motor vehicle in a public place, to wit: Business 83 and Vermont St. in Mercedes, Texas.

On October 14, 1992 at 3:18 a.m. while on patrol Officer D. Briales observed a brown Ford Bronco disregard the red light at the intersection of Business 83 and Vermont St. in Mercedes, Texas. The vehicle proceeded to travel north on Vermont St. and Officer Briales activated his units emergency overheads to conduct a traffic stop on said vehicle. The vehicle bearing Florida license plates EPM-49W came to a stop at the 100 blk. S. Vermont. Officer Briales made contact with the driver who was slouched on the driver seat. the driver later identified as Alfredo Hinojosa in a very thick-tongue manner told Officer Briales that he knew he had run the red light and thats why he had stopped. Officer Briales could smell a very strong odor of alcoholic beverage emitting from his breath and could see that he was very disoriented and confused. He asked him to get out of the vehicle and he complied. Upon getting out of the vehicle Mr. Hinojosa almost fell to the ground. His balance was extremely clumsy and he had red blood shot eyes. He claimed that he had polio as he swayed from side to side. He had the front portion of his shirt soiled with saliva and he also emitted an odor of human excrement. Officer Briales asked him to submit to a field sobriety test to which he complied, but was unable to follow instruction and could not perform the test. At this time he was advised that he was under arrest for Driving While Intoxicated. He was advised of his D.W.I. Satutory Warnings and was asked to submit to a breath test to which he refused. Mr. Hinojosa was detained and is awaiting arraignment.

Wherefore, I ask that a warrant to arrest said Defendant be issued forthwith accordance with the law in such cases provided.

Juan Salinas Jr.
AFFIANT

SWORN TO AND SUBSCRIBED BEFORE ME on this 14th day of October A.D. 19 92.

JUDGE, MUNICIPAL COURT
MERCEDES, HIDALGO COUNTY, TEXAS

Docket No. _____                                             Case No. 86-11-565

# Mercedes Police Department
# Arrest Record

| Name Alfredo Hinojosa Rivera | | | | | | | | | Alias: | |
|---|---|---|---|---|---|---|---|---|---|---|
| Address 1245 S. Georgia Ave. | | | | | | | | | Phone | Date: 11-09-86 |
| Occupation Labor | | | Social Security No. | | | D.L. No. And State | | | | Time: 12:27 AM |
| Age 25 | Race W | Sex M | Eyes Brn. | Hair Blk. | Hgt. 5'2" | Wt. 155 | DOB 9-21-61 | Place of Birth Illinois | Marks-Tattooes both arms and chest | |
| Offense DRIVING WHILE INTOXICATED | | | | | | | | Where Committed Jovita's Place | | |
| Where Arrested Starr and Illinois Ave. | | | | | | | | How Arrest Made ( ) Sight  ( ) Warrant  ( ) SPA  ( ) Other | | |
| Complainant: Sgt. Vasquez | | | | Address c/o Mercedes Police Dept. | | | | | Phone 565-3102 | |
| Witness: R. Gutierrez | | | | Address       " | | | | | Phone       " | |
| Witness: | | | | Address | | | | | Phone | |
| Vehicle Impounded: Year: 1968     Make: Chev.     Model:     Lic.: 9384-EF     Where: Juan's | | | | | | | | | | |
| Property Taken: | | | | | | | | | By: | |
| | | | | | | | | | Bag No. | |
| Property Returned: Date:            Time:            by: | | | | | | | | Prisoner's Signature: | | |
| Prisoner Released Date: 11-09-86     Time: 2:00 PM  by:  A. Moreno | | | | | | | | Disposition Taken to county jail on $500 bond | | |

Synopsis: (use back if needed)

On November 9, 1986 at about 12:27 AM, I, Sgt. Vasquez, arrested Mr. Alfredo Hinojosa

for Driving While Intoxicated after observing him driving a Chevrolet green in color

and was weaving from side to side as he traveled north bound on the 200 Blk. of North

Illinois St.

