# CONDITIONS OF PROBATION

| | |
|---|---|
| THE STATE OF TEXAS | IN THE CRIMINAL DISTRICT COURT NO. 2 |
| Vs. | DALLAS COUNTY, TEXAS |
| JOSE ESCAMILLA | JULY TERM 19 97 |
| CAUSE NO. F96-52623-MI | REGULAR PROBATION XX |
| | DEFERRED ADJUDICATION ___ |
| | SHOCK PROBATION ___ |
| C-226003.000 | STATE JAIL FELONY ___ |

In accordance with the authority conferred by the Adult Probation and Parole Law of the State of Texas, you have been placed on probation on this date **September 3, 1997** for a period of **2** years. It is the order of this Court that you comply with the following conditions of probation:

(a) **Commit** no offense against the laws of this or any other State or the United States, and do not possess a firearm during the term of probation;

(b) **Avoid** injurious or vicious habits, and do not use marijuana, narcotics, dangerous drugs, inhalants or prescription medication without first obtaining a prescription for said substances from a licensed physician;

(c) **Avoid** persons or places of disreputable or harmful character and do not associate with individuals who commit offenses against the laws of this or any other State or the United States;

(d) **Obey** all the rules and regulations of the probation department, and report to the Probation Officer as directed by the Judge or Probation Officer; to-wit: **In Person Monthly or Twice Monthly** ;

(e) **Permit** the Probation Officer to visit you at your home or elsewhere, and notify the Probation Officer not less than twenty-four (24) hours prior to any changes in your home or employment address;

(f) **Work** faithfully at suitable employment as far as possible, and seek the assistance of the probation officer in your efforts to secure employment when unemployed;

(g) **Remain** within a specified place; to-wit: Dallas County, Texas, and do not travel outside Dallas County, Texas, without first having obtained written permission from the Court;

(h) **Pay** Court cost and fine, if one be assessed, in one or several sums to the District Clerk of Dallas County, Texas; $**126.50** due by **October 3, 1997** ;

(i) **Support** your dependents;

(j) **Pay** a probation fee of $**25.00** per month to the Probation Officer of this Court on or before the first day of each month hereafter during probation;

**EXHIBIT "A" ATTACHED HEREWITH AND THEREBY INCORPORATED FOR ALL PURPOSES**

NO. F96-52623MI

| | | |
|---|---|---|
| THE STATE OF TEXAS | } | IN THE CRIMINAL DISTRICT COURT NO. 2 |
| VS. | } | |
| JOSE ESCAMILLA | } | OF DALLAS COUNTY, TEXAS |
| | | OCTOBER TERM, A.D. 19 98 |

### STATE'S MOTION TO WITHDRAW ITS MOTION
### TO REVOKE PROBATION

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now Comes JOHN VANCE, Criminal District Attorney of Dallas County, Texas, by and through his Assistant District Attorney of Dallas County, Texas, in the above entitled and numbered cause and respectfully requests the Court to allow the State to withdraw its Motion to Revoke Probation filed herein.

This the 10TH day of OCTOBER, 19 98

JOHN VANCE
CRIMINAL DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

BY _____
Assistant District Attorney
Dallas County, Texas

### ORDER

State's Motion to Withdraw its Motion to Revoke Probation is granted and the Defendant is released from custody, and the terms and conditions of probation are heretofore imposed.

_____
JUDGE
CRIMINAL DISTRICT COURT NO. 2
OF DALLAS COUNTY, TEXAS

No. F96-52623-MI

| | |
|---|---|
| THE STATE OF TEXAS | CRIMINAL DISTRICT COURT NO. 2 |
| VS. | DALLAS COUNTY, TEXAS |
| JOSE ESCAMILLA | OCTOBER TERM, 1997 |

## MOTION TO REVOKE PROBATION

**COMES NOW** the State of Texas by and through her Criminal District Attorney and would show the Court the following:
That __JOSE ESCAMILLA__, Defendant was duly and legally convicted in the above entitled and numbered cause in the CRIMINAL DISTRICT COURT NO. 2 of Dallas County, Texas, on the __3RD__ day of __SEPTEMBER__, A.D. 19__97__ of the offense of

UNAUTHORIZED USE OF A VEHICLE, A STATE FELONY OFFENSE AS CHARGED
IN THE INDICTMENT

and placed on probation for a period of __TWO (2)__ years.
That the Defendant has violated the following conditions __(a), (b), (j), (k) & (l)__ of said probation in that:

SEE PAGE -2- ATTACHED.

This violation offense occurred after __September 3, 1997__ and during the term of probation.

