That the Defendant ALFREDO HINOJOSA on or about the 11th day of August 1986: in the County of Hidalgo and State of Texas, did then and there unlawfully; intentionally and knowingly, by using force against Luic Chacon, a peace officer, prevent and obstruct Luis Chacon,a person defendant knew to be officer, from effecting the arrest of himself;

That the defendant failed to pay the fine of $200.00 due by October 18, 1986;

That the defendant failed to pay, court costs of $90.00 by Ocorboer 18, 1986:

THat the defendant is in arrears on probation fees of $72.00;

That such violation of the terms of probation occurred during the period during which the sentence in this case was made probationary.

WHEREFORE, Petitioner prays that ALFREDO HINOJOSA Defendant herein, be cited to appear before this Honorable Court at the time and place specified by this Court to show cause, if any he may have, why probation heretofore granted in this cause should not be revoked, and that upon final hearing, the probation heretofore granted to this Defendant on the original judgment of conviction herein entered and probated be in all things revoked, and that the said ALFREDO HINOJOSA be confined in the CAMERON COUNTY JAIL for a period of THIRTY (30) DAYS, in this cause, as the same appears on the docket of this Court, and that the Clerk issue all necessary papers, including judgment, sentence and commitment, the same as if no probation had ever been granted herein, and for such other orders as the Court may direct.

BENJAMIN EUTESTI, Jr.
COUNTY (CRIMINAL DISTRICT) ATTORNEY
CAMERON COUNTY, TEXAS

BY Oscar Ponce
OSCAR PONCE
Assistant County (Criminal District) Attorney

A CERTIFIED C
Joe G. R... County
Cameron County, Te
Page 2 of 2



845

Cause No. 86 CCR 2987 A

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY COURT AT LAW |
| VS | § | No. 1 |
| Alfredo Hinojosa | § | CAMERON COUNTY, TEXAS |

ORDER DISMISSING STATE'S

MOTION TO REVOKE/ADJUDICATE

On this day, came on to be heard the above entitled and numbered cause and the Court beeing of the opinion that Motion To Revoke/ Adjudicate should be dismissed hereby dismiss said motion. Defendant discharged from probation.

Signed for entry this 18th day of July, 1989

Judge Presiding

State of Texas
County of Cameron

I, Joe G. Rivera, County Clerk of Cameron County, Texas, do hereby certify that the foregoing is a true and correct copy of the original now on file and/or recorded by me in the ______ Records.

8/13/03 Date

By ______ Deputy

JOE G. RIVERA, County Clerk

RECORDED

Vol. 170 Page 845

Criminal Minutes

A CERTIFIED COPY
Joe G. Rivera, County Clerk
Cameron County, Texas

0021944

12/20/07 J[illegible] F. WARREN, DALLAS COUNTY CLER[illegible] PAGE 1
MISDEMEANOR RECORD SEARCH
133 N. INDUSTRIAL BLVD., BOX 43
DALLAS, TEXAS 75207-4313

DALLAS COUNTY

COUNTY CLERK
JOHN F. WARREN

RE: SUBJECT: ESCAMILLA JUAN
D.O.B. 08/20/48

I, JOHN F. WARREN, CLERK OF THE COUNTY CRIMINAL COURTS OF DALLAS COUNTY, TEXAS, DO HEREBY CERTIFY THAT THE COUNTY CRIMINAL COURT INDEXES OF DALLAS COUNTY, TEXAS HAVE BEEN SEARCHED DURING AND INCLUDING THE YEAR OF 1975 THRU 19, DECEMBER, 2007 AND WE HAVE LOCATED THE FOLLOWING CASES FILED BY THE AUTHORITY OF THE STATE OF TEXAS AGAINST THE ABOVE SUBJECT.

| CASE | OFFENSE | DISPOSITION |
|---|---|---|
| MA9153353-C | 063091 UCW | 090592 NFOG |

THIS IS A CRIMINAL MISDEMEANOR SEARCH ONLY AND DOES NOT INCLUDE FELONY SEARCH.

