*CLAIM AGAINST HIDALGO COUNTY FOR ATTORNEY'S FEE FOR
☒ EXPENSES UNDER ARTICLE 26.05, CODE OF CRIMINAL
PROCEDURE AS AMENDED AND/OR
☐ EXPENSES UNDER ARTICLE 51.0 OF THE FAMILY CODE
*Please check applicable code in space provided above

Court Title __Dist__

Court Number __139__

| Case Number | Defendant | Case Number | Defendant | Case Number | Defendant |
|---|---|---|---|---|---|
| CR-105-87-C | Alfredo Hinojosa | | | | |

Schedule of Amounts Due by Hidalgo County:

(a) for each day or fractional part thereof in court representing the accused, a reasonable fee to be set by the court but in no event to be less than $50.00. (Dates and year must be shown).

| Dates | | days at $ | $ |
|---|---|---|---|
| 2-2-87 | | 1 days at $75.00 | $75.00 |
| 3-4-87 | | 1 days at $150.00 | $150.00 |
| 3-9-87 | | 1 days at $150.00 | $150.00 |
| 3-18-87 | | 1 days at $-0- | $-0- |
| 4-1-87 | | 1 days at $150.00 | $150.00 |
| 4-6-87 | | 1 days at $-0- | $-0- |
| 4-21-87 | | 1 days at $-0- | $-0- |

(b) For each day in court representing the accused when the State has made known that it will seek the death penalty, a reasonable fee to be set by the court but in no event to be less than $250.00. (Dates and year must be shown).

Dates _____ days at $ _____ $ _____

(c) For each day or fractional part thereof in court representing the indigent in a habeas corpus hearing, a reasonable fee to be set by the court but in no event to be less than $50.00. (Dates and year must be shown).

Dates _____ days at $ _____ $ _____

(d) For expenses incurred for purposes of investigation and expert testimony, a reasonable fee to be set by the court but in no event to exceed $500.00  PAID BILLS MUST BE SUBMITTED BY ATTORNEYS FOR EXPENSES CLAIMED. See Attorney General's Opinion C-713.  $ _____

(e) For the prosecution to a final conclusion of a bonafide appeal to the Court of Criminal Appeals, a reasonable fee to be set by the court but in no event to be less than $350.00.  $ _____

(f) For the prosecution to a final conclusion of a bonafide appeal to the Court of Criminal Appeals in a case where the death penalty has been assessed, a reasonable fee to be set by the court but in no event to be less than $500.00  $ _____

Total Fees Due  $ 525.00

Pay this sum upon approval of the Judge of Said Court to __Jose Antonio Gomez__
(Please Print or Type)

Whose address is _____ Building _____ 106 S. 12th St. Street _____

Suite # 116, Edinburg City, Texas 78539 Zip Code

I, __Jose Antonio Gomez__, Attorney at Law, represent to the Court and to the County Auditor, that I have no other claim against Hidalgo County for fees on any of the dates set out above, and that this statement is made so that the County Auditor may rely on this information to avoid payment which cannot be made due to Section 4 of Article 26.05, Code of Criminal Procedure, which relates to Article 51.10 of the Family Code and that the fees authorized by the Court in the above mentioned case do not exceed the maximum amount permitted under Federal Laws and Regulations, and the Executive Orders and Regulations issued thereunder.

Approved _____ Presiding Judge (Signature) _____ Attorney at Law (Signature)

FOR USE OF AUDITOR'S OFFICE ONLY

Account No. 01-412.30.43

Approved: _____, County Auditor        Approved: _____ County Judge

COURT