

OFFICE OF
# Pauline G. González
### DISTRICT CLERK
### HIDALGO COUNTY

DRAWER 87
EDINBURG, TEXAS 78540
512 383-2751, ext 200

MAY 13, 1987

TO:   BRIG MARMOLEJO
      HIDALGO COUNTY SHERIFF
      HIDALGO COUNTY
      EDINBURG, TEXAS 78540


IN RE:   CR-105-87-C
         STATE OF TEXAS
         VS
         ALFREDO RIVERA HINOJOSA

MR. MARMOLEJO:

ENCLOSED PLEASE FIND A CERTIFIED COPY OF THE JUDGMENT ON PLEA OF GUILTY BEFORE COURT TOGETHER WITH A COPY OF THE STATEMENT OF FACTS FORM WHICH HAVE BEEN FILED IN THE ABOVE-MENTIONED CAUSE.

SHOULD ANY QUESTIONS ARISE, FEEL FREE TO CONTACT THE UNDERSIGNED.

SINCERELY,
PAULINE G. GONZALEZ
DISTRICT CLERK
HIDALGO COUNTY, TEXAS


VIDALA LEIJA, DEPUTY

XC: COURTS' FILE
XC: TEXAS DEPARTMENT OF CORRECTIONS, BUREAU OF CLASSIFICATION,
    P.O. BOX 99 HUNTSVILLE,TEXAS 77340
XC: HON. OMAR JAIME GARZA, COURTHOUSE, EDINBURG, TEXAS 78540
XC: BOARD OF PARDONS AND PAROLES, P.O. BOX 13401, CAPITAL STATION,
    AUSTIN, TEXAS 78711
XC: HON. JOSE ANTONIO GOMEZ, 106 SOUTH 12TH,SUITE 116,EDINBURG,TEXAS 7

STATEMENT OF FACTS

FILED
AT 2 o'clock P M.
APR 2 3 1987

PAULINE G. GONZALEZ CLERK
District Courts, Hidalgo County
_By_____ Deputy

INSTRUCTIONS:

Purpose:   The Board of Pardons & Paroles and the Department of Corrections need an accurate version of the crime.  Sometimes only the inmate's version is available.

Scope:  Please limit the report to the facts.  The last page of this form allows you to provide any recommendations and information relative to parole.

Disposition:   Please   deliver   the original of this form to the district clerk for inclusion in the papers of the case.  If the papers have already gone, the form should be delivered to Director,  Bureau of Classification,  Texas Department of Corrections, Box 99, Huntsville, Texas  77340.

---

Office: Hidalgo County Criminal District Attorney's Office

Elected Official: Rene Guerra                     Bar Card Number: 08578200

Trial Attorney: OMAR J. GARZA                     Bar Card Number: 07735200
(If different)                 Name

Inmate: ALFREDO RIVERA HINOJOSA
                        Name                      _____
                                                  TDC # (if known)

Offense: MURDER                                   Cause # CR-105-87-C

Court: 139th District Court                       Date of Sentence: ARPIL 22, 1987

1.   Statement of offense(s) (including time, date, place, manner in which committed, mitigating   or   aggravating   circumstances) You are encouraged   to   supplement   this statement with copies of any confession,  victim/witness statements or police offense report that might be available.  (Attach additional sheets if necessary)

     On November 8,  1985,  after 11:00 p.m.,  defendant ALFREDO RIVERA HINOJOSA and victim JOSE DAVID SOTO BELLOSO,  were playing pool at the '101 CLUB' in Mercedes, Hidalgo County,  Texas.   Both parties had been drinking beer.   When they finished playing pool,  they got into an argument over the pool table.  Both parties left the bar  at different times,  and both wound up at JOVITA'S PLACE,  another nearby bar. The argument continued there when witnesses observed the two men get into a scuffle. One witness attempted to subdue the defendant by holding him back, at which time the victim  pushed a chair into the defendant,  knocking him and the witness back.   The defendant then drew a knife from his pocket and stabbed BELLOSO one time through the chest,  piercing his heart and killing him almost instantly.  The defendant fled the scene  but  was apprehended a short distance away in possession of a bloody knife. Blood samples from the knife matched those taken from the victim,  and  eyewitnesses identified defendant as the person who stabbed the victim.

2.   Name of co-defendants,  disposition  of  their  cases.   Please  explain  if dispositions differ from this defendant.

N/A

3.  Value of property stolen,  destroyed or damaged including name and  address  of
injured party(ies).  Indicate if stolen property was returned to owner without loss.

N/A

4.  If  physical  injury,  describe details of injury (including  death),  cost of
medical treatment,  including name and address of victim(s).  If deceased,  include
name and address of next of kin if known.

    Victim received one stab wound to the chest that penetrated the heart.  Victim
was  declared  dead  at the scene.  Victim was an alien,  and no next  of  kin  are
available at this time.

5.  Other cases filed against inmate that have been dismissed or are pending.

CR-61,285-C;  Driving While Intoxicated--1/13/87 30 days Hidalgo County Jail,  given
credit for 59 days  + Driver's License suspended for 90 days + $300.00 fine.
CR-59,896-C; Criminal Mischief O/$20.00 & U/$200.00--pending
CR-361-84-C;  Aggravated Assault--10/19/85 Pled Guilty to Lesser included offense of
Assault, 30 days Hidalgo County Jail, given credit for 78 days + $500.00 fine.
CR-1030-86-C; Resisting Arrest--4/21/87 Dismissed, convicted in CR-105-87-C.

6.  CAVEAT:  This question is optional.  While this report is not shown to the inmate
by  authorities,  and  state  law provides that it is "confidential  and  privileged"
information and therefore not disclosable to the inmate, it cannot be guaranteed that
in no case will the inmate learn of its contents.

Please  give  any  additional information which may be useful to the parole  board  in
evaluating  parole  for  this  individual.  Please include  any  statements  of  the
victim(s) or other aggrieved citizens if applicable.

    /  /  I recommend parole.
    /  /  I do not recommend parole.
    /  /  I have no recommendation.

Comments:

    Although defendant was arguably provoked, he has a general reputation for being
violent.  This should be considered by the parole board.

                                        _____
                                        Signature of Official Making Report

                                        Asst. Criminal District Attorney
                                        Title

                                        APRIL 28, 1987
                                        Date

*Murder*

CAUSE NO. ___CR-105-87-C___

|  |  |  |
|---|---|---|
| THE STATE OF TEXAS | ( ) | COUNTY COURT AT LAW _____ |
| VS. | ( ) | 139th DISTRICT COURT OF |
| *Alfredo Rivera Hinojosa* | ( ) | HIDALGO COUNTY, TEXAS |

## ORDER OF COMMITMENT

TO THE SHERIFF OF HIDALGO COUNTY, TEXAS:      GREETING

By Order of the Court on the 21st day of *April* _____, A.D. 19 87, the following action is directed in the above styled and numbered cause:

☐ Defendant's bond set at $_____ pending _____
Defendant is remanded to the Sheriff.

☐ Defendant's bond raised to $_____ pending _____
Defendant is remanded to the Sheriff.

☐ Defendant's bond reduced to $_____ pending _____
Defendant is remanded to the Sheriff.

AT 9:40 O'CLOCK 9 M.

**FILED**

MAY 12 1987

PAULINE C. GONZALEZ, CLERK
District Court, Hidalgo County
BY _____

☐ Defendant's bond to remain at $_____ pending _____
Defendant is remanded to the Sheriff.

☐ Defendant is remanded to the Sheriff without bond pending _____

☑ Defendant sentenced to ___20___ years in the Texas Department of Corrections. Defendant remanded to the Sheriff for transfer to the ___

THE STATE TEXAS

1:30
1987
HIDALGO COUNTY SHERIFFS DEPT.
EDINBURG, TEXAS

TO THE SHERIFF OR ANY CONSTABLE OF HIDALGO COUNTY, SAID STATE GREETINGS:

YOU ARE HEREBY COMMANDED TO SUMMON:

| | |
|---|---|
| IRMA CASTILLO ESPINOZA | 321 N. Missouri St., Mercedes, TX |
| AMADO MAURICIO TREVINO | 733 S. Ohio St., Mercedes, TX              565-5606 |
| GUADALUPE GARCES | 134 N. Matamoros, Mercedes, TX |
| ROBERT YRIARTE | 123 Taylor Dr., Mercedes, TX |
| ESTELLA DELGADO | 338 N. Texas, Mercedes, TX |
| MARIA DELGADO | " |
| J.P. A. GUTIERREZ | 202 Southern St., Edcouch, TX |
| ROBERT GUTIERREZ, JR. | Mercedes Police Department |
| RICARDO VALDEZ, SR. | " |
| SGT. JESUS VASQUEZ | " |
| ALEJANDRO MORENO | " |
| LUIS CHACON | " |
| NARCISO VARGAS | " |

**FILED**
AT 10:10 O'CLOCK a M.
262-2044
APR 22 1987

PAULINE G. GONZALEZ, Clerk
District Courts, Hidalgo County
By _____ Deputy

PLEASE CONTACT HON. OMAR J. GARZA ASSISTANT CRIMINAL DISTRICT ATTORNEY
OR HIS SECRETARY, ANNETTE ESCOBAR, AT 383-2751, EXT. 300, UPON RECEIPT
OF THIS SUBPOENA.

the honorable 139TH District Court of Hidalgo County, Texas, now in session
at the Courthouse of said County in Edinburg, Texas, on the 9th day of March,
1987 at 9:00 a.m., then and there to testify as witnesses in behalf of the
State in a criminal action pending in said Court, entitled and numbered on
the Criminal Docket of said Court, The State Of Texas Vs. Alfredo Rivera
Hinojosa, No. Cr-105-87-C, and there to remain from day to day, and from term
to term until discharged by due process of law.

    Returnable March 9, 1987 at 9:00 a.m.

    HEREIN FAIL NOT, and make due return, hereof, showing how you have
executed the same.

    Witness my official signature, at Edinburg, this, 17th day of February
A. D. 1987.