FILED AT 11:20 O'CLOCK __M
JAN 12 1987
Approved:
Index

Arresting Officer: Sgt. Jesus Vasquez

MPDF-407

WILLIAM "BILLY" LEO, CLERK
COUNTY COURT AT LAW NO. 3 OF HIDALGO CO., TX
BY _____ DEPUTY

# Mercedes Police Department
## OFFENSE REPORT

NO. _____

Driving While Intoxicated
Classification

NO. 86-11-035

| 1 COMPLAINANT'S NAME (Firm name if business) | 2 AGE | DESCENT | SEX | D O B | 3 PHONE (Business) |
|---|---|---|---|---|---|
| State of Texas | 25 | W | M | 9-21-61 | |
| 4 COMPLAINANT'S ADDRESS | 5 CITY | | | | |
| 323 S. Ohio Ave. | Mercedes, Texas | | | | |
| 7 COMPLAINANT'S BUSINESS, EMPLOYMENT OR SCHOOL | | | | | 6 PHONE (Residence) |
| | 8 OBJECT OF ATTACK (Burglary, theft, assault, etc.) | | | | |
| 9 PLACE WHERE OFFENSE OCCURRED | Driving under the influence | | | | |
| 200 Blk. N. Illinois | 10 TYPE OF BUILDING (Residence, store, bank, etc.) | | | | |
| 11 REPORTED BY | Vehicle | | | | |
| Sgt. Vasquez          PHONE | 12 REPORTED TO | | | | |
| 13 DAY, DATE AND TIME OF OFFENSE | Sgt. Vasquez | | | | |
| Sunday  11-09-86  12:26 AM | 14 DAY, DATE AND TIME OF REPORT | | | | |
| 15 BODILY INJURIES TO | Sunday 11-09-86  12:27 AM | | | | |
| | HOSPITAL? | 16 HOW REPORTED (In person, phone, on view, other) | | | |

17 M/O (How done - force used - at what point - with what tool or weapon - other acts or trade marks)

17A EXACT WORDS USED BY OFFENDER

18 VEHICLE INVOLVED IN OFFENSE (Year - color - make - model - auto license no. - year - state)
1968 Chevrolet green pickup  9384-EF

19 DIRECTION OF FLIGHT  ☐ N ☐ E ☐ S ☐ W
STREET OR ROAD
☐ AUTO ☐ FOOT    Complainant's ☐  Suspect's ☐
☐ UNK. ☐ OTHER

21 NAME AND ADDRESS OF SUSPECT(S) - OR AGE  DESCENT  SEX  DESCRIPTION
20 WILL COMPLAINANT PROSECUTE?
YES

1

2                                                                                22 CIRCLE IF SUSPECT IS
23 WITNESSES NAME                                                                 Employee - Relative - Acquaintance

| 1 BEST CONTACT ADDRESS | AGE | BEST PHONE | OTHER PHONE | PARENT OR GUARDIAN? |
|---|---|---|---|---|
| 2 | | | | |

24 NARRATIVE (Write in any available details not covered above)

On Sunday, November 9, 1986 at about 12:26 AM, I, Sgt. Vasquez, observed a green in color Chevrolet pickup which had pulled out from Jovita's Place located on the 200 Blk. of North Illinois Ave. As vehicle traveled north bound, I noticed that it was traveling on the wrong side of the street. I then proceeded to stop said vehicle. Vehicle came to a stop on the middle of the street on Starr Street. I then approached the vehicle which was displaying TX LP's 9384-EF and asked the driver to step out. Ad he did, I could smell a strong odor of alcohol on driver. I informed him he was under arrest for driving while intoxicated.

INVESTIGATING OFFICER(S) _____

ASE FILED                       26 REPORT MADE BY  Sgt. Vasquez

☐ Yes  ☐ No  | 11-09-86  28 THIS CASE IS                                          DATE 11-09-86
Cleared by arrest ☒  Unfounded ☐                29 APPROVED BY
86-11-565          Inactive ☐  Other ☐

Use supplementary report for additional information not covered above.

## SUPPLEMENTARY REPORT

NO. _____

Driving While Intoxicated
_____
Classification

NO. 86-11-035

**Name of Complainant**  
State of Texas

**Address**  
c/o Mercedes Police Dept.

**Phone No.**  
565-3102

**Offense**

DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.:
(Investigating Officer must sign)

Page No. _____

Date November 9, 86

On 11-09-86 at about 12:24 AM, reporting officer was patroling the area of Webb and Texas St. At this time, Officers Sgt. Vasquez, Ptlm. R. Valdez, and myself were dispatched to Jovita's Lounge located at the 200 Blk. of North Illinois via radio in reference to a stabbing. I responded by traveling south on Texas Ave. and turning east on Starr St. When I got to the Starr and Ohio intersection, I activated my unit's overhead emergency lights and heard Sgt. Vasquez transmit in the unit radio that he was after a green pickup truck which had pulled out of Jovita's lounge and was traveling north on Illinois St. I saw his unit after the said truck as they were about to turn west on Starr St. and decided to block the truck's path of travel with my unit. Sgt. Vasquez then called in the truck's license plates and I, in turn, drove my unit towards the truck and forced it to stop between Illinois and Ohio St. where the Hidalgo Bank outlets are located. I noticed that the truck was not going to stop so, I exited my unit, unholstered my weapon and pointed it at the operator of the truck due to the fact that I feared for my safety and to attempt to stop the truck. At that point, the operator of the truck stopped and began to exit his truck.