**WHEREFORE**, the State prays that said Defendant be cited to appear before this Honorable Court and show cause why his probation should not be revoked; and that upon a final hearing, the probation heretofore granted said Defendant be revoked.

This the __24TH__ day of __DECEMBER__, A.D. 19__97__

JOHN VANCE
District Attorney
Dallas County, Texas

BY: _____
Assistant District Attorney

A copy of this motion was delivered to the Defendant on the __6th__ day of __February__, A.D. 19__98__.

_____
Probation Officer

I received a copy of this motion on the __6th__ day of __February__ A.D. 19__98__.

_____
Defendant

(ML#C-226003.003)
AJ/kt

FILED
DEC ??
BILL LONG
DIST. CLERK, DALLAS CO., TEXAS
DEPUTY

CONDITIONS OF PROBATION
EXHIBIT "A"

(k) Pay a fine in the amount of $400.00 through the community supervision officer of this court at the rate of $25.00 per month. First payment is due on or before November 1, 1997 and a like payment is due on or before the first day of each month thereafter until paid in full.

(l) Make restitution in the amount of $1,000.00 for the loss sustained by the injured party. Payments are to be paid through the community supervision officer of this court at the rate of $55.00 per month. First payment is due on or before November 1, 1997 and a like payment is due on or before the first day of each month thereafter until paid in full.

(m) Probationer will submit to any urinalysis, or any other test, used for determination of usage of any form of substance.

(n) Defendant will work and complete no later than August 1, 1999, 120 hours of community service at an approved community service project or projects designated by the Community Supervision and Corrections Department. A processing fee of $50.00 payable to the Volunteer Center will be required for referrals through the Volunteer Center.

You are hereby advised that under the law of this State, the Court shall determine the terms and conditions of your probation, and may at any time during the period of probation, alter or modify the conditions of your probation. The Court also has the authority at any time during the period of probation to revoke your probation, or proceed to adjudication, for violation of any of the conditions of your probation set out above.

Witness our Signatures this 3rd day of September 19 97.

_____      _____
          Probationer                              Judge

                                     _____
                                            Probation Officer

(ML#C-226003.000)
AJ/aj

FORM 188-B

**DEFENDANT** ESCAMILLA, JOSE WM 9/3/78     **CHARGE** THEFT 1,500 R&C

**ADDRESS** 4045 WISENBURGER DALLAS     **LOCATION**

**FILING AGENCY** TXDPD0000     **DATE FILED** 12/16/96     **COURT** F96-52623

**COMPLAINANT** DAVID SILVA

**C/C** ENRIQUE MARTINEZ, CARLOS ARIAS

## TRUE BILL OF INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of Dallas County, State of Texas, duly organized at the JANUARY Term, A.D. 19 97 of the 194TH JUDICIAL District Court, Dallas County, in said court at said Term, do present that one JOSE ESCAMILLA, defendant, on or about the 17TH day of NOVEMBER A.D. 19 96 in the County of Dallas and said State, did

unlawfully, knowingly and intentionally appropriate property, namely: exercise control over property, other than real property, to-wit: a pickup truck, of the value of at least $1,500.00 but less than $20,000.00, with intent to deprive the owner, DAVID SILVA, of the property, and the said property was stolen and the defendant did appropriate the said property knowing that the property was stolen by another,

inst the peace and dignity of the State.

JOHN VANCE

Criminal District Attorney of Dallas County, Texas.

*W. G. Klingman* (signature)
Foreman of the Grand Jury.

COURT

FORM 188-B

**DEFENDANT** ESCAMILLA, JOSE WM 9/3/78    THEFT 1,500 R&C
**ADDRESS** 4945 WISENBURGER DALLAS    **LOCATION** _____
**FILING AGENCY** TXDPD0000   **DATE FILED** 12/16/96   **COURT** _____
**COMPLAINANT** DAVID SILVA    F96-52623
**C/C** ENRIQUE MARTINEZ, CARLOS ARIAS

---

THE STATE OF TEXAS      CAUSE NO. F9652623

VS.      CDC 2 DISTRICT COURT CR

JOSE ESCAMILLA      DALLAS COUNTY, TEXAS

## JUDICIAL CONFESSION

Comes now Defendant in the above cause, in writing and in open Court, and consents to the stipulation of the evidence in this case and in so doing expressly waives the appearance, confrontation and cross-examination of witnesses. I further consent to the introduction of this Judicial Confession, and testimony orally, by affidavits, written statements of witnesses and other documentary evidence. Accordingly, having waived my Federal and State constitutional right against self-incrimination, and after having been sworn, upon oath, I judicially confess to the following facts and agree and stipulate that these facts are true and correct and constitute the evidence in this case:

On the __17__ day of __Nov.__ 19__96__, in Dallas County, Texas, I did unlawfully,

unlawfully, knowingly and intentionally appropriate property, namely:

exercise control over property, other than real property, to-wit: a pickup truck, of the value of at least $1,500.00 but less than $20,000.00, with intent to deprive the owner, DAVID SILVA, of the property, and the said property was stolen and the defendant did appropriate the said property knowing that the property was stolen by another,

[FILED SEP 2 1997 BILL LONG DIST. CLERK DALLAS CO. TEXAS DEPUTY]

I further judicially confess that I committed the offense with which I stand charged exactly as alleged in the indictment in this cause.