THE UNDERSIGNED DOES NOT ASSUME ANY LIABILITY FOR OMISSION OR ERROR IN THE ABOVE STATEMENT.

WITNESS MY HAND AND SEAL OF OFFICE THIS 20TH DAY OF DECEMBER, 2007.

JOHN F. WARREN, COUNTY CLERK

OF DALLAS COUNTY, TEXAS

BY: [signature] DEPUTY

SEAL

# DALLAS COUNTY
# COUNTY CLERK
# JOHN WARREN

**DATE:** 12/19/07

**CASE NO.** MA9153353-C

**TO THOSE REQUESTING COPIES:**

Please be advised that criminal case jackets prior to 1993 have been destroyed in accordance to Local Government Code 202.003.

However, we are able to provide you with a computer printout of the criminal case jacket(s). The cost of this service is $1.00 per page and there is an additional $6.00 charge for certification.

I am sorry for any inconvenience that this may cause you. Should you have any questions, please feel free to contact me at (214) 653-5763.

Respectfully,

Yolanda Wilson

Yolanda Wilson
Misdemeanor Records Supervisor
Frank Crowley Courts Building
133 N. Industrial Blvd., LB43
Dallas, Texas 75207-4313

¢JI68 DA CASE ID **MA9153353** JUDCL CASE ID **MA9153353**

A010 DEF NAME **ESCAMIL** C010 DEF NAME **ESCAMIL**

J U D I C I A L   I N F O R M A T I O N

**A010-020-030-040** FILE DATE 070391

DEF NAME ESCAMILLA_JUAN_M____________ RACE W SEX M DOB 08201948 AGE **59**

DEF ADR1 3405_PEORIA____________ AC ___ PH ______ SS ___ __ ____

DEF CITY ____________ ST __ ZIP _____ DLNUM ________ DLST __

OFF UCW ____________ DT 063091 TYP/CL M A GOC/CAT _ _ CODE CP000000

MT ________ SID NUM ______ OF AMT ____________

COMPLAINANT ____________ TAPE # _____ ARREST DATE 000000

JUV STAT _ REPEAT OFFENDER _ CAREER OFFENDER _ ORIG-LOC DSO____ CURR-LOC O

FILING AGENCY TXDPD0000 SER/CAS NO _______0497727Z ARREST NUM _______91045708

LAI NUM ________ AIS/DSO NO ________ BOOKIN NUM ________

JP FILE DATE 000000 JP CASE ID ______ JP COURT ID __ FED _ EVH _ AFF _

MAGISTRATE DATE 000000 MAGIS COURT __ MAGIS JUDGE ______ BOUND OVER _

EXAM TRIAL DATE 000000 EXAM COURT __ EXAM JUDGE ______ IND METH CAI

/H/R DT _______ _ GJ# ______ GJ/W/FILE 070991 GJ DS X DA DSP _ ACC _ REAS _

DA DISPOS DATE 000000 MISDEMEANOR REDUCTION _ SENTENCE PROBATED _

JUDCL CASE ID MA9153353 GJ CT __ PROS STAT _ ___ PROS NAME ________

COURT ASSIGNED TO MC DATE ASSIGNED 070991 ASSIGNED BY C REASON B

PRECEEDING DA CASE ID ______ SUCCEEDING DA CASE ID ______

TRN ______ TRS ____ WARRANT STATUS B STATE OFF CD ______

NEXT



TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

¢JI68 DA CASE ID **MA9153353** JUDCL CASE ID **MA9153353**

A010 DEF NAME **ESCAMIL** C010 DEF NAME **ESCAMIL**

DISPOSITION

**C020-01-02** CT DISP NO **01**

VERDICT DATE **090591** BY **JG** DISP **NAOG** TC __ DISM TYP ____ VOL **007** PAGE **0342**