                        PAULINE G. GONZALEZ
                    DISTRICT COURT HIDALGO COUNTY

                By _____ DEPUTY
                    _____ Ramos    Deputy

THE STATE OF TEXAS                           IN THE 139TH DISTRICT
VS.                                          COURT OF
ALFREDO RIVERA HINOJOSA                      HIDALGO COUNTY, TEXAS

NO. CR-105-87-C

JUDGMENT ON PLEA OF GUILTY BEFORE COURT

Judge Presiding: RAUL L. LONGORIA        Date of Judgment:  APRIL 21, 1987

---

Attorney(s): RENE GUERRA, DIST. ATTY. and   Attorney(s)  :
for State  : OMAR J. GARZA                   for Defendant: JOSE ANTONIO GOMEZ

---

Offense     : MURDER
Convicted of: MURDER
Degree      : FIRST                          Date Offense Committed:  11/9/86

---

Charging Instrument: INDICTMENT              Plea: GUILTY

---

Plea Bargain   : YES
Terms (Details): TWENTY YEARS TDC

---

Plea to Enhancement                          Findings on
Paragraph(s)  : N/A                          Enhancement: N/A

---

Findings on Use of
Deadly Weapon  : N/A

---

Date Sentence Imposed: APRIL 21, 1987        Costs:  N/A

---

Punishment and Place                         Date to
of Confinement : TWENTY YRS. TDC             Commence:  APRIL 21, 1987

---

                                             Total Amount of Restitution/
Time Credited  :  164 DAYS                   Reparation: N/A

---

Concurrent Unless Otherwise Specified: CR-543-83-C

---

   The Defendant having been indicted in the above entitled and numbered cause for
the felony offense of <u>MURDER</u> and this cause being this day called for  trial,  the
State appeared by RENE GUERRA,  Criminal District Attorney,  and Assistant  Criminal
District Attorney,  HON.  OMAR J. GARZA,  and the Defendant,  ALFREDO RIVERA HINOJOSA,
appeared  in  person  and by Counsel,  HON.  JOSE ANTONIO GOMEZ,  and  both  parties
announced ready for trial.  The Defendant was arraigned,  then in person,  in writing,
and  in  open court,  waived the right of trial by jury with the consent and approval
of  the  District Attorney and the Court.  The Defendant pled GUILTY to  the  charge
contained in the indictment.  Thereupon the Defendant was admonished by the Court of
the  consequences  of said plea,  including the range of  punishment,  and  that  no
punishment  recommendation by the prosecuting attorney is binding on the Court,  and
that  if the punishment assessed does not exceed the punishment  recommended by  the
State and agreed to by the Defendant and by Counsel,  the Defendant may not prosecute
an  appeal  without  the permission of the Court except for  any  pre-trial  matters
raised by written motion.   The  Defendant persisted in  entering the plea  and  it
appearing  to the Court that the Defendant was mentally competent and that the  plea
was  free and voluntary,   accepted  the  plea.   The Defendant,  having in open court
and  in  writing,  waived the appearance,  confrontation,  and  cross examination of
witnesses,  consented  to  the  stipulation of evidence and to the  introduction  of
testimony  by  affidavits,   written statements of witnesses,   and other  documentary

evidence; such waiver and consent, having been approved by the Court in writing, were filed in the papers of the cause. The plea of the Defendant was received and entered of record upon the minutes. The Court, having heard the indictment read, the Defendant's plea thereto, the evidence submitted, and the argument of counsel thereon, found the Defendant guilty of the offense of MURDER, committed on NOVEMBER 9, 1986.

The Court, after hearing evidence on punishment and the Defendant having waived a pre-sentence investigation, inquired into the existence of any plea bargaining. Thereupon the Court, accepting the agreement of the parties, assessed the punishment at confinement in the Texas Department of Corrections for TWENTY (20) years.

IT IS THEREFORE CONSIDERED, ORDERED, AND ADJUDGED by the Court that the Defendant is guilty of the offense of MURDER, a FIRST degree felony, and that the Defendant be punished by confinement in the Texas Department of Corrections for TWENTY (20) years, and that the State of Texas do have and recover of the Defendant all costs of prosecution, for which execution will issue.

The Court then proceeded to pronounce the sentence of law according to the judgment rendered and the Defendant was asked by the Court whether the Defendant had anything to say why sentence should not be pronounced, and the Defendant answered nothing in bar thereof. Whereupon the Court proceeded, in the presence of said Defendant, to pronounce the sentence as follows, to-wit: "It is the order of the Court that the Defendant ALFREDO RIVERA HINOJOSA, who has been adjudged to be guilty of the offense of MURDER, and whose punishment has been assessed at confinement in the Texas Department of Corrections for TWENTY (20) years, be delivered by the Sheriff of Hidalgo County, Texas immediately to the Director of the Texas Department of Corrections or other person legally authorized to receive such convicts, and the Defendant shall be confined in said penitentiary for a term of not less than FIVE (5) years nor more than TWENTY (20) years in accordance with the provisions of the law governing the Texas Department of Corrections."

The sentence assessed against Defendant in this cause is to run concurrent with the sentence assessed against said Defendant in Cause Number CR-543-83-C styled the State of Texas vs. Alfredo Hinojosa aka Freddy Rivera, on the docket of the 139th District Court of Hidalgo County, Texas for the offense of Aggravated Assault with a Deadly Weapon.

The Defendant is given jail credit for 164 days and is remanded to jail in the custody of the Sheriff to await further orders of this Court.

SIGNED on this the 21ST day of APRIL, 1987.

Notice of Appeal: _____

JUDGE RAUL L. LONGORIA, PRESIDING
139TH DISTRICT COURT
HIDALGO COUNTY, TEXAS

DATE 2-14-08
A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By _____ Deputy

16 582

# ORDER OF COMMITMENT

TO THE SHERIFF OF HIDALGO COUNTY, TEXAS:        GREETING

By Order of the Court on the _21st_ day of _April_ _____, A.D. 19 _87_, the following action is directed in the above styled and numbered cause:

☐ Defendant's bond set at $_____ pending _____. Defendant is remanded to the Sheriff.

☐ Defendant's bond raised to $_____ pending _____. Defendant is remanded to the Sheriff.

☐ Defendant's bond reduced to $_____ pending _____. Defendant is remanded to the Sheriff.

☐ Defendant's bond to remain at $_____ pending _____. Defendant is remanded to the Sheriff.

☐ Defendant is remanded to the Sheriff without bond pending _____.

☑ Defendant sentenced to _20_ years in the Texas Department of Corrections. Defendant remanded to the Sheriff for transfer to the Texas Department of Corrections.

☐ Defendant committed to jail for _____ days as a condition of his probation without good time or credit. Defendant is remanded to the Sheriff.

☐ Defendant sentenced to _____ (Days, Months, Years) in the Hidalgo County Jail with _____ days credit. Defendant is remanded to the Sheriff.

☑ _Credit for 164 days spent in_ _jail_ _____

_____

You are hereby ordered to take and keep in your custody the above named defendant and to follow the directions of the Court. The defendant is to be released either upon serving his time in jail as directed by the Court or upon execution of a good and sufficient bond, except that bonds pending appeal must be approved by the Court.

SIGNED this _21st_ day of _April_ _____, A.D. 19 _87_ at _2:34_ o'clock _P._ M.

DATE _2-14-08_
A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
_____ Deputy

_____
JUDGE PRESIDING

DISTRIBUTION:
Original & Copy to Sheriff
**(Original to be returned to Clerk after Return is Made)**
**Copy to Case**

CAUSE NUMBER   CR-105-87-C

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE 139TH DISTRICT COURT |
| VS. | X | OF |
| ALFREDO RIVERA HINOJOSA | X | HIDALGO COUNTY, TEXAS |

## WAIVER OF JURY

COMES NOW the Defendant in person and in open Court, and joined by his attorney and counsel for the State, waives the right to trial by jury in accordance with Art. 1.13 C.C.P.  This waiver is made with the consent of the Court.

Signed on the __21st__ day of APRIL, 1987.

DEFENDANT-ALFREDO RIVERA HINOJOSA

HON. OMAR J. GARZA
COUNSEL FOR THE STATE

HON. JOSE ANTONIO GOMEZ
ATTORNEY FOR DEFENDANT

RAUL L. LONGORIA, JUDGE PRESIDING
139TH DISTRICT COURT

## APPLICATION FOR PROBATION

In the event that the punishment assessed does not exceed 10 years in the Texas Department of Corrections, the Defendant moves that probation be granted of the term assessed.

Signed on the _____ day of APRIL, 1987.

DEFENDANT-ALFREDO RIVERA HINOJOSA

## WAIVER OF PRE-SENTENCE INVESTIGATION

COMES NOW the Defendant in person,  and in open Court,  joined herein by his Attorney and by Counsel for the State,  and requests that a  pre-sentence investigation  and  report not be made.  This request is made with the consent  and approval of the Court.

Signed on the __21st__ day of APRIL, 1987.

DEFENDANT-ALFREDO RIVERA HINOJOSA

HON. OMAR J. GARZA
COUNSEL FOR THE STATE

HON. JOSE ANTONIO GOMEZ
ATTORNEY FOR DEFENDANT

DATE 2-14-08

A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By _____ Deputy

RAUL L. LONGORIA, JUDGE PRESIDING
139TH DISTRICT COURT

CAUSE NO. __CR-105-87-C__

| | | |
|---|---|---|
| THE STATE OF TEXAS | Ⅹ | IN THE 139TH DISTRICT COURT |
| VS. | Ⅹ | OF |
| ALFREDO RIVERA HINOJOSA | Ⅹ | HIDALGO COUNTY, TEXAS |

## STIPULATION OF EVIDENCE

COMES NOW __ALFREDO RIVERA HINOJOSA__ defendant in the above entitled and numbered cause, in writing and in open Court, and consents to the stipulation of evidence in this case and in so doing expressly waives the appearance, confrontation and cross-examination of witnesses. I further consent to the introduction of testimony by oral stipulation, affidavits, written statements of witnesses and other documentary evidence. Accordingly, having waived my Federal and State constitutional right against self-incrimination and after having been sworn, upon oath, I judicially confess to the following facts and agree and stipulate that these facts are true and correct and constitute the evidence in this case:

That I, ALFREDO RIVERA HINOJOSA, on November 9, 1986, in Hidalgo County, Texas, did then and there intentionally and knowingly cause the death of an individual, JOSE DAVID SOTO BELLOSO, by stabbing the said individual with a knife.


_____
DEFENDANT-ALFREDO RIVERA HINOJOSA

SWORN TO AND SUBSCRIBED BEFORE ME on this the __21st__ day of __APRIL__, 1987.