Once the subject was out of the truck, Sgt. Vasquez was already out of his unit and approaching the operator with his weapon unholstered. He told the operator, "no te muevas." When Sgt. Vasquez had the situation under control, he told me to go the lounge and secure the scene.

INVESTIGATING OFFICER(S) _____ 26 REPORT MADE BY Robert Gutierrez Jr. DATE 11-09-86

CASE FILED  
☐ No ☐ Cleared by arrest ☐  
28 THIS CASE IS  
Unfounded ☐ Inactive ☐ Active ☐ Other ☐  
29 APPROVED BY _____

☒ TRAFFIC OFFENSE ☐ ACCIDENT ☐ NON-TRAFFIC
☐ FELONY ☐ FATAL ☐ P.D. MISDEMEANOR
☐ MISDEMEANOR ☐ P.I. ☐ FSRA

**NAME** Hinojosa, Alfredo Rivera  **DOB** 9/21/61  **RACE** W  **SEX** M
         LAST    FIRST    MIDDLE
**ADDRESS** 1245 S. Georgia Ave.  Mercedes, Texas

DPS# _____  FBI# _____  DL# _____  CITATION# _____

**OFFENSE(S)** Driving While Intoxicated

**COUNTY OF OFFENSE** Hidalgo  **LOCATION** Mercedes
**DAY OF WEEK** Sunday  **DATE** November 9, 1986  **TIME** 12:27 ☒ AM ☐ PM
**ARRESTING OFFICER** Sgt. Vasquez  **ID NO.** 105  **DEPT** Mercedes P.D.  **PARTNER** n/a

**WITNESSES/VICTIMS**

**NAME** Officer Gutierrez  **ADDRESS** c/o Mercedes Police Dept.  **PH.** 565-3102
**LOCATION WHEN EVENT OCCURED** in his unit approaching suspect.  **WILL TESTIFY THAT** Mr. Hinojosa was driving a motor vehicle in a public street.

**NAME** _____  **ADDRESS** _____  **PH.** _____
**LOCATION WHEN EVENT OCCURED** _____  **WILL TESTIFY THAT** _____

**CHEMICAL TEST OFFERED** ☐ BREATH ☐ URINE  **TEST GIVEN** ☐ BREATH ☐ URINE  **TEST RESULT** ___%
                          ☐ BLOOD ☐ OTHER, SPECIFY _____         ☐ BLOOD ☐ OTHER, SPECIFY _____
**CHEMICAL TEST REFUSED** ☐ YES ☒ NO
**DIC 23 SUBMITTED** ☐ YES ☒ NO  **OFFICER OPERATOR** _____

**OBSERVATIONS - DESCRIBE IN DETAIL**

**CLOTHES** Gray shirt, maroon pants, black boots.
**ODOR OF ALCOHOLIC BEVERAGE** strong  **ATTITUDE** shock  **UNUSUAL ACTIONS** unsure movement
**SPEECH** slurred  **BALANCE** handicap  **WALKING** handicap  **TURNING** handicap

**INTERVIEW**
WERE YOU OPERATING A VEHICLE? _____ DESTINATION? _____ STARTED FROM? _____
WHAT TIME? _____ WHERE ARE YOU? _____ WHEN DID YOU LAST EAT? _____
WHAT? _____ HAVE YOU BEEN DRINKING? _____ WHAT? _____ HOW MUCH? _____
LAST DRINK? _____ ARE YOU ILL? _____ WHAT'S WRONG? _____
HAVE YOU BEEN INJURED LATELY? _____ WHAT'S WRONG? _____ ARE YOU UNDER A DOCTOR'S CARE? _____
LAST DOCTOR'S VISIT? _____ WHO? _____ WHY? _____
DO YOU HAVE EPILEPSY? _____ DIABETES? _____ HAVE YOU HAD ANY INJECTIONS OR PILLS RECENTLY? _____
WHAT? _____ LAST DOSE? _____ WHEN DID YOU LAST SLEEP? _____ HOW HOURS? _____
PHYSICAL HANDICAPS? _____

TIME _____ DATE _____ INTERVIEWER _____