APPROVED BY:

_[signature] Robt Saxabe_      X _[signature] Jose Escamilla_
**Attorney for Defendant**      **Defendant**

SWORN TO AND SUBSCRIBED before me on the __2nd__ day of __Sep.__, 19__97__.

APPROVED BY:

_[signature]_      BILL LONG, CLERK
**Assistant District Attorney**      DISTRICT COURTS OF DALLAS COUNTY, TEXAS
     By _[signature]_
     **Deputy District Clerk**

Defendant's agreement to stipulate and waiver of confrontation and cross-examination of witnesses are in all things approved by the Court. The above Judicial Confession is hereby approved by the Court. _[signature]_

_____
**PRESIDING JUDGE**

**JUDICIAL CONFESSION**

Cause No. _F965216_

THE STATE OF TEXAS          IN THE _CR_
V.          DISTRICT COURT _CDC 2_
_Jose Esmailla_          DALLAS COUNTY, TEXAS

## PLEA BARGAIN AGREEMENT

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now Defendant, Counsel for Defendant, and Counsel for State herein and would show that a plea bargain agreement has been entered into between the undersigned, and that under the terms of said agreement both sides agree they will waive their right to a jury trial and agree to and recommend the following:

Defendant will plead __✓__ guilty _____ nolo contendere

Defendant will testify __✓__ will not testify _____

_____ confinement in Penitentiary for _____ years.

__X__ confinement in [(State Jail)] [County Jail] for _____ [days]
                                                                                                                          _2_ [years]

__X__ fine $ _400_

_____ **NO PROBATION**

__X__ **PROBATION TO BE GRANTED FOR** _2_ years subject to all the terms and conditions imposed by the trial court. Further, the judge, as provided by Article 42.12, Sec. 11 & 15 V.A.C.C.P., may at any time during the period of probation alter or modify the conditions.

_____ confinement in [State Jail] [County Jail] for _____ days as a condition of Probation.

_____ supervised work or community service for _____ hours as required by Article 42.12, Sec. 16 V.A.C.C.P.

_____ **SHOCK PROBATION TO BE GRANTED** _____ days after sentence, subject to good behavior of defendant in the Penitentiary.

_____ participation in **SPECIAL ALTERNATIVE INCARCERATION PROGRAM.**

Conviction to be as follows:

__X__ Felony          _____ Misdemeanor
_____ Non-conviction Probation          _$00_ Restitution (HAS 2 Co-A's)

_____ No credit for back time served

Defendant's back time date is: _____

Additional provisions of the agreement are: _____

_____

The undersigned certify they have read the terms of the above agreement and that it fully contains **all** the provisions of said agreement.

JOHN VANCE
DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS          X _Jose E. Zamailla_
                                             Defendant
By _[signature]_
Assistant District Attorney          Counsel for Defendant

If a victim impact statement has been returned to the State, a copy of said statement shall be turned over to the Court by the State's attorney prior to the Court's acceptance of this plea.