SENTENCE DATE ______ BY __ TO _ YEARS ____ MTHS ____ DAYS ____ HOURS ____

SENTENCE TO BEGIN ______ SENTENCE VOL ___ PAGE ____ DISCHARGE **N** TYPE _ NUM __

PROBATED SENTENCE TO **J** YEARS ____ MONTHS ____ DAYS ____ MULT SENT _

PROBATED FOR YEARS ____ MONTHS __**12** DAYS ____ PROBATION START DATE **090591**

SPEC COND 1 __ __________ FOR ___ _ 2 __ __________ FOR ___ _

FINE CODE **N** AMT ____**200.00** COST CODE **N** AMT __**149.50** PAYMENT DUE **090591**

REDUCED/ENHANCED CHARGE

DESC ____________________________ COMT __________ TYP/CL _ _ GOC _

COUNTY CODE ________ STATE CODE __________

PROBATION REVOCATION FILE DATE ______ WARRANT ISSUED DATE ______

DISPOSITION COMMENT **UNSUPERVISED_DEFERRED**___________________________ _

NEXT


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

¢JI68 DA CASE ID **MA9153353** JUDCL CASE ID **MA9153353**

A010 DEF NAME **ESCAMIL** C010 DEF NAME **ESCAMIL**

DISPOSITION

**C020-01-02** CT DISP NO **02**

VERDICT DATE **090592** BY **JG** DISP **DISM** TC __ DISM TYP **NFOG** VOL **006** PAGE **0494**

SENTENCE DATE ______ BY __ TO _ YEARS _____ MTHS _____ DAYS _____ HOURS _____

SENTENCE TO BEGIN ______ SENTENCE VOL ___ PAGE ____ DISCHARGE **N** TYPE _ NUM __

PROBATED SENTENCE TO _ YEARS _____ MONTHS _____ DAYS _____ MULT SENT _

OBATED FOR YEARS _____ MONTHS _____ DAYS _____ PROBATION START DATE ______

SPEC COND 1 __ __________ FOR ___ _ 2 __ __________ FOR ___ _

FINE CODE _ AMT ______**0.00** COST CODE _ AMT ____**0.00** PAYMENT DUE ______

REDUCED/ENHANCED CHARGE

DESC __________________________ COMT __________ TYP/CL _ _ GOC _

COUNTY CODE ________ STATE CODE __________

PROBATION REVOCATION FILE DATE ______ WARRANT ISSUED DATE ______

DISPOSITION COMMENT ____________________________________________ _

NEXT



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

MISDEMEANOR RECORD SEARCH
133 N. INDUSTRIAL BLVD., BOX 43
DALLAS, TEXAS 75207-4313

DALLAS COUNTY

COUNTY CLERK
JOHN F. WARREN

RE: SUBJECT: ESCAMILLA JOSE
D.O.B. 08/16/42

I, JOHN F. WARREN, CLERK OF THE COUNTY CRIMINAL COURTS OF DALLAS COUNTY, TEXAS, DO HEREBY CERTIFY THAT THE COUNTY CRIMINAL COURT INDEXES OF DALLAS COUNTY, TEXAS HAVE BEEN SEARCHED DURING AND INCLUDING THE YEAR OF 1975 THRU 19, DECEMBER, 2007 AND WE HAVE LOCATED THE FOLLOWING CASES FILED BY THE AUTHORITY OF THE STATE OF TEXAS AGAINST THE ABOVE SUBJECT.

| CASE | OFFENSE | DISPOSITION |
|---|---|---|
| MA8923384-K | 010289 UCW | 012390 NFOG |
| MA9140928-E | 012191 UCW/HANDGUN | 021491 PGBC SENT 60D PROB 12M |

THIS IS A CRIMINAL MISDEMEANOR SEARCH ONLY AND DOES NOT INCLUDE FELONY SEARCH.

THE UNDERSIGNED DOES NOT ASSUME ANY LIABILITY FOR OMISSION OR ERROR IN THE ABOVE STATEMENT.

WITNESS MY HAND AND SEAL OF OFFICE THIS 20TH DAY OF DECEMBER, 2007.