_____
DEPUTY DISTRICT CLERK
HIDALGO COUNTY, TEXAS

APPROVED:

_____
ATTORNEY FOR DEFENDANT
JOSE ANTONIO GOMEZ

APPROVED BY COURT:

_____
JUDGE PRESIDING, RAUL L. LONGORIA
139TH DISTRICT COURT
HIDALGO COUNTY, TEXAS

DATE  2-14-08
A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By _____ Deputy

VICTIM   Jose David Belloso                                    PHONE NO. (      )

INTOXILYZER % _____ VIDEO TAKEN YES _____ NO _____ FILM NO. _____

DEFENDANT ADDRESS _____ 1245 S. Georgia

CITY _____ Mercedes _____ STATE _____ Texas _____ ZIP CODE _____ 78570

S.S. # ___459___ - ___06___ - ___5365___ U.S. CITIZEN YES ___x___ NO _____ D.L. # _____

OTHER OFFENSE(S) INCLUDING TRAFFIC VIOLATIONS STEMMING FROM THIS INCIDENT

Driving While Intoxicated _____                          CASE NO. _____ 86-11-565

_____                                                    CASE NO. _____

_____                                                    CASE NO. _____

## 861907

********** 

COMPLAINT NO. ___69-1241___                    DATE/PLACE FILED ___11-09-86/Mercedes, TX___

PHOTOGRAPHS ___yes.___

EVIDENCE RECOVERED ___1 silver butterfly knife, blue t-shirt, gray t-shirt, blood samples.___

DISPOSITION OF EVIDENCE ___McAllen D.P.S. Lab___

CO-DEFENDANTS (INCLUDING JUVENILES) ARRESTED: (HOME & BUSINESS PHONE NO.)   RECEIVED

NAME & ADDRESS _____                      DATE ARRESTED _____ / _____ / _____

_____                                     NOV 25 1986   _____ / _____ / _____

_____                                     Office of District Attorney   _____ / _____ / _____

NAMES & ADDRESSES OF STATE'S WITNESSES (HOME & BUSINESS PHONE)

| Irma Castillo | 321 N. Missouri St. | Mercedes, TX | ( | ) | n/a |
| Amado Trevino | 733 S. Ohio St. | Mercedes, TX | ( 512 | ) | 565-5606 |
| Robert Yriarte | 123 Taylor Dr. | Mercedes, TX | ( | ) | n/a |
| Dr. Santos | McAllen Regional Hospital | | ( | ) | |
| Justice of the Peace A. Gutierrez | 202 Southern St. Edcouch, TX | 512 | ) | 262-2044 |
| Det. Luis Chacon | c/o Mercedes Police Dept. | | ( 512 | ) | 565-3102 |
| Det. Alejandro Moreno | " | | | | " |

CASE OFFICER ___Officer R. Valdez___

INVESTIGATION OFFICER(S) ___Inspector N. Vargas Jr.___

SUMMARY OF CASE ON REVERSE SIDE

My name is Irma Castillo Espinoza.  I am 26 years old.  My date of birth is October 24, 1960.  I reside at 321 N. Missouri St., Mercedes, Texas.

On Saturday, November 8, 1986 at about 11:50 p/m I went to the 101 Club in Mercedes, Tx.  As I entered I saw that Freddy Rivera and Joe Garcia were playing pool.  I went to where Joe Garcia was.  When they finished playing the table, they got into an argument over the pool table. I went to Joe and I asked him to go with me.  At this time Freddy Rivera left to the restroom.  Joe, myself and a friend of Joe's went outside the 101 Club and we went to Jovita's.  We entered Jovita's Place and went to the bar.  I asked for two beers and paid for them.  Joe told me to wait at the bar that he was going to look outside to see if his friend was coming.  Joe went to the door and looked outside.  I turned and took a drink of my beer.  When I looked back to where Joe was I saw that Freddy Rivera was also standing at the door.  They got into an argument again.  At this time Amado Trevino, who was sitting next to the front door, got up and tried to hold Freddy.  Joe got a chair and pushed Freddy back with it.  As he pushed Freddy, Amado fell to the floor.  At this time Freddy took out a knife from his right back pant pocket.  Freddy raised the knife up with his right hand and stabbed Joe once in the left side of the chest.  Freddy raised the knife again but Amado got him from the back.  Joe got the chair again, but I took it away. When I took the chair Joe fell on his back.  At this time Freedy went to his pick-up truck and left.  I told them to call an ambulance because Joe was bleeding badly.  They told me that they had already called them.  I stood on the front door and saw a police car coming.  I pointed towards Freddy's pick-up and the police officer went and stopped him at Cerralbos Bar.

Later I found out that his name was Jose David Soto Gellozo.

This statement is true  and correct to the best of my knowledge.

*Irma C. Espinoza*

SWORN TO AND SUBSCRIBED BEFORE ME on this the ___9th___ day of
___November___ 19_86_ A.D.

*Narciso Vargas Jr*
NOTARY PUBLIC IN AND FOR
HIDALGO COUNTY, TEXAS

MY COMMISSION EXPIRES *October 3* 19_87_ A.D.

My name is Amado Mauricio Trevino.  I am 48 years old.  My date of birth is September 13, 1938.  I reside at 733 S. Ohio St., Mercedes, Texas.  My telephone number is 565-5606.

On Saturday, November 8, 1986 at about 11:50 p/m I arrived at Jovita's Place in Mercedes, Texas.  As I entered Jovita's I went to the bar and ordered a beer.  I then took the beer and went and sat on the table next to the door. I finished my beer and ordered another.  A while later one Latin male entered Jovita's.  I cannot recall what he was wearing or what he looked like.  He stood at the entrance to the door.  A few seconds later another Latin male entered Jovita's.  He went towards the pool table.  Both of these males were arguing about something but I do not know of what.  They then got into a scuffle and I got up and got a hold of the man that had entered Jovita's first.  At that time the second man got a chair and hit the man I was holding in the stomach. As he hit him I was pushed back and I fell to the floor.  By the time I got up the man that I was holding had left and the other man was lying on the floor face up next to the pool table. He had blood all over his chest.  Later someone called the police and then the police arrived and took over.

This statement is true and correct to the best of my knowledge.


*Amado Trevino*

SWORN TO AND SUBSCRIBED BEFORE ME on this the ___9th___ day of

___November___ 19_86_ A.D.

*Narciso Vargas Jr*
NOTARY PUBLIC IN AND FOR
HIDALGO COUNTY, TEXAS

MY COMMISSION EXPIRES _October 3_ 19_87_ A.D.

My name is Roberto Yriarte.  I am 35 years old.  My date of birth is August 24, 1961.  I reside at 123 Taylor Dr., Mercedes, Tx.

On Sunday, November 09, 1986 at about 12:10 a/m I was drinking a beer with Rosario Sandoval and Guadalupe unknown last name.  We were all at the bar at Jovita's Place in Mercedes, Tx.  I heard some noises coming from the front door, as a disturbance, as I turned I saw Irma (La Mafia) rushing towards the door.  She took a chair from someone, but I do not know from who.  I did not get up from my stool so I did not see what else happened.  Later I saw a man on the floor  laying face up next to the pool table.  Somebody then called the police department.

This is true and correct to the best of my knowledge.

*Robert Yriarte*

SWORN TO AND SUBSCRIBED BEFORE ME on this the ____9th____ day of
____November____ 19_86_ A.D.

*Narciso Vargas Jr*
NOTARY PUBLIC IN AND FOR
HIDALGO COUNTY, TEXAS

MY COMMISSION EXPIRES _October 3_ 19_87_ A.D.

| | |
|---|---|
| PERSON NAME | |
| ADDRESS | |
| TELEPHONE NUMBER | 20 00 |

| Consciousness: | 1-Con. | 2-Semi | (3)-nc | Bleeding: | 1-Non | 2-Min | 3-Se | (4)-Sev | Pain: | (1)-Non | 2-Mor | 3-Mod | 4-S |

| Pupils: | 1-Eq | 2-Uneq | 3-Con t | (4)-Dilated | 5-Non-Reactive | Breathing: | 1-Nor | 2-Rapid/Shallow | 3-Lab | (4)-None |

Patient Complaints: __NONE__

Injury/Illness Description: __Stab wound to Left Side of Sternum__

Cover:

**INJURY**

| Probable Cause | Type of Injury | Location | Suspected Illness/Symptoms |
|---|---|---|---|
| 1 - Auto | 1 - Burn | Abdomen | 1 - Heart Complication |
| 2 - Motorcycle | 2 - Fracture/Dislocation | Arm | 2 - Stroke/CVA (cerebro - Vascular) |
| 3 - Bicycle | 3 - Laceration/(Penetration) | Back | 3 - Infectious Disease |
| 4 - Pedestrian | 4 - Internal | Chest | 4 - Cardiac (A.M.I.) |
| 5 - Industrial | 5 - Drowning/Suffocation/Choking | Ear | 5 - Epilepsy |
| 6 - Alcohol | 6 - Drug Overdose/Poison | Eye | 6 - Diabetic Complication |
| 7 - Drug Overdose/Poison | 7 - Acute Alcohol Intox | Foot | 7 - High Risk Heart (See Info) |
| 8 - Recreational | 8 - Spine/Back | Hand | 8 - Obstetric/Gynecological |
| 9 - Violence/Assault | 9 - Scrap/Bruise/Cuts | Head | 9 - Respiratory Distress |
| 10 - Gunshot | 10 - Sprain/Strain | Leg | 10 - Internal Medical/Unknown |
| (11) - Stabbing | 11 - Amputee (Specify above) (indicate type at far sight) | Pelvis Hip | 11 - Gastro - Intestinal |
| 12 - Fall | | Shoulder | 12 - Allergic Reaction |
| 13 - Other | 12 - Other | | 13 - Other |

**AID PROVIDED BY AMBULANCE CREW**

Preventive Aid: (YES) 3

Advanced Life Support

| Basic Care | Basic Life Support | |
|---|---|---|
| 1 - Bandaging | 8 - Suction | 15 - Airway Maintenance |
| 2 - Splinting | 9 - Oxygen | 16 - Assisted Breathing |
| 3 - Traction | 10 - C.P.R. | 17 - Shock Management |
| 4 - Psych Assistance | 11 - Burn Cooled/Dressed | |
| 5 - Minor Bleeding Controlled | 12 - Neck/Spine Immobilized | |
| 6 - Transport Only | 13 - Emergency Childbirth | |
| 7 - Other | 14 - Major Bleeding Controlled | |

| | | 18 - Intubation* |
| | 19 - E.K.G./Telemetry* |
| | 20 - Defibrillation* |
| | 21 - I.V. Therapy* |
| | 22 - Medication Administered* |