Rev. 6/95

```
11/17/96 1425              DALLAS POLICE DEPARTMENT                    PAGE 01
*****************************************************************************

   SERVICE#: 1074670E        ARREST#: 96-079019

   AFFIDAVIT FOR ARREST WARRANT      COUNTY OF DALLAS      STATE OF TEXAS

       BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY
   APPEARED THE UNDERSIGNED AFFIANT WHO, AFTER BEING DULY SWORN BY ME, ON
   OATH STATED: MY NAME IS _____C.E. LEWIS_____ AND I AM A PEACE
   OFFICER OF THE CITY OF DALLAS, DALLAS COUNTY, TEXAS.  I, THE AFFIANT,
   HAVE GOOD REASON AND DO BELIEVE THAT ON OR ABOUT 17 NOVEMBER  1996  ONE
   ESCAMILLA,JOSE,                DID THEN AND THERE IN THE CITY OF DALLAS,
   DALLAS COUNTY, TEXAS COMMIT THE OFFENSE(S) OF:

           UUMV                          SJ      31.07     1074670E

   AFFIANT'S BELIEF IS BASED UPON THE FOLLOWING FACTS AND INFORMATION:

   REYES,JOEL LUCAS     ___ 7340 , A FELLOW PEACE OFFICER OF THE CITY OF
   DALLAS, DALLAS COUNTY, TEXAS, WHO PERSONALLY PARTICIPATED IN THE
   INVESTIGATION OF THESE ALLEGED OFFENSE(S), PROVIDING THIS INFORMATION TO
   AFFIANT, AND WHOSE INFORMATION AFFIANT BELIEVES TO BE CREDIBLE.

   ON NOVEMBER 17, 1996 AT ABOUT 0600 A.M. OFFICER(S) REYES,JOEL LUCAS # 7340
   AND JORDAN,BRADLEY # 5599 PERSONALLY OBSERVED THE MOTOR VEHICLE IN WHICH
   THE SUSPECT WAS THE DRIVER COMMIT THE TRAFFIC VIOLATION OF ARRESTEE
   ESCAMILLA FRONT SEAT PASSENGER IN VEHICLE PUSHING A POSSIBLY STOLEN
   VEHICLE,3900 WEST ILLINOIS AVE A PUBLIC STREET OR HIGHWAY IN DALLAS,
   DALLAS COUNTY, TEXAS.


   CHARGE DESCRIPTION:     UUMV

   ARRESTING OFFICERS REYES #7340 AND JORDAN #5599 WERE
   IN ROUTE TO DISTURBANCE CALL IN THE 4400 BLOCK OF WEST
   ILLINOIS AVE. WHEN ARRESTING OFFICERS OBSERVED ARRESTEE
   #1 MARTINEZ, ENRIQUE DRIVING EAST BOUND, DOWN THE 3900
   BLOCK OF WEST ILLINOIS AVE. WITHOUT HEADLIGHTS ILLUMINATED
   ARRESTEE #1 MARTINEZ, ENRIQUE WAS ACCOMPANIED WTIH
   ARRESTEE #2 ARIAS, CARLOS, WHO WAS THE FRONT SEAT PASSENGER
   IN THE STOLEN VEHICLE; A 1991 CHEVROLET PICKUP, LIC #6457ZB
   1997 TEXAS, COLOR BLUE, VIN#2GCEC19K2M1216885.   THE
   STOLEN VEHICLE WAS BEING PUSHED BY THE SUSPECT VEHICLE
   WHICH BELONGS TO ARRESTEE #1 MARTINEZ, ENRIQUE.  SUSPECT
   VEHICLE WAS DRIVEN BY ARRESTEE #3 MARTINEZ, RUBEN WHO WAS
   ACCOMPANIED BY ARRESTEE #4 ESCAMILLA, JOSE, WHO WAS THE
   FRONT SEAT PASSENGER IN THE SUSPECT VEHICLE.  ARRESTING
   OFFICERS STOPPED BOTH VEHICLES, IN THE 3900 BLOCK OF WEST
   ILLINOIS, AVE., HOWEVER ARRESTEE #1 MARTINEZ, ENRIQUE AND
   ARRESTEE #2 ARIAS, CARLOS ABANDONED THE STOLEN VEHICLE, WHILE
   IT WAS IN GEAR.    ARRESTEE MARTINEZ, ENRIQUE STARTED RUNNING
```

```
***********************************************************************
11/17/96 1425           DALLAS POLICE DEPARTMENT              PAGE 02
***********************************************************************

SERVICE#: 1074670E        ARREST#: 96-079019

AFFIDAVIT (CONTINUED)