JOHN F. WARREN, COUNTY CLERK

OF DALLAS COUNTY, TEXAS

BY: [signature] DEPUTY

SEAL

# DALLAS COUNTY
# COUNTY CLERK
# JOHN WARREN

**DATE:** 12/19/07

**CASE NO.** MA9140928-E

**TO THOSE REQUESTING COPIES:**

Please be advised that criminal case jackets prior to 1993 have been destroyed in accordance to Local Government Code 202.003.

However, we are able to provide you with a computer printout of the criminal case jacket(s). The cost of this service is $1.00 per page and there is an additional $6.00 charge for certification.

I am sorry for any inconvenience that this may cause you. Should you have any questions, please feel free to contact me at (214) 653-5763.

Respectfully,

Yolanda Wilson

Yolanda Wilson
Misdemeanor Records Supervisor
Frank Crowley Courts Building
133 N. Industrial Blvd., LB43
Dallas, Texas 75207-4313

¢JI66 DA CASE ID **MA9140928** JUDCL CASE ID **MA9140928**

A010 DEF NAME **ESCAMIL** C010 DEF NAME **ESCAMIL**

J U D I C I A L I N F O R M A T I O N

**A010-020-030-040** FILE DATE 012591

DEF NAME **ESCAMILLA_JOSE_ALFONSO**______________ RACE **W** SEX **M** DOB **08161942** AGE **65**

DEF ADR1 **4045_WEISENBURGER**____________________ AC ___ PH _______ SS ___ ___ ____

DEF CITY ______________________ ST __ ZIP _____ DLNUM _______________ DLST __

OFF **UCW/HANDGUN**___________________ DT **012191** TYP/CL **M A** GOC/CAT _ _ CODE **CP000000**

AMT ___________ SID NUM _________ OF AMT _________

COMPLAINANT __________________________________________ TAPE # _____ ARREST DATE **000000**

JUV STAT _ REPEAT OFFENDER _ CAREER OFFENDER _ ORIG-LOC **DSO**____ CURR-LOC **O**

FILING AGENCY **TXDPD0000** SER/CAS NO ________**049120Z** ARREST NUM _______**91004670**

LAI NUM _______________ AIS/DSO NO _______________ BOOKIN NUM _______________

JP FILE DATE **000000** JP CASE ID ___________ JP COURT ID __ FED _ EVH _ AFF _

MAGISTRATE DATE **000000** MAGIS COURT __ MAGIS JUDGE __________ BOUND OVER _

EXAM TRIAL DATE **000000** EXAM COURT __ EXAM JUDGE __________ IND METH **CAI**

/H/R DT _______ _ GJ# _________ GJ/W/FILE **012691** GJ DS **X** DA DSP _ ACC _ REAS _

DA DISPOS DATE 000000 MISDEMEANOR REDUCTION _ SENTENCE PROBATED _

JUDCL CASE ID **MA9140928** GJ CT __ PROS STAT _ ___ PROS NAME _______________

COURT ASSIGNED TO **ME** DATE ASSIGNED **012691** ASSIGNED BY **C** REASON **B**

PRECEEDING DA CASE ID ____________ SUCCEEDING DA CASE ID ____________