Driver: __F. LUNA__   #__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__  Training Level __3/0__

Attendant: __O. GARZA__   #__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__  Training Level __2/0__

Attendant: __P. Huffman__   #__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__  Training Level __0/0__

Please code Training Levels for ALL personnel making the run.  Codes are R1 - 1-0
ECA 2/0   EMT 4/0   PARA 4-0
LVN 0/5   RN 0/5   EMT/SS 7/5

**REMARKS**

On 11-9-86 at 00:26 an EMS call was dispatched to
Jovitas Place at 217 N. Illinois in Mercedes for a Stabbing. 516
responded w/3 men. F. Luna, O. Garza, + P. Huffman - We arrived
in approx 5 min but dispatch failed to Log time. We found
A male subject w/A Large Stab wound to the Left of the Sternum
w/a downward slant. wound was approx. the 5th or 6th intercostal
space. There was a Large amount of blood on floor + victum. There were N
vital signs, pupils were dilated + non reactive - pt. was cyanotic. We advised
M.P.D. to call a J.P. We waited for the JP to arrive but he didn't so we
Returned to Stn 1. M.P.D advised they would relay information. We Left Merce
at 01:00 and arrived at Stn 1 at 01:08

NOTE: This information that has been
whited out - was to be made on a supplemen
Report. Please see Attachment A Signed

REPORT MADE BY _____

at the Courthouse of said County in Edinburg, Texas, on March 9, 1987, at 9:00 a.m., then and there to testify as witness in behalf of the State in a criminal action pending in said Court, entitled and numbered on the Criminal Docket of said Court, The State Of Texas Vs. Alfredo Rivera Hinojosa, No. Cr-105-87-C, and there to remain from day to day, and from term to term until discharged by due process of law.

Returnable March 9, 1987 at 9:00 a.m.

HEREIN FAIL NOT, and make due return, hereof, showing how you have executed the same.

Witness my official signature, at Edinburg, this, 17th day of February A. D. 1987.

PAULINE G. GONZALEZ
DISTRICT COURT HIDALGO COUNTY

By _Aurora Ramos_ DEPUTY
Aurora Ramos, Deputy

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SHERIFF'S RETURN

Came to hand on ... day of ............, 1986 at ......o'clock ...M., and executed by reading this Subpoena in the presence and hearing of each of the within named witness at the following times and places, to wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
| Dr. R.C. Santos M.D. | 2-19-87 | 11:28 a/m | Mission Hospital |
| | | | |
| | | | |

and not executed as to the witnesses _____
for the following reasons: _____
    I actually and necessarily traveled _____ miles in the service of this Subpoena, in addition to any other mileage I may have traveled in the service of other process in this cause during the same trip.

FEES: Summoning _____ Witness $ _____   _Reg Margolis_ Sheriff,
Mileage _____ $1.00           Hidalgo County, Texas
TOTAL _____ $5.40 By _Joe Brueghl 2_ Deputy

6.40

at the Courthouse of said County, in Edinburg, Texas, on the 9th day of March, 1987 at 9:00 a.m., then and there to testify as a witness in behalf of the State in a criminal action pending in said Court, entitled and numbered on the Criminal Docket of said Court, The State Of Texas Vs. Alfredo Rivera Hinojosa, No. Cr-105-87-C, and there to remain from day to day, and from term to term until discharged by due process of law.

Returnable March 9, 1987 at 9:00 a.m.

HEREIN FAIL NOT, and make due return, hereof, showing how you have executed the same.

Witness my official signature, at Edinburg, this, 17th day of February A. D. 1987.

PAULINE G. GONZALEZ
DISTRICT COURT HIDALGO COUNTY

By _Aurora Ramos_ DEPUTY
Aurora Ramos, Deputy

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SHERIFF'S RETURN

Came to hand on 12 day of ...Feb..... 1987 at 1:30 o'clock P.M., and executed by reading this Subpoena in the presence and hearing of each of the within named witness at the following times and places, to wit:

| NAME | DATE | TIME | PLACE |
|------|------|------|-------|
| Joe Marchan | 2-18-87 | 1:44 P | Mc Allen |
| | | | |
| | | | |

and not executed as to the witnesses _____
for the following reasons: _____

I actually and necessarily traveled ____ miles in the service of this Subpoena, in addition to any other mileage I may have traveled in the service of other process in this cause during the same trip.

FEES: Summoning _____ Witness $ _____     BRIG MARMOLEJO, SHERIFF     Sheriff,
Mileage        $ 1.00        HIDALGO, COUNTY, TEXAS        County, Texas
TOTAL _____ $ 3.60   By _____ Deputy
               4.60

the place of residence, exact location, and avocation of said witness(es) (where known) appears opposite the respective names, to-wit:

Case 3:06-cv-02248-O  -BH   Document 26-8   Filed 05/05/08   Page 18 of 40   PageID 568

## WITNESSES IN COUNTY

| Name | Address | Telephone |
|------|---------|-----------|
| Irma Castillo Espinoza | 321 N. Missouri St., Mercedes, Tx | |
| Amado Mauricio Trevino | 733 S. Ohio St., Mercedes, Tx | 565-5606 |
| Guadalupe Garces | 134 N. Matamoros, Mercedes, Tx | |
| Robert Yriarte | 123 Taylor Dr., Mercedes, Tx | |
| Estella Delgado | 338 N. Texas, Mercedes, Tx | |
| Maria Delgado | "      "      " | |
| J.P. A. Gutierrez | 202 Southern St., Edcouch, Tx | 262-2044 |
| Robert Gutierrez, Jr. | Mercedes Police Department | |
| Ricardo Valdez, Sr. | "      "      " | |
| Sgt. Jesus Vasquez | "      "      " | |
| Alejandro Moreno | "      "      " | |
| Luis Chacon | "      "      " | |
| Narciso Vargas | "      "      " | |
| Joe Marchan, Chemist | DPS, McAllen, Tx | 682-5556 |

(Please bring with you the evidence submitted to you on 11/12/86 in regards to lab no. L3M-15003

R.C. Santos, M.D.          Mission Hospital
(Please bring with you copies of your report on deceased: Jose David Soto Belloso, Autopsy #: A-86-112).

PLEASE CONTACT OMAR J. GARZA, ASSISTANT CRIMINAL DISTRICT ATTORNEY, OR HIS SECRETARY, ANNETTE ESCOBAR, AT 383-2751, EXT. 300, UPON RECEIPT OF THIS SUPBOENA.

## WITNESSES OUT OF COUNTY

| Name | Address | Telephone |
|------|---------|-----------|
| | | |

Said person(s) is (are) witness(es) in behalf of the State in the above entitled and numbered felony case, and it is believed by the State that the testimony of said witness(es) is material for the State on the trial of said case.

Applicant prays that the said subpoena(s) be made returnable on the ___9th___ day of ___March___ A.D. 19__87__ at __9:00__ A.M

OMAR J. GARZA          ASSISTANT

ORIGINAL

HIDALGO COUNTY SHERIFFS DEPT.
EDINBURG, TEXAS

**To the Sheriff of Hidalgo County, said State, Greeting:**

YOU ARE HEREBY COMMANDED to forthwith deliver to ___Alfredo Rivera Hinojosa___

a prisoner in your custody, the accompanying certified Copy of Indictment.

Herein Fail Not, and due return make hereof, without delay.

Issued this the ____30th____ day of ___January_____ A.D., 19__87__.

Witness my signature and seal of office, on this, the _____30th____ day of ___January_____

A.D. 19__87__.

District Court, Hidalgo County, Texas

By _Aurora Ramos_____ Deputy

Aurora Ramos

### SHERIFF'S RETURN

Came to hand on the __30__ day of _January_____ A.D. 19 _87_ at _5.00_ o'clock

_P_ M., and executed on the same day, by delivering to the within named _Alfredo Rivera_

_Hinojosa_____ a prisoner in my custody, in person, a certified copy of indictment mentioned within, and

**delivered to me with this writ.**

Returned on the ___2nd___ day of _February___ A.D. 19 _87_

BRIG MARMOLEJO, Sheriff

Hidalgo County, Texas

By _A S Gauna_____ , Deputy.

fee #12.00

and before the presentment ● this indictment, in Hidalgo ● nty, Texas, did then and

there intentionally and knowingly cause the death of an individual, JOSE DAVID SOTO BELLOSO, by stabbing the said victim with a knife;

AGAINST THE PEACE AND DIGNITY OF THE STATE.

_____
FOREPERSON OF THE GRAND JURY

No. __Cr-105-87-C__ By: __br__ Case No. __I-86-1907__ Bond $ 100,000.00 _D.K. Casha surety_ _L.C.C._

The State of Texas Vs. __ALFREDO RIVERA HINOJOSA__ Date of Arrest __11/9/86__

Charge __MURDER__ Arresting Agency: __MERCEDES__

**ORIGINAL**

CAUSE NO. CR-105-87-C

FEB -5 1987

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE 139TH DISTRICT COURT |
| VS. | X | OF |
| ALFREDO RIVERA HINOJOSA | X | HIDALGO COUNTY, TEXAS |

### STATE'S ANNOUNCEMENT OF READY FOR TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes THE STATE OF TEXAS, by and through the Criminal District Attorney in and for Hidalgo County, Texas, and announces READY FOR TRIAL in the above captioned case.

SIGNED this _____ day of February_____, 19 87 .


OMAR J. GARZA
ASSISTANT CRIMINAL DISTRICT ATTORNEY
HIDALGO COUNTY, TEXAS

THE STATE OF TEXAS

V.

ALFREDO HINOJOSA

IN THE 139TH DISTRICT COURT

OF

HIDALGO COUNTY

M. O'CLOCK

FEB 06 1987

PAULINE G. GONZALEZ, CLERK
DISTRICT COURTS, HIDALGO COUNTY

BY _____
                            DEPUTY

## MOTION FOR THE COURT TO ALLOW EXPERT WITNESS FEES

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES the Defendant in the above entitled and numbered cause and respectfully moves the Court to provide for expenses of investigation and expert testimony pursuant to Article 26.05 Section 1 (d), C.C.P. and in support thereof would show the Court as follows:

### I.

    That the Defendant is charged with the felony offense of murder.