EAST BOUND, DOWN THE 3900 BLOCK OF WEST ILLINOIS AVE,
AND TAKEN INTO CUSTODY, BY ARRESTING OFFICER REYES #7340
AFTER A SHORT FOOT CHASE, IN THE 3800 BLOCK OF WEST ILLINOIS
AVE.   ARRESTEE #2 ARIAS, CARLOS GOT INTO THE PASSENGER
SIDE, OF THE SUSPECT VEHICLE, WHICH WAS DRIVEN BY
ARRESTEE #3, MARTINEZ, RUBEN, WHO THEN DROVE EAST BOUND
3900 BLOCK WEST ILLINOIS AVE.    ARRESTING OFFICER JORDAN
#5599 STOPPED THE ROLLING STOLEN VEHICLE, AND PLACED THE
GEAR SHIFT INTO PARK, TO PREVENT THE VEHICLE FROM CAUSING
ANY DAMAGE.   SUSPECT VEHICLE WAS STOPPED BY ARRESTING OFFICER
SGT. KING #4058 IN THE 3800 BLOCK OF ROLINDA.    ARRESTEE #2
ARIAS, CARLOS, ARRESTEE #3 MARTINEZ, RUBEN, AND ARRESTEE #4
ESCAMILLA, JOSE WERE TAKEN INTO CUSTODY WITHOUT FURTHER INCIDENT
BY ARRESTING OFFICERS SGT. KING #4058, REYES #7340, JORDAN
#5599, IBARRA #6759, JOHNSON #6742 AND KEY #5535 IN THE 3800
BLOCK OF ROLINDA.   ARRESTING OFFICERS BRATT #5445 AND
MCDANIEL #7344 HELPED RECOVER THE STOLEN VEHICLE.    ARRESTING
OFFICERS JORDAN #5599 AND REYES #7340 EXAMINED THE RECOVERED
VEHICLE FURTHER AND NOTED THE FRESHLY BROKEN PASSENGER
SIDE WINDOW, AND BROKE STEERING COLUMN.    THE GLOVE
BOX HAD ALSO BEEN BROKEN INTO AND ITS CONTENTS, OF
COMPACT DISK WERE SCATTERED THROUGH OUT THE VEHICLE.
ARRESTING OFFICERS WERE UNABLE TO CONFIRM THE RECOVERED
VEHICLE STOLEN, DUE TO NCIC RECORDS BEING DOWN, AND A
SEARCH OF THE VEHICLE DID NOT REVEAL ANY TYPE OF REGISTRATION
OR OWNERSHIP DOCUMENTS.    AUTO THEFT INV. SKINNER #4309
ADVISED ARRESTING OFFICERS TO DO A FOUND PROPERTY REPORT
UNTIL FURTHER INFORMATION WAS GATHER.    ARRESTING OFFICERS
WERE ABLE TO CONTACT LISTED WITNESS VALENCIA WHO STATED
HE SAW THE ARRESTEES BREAK OUT THE PASSENGER WINDOW, HEARD
THE ALARM SYSTEM GO OFF OF THE STOLEN VEHICLE.    THE WITNESS
NOTIFIED POLICE THEN WATCHED THE VEHICLES TRAVELING EAST BOUND
DOWN THE 4300 BLOCK OF WEST ILLINOIS, BEFORE POLICE ARRIVED.
WITNESS VALENCIA WAS ABLE TO GIVE ARRESTING OFFICERS MATCHING
PHYSICAL DESCRIPTIONS OF THE ARRESTEES, AND THEIR ACTIONS.
ARRESTING OFFICER JORDAN #5599 READ ARRESTEE MARTINEZ, ENRIQUE
AND ARRESTEE #3 MARTINEZ, RUBEN THEIR MIRAND RIGHTS
AND BOTH ARRESTEES FREELY STATED THAT ARRESTEE #1
MARTINEZ, ENRIQUE HAD BROKEN THE WINDOW, WHILE THE
OTHER ARRESTEES HELPED.    ARRESTEES COULD NOT GET THE
VEHICLE STARTED, BECAUSE OF KILL SWITCH ON ANTI-THEFT
DEVICE.   ARRESTEE #3 MARTINEZ, RUBEN WAS TRANSPORTED TO
YOUTH BY ARRESTING OFFICERS REYES #7340 AND JORDAN #5599
AND BOOKED IN AT 10:30 A.M.    ARRESTEE #1 MARTINEZ,
ENRIQUE, ARRESTEE #2 ARIAS, CARLOS, AND ARRESTEE #4
ESCAMILLA, JOSE WERE TRANSPORTED TO LEW STERRETT BY
ARRESTING OFFICERS JOHNSON #6742 AND IBARRA #6759
AND BOOKED IN AT 7:30 A.M. VALUE OF THIS VEHICLE IS $10,000.00 NFI
```

```
***********************************************************************
11/17/96 1425            DALLAS POLICE DEPARTMENT                PAGE  3
***********************************************************************

SERVICE#: 1074670E       ARREST#: 96-079019

AFFIDAVIT (CONTINUED)
```