TRN ___________ TRS ____ WARRANT STATUS **B** STATE OFF CD ____________

NEXT




TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

¢JI66 DA CASE ID **MA9140928** JUDCL CASE ID **MA9140928**

A010 DEF NAME **ESCAMIL** C010 DEF NAME **ESCAMIL**

CHARGE

**C010**

DEF NAME **ESCAMILLA_JOSE_ALFONSO**_______ OFFENSE CD **CP000000** STATE CD __________

DESC **UCW/HANDGUN**__________________ COMT __________ TYP/CL **M A** GOC _

GJ COURT __ CURRENT COURT **ME** PREVIOUS COURTS __________ CHOV DT 000000

DISPOSITION

**020-01-02** CT DISP NO **01**

VERDICT DATE **021491** BY **JG** DISP **PGBC** TC __ DISM TYP ____ VOL **020** PAGE **0131**

SENTENCE DATE ______ BY __ TO _ YEARS ____ MTHS ____ DAYS ____ HOURS ____

SENTENCE TO BEGIN ______ SENTENCE VOL ___ PAGE ____ DISCHARGE **Y** TYPE _ NUM __

PROBATED SENTENCE TO **J** YEARS ____ MONTHS ____ DAYS __**60** MULT SENT _

PROBATED FOR YEARS ____ MONTHS __**12** DAYS ____ PROBATION START DATE **021491**

SPEC COND 1 __ __________ FOR ___ _ 2 __ __________ FOR ___ _

FINE CODE **N** AMT ____**300.00** COST CODE **N** AMT __**149.50** PAYMENT DUE ______

REDUCED/ENHANCED CHARGE

DESC ____________________________ COMT __________ TYP/CL _ _ GOC _

COUNTY CODE ________ STATE CODE __________

PROBATION REVOCATION FILE DATE ______ WARRANT ISSUED DATE ______

DISPOSITION COMMENT B_T_1-21-91__OWES_314.50_DUE_2-14-91____________ _

NEXT




TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

¢JI66 DA CASE ID **MA9140928** JUDCL CASE ID **MA9140928**

A010 DEF NAME **ESCAMIL** C010 DEF NAME **ESCAMIL**

GENERAL COMMENTS

**C080 021491_DEFT_PD_$114.50_PER_M15318E_ALL_PD_PR_EXP_2/14/91**

DATE **021891**

NEXT




TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

# DALLAS COUNTY
# COUNTY CLERK
# JOHN WARREN

**DATE:** 12/19/07

**CASE NO.** MA8923384-K

**TO THOSE REQUESTING COPIES:**

Please be advised that criminal case jackets prior to 1993 have been destroyed in accordance to Local Government Code 202.003.

However, we are able to provide you with a computer printout of the criminal case jacket(s). The cost of this service is $1.00 per page and there is an additional $6.00 charge for certification.

I am sorry for any inconvenience that this may cause you. Should you have any questions, please feel free to contact me at (214) 653-5763.

Respectfully,

Yolanda Wilson

Yolanda Wilson
Misdemeanor Records Supervisor
Frank Crowley Courts Building
133 N. Industrial Blvd., LB43
Dallas, Texas 75207-4313