### II.

    That the Defendant is indigent and without funds to make her own case investigation.

### III.

    This Court has appointed Counsel to represent the Defendant in this cause because the Defendant is indigent and without funds to hire counsel.

### IV.

    That in order to properly prepare this case, defense counsel will be required to hire a criminal investigator to gather facts and interview witnesses that might have exculpatory information concerning the accused.

### V.

    That due to the serious nature of the offense, it is imperative that defense counsel have available a reasonable amount of money to secure the services of a criminal investigator

### VI.

    WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays that this Honorable Court will authorize reasonable sums of money to permit hiring of a criminal investigator and that the Court will authorize and order the County Auditor of Hidalgo County, Texas to pay the costs of such services.

                                    Respectfully submitted,

                                    Jose Antonio Gomez
                                    106 S. 12th St. Suite 116
                                    Edinburg, Texas 78539
                                    (512) 380-1943
                                    S.B.N. 08115300

## CERTIFICATE OF SERVICE

1

copy of the foregoing Motion was hand-delivered to the office of the District Attorney of Hidalgo County, Texas.

Jose Antonio Gomez

## ORDER

The foregoing Motion for the Court to Allow Expert Witness Fees having this day been presented to the Court and the Court being of the opinion that said motion should be granted;

It is therfore ORDERED by the Court that at the conclusion of the delivery of the expert services by the handwriting expert contracted by defense counsel and the tendering of a statement for services rendered, the services be paid, according to law, in a total sum not to exceed $500.00.

SIGNED on this the    day of February, 1987.

_____
Judge Presiding

2

WESLACO FIRE DEPT. / EMS DIVISION
THIS IS A TRUE AND CERTIFIED
COPY OF THE ORIGINAL.

**WESLACO FIRE DEPT.**

Payable to:
In Person or Mail

Date _11-9-86_

**E.M.S. DIVISION**
**901 N. Airport Dr.**
Weslaco, Texas 78596
**968-7581**

Time _00:26_

PAYABLE IN PERSON OR BY MAIL
CITY HALL-CITY OF MERCEDES
P. O. BOX 837 OR AT 400 S. OHIO

Report No. _824820_

Incident No. _86- 1203_

Name of Patient _JOSE David Coto Bes BELLOSO_ Bill to _Elena Hernandez Belloso_

Address _512   1st  Street_   Address _PO Box 485_

City, State, Zip _Mercedes, TX_   City, State, Zip _Ralls, Tx 79357_

Phone No. _N/A_   Phone No. _n/a_

Describe injury or illness _NO TRANSPORT - APPARENT D.O.S_
_stab wound to l/s chest_

| | |
|---|---|
| Basic Charge $ _____ | NO TRANSPORT  Refusal Charge $ _20.00_ |
| Oxygen $ _____ | I. V. Therapy $ _____ |
| Bandaging $ _____ | Medications $ _____ |
| Splinting $ _____ | E. K. G. Monitoring $ _____ |
| Mileage @ _____ No. Miles _____ | Defibrillation $ _____ |
| Charge _____ | Other $ _____ |

Total Charges $ _20.00_

Amount Paid $ _____

_Unable to get Signature_

Receipt No. _____

Signature of Patient
or Responsible Party

Remit within 30 days
Cash, Check or Master or VISA Cards

Form No. _Felipe Luna_
_By Susie Vega_
_11-20-86_

N⁰   7970

HWP 2253

WESLACO FIRE DEPT / EMS
THIS IS A TRUE AND CORRECT
COPY OF THE ORIGINAL

TEXAS DEPARTMENT OF HEALTH
EMS AMBULANCE ACTIVITY REPORT

Document 26-8

No. 24820

Patient |___| of |___|
No Zeros!

Firm Name: **W.F.D - E.M.S**      TDH Firm # **10,824**     Veh/Unit # **51 / 6**

Date: **11/90/86**   Incident # **86-1203**   Pick Up Location **JOVITA'S PLACE - 217 N. Illinois**

Dist./Sta. # **101**   City/State: **MERCEDES TEXAS**  Zip Code: **(78 5 9 6)**  Location Type:   1-Rural   (2-City)

Ambulance Requested By:  (1-Police)  2-Fire   3-Rescue   4-Individual   5-Physician   6-Other   7-SNETS

Type of Run:   1-Emergency   2-Emerg. Transfer   3-Transfer   (4-No Transport)   5-False Alarm   6-Cancelled   7-Treatment, No Transport

PATIENTS NAME (PRINT) **JOSE David Coto Belloso**   SEX 1 / 2   DOB **12/3/53**

ADDRESS **812 First Street**

CITY **Mercedes**   STATE **TX**   ZIP **78570**   AGE **32**

TELEPHONE NUMBER _____   MEDICAID NO. _____   MEDICARE/SSAN _____

PERSON TO BE NOTIFIED **Elena Hernandez Belloso**   RELATIONSHIP **Wife.**

ADDRESS **P.O. Box 485 Ralls, Tx 78357**

TELEPHONE NUMBER _____   PATIENT'S PHYSICIAN _____

BASE RATE _____

TOTAL MILEAGE _____

SPECIAL HANDLING _____

OXYGEN **NO TRANSPORT 20   00**

TOTAL DUE **20   00**

RECORD DETAILED PATIENT HISTORY AND PHYSICIAN INSTRUCTIONS ON THE BACK OF THIS PAGE. OBTAIN PATIENT'S PRESCRIPTION MEDICATIONS AND DELIVER TO ER WITH PATIENT.

Patient ALLERGIC to: **UNKNOWN**

| USE 24 HOUR TIME | Incident Time | Call Received **00:26** | Amb. Dispatched **00:26** | Arrived Scene | Departed Scene | Arrived Dest. | Return to Svc. **01:00** |
|---|---|---|---|---|---|---|---|

Response Code:  To **3**  From **1**      B.P. ___   Pulse **-0-**   Resp. **-0-**   Time ___

Miles:   To __.__  From __.__       B.P. ___   Pulse ___   Resp. ___   Time ___

Consciousness:   1-Con   2-Semi  (3-Unc)     Bleeding:   1-Non   2-Min  (3-Mod)  4-Sev     Pain:  (1-Non)  2-Min   3-Mod   4-Sev

Pupils:   1-Eq   2-Uneq   3-Constr  (4-Dilated)  5-Non-Reactive     Breathing:   1-Nor   2-Rapid/Shallow   3-Lab  (4-Abs)

Severity Assessment:  (1-Non-Urg)  2-Urg   3-Crit   4-Apparent DOS     Medical Direction via 2-Way Radio:   1-Yes  (2-No)

Communications:   To Dispatcher:  (1-Good)  2-Poor   3-None     To Hospital:   1-Good   2-Poor  (3-None)

Patient Delivered To: **NO TRANSPORT**   Hosp. Code: **-**     1-ER   Case No. 6-Digits **-**

2-Hosp. Critical Care Unit   3-O.P.D.   4-Hosp. Bed   5-Nursing Home   6-Residence   7-Other Med. Fac.   8-Other

Patient Complaints: **NONE**

Injury/Illness Description: **APPARENT D.O.S - stab wound to L/S chest**   (Over)

## INJURY

| Probable Cause | Type of Injury | Location |
|---|---|---|
| 1 – Auto | 1 – Burn | 1 – Abdomen |
| 2 – Motorcycle | 2 – Fracture/Dislocation | 2 – Arm |
| 3 – Bicycle | (3 – Laceration/Penetration) | 3 – Back |
| 4 – Pedestrian | 4 – Internal | (4 – Chest) |
| 5 – Industrial | 5 – Drowning/Suffocation/Choking | 5 – Eye |
| 6 – Alcohol | 6 – Drug Overdose/Poison | 6 – Face |
| 7 – Drug Overdose/Poison | 7 – Acute Alcohol Intox | 7 – Foot |
| 8 – Recreational | 8 – Spine/Brain | 8 – Hand |
| 9 – Violence/Assault | 9 – Scrape/Bruise/Cuts | 9 – Head |
| 10 – Gunshot | 10 – Sprain/Strain | 10 – Leg |
| (11 – Stabbing) | 11 – Multiple (Specify above & indicate two most serious) | 11 – Neck |
| 12 – Fall | | 12 – Pelvis/Hip |
| 13 – Other | 12 – Other | 13 – Shoulder |
| | | 14 – Major Bleeding Controlled |

## ILLNESS

Suspected Illness/Symptoms
1 – Heart Complication
2 – Stroke/CVA (Cerebro - Vascular)
3 – Infectious Disease
4 – Convulsions/Seizures
5 – Fainting
6 – Diabetic Complication
7 – High Risk Infant (Neo-Natal)
8 – Obstetrical/Gynecological
9 – Respiratory Distress
10 – Emotional/Mental Distress
11 – Gastro - Intestinal
12 – Allergic Reaction
13 – Other

AID PROVIDED BY AMBULANCE CREW

Preventive Aid?  1-Yes  (2-No)     Type?  1-Seat Belt   2-Child Restraint   3-Motorcycle Helmet

Aid provided prior to arrival?  (1-No)  2-Yes, Police   3-Yes, Fire   4-Yes, Rescue   5-Yes, Other ___

Vehicle Extrication required at scene?   1-Yes  (2-No)

| Basic Care | Basic Life Support | Advanced Life Support |
|---|---|---|
| 1 – Bandaging | 8 – Suction   15 – Airway Maintenance | 18 – Intubation* |
| 2 – Splinting | 9 – Oxygen   16 – Assisted Breathing | 19 – EKG/Telemetry* |
| 3 – Traction | 10 – C.P.R.   17 – Shock Management | 20 – Defibrillation* |
| 4 – Psych Assistance | 11 – Burn Cooled/Dressed | 21 – I.V. Therapy* |
| 5 – Minor Bleeding Controlled | 12 – Neck/Spine Immobilized | 22 – Medication Administered* |
| 6 – Transport Only | 13 – Emergency Childbirth | |
| 7 – Other **NO TRANSPORT** | 14 – Major Bleeding Controlled | |

Driver: **FELIPE LUNA JR** # **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**   Training Level **3/0**

Attendant: **Phil HUFFMAN** # **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**   Training Level **0/0**

Attendant: **OSCAR GARZA** # **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**   Training Level **2/0**

Please code Training Levels for ALL personnel making the run. Codes are:   RC 1/0

ECA 2/0    EMT 3/0    PARA 4/0
LVN 0/5    RN 0/6    EMT/SS 7/0

JX#7
4-24-87

# TEXAS DEPARTMENT OF PUBLIC SAFETY



RECEIVED

DEC

JAMES B. ADAMS
DIRECTOR

LABORATORIES
BOX 56
MCALLEN, TEXAS 78501
November 21, 1986

LEO E. GOSSETT
ASST. DIRECTOR

Office of District Attorney

COPY FOR PROSECUTING ATTORNEY

TO: Inspector Narciso Vargas, Jr.
Mercedes Police Department
323 S. Ohio
Mercedes, Texas 78570

SUBJECT: L3M-15003;  Murder;  11-09-86,  Hidalgo County;  Alfredo Rivera Hinojosa, suspect; Jose David Belloso, victim

DATE SUBMITTED: November 12, 1986

METHOD OF SUBMISSION: In person by Narciso Vargas, Jr.