_____  WHEREFORE AFFIANT REQUESTS THAT AN ARREST
        AFFIANT             WARRANT BE ISSUED FOR THE ABOVE ACCUSED
                            INDIVIDUAL IN ACCORDANCE WITH THE LAW.

SUBSCRIBED AND SWORN TO BEFORE ME ON
DATE: _____   ____J.W. Yeager_____
       NOV 17 1996                       MAGISTRATE

```
***********************************************************************
```

REQUEST FOR REDUCTION OF PERIOD OF PROBATION

NO. F78-4467-NJ

STATE OF TEXAS     CRIMINAL DISTRICT COURT NO. 3
VS.     DALLAS COUNTY, TEXAS

JUAN ESCAMILLA     AUGUST 11, 19 80

On the 6TH day of JUNE, 19 78, this defendant was placed on probation for a period of 3 years.

As of this date, this defendant has satisfactorily completed one-third of the original probationary period; therefore, it is requested that the period of probation be reduced from 3 years to 2 years and 2 months.

_____
PROBATION OFFICER
CRIMINAL DISTRICT COURT NO. 3
DALLAS COUNTY, TEXAS

et

ORDER SETTING ASIDE JUDGMENT OF CONVICTION
DISMISSING THE INDICTMENT
AND DISCHARGING DEFENDANT FROM PROBATION

                                                                                 CRIMINAL DISTRICT COURT NO. 3

                                              DALLAS COUNTY, TEXAS

                                                              JULY TERM, 19 80

                                                              AUGUST 11, 19 80

THE STATE OF TEXAS

VS.                      NO. F78-4467-NJ

JUAN ESCAMILLA

    On the 9TH day of JUNE, 19 78, the defendant in the above entitled and numbered cause was placed on probation by this Court for a period of 3 years for the offense of

        Unlawful Carrying Weapon in Tavern, a Third-Degree Felony, as charged in the indictment

    Said defendant has satisfactorily completed one-third or two years of his probationary period, and has complied with all the terms and conditions of said probation.

    The Court is of the opinion that the ends of justice have been served and the interests of the defendant and of society will be best served by a discharge of defendant from futher probation.

    It is therefore hereby ordered, adjudged and decreed that the judgment of Conviction heretofore entered against the Defendant in this case be and the same is hereby set aside, the indictment dismissed, and the defendant discharged from said probation, and the defendant is hereby released from all penalties and disabilities resulting from the Judgment of Conviction in this cause.

                                                             [signature]
                                                             JUDGE

                                                           CRIMINAL District Court NO. 3
                                                           Dallas County, Texas

(R&R)

ct

JUDGMENT AND PROBATION—PLEA OF GUILTY—JURY WAIVED—DON CATHEY
Form No. 583 (Rev. May '75)

MINUTES OF THE __Criminal__ DISTRICT COURT __No. 3__ OF DALLAS COUNTY, TEXAS

No. __F78-4467-NJ__ __April__ Term, A.D. 19 __78__

THE STATE OF TEXAS
VS.                                                                      __June 9,__ A.D. 19 __78__

Juan Escamilla

## JUDGMENT

The defendant having been indicted in the above entitled and numbered cause for the felony offense of __Unlawful Carrying Weapon Handgun; in a tavern as charged in the indictment__ and this cause being this day called for trial, the State appeared by her assistant Criminal District Attorney __Bob Smith__ and the Defendant __Juan Escamilla__

appeared in person and his counsel __Abe Flores__ also being present and both parties announced ready for trial, and the Defendant in person and in writing in open court having waived his right of trial by jury, such waiver being with the consent and approval of the Court and now entered of record on the minutes of the Court and such waiver being with the consent and approval of the Criminal District Attorney of Dallas County, Texas, in writing, signed by him, and filed in the papers of this cause before the Defendant entered his plea herein, the defendant was duly arraigned and in open Court pleaded Guilty to the charge contained in the indictment; thereupon the defendant was admonished by the Court of the consequences of the said plea and the defendant persisted in entering said plea, and it plainly appearing to the Court that the defendant is mentally competent and that he is uninfluenced in making said plea by any consideration of fear, or by any persuasion, or delusive hope of pardon prompting him to confess his guilt, the said plea was accepted by the Court and is now entered of record as the plea herein of the Defendant. The defendant in open Court, in writing, having waived the reading of the indictment, the appearance, confrontation, and cross-examination of witnesses, and agreed that the evidence may be stipulated and consented to the introduction of testimony by affidavits, written statements of witnesses and any other documentary evidence, and such waiver and consent having been approved by the Court in writing and filed in the papers of the cause; and, the Court having heard the Defendant's waiver of the reading of the indictment, the defendant's plea thereto, the evidence submitted, and the argument of counsel, is of the opinion from the evidence submitted that the defendant is guilty as charged.