¢JI68 DA CASE ID **MA8923384** JUDCL CASE ID **MA8923384**

A010 DEF NAME **ESCAMIL** C010 DEF NAME **ESCAMIL**

J U D I C I A L I N F O R M A T I O N

**A010-020-030-040** FILE DATE 010489

DEF NAME ESCAMILLA_JOSE_ALFONSO______________ RACE W SEX M DOB 08161942 AGE **65**

DEF ADR1 4045_WEISENBERGER__________________ AC ___ PH _______ SS ___ __ ____

DEF CITY DALLAS______________ ST TX ZIP _____ DLNUM ______________ DLST __

OFF UCW_________________________ DT 010289 TYP/CL M A GOC/CAT _ _ CODE CP000000

AMT __________ SID NUM ________ OF AMT ______________________________________

COMPLAINANT ___________________________________ TAPE # _____ ARREST DATE 000000

JUV STAT _ REPEAT OFFENDER _ CAREER OFFENDER _ ORIG-LOC OTHER__ CURR-LOC O

FILING AGENCY TX0571500 SER/CAS NO _________89362 ARREST NUM ________116304

LAI NUM _________85701 AIS/DSO NO ______________ BOOKIN NUM _______________

JP FILE DATE 000000 JP CASE ID __________ JP COURT ID __ FED _ EVH _ AFF _

MAGISTRATE DATE 000000 MAGIS COURT __ MAGIS JUDGE _________ BOUND OVER _

EXAM TRIAL DATE 000000 EXAM COURT __ EXAM JUDGE _________ IND METH CAI

W/H/R DT ______ _ GJ# ________ GJ/W/FILE 010689 GJ DS X DA DSP _ ACC _ REAS _

DA DISPOS DATE 000000 MISDEMEANOR REDUCTION _ SENTENCE PROBATED _

JUDCL CASE ID MA8923384 GJ CT __ PROS STAT _ ___ PROS NAME _______________

COURT ASSIGNED TO MK DATE ASSIGNED 010689 ASSIGNED BY C REASON B

PRECEEDING DA CASE ID ___________ SUCCEEDING DA CASE ID ___________

TRN __________ TRS ____ WARRANT STATUS B STATE OFF CD __________

NEXT




TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

¢JI68 DA CASE ID **MA8923384** JUDCL CASE ID **MA8923384**

A010 DEF NAME **ESCAMIL** C010 DEF NAME **ESCAMIL**

DISPOSITION

**C020-01-02** CT DISP NO **01**

VERDICT DATE **012389** BY **JG** DISP **NAOG** TC __ DISM TYP ____ VOL **008** PAGE **0424**

SENTENCE DATE ______ BY __ TO _ YEARS ____ MTHS ____ DAYS ____ HOURS ____

SENTENCE TO BEGIN ______ SENTENCE VOL ___ PAGE ____ DISCHARGE **N** TYPE _ NUM __

PROBATED SENTENCE TO **J** YEARS ____ MONTHS ____ DAYS ____ MULT SENT _

OBATED FOR YEARS ____ MONTHS __**12** DAYS ____ PROBATION START DATE **012389**

SPEC COND 1 __ ___________ FOR ___ _ 2 __ ___________ FOR ___ _

FINE CODE **N** AMT ____**300.00** COST CODE **N** AMT ___**90.50** PAYMENT DUE **012389**

REDUCED/ENHANCED CHARGE

DESC ____________________________ COMT __________ TYP/CL _ _ GOC _

COUNTY CODE ________ STATE CODE __________

PROBATION REVOCATION FILE DATE ______ WARRANT ISSUED DATE ______

DISPOSITION COMMENT **DEF._ADJ./CB_MAILED**_____________________________ _

NEXT



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

¢JI68 DA CASE ID **MA8923384** JUDCL CASE ID **MA8923384**

A010 DEF NAME **ESCAMIL** C010 DEF NAME **ESCAMIL**

PAYMENTS

**C020-10** CT DISP NO **01**

DATE PAID **012389** AMT PAID ____**390.50** TYPE PAYMENT **C** RECEIPT NO ____**3239-K**

REC'D BY **83147** PD UP **Y** DATE NEXT PAYMENT **000000** AMT NEXT PAYMENT ________

REC NO **11-01** _

DISPOSITION

**020-01-02** CT DISP NO **02**

VERDICT DATE **012390** BY **JG** DISP **DISM** TC __ DISM TYP **NFOG** VOL **005** PAGE **0019**

SENTENCE DATE ______ BY __ TO _ YEARS ____ MTHS ____ DAYS ____ HOURS ____

SENTENCE TO BEGIN ______ SENTENCE VOL ___ PAGE ____ DISCHARGE **N** TYPE _ NUM __

PROBATED SENTENCE TO _ YEARS ____ MONTHS ____ DAYS ____ MULT SENT _

PROBATED FOR YEARS ____ MONTHS ____ DAYS ____ PROBATION START DATE ______

SPEC COND 1 __ __________ FOR ___ _ 2 __ __________ FOR ___ _

FINE CODE _ AMT ______**0.00** COST CODE _ AMT ____**0.00** PAYMENT DUE ______

REDUCED/ENHANCED CHARGE

DESC ____________________ COMT _________ TYP/CL _ _ GOC _

COUNTY CODE _______ STATE CODE _________

PROBATION REVOCATION FILE DATE ______ WARRANT ISSUED DATE ______

DISPOSITION COMMENT ______________________________________ _

NEXT