EVIDENCE SUBMITTED: A t-shirt, jeans and blood from the victim; a t-shirt and a cotton swab with blood from the suspect; blood from the scene; a knife from the suspect's vehicle

REQUESTED  ANALYSIS: Determine the presence,  origin and type  of blood.

RESULTS  OF ANALYSIS: Blood from the victim was determined to  be group O, EsD 2-1,  PGM 1,  EAP BA,  AK 1.  Blood on the victim's clothes  was  consistent with the victim's blood.  Human blood containing enzymes EsD 2-1,  PGM 1, EAP BA, AK 1 was found on the knife  from  the suspect's vehicle.  Human blood from the  crime scene was determined to be group O,  AK 1.  Human blood was found on the swab from the suspect and on the suspect's shirt; however, it did not respond to blood group tests.

Disposition  of the evidence in this case should be made as  soon as possible.

Joe H. Marchan
Chemist-Toxicologist II
Field Crime Laboratory

chem:ic

cc:  Pros. Atty.
     Austin Lab File
     McAllen Lab File

taken from the Records of this office

This 13th day of January 1987

Registrar Janie Gozales

City of Mercedes, Texas

Filed _____, 19___                                    County Clerk

# STATE OF TEXAS

## CERTIFICATE OF DEATH

STATE FILE NO.

**1. NAME OF DECEASED** (Type or Print)
(a) First: Jose  (b) Middle: David  (c) Last: Belloso

**2. SEX** Male  **3. DATE OF DEATH** November 9 1986

**4. COLOR OR RACE** White  **5a. WAS DECEDENT OF SPANISH ORIGIN?** Yes (Cuban, Puerto Rican, Mexican, etc.)

**6. DATE OF BIRTH** 7/31/53  **7. AGE (in years)** 32

**5b. PLACE OF DEATH — COUNTY** Hidalgo  **5c. CITY OR TOWN** Mercedes  **5d. NAME OF HOSPITAL OR INSTITUTION** Unknown

**9. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED** Married

**10. CITIZEN OF WHAT COUNTRY** Unknown

**12. WAS DECEDENT EVER IN U.S. ARMED FORCES** Unknown  **13. SURVIVING SPOUSE** (if wife, give maiden name) Elena Hernandez

**16. SOCIAL SECURITY NO.** Unknown

**15a. USUAL OCCUPATION** Unknown  **15b. KIND OF BUSINESS OR INDUSTRY** Unknown

**16a. STATE** Texas  **16b. COUNTY** Hidalgo  **16c. CITY OR TOWN** Mercedes  **16d. STREET ADDRESS** 512 1st. Street

**17. FATHER'S NAME** Unknown  **18. MOTHER'S MAIDEN NAME** Unknown

**19. SIGNATURE OF INFORMANT** Mercedes Police Dept. (By Phone)

**21. AUTOPSY?** Yes

## CAUSE OF DEATH

**PART I.** IMMEDIATE CAUSE (Enter only one cause per line for (a), (b) and (c))
Stab Wound To Heart

DUE TO, OR AS A CONSEQUENCE OF

(Interval between onset and death)

**PART II.** OTHER SIGNIFICANT CONDITIONS — CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (a)

**20.** Conditions, if any, which gave rise to immediate cause stating the underlying cause last

**PART I**
Conditions, if any, which gave rise to immediate cause stating the underlying cause last

**PART II**

**21. ACC., SUICIDE, HOM. UNDET OR PENDING INVEST (Specify)** Homicide

**22a. DATE OF INJURY** 11/9/86  **22b. HOUR OF INJURY** 2:10

**22c. DESCRIBE HOW INJURY OCCURRED** Stab Wound to Heart

**22d. INJURY AT WORK** No  **22e. PLACE OF INJURY** Jovita's Lounge  **22f. LOCATION** 217 N. Illinois  **City or Town** Mercedes  **State** Texas

**23a. To the best of my knowledge death occurred at the time, date and place and due to the cause(s) stated** (Signature and Title)

**23b. DATE SIGNED** 11/13/86  **23c. HOUR OF DEATH**

**CERTIFIER**
**24a.** On the basis of examinations and/or investigation in my opinion death occurred at the time, date and place and due to the cause(s) stated (Signature and Title)
**TO BE COMPLETED BY MEDICAL EXAMINER OR CORONER only**

A. Gutierrez, Jr.
Justice of the Peace, Pct #5  PL 1

**24b. DATE SIGNED** 11/13/86  **24c. HOUR OF DEATH** 12:10

**24d. PRONOUNCED DEAD** 11/9/86  **AT** 1:05

**25a. BURIAL, CREMATION, REMOVAL (Specify)** Burial  **25b. DATE** November 13, 1986

**25c. LOCATION** Hillcrest---County Portion  **(City or Town)**  **(State)** Texas

**26. SIGNATURE OF FUNERAL DIRECTOR OR PERSON ACTING AS SUCH**

**27a. LOCATION** Edinburg  **(City, town or county)**  **27b. NAME OF FUNERAL HOME** Guerra Funeral Home  **#7510**

**27c. SIGNATURE OF LOCAL REGISTRAR** Janie Gonzales

**27d. DATE REC'D BY LOCAL REGISTRAR** November 19, 1986

**28. REG. DISTRICT NO.** 58

---

## IF DECEASED SERVED IN U.S. ARMED FORCES, FILL OUT THE FOLLOWING:

Is the deceased reported to have been in such service?

Name of organization in which service was rendered?

Serial number of discharge papers or adjusted service certificate?

Name of next of kin or next friend?

Post Office Address?

## IF DECEASED WAS MARRIED, FILL OUT THE FOLLOWING:

Name of husband or wife

## IF DECEASED IS AN UNIDENTIFIED PERSON, FILL OUT THE FOLLOWING:

| Color of Eyes? | Height? | Ft. | In. | Weight? |
|---|---|---|---|---|

| Color of Hair? | | Tattoo Marks? | | Age in years |

Deformities?

Other Marks of Identification?

SX#8
4-28-87



MC ALLEN
MEDICAL
CENTER ✚

Ruben C. Santos, M.D.
Forensic Pathologist
P.O. Box 1746
McAllen, Texas 78502
(512) 632-4252

**RECEIVED**

DEC 05 1986

Office of District Attorney

TYPE: Medicolegal
NAME: Belloso, Jose David Soto
AGE: 25-26
DIED: 11-9-86 at 12:20 A.M. pronounced
 dead by J.P. Gutierrez at 1:05 A.M.
PLACE: Jovita's Place, 215 N. Illinois,
 Mercedes, Texas
WITNESSES: Alejandro Moreno, Mercedes P.D.
 Luis Chacon, Mercedes P.D.
ASSISTANT: Raul Elizondo, Ceballos F.H.

AUTOPSY #: A-86-112 Complete
PERFORMED BY: R.C. Santos, M.D.
PLACE: Ceballos Funeral Home
 McAllen, Texas
DATE: 11-9-86 at 11:45 A.M.
AUTHORIZED BY: A. Gutierrez, Jr.
TITLE: Justice of the Peace
 Hidalgo County, Texas
 Precinct 5, Place 1

CAUSE OF DEATH:
1. Stabwound to the left side of the chest with perforating wound to the heart,
 right ventricular wall, anterior and posterior.
2. Cardiac tamponade.
3. Penetrating wound to midsection of liver.

SAMPLES SAVED:
Blood, urine and bile samples are given to Officers Alejandro Moreno and Luis
Chacon of Mercedes Police Department at completion of the autopsy.

R.C. SANTOS, M.D.

RCS/gh

3 0 1   W .   E x p r e s s w a y   8 3 ,   M c A l l e n ,   T X   7 8 5 0 3   ( 5 1 2 )   6 3 2 - 4 0 0 0

A-86-112 Belloso, Jose D. Soto          2

CIRCUMSTANCES
According to Officers from Mercedes Police Department, Alejandro Moreno and Luis Chacon, this 26 year old Caucasian male was involved in an altercation at Jovita's Place located at 215 N. Illinois in Mercedes, Texas at about 12:20 a.m. 11-9-86 where he received a stabwound to the left side of the chest. He was pronounced dead at the scene by Justice of the Peace Apolonio Gutierrez about 1:05 a.m., November 9, 1986. The body was transferred to Ceballos Funeral Home in McAllen, Texas for an autopsy.

EXTERNAL EXAMINATION
The body is that of a well developed, well nourished, 26 year old Caucasian male measuring 64 inches in length and estimated to weigh 140 pounds. Postmortem rigidity is complete, body heat is absent and lividity is dorsally located. The clothes consist of a light blue short sleeved t-shirt with a Texas map emblem on the front and the words "I Celebrated KTLK 1460, 1st Anniversay in Lubbock, Texas at the Municipal Coliseum November 23, 1985, The Showdown of Texas with La Mafia and Mazz". In addition there is blood on the front and back with a perforation measuring 1 inch in maximum dimensions located 3/4 inch below the collar. There are no other perforations. There are also blue jeans with blood on the front involving the left leg, brown cowboy boots, blue Jockey-type shorts and black socks. The sole of the boots show blood stains. The hair is dark, abundant, mixed with a scanty amount of gray, normally distributed and measures 3 1/2 inches in length. The eyes are brown. The pupils are central, circular and symmetrical. The sclera and conjunctivae are dehydrated, otherwise unremarkable. The nose and ears are unremarkable. There is a moustache and beard. The oral cavity contains teeth in fair state of repair with a golden frame on the lateral upper left incisor. The oral cavity shows no injuries. The neck, thorax and abdomen show no other changes except for the already described wound. The external genitalia are those of an uncircumcised adult male. The testes are intrascrotal. The extremities are symmetrical. The dorsal aspect of the body is unremarkable. There is a golden colored ring on the left ring finger. The dorsal aspect of the body is unremarkable. The body is identified by officers present during the autopsy.