IT IS THEREFORE CONSIDERED AND ADJUDGED BY THE COURT, that the said Defendant is guilty of the felony offense of __Unlawful Carrying weapon; Handgun in a tavern as charged in the indictment__ and that the said Defendant committed said offense on the __29__ day of __April__, 19__78__, and that he be punished by confinement in the Texas Department of Corrections for __3 years__, and that the State of Texas do have and recover of the said defendant all costs in this prosecution expended, for which execution will issue; and that said defendant be remanded to the Sheriff of Dallas County, Texas, to await the further order of the Court herein; and it is further ordered by the Court that the imposition of sentence of the Judgment of conviction of the Court herein shall be suspended for a period of __3 years__ and that Defendant be placed on Probation during the period of time fixed by the Court, under the conditions to be determined by the Court in accordance with the provisions of the law governing Adult Probation of said State.

---

### ORDER SUSPENDING IMPOSITION OF SENTENCE AND PLACING DEFENDANT ON PROBATION

THE STATE OF TEXAS
VS.

__Juan Escamilla__             No. __F78-4467-NJ__        __June 9,__   __78__ 19____

THIS DAY this cause being again called, the State appeared by her Criminal District Attorney, and the Defendant, __Juan Escamilla__ appeared in open Court in person, his counsel __Abe Flores__ also being present, for the purpose of placing the Defendant on probation under the judgment herein heretofore rendered and entered against him by the Court, and it appearing to the Court that the Defendant is mentally competent and understanding of the English language, the Court in the presence of said Defendant and his counsel proceeded to place Defendant on probation as heretofore determined by the Court.

IT IS THE ORDER OF THE COURT, that the said Defendant, who has been adjudged by the Court to be guilty of __Unlawful carrying Weapon  a handgun in a Tavern as charged in the indictment__

and whose punishment has been assessed by the Court at confinement in the Texas Department of Corrections for __3 years__ in this said cause be placed on probation for a period of __3 years__, in accordance with the provisions of the law governing Adult Probation of said State, it appearing to the Court that the ends of justice and the best interests of the public, as well as the Defendant, will be subserved by suspending the imposition of the sentence herein and placing the Defendant on probation.

IT IS, THEREFORE, ordered, adjudged and decreed by the Court that the imposition of sentence herein be and the same is hereby suspended and that the Defendant be and he is hereby placed on probation for a period of __3 years__, upon the following terms and conditions, to-wit:  That during the term of probation, the Defendant shall;
(a) Commit no offense against the laws of this or any other state or the United States;
(b) Avoid injurious or vicious habits;
(c) Avoid persons or places of disreputable or harmful character;
(d) Report to the probation officer, as directed, to-wit: monthly;
(e) Permit the probation officer to visit him at his home or elsewhere;
(f) Work faithfully at suitable employment as far as possible;
(g) Remain within a specified place, to-wit: Dallas County, Texas;
(h) Pay his fine, if one be assessed, and court costs as fixed by the Court, whether a fine be assessed or not in one or several sums and make restitution or reparation in any sum that the court shall determine; Pay court costs in the amount of $25.00 to the District Clerk of Dallas County, Texas;
(i) Support his dependents; and

(j) Pay a Probation fee of $__15.00__ per month to the Probation Officer of this Court on or before the __1st__ day of each month hereafter during probation.

26.00

For any further orders regarding sentence or probation herein; refer to Vol _____, page _____, Minutes of said Court.

NO. F78-4467-NJ

THE STATE OF TEXAS

VS.

JUAN ESCAMILLA

FILED
CRIMINAL DISTRICT COURT #3
DALLAS COUNTY, CRIMINAL DIST CT 3
DALLAS COUNTY, TEXAS
June 9 BILL SHAW, DIST CLERK, 19 78
M Jankersn

## CONDITIONS OF PROBATION

THE STATE OF TEXAS
Vs.  No. F78-4467-NJ

JUAN ESCAMILLA

To  JUAN ESCAMILLA

815 Comal St., Apt. #G, Dallas, TX 75203 Dallas County, Texas

IN THE CRIMINAL DISTRICT COURT NO. 3
DALLAS COUNTY, TEXAS
APRIL Term 19 78

In accordance with the authority conferred by the Adult Probation and Parole Law of the State of Texas, you have been placed on probation on this date, JUNE 9, 1978 for a period of 3 years by the Honorable JAMES B. ZIMMERMANN, Judge, Criminal District Court No. 3 Dallas County, Texas.

It is the order of the Court that you shall comply with the following conditions of probation:

(a) Commit no offense against the laws of this or any other State or the United States;

(b) Avoid injurious or vicious habits;

(c) Avoid persons or places of disreputable or harmful character;

(d) Report to the probation officer as directed; To-wit: Monthly;

(e) Permit the probation officer to visit you at your home or elsewhere;

(f) Work faithfully at suitable employment as far as possible;

(g) Remain within a specified place; To-wit: Dallas County, Texas;

(h) Pay your fine, if one be assessed, in one or several sums, and make restitution or reparation in any sum that the court shall determine; and pay court cost in the amount of $26.00 to the District Clerk of Dallas County, Texas; Court cost due in 30 days

(i) Support your dependents; and

(j) Pay a probation fee of $ 15.00 per month to the Probation Officer of this Court on or before the 1st day of each month hereafter during probation.