EVIDENCE OF INJURY
There is a stabwound located on the left side of the chest at 50 inches above the left heel and 1 1/2 inches to the left of the midline. The wound measures 1 1/2 inches in length and gapes open 1/2 inch in maximum dimensions. The margins are sharp. There is a dull medial corner and a sharp outer corner. The surface of the skin on the upper margin shows abrasions probably caused by the hilt of the knife. Abrasions measure up to 3/4 inch x 1/4 inch in maximum dimensions. The wound is obliquely oriented. There are no other wounds.

INTERNAL EXAMINATION

HEAD
The head is opened after reflection of the scalp over the skull. There is no injury. Removal of the calvarium shows a normal appearing brain weighing 1450 grams. The convolutions and sulci are normal. The arteries of the Circle of Willis are intact. On section there is normal cortex, centrum semiovale, ventricular system, basal ganglia, pons, medulla oblongata and cerebellum.

A-86-112  Belloso, Jose D. Soto          3

PITUITARY GLAND
This is normal.

BASE OF THE SKULL AND CERVICAL SPINE
These are normal.

PRIMARY INCISION
The Y-shaped incision is made and the sternum removed.  The abdominal wall mea-
sures up to 4 cm in thickness.

BODY CAVITIES
The pleural and peritoneal cavities are free of unusual amount of fluid. The peri-
cardial sac is filled with liquid and clotted blood estimated to be about 500 cc.

RECONSTRUCTION OF STABWOUND TRACT
The wound extends from the left side of the chest 50 inches above the left heel
through the chest wall cutting through the third rib cartilaginous segment and
extending into pericardial sac and right ventricle of heart involving anterior
and posterior wall. The wound extends to 4 1/2 inches from the skin to the deep-
estmost part.  This is directed anteroposteriorly with a downward slant and me-
dial deviation.  The wounds also extend through the left diaphragmatic leaflet
into the surface of the liver.  There are no other wounds.

ORGANS OF THE THROAT
The airways are clear.

THYROID AND PARATHYROID
These are unremarkable.  The hyoid bone and thyroid cartilage are intact.

PULMONARY ARTERY AND AORTA
These are normal.

HEART
This weighs 400 grams and shows a normal epicardium, myocardium and endocardium.
There is a penetrating wound involving the right anterior ventricular wall mea-
suring 1 inch in surface length.  There is a smaller wound in the posterior wall
measuring 1/2 inch in surface length. The valves are normal.  The coronary ar-
teries are patent.

LUNGS
The right lung weighs 400 grams, the left 350 grams.  On section they show slight
congestion, otherwise are unremarkable.

DIAPHRAGM
This shows no significant changes except for a small perforation of the midsection,
slightly to the left side caused by the instrument.

LIVER
This weighs 1500 grams, shows normal color and consistency. There is a small pene-
trating wound on the midsection of the dome measuring 1/2 x 1/2 inch in maximum
dimensions.

A-86-112 Belloso, Jose D. Soto        4


GALLBLADDER AND DUCTS
These are normal.

SPLEEN
This weighs 120 grams and is unremarkable.

PANCREAS
This weighs 120 grams and appears normal.

GASTROINTESTINAL TRACT
The esophagus is normal. The stomach contains partially digested food with no
peculiar odor or appearance. The stomach mucosa, small and large bowel and appen-
dix are unremarkable.

ADRENAL GLANDS
These are normal.

KIDNEYS
Each kidney weighs 140 grams. On section they both show normal corticomedullary
ratio.

PELVES, URETERS AND URINARY BLADDER
These are normal.

PROSTATE
This is essentially normal.

TESTICLES
These are intrascrotal and normal.

LYMPH NODES
No enlarged lymph nodes are found during the course of the autopsy.

SAMPLES SAVED
Blood, urine and bile samples are saved given to Officers Alejandro Moreno and
Luis Chacon from Mercedes Police Department at completion of the autopsy.


MICROSCOPIC
Microsections of brain, pituitary gland, heart, thyroid, lungs, liver, spleen,
pancreas, GI tract, adrenal glands, kidneys, urinary bladder and prostate are
examined. No significant alterations are found except for those secondary to
the injury.



OFFICE OF

# Pauline G. González

### DISTRICT CLERK

HIDALGO COUNTY

DRAWER 87
EDINBURG, TEXAS 78540
512 383-2751, ext. 200

February 25, 1987

Hon. Omar J. Garza
Courthouse
Edinburg,Texas 78540


IN RE:  CR-105-87-C
        State of Texas
        vs.
        Alfredo Rivera Hinojosa


Dear Mr. Garza:

Please be advised that the Order on the State's Motion to Amend Indictment was signed in the above entitled and numbered cause on the 23rd day of February, 1987, by Judge Raul L. Longoria.

Should any questions arise, feel free to contact the undersigned.

Sincerely,
PAULINE G.GONZALEZ
DISTRICT CLERK
EDINBURG,TX 78540-0087


Vidala Leija,Deputy

cc:  Court file


     Hon. Jose A. Gomez,106 S. 12th St.,Suite 116,Edinburg,Texas

CAUSE NO. CR-105-87-C

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE JUDICIAL DISTRICT COURT |
| VS. | X | HIDALGO COUNTY, TEXAS |
| ALFREDO RIVERA HINOJOSA | X | 139TH DISTRICT COURT |

ORDER

On this the *23rd* day of February, 1987, came on to be heard the State's Motion to Amend Indictment and after considering the evidence, this Court is of the opinion that the State's Motion to Amend Indictment is hereby Granted.

It is therfore ORDERED, ADJUDGED and DECREED that the State's Motion to Amend Indictment is hereby granted.

SIGNED and ENTERED this the *23rd* day of February, 1987.

RAUL L. LONGORIA, JUDGE PRESIDING
139TH DISTRICT COURT
HIDALGO COUNTY, TEXAS

160442

DATE *2-14-08*
A true copy I certify
LAURA HINOJOSA
District Clerk, Hidalgo County, Texas
By _____ Deputy

# COUNTY OF HIDALGO

**EDINBURG, TEXAS 78539**

**Bea Rodriguez**
Court Coordinator · Interpreter

**Ester Flores**
Bailiff

**Lloyd W. Willis**
Official Court Reporter

RAUL L. LONGORIA
JUDGE, 139TH JUDICIAL DISTRICT
OF TEXAS
EDINBURG, TEXAS 78539

A. C. 512-383-2751
Ex. 270

March 18, 1987

Mr. Jose Antonio Gomez
Attorney at Law
117 South 13th Street
Edinburg, Texas 78539

Re: CR-1030-86-C; CR-105-87-C
CR-543-83-C  The State of Texas
vs. Alfredo Hinojosa

and CR-1107-86-C The State of Texas
vs. Benito Zuniga

Dear Mr. Gomez:

Because we were not able to try your cases the week of March 9th, please be informed that they are being rescheduled for trial on the merits before a jury for April 6, 1987 at 9:00 am and pretrial April 1, 1987 at 9:00 am.

Please notify your clients of this resetting.

Respectfully,

Raul L. Longoria, Judge
139th District Court

By:_____

/br

cc: Mr. Omar Jaime Garza
    Assistant Criminal District Attorney

# COUNTY *of* HIDALGO

**EDINBURG, TEXAS 78539**

**Bea Rodriguez**
Court Coordinator - Interpreter

**Ester Flores**
Bailiff

**Lloyd W. Willis**
Official Court Reporter

**RAUL L. LONGORIA**
JUDGE, 139TH JUDICIAL DISTRICT
OF TEXAS
EDINBURG, TEXAS 78539

A. C. 512-383-2751
Ex. 270

March 18, 1987

Mr. Jose Antonio Gomez
Attorney at Law
117 South 13th Street
Edinburg, Texas 78539

                    Re: CR-1030-86-C; CR-105-87-C
                        CR-543-83-C  The State of Texas
                        vs. Alfredo Hinojosa

                        and CR-1107-86-C The State of Texas
                        vs. Benito Zuniga

Dear Mr. Gomez:

Because we were not able to try your cases the week of March
9th, please be informed that they are being rescheduled for
trial on the merits before a jury for April 6, 1987 at 9:00 am
and pretrial April 1, 1987 at 9:00 am.

Please notify your clients of this resetting.

                    Respectfully,

                    Raul L. Longoria, Judge
                    139th District Court

                    By: _____

/br

cc: Mr. Omar Jaime Garza
     Assistant Criminal District Attorney

OFFICE OF

# Pauline G. González

DISTRICT CLERK

HIDALGO COUNTY

DRAWER 87
EDINBURG, TEXAS 78540
512 383-2751, ext. 200

January 30, 1987

Alfredo Rivera Hinojosa
Hidalgo County Jail
Edinburg, Texas  78539

In Re:  Cr-105-87-C
        The State of Texas
                 VS
        Alfredo Rivera Hinojosa

Dear Mr. Hinojosa:

The  above  entitled  and  numbered  cause  has  been  scheduled  for
arraignment  in  the  139th  District  Court  at  the  Courthouse  in
Edinburg, Texas, on February 6, 1987 at 9:00 a.m.

You  are  commanded  to  be personally present with your attorney.  If
you do not have an attorney by now, you should  make  arrangements  to
employ  one  immediately,  as he will be required to be present with you
at the time of the hearing.

The Court will require an annoucement of "GUILTY" or "NOT GULITY",  by
you  at  the  time  of  the  arraignment.    Your failure to obtain an
attorney and have him present will not delay your trial.