You are hereby advised that under the law of this State, the Court shall determine the terms and conditions of your probation, and may at any time during the period of probation, alter or modify the conditions of your probation. The Court also has the authority at any time during the period of probation to revoke your probation for violation of any of the conditions of your probation set out above.

The Court has placed you on probation, believing that if you sincerely try to obey and live up to the conditions of your probation, your attitude and conduct will improve to the benefit of the public and of yourself.

Witness our Signatures this 9th day of JUNE, 19 78.

Juan Escamilla
Probationer
elt

Presiding Judge

Probation Officer

THE STATE OF TEXAS

VS.          CAUSE NO. F78-4467-NJ

JUAN ESCAMILLA

FILED 9 JUN 78 09 58

PLEA BARGAIN AGREEMENT CT 3
DALLAS COUNTY, TEXAS
BILL SHAW, DIST. CLERK

COMES NOW DEFENDANT, COUNSEL FOR DEFENDANT, AND COUNSEL FOR STATE in the above cause and would show that a plea bargain has been entered into by and between the undersigned parties, and that under the terms of said plea bargain the defendant will waive his right to jury trial in this case and enter a PLEA OF GUILTY before the Court; that further under the terms of said plea bargain, counsel for the State will recommend the Court impose the following punishment:

CONFINEMENT

✓ Confinement Texas Department of Corrections for **3** year

___ Confinement in Dallas County Jail for _____ days.

___ Work Release agreed to.

___ Weekend Service agreed to.

FINE

___ Fine in amount of $_____.

___ Installment pay agreement authorized.

PROBATION

✓ Application for probation granted.

___ Application for probation denied.

NATURE OF CONVICTION

✓ Felony.

___ Misdemeanor.

___ Lesser included offense of _____.

OTHER TERMS

TIME CREDIT

Credit given for _____ days in jail.

Sentence to begin _____.

THE UNDERSIGNED CERTIFY THAT THEY HAVE READ THE FOREGOING, AND THAT IT CONTAINS ALL THE TERMS OF THE PLEA BARGAIN TO WHICH THEY HAVE AGREED.

Juan Escamilla        Abe Flores
Defendant                Counsel for Defendant

Assistant District Attorney

CAUSE NO. F78-4467- J

| | | |
|---|---|---|
| STATE OF TEXAS | ) | IN THE CRIM. DISTRICT |
| VS. | ) | COURT NO. 3 OF |
| JUAN ESCAMILLA | ) | DALLAS COUNTY, TEXAS |

STATE'S ANNOUNCEMENT OF READY FOR TRIAL

NOW COMES the State of Texas in the above styled and numbered cause and, on this the  1st  day of  June  , 19 78 , announces to the Court that it is ready for trial.

ASSISTANT DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

FILED
1 JUN 78 14 06
CRIMINAL DISTRICT 3
DALLAS COUNTY, TEXAS

| | |
|---|---|
| DEFENDANT | ESCAMILLA, JUAN m/w/8-20-48 CHARGE PRO WEAP/TAVERN |
| ADDRESS | 815 Comal ST #G   LOCATION  CITY JAIL |
| FILING AGENCY | DPD   DATE FILED  5-2-78   COURT  BROWN |
| COMPLAINANT | J. H. Henley   7805300 |
| C/C | |

## F-78- 4467 NJ   TRUE BILL OF INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS, the Grand Jurors, good and lawful men of the County of Dallas, duly elected, tried, empaneled, sworn and charged to inquire of offenses committed within the body of said Dallas County, upon their oaths do present in and to the  195th Judicial District Court, _____ of Dallas, County, at the  January  Term, A.D., 19 78 , that one,

JUAN ESCAMILLA

hereinafter styled Defendant, on or about the  29  day of  April  in the year of our Lord One Thousand Nine Hundred and  78  in the County and State aforesaid, did unlawfully,

knowingly and intentionally carry on and about his person a handgun, while on certain premises licensed and issued a permit by The State of Texas for the sale and service of alcoholic beverages, to-wit: 2606 Caroline, Dallas, Texas, in the said County and State aforesaid.

contrary to the form of the Statute in such cases made and provided, and against the peace and dignity of the State.

_____   _____
HENRY WADE   Porter Ellis
Criminal District Attorney of Dallas County, Texas.   Foreman of the Grand Jury.