Also, your failure to appear will result in forfeiture of  your  bond
and  additional  criminal  charges  of  "BAIL  JUMPING",  being  filed
against you.  DO NOT FAIL TO APPEAR AND MAKE SURE THAT  YOUR  ATTORNEY
APPEARS WITH YOU

Sincerely,
PAULINE G. GONZALEZ
DISTRICT CLERK
EDINBURG,HIDALGO COUNTY,TEXAS 78540-0087

*Aurora Ramos*

---

Aurora Ramos
Court file

Honorable Omar Jaime Garza, Assistant Criminal District Attorney,
Edinburg,TX 78539

<u>SURETY SHOULD MAKE SURE THAT THEIR PRINCIPAL APPEAR</u>

# Mercedes Police Department
## OFFENSE REPORT

NO. _____          MURDER          NO. 86-11-038
                         Classification

| 1 COMPLAINANT'S NAME (Firm name if business) | 2 AGE | DESCENT | SEX | D O B | 3 PHONE (Business) |
|---|---|---|---|---|---|
| State of Texas | | | | | 565-3102 |

| 4 COMPLAINANT'S ADDRESS | 5 CITY | 6 PHONE (Residence) |
|---|---|---|
| c/o 323 S. Ohio St. | Mercedes, Texas | |

| 7 COMPLAINANT'S BUSINESS, EMPLOYMENT OR SCHOOL | 8 OBJECT OF ATTACK (Burglary, theft, assault, etc.) |
|---|---|
| | Murder sec. 19.02. |

| 9 PLACE WHERE OFFENSE OCCURRED | 10 TYPE OF BUILDING (Residence, store, bank, etc.) |
|---|---|
| 217 N. Illinois | Lounge |

| 11 REPORTED BY | PHONE | 12 REPORTED TO |
|---|---|---|
| Sgt. Vasquez | 565-3102 | Sgt. Vasquez |

| 13 DAY, DATE AND TIME OF OFFENSE | 14 DAY, DATE AND TIME OF REPORT |
|---|---|
| Sunday  11-09-86  12:26 AM | Sunday  11-09-86  12:26 AM |

| 15 BODILY INJURIES TO | HOSPITAL? | 16 HOW REPORTED (In person, phone, on view, other) |
|---|---|---|
| Jose Belloso | no | |

17 M/O (How done - force used - at what point - with what tool or weapon - other acts or trade marks)
Stabbed with a butterfly knife on left side of the chest.

17A EXACT WORDS USED BY OFFENDER

| 18 VEHICLE INVOLVED IN OFFENSE (Year - color - make - model - auto license no. - year - state) | | Complainant's ☐ | Suspect's ☐ |
|---|---|---|---|

| 19 DIRECTION OF FLIGHT | ☐ N  ☐ E  ☐ S  ☐ W | ☐ AUTO  ☐ FOOT | 20 WILL COMPLAINANT PROSECUTE? |
|---|---|---|---|
| STREET OR ROAD | | ☐ UNK.  ☐ OTHER | YES |

| 21 NAME AND ADDRESS OF SUSPECT(S) - OR AGE  DESCENT  SEX  DESCRIPTION | 22 CIRCLE IF SUSPECT IS |
|---|---|
| | Employee - Relative - Acquaintance |
| 1 | |
| 2 | |

| 23 WITNESSES NAME | BEST CONTACT ADDRESS | AGE | BEST PHONE | OTHER PHONE | PARENT OR GUARDIAN? |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | | | | | |

24 NARRATIVE (Write in any available details not covered above)

On November 9, 1986 at about 12:26 AM, Officer Gutierrez, R. Valdez and I responded to a stabbing at Jovita's Place located at 217 North Illinois Ave.

| 25 INVESTIGATING OFFICER(S) _____ | 26 REPORT MADE BY  Sgt. Vasquez | DATE 11-09-86 |
|---|---|---|

| 27 CASE FILED | 28 THIS CASE IS | 29 APPROVED BY |
|---|---|---|
| Yes ☐  No ☐ | 11-09-86  Cleared by arrest ☒☒☒ Unfounded ☐  Inactive ☐  Other ☐   86-11-567 | |

Use supplementary report for additional information not covered above.

# Mercedes Police Department

## SUPPLEMENTARY REPORT

NO. _____                    Murder                    NO. __86-11-038__
                                   Classification

| Name of Complainant | Address | Phone No. |
|---|---|---|
| State of Texas | c/o Mercedes Police Dept. | 565-3102 |

Offense

DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.:
(Investigating Officer must sign)

Page No. _____                                   Date ___November 9,__ 19 _86_

On November 9, 1986 at about 12:26 AM while I, Sgt. Vasquez, was responding to a stabbing
call at Jovita's Place located on the 200 Blk. of North Illinois Ave, I observed a green colored
pickup pulling out of the parking lot. As I observed the green colored pickup travel north
bound, I saw that it was on the wrong side of the street. As said vehicle approached the
intersection of Illinois Ave. and Hidalgo St., I noticed a white colored vehicle, which was
turning south onto Illinois Ave., move out of the way to keep from being hit by said pickup.
Upon observing this fact, I decided to follow said pickup. I then informed our dispatcher
by unit radio that I would be following a green pickup which had pulled out from Jovita's
Place. As said vehicle approached Cameron St., I noticed that said vehicle was going from
side to side. I then activated my unit's emergency overhead lights to alert the driver to
stop. As we approached Starr Street (still traveling on N. Illinois Ave.), vehicle made
a left hand turn onto Starr Street. I then noticed Officer Gutierrez' unit, which had his
unit's emergency overhead lights also activated, coming towards us. He then parked in at an
angle to block said vehicle. I then advised our dispatcher of the license plates said
vehicle was displaying, 9384-EF, and brought my unit to a stop and exited my unit. As I
noticed that subject was not going to stop, I ran up towards the driver's side, unholstered
my weapon, pointed it towards the driver and ordered him to stop the vehicle. As he came
to a complete stop in the middle of the street, I ordered him to exit the vehicle. He looked
at me and stated in Spanish, "No puedo." As he stated this, I noticed that the driver's
side door had a wire wrapped around it to keep it closed. I yanked on the door and opened
it keeping my weapon pointed at the driver. I again informed him to step out in Spanish,
"salte ven despasito." As he stepped out of the truck, I patted him down for any weapons
using my left hand. I noticed Officer Gutierrez next to me so I reholstered my weapon and
did a complete pat down on the subject. I informed driver, whom I recognized as Pete Hinojosa,
that I had stopped him because he was driving from side to side. He replied, "Ya voy pa la

| 25 INVESTIGATING OFFICER(S) _____ | 26 REPORT MADE BY __Sgt. Jesus Vasquez__ | DATE __11-09-86__ |
|---|---|---|

| 27 CASE FILED | | 28 THIS CASE IS | | Active ☐ | 29 APPROVED BY |
|---|---|---|---|---|---|
| Yes ☐ No ☐ | Cleared by arrest ☐ | Unfounded ☐ | Inactive ☐ | Other ☐ | _____ |

# Mercedes Police Department

## SUPPLEMENTARY REPORT

NO. _____    Murder    NO. 86-11-038
                        Classification

Name of Complainant          Address                        Phone No.
State of Texas          c/o Mercedes Police Dept.          565-3102

Offense _____

DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.:
(Investigating Officer must sign)

Page No. ____2____                    Date ___November 9,___ 19 86

casa" in a slurred type of voice with a strong odor of alcohol coming from his breath.  I
then informed Mr. Hinojosa that he was under arrest for Driving While Intoxicated.  Once I
had Mr. Hinojosa handcuffed, I ordered Officer Gutierrez to go and protect the scene at
Jovita's Place.  I then escorted Mr. Hinojosa towards my unit and placed him inside.  Noticing
that Mr. Hinojosa's truck was in the middle of the street,  I decided to move it to the
drive thru outlet of the Hidalgo Bank.  I then responded to Jovita's Place to back up
Officer Gutierrez in the stabbing call.  Upon arrival, I made contact with Officer Gutierrez
who informed me that we did have a male subject who had been stabbed.  I immediately got
my first aid kit from the trunk of my unit walked inside and attempted to give first aid to
the subject.  I noticed Officer R. Valdez arrive so I ordered him to keep an eye on the
male subject I had arrested since he was in my patrol unit.  I also ordered Officer Gutierrez
to start identifying everyone in the bar.  I also informed our dispatcher that we needed an
investigator as soon as possible at our location.  Being unable to get a pulse on the male
subject, I discontinued my first aid procedures.  I then instructed Officer R. Valdez not to
let anyone in or out said place to standby until we got an investigator at the scene while
I took the male subject to police department.  I then transported Mr. Hinojosa to police
department where I placed him in our cell and informed our dispatcher to renotify our Chief
and tell him that I strongly believed that the male subject was going to die.  I then respond-
ed back to where I had left the truck and started to inventory it.  I informed Officer R.
Valdez and R. Gutierrez that Inspector Vargas was enroute to their location.  Upon inventory-
ing Mr. Hinojosa's vehicle, I found a gold colored knife under the seat which had blood
stains on it.  I informed officers that a weapon had been found and might be the weapon used.
I then requested for a camera to take pictures of the truck and the weapon.  Chief Pape
came over and photographed the truck and weapon.  Vehicle was picked up by Juan's Wrecker
Service and brought to the police department for processing.  Inspector Vargas later removed

25 INVESTIGATING OFFICER(S) _____    26 REPORT MADE BY ___Sgt. Jesus Vasquez___ DATE 11-09-86

27 CASE FILED                    28 THIS CASE IS            Active ☐   29 APPROVED BY

Yes ☐   No ☐  │ Cleared by arrest ☐  Unfounded ☐  Inactive ☐  Other ☐  │ _____

# Mercedes Police Department
## SUPPLEMENTARY REPORT

NO. _____                    Murder                    NO. __86-11-038__
                                   Classification

| Name of Complainant | Address | Phone No. |
|---|---|---|
| State of Texas | c/o Mercedes Police Dept. | 565-3102 |

Offense

DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.:
(Investigating Officer must sign)

Page No. _____3_____                    Date ___November 9,___ 19 _86_

the weapon. Due to his call and other calls we handled during our shift, which was very busy.
I was not able to give Mr. Hinojosa an intoxilyzer test for the alcohol on his breath. Later,
Pete Hinojosa was identified as Alfredo Rivera Hinojosa alias Freddy Rivera.

NOTE: After being informed of his rights, Mr. Hinojosa admitted to Inspector Vargas and
me of the stabbing. (We are witnesses of his admission).

25 INVESTIGATING OFFICER(S) _____    26 REPORT MADE BY __Sgt. Jesus Vasquez__    DATE _11-09-86_

27 CASE FILED                    28 THIS CASE IS              Active ☑    29 APPROVED BY

Yes ☐    No ☐ | Cleared by arrest ☐  Unfounded ☐  Inactive ☐  Other ☐ | _____