# Mercedes Police Department

## SUPPLEMENTARY REPORT

NO. _____                    Murder                                    NO. 86-11-038
                                  _____
                                     Classification

| Name of Complainant | Address | Phone No. |
|---|---|---|
| State of Texas | c/o Mercedes Police Dept. | 565-3102 |

Offense
_____

DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.:
(Investigating Officer must sign)

Page No. _____                                        Date    November 9,    19 86

On November 9, 1986 at approximately 12:27 AM, I arrived at the scene of a stabbing which occurred at the Jovita's Place Lounge located on 217 N. Illinois, Mercedes, Texas. Upon my arrival, I made contact with Sgt. Vasquez who advised me to guard his unit due to he had an individual whom he had arrested. I stood in the doorway of Jovita's Place to control entry of outside people and to deny exit of anyone from within the place. Sgt. Vasquez then asked me to stay in the building while he went to the police department and processed the arrested person in order to incarcerate him. At this time, Officer Robert Gutierrez was also in the lounge identifying everyone who was in the premises during the incident.

At approximately 12:35 AM, emergency medical service ambulance arrived at the scene. Two of the three emergency medical attendants conducted their skills and after a few minutes requested that I request for a Justice of the Peace. I relayed this information by radio to dispatch operator Linda Alaniz and she informed me that Judge Gutierrez would be on his way.

During this time, I viewed that the individual that was stabbed was lying flat on his back between a pool table and the west side wall of the building. Photographs were taken of the body by Det. Vargas upon his arrival.

At approximately 1:03 AM, I was asked by Det. Vargas to go outside the building and to attempt to find any evidence which may be of hlep to this case. At approximately 1:06 AM Judge Gutierrez arrived at the scene and made contact with Det. Narciso Vargas. At approximatel 1:21 AM, I left the area and left the investigation up to the investigators.

25 INVESTIGATING OFFICER(S) _____    26 REPORT MADE BY  Ricardo Valdez Sr.    DATE 11-09-86

27 CASE FILED                28 THIS CASE IS              Active ☐    29 APPROVED BY
Yes ☐    No ☐    Cleared by arrest ☐   Unfounded ☐   Inactive ☐   Other ☐    _____

## Mercedes Police Department
## SUPPLEMENTARY REPORT

NO. _____

Murder
Classification

NO. 86-11-038

**Name of Complainant**
State of Texas

**Address**
c/o Mercedes Police Dept.

**Phone No.**
565-3102

**Offense**

DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.:
(Investigating Officer must sign)

Page No. _____

Date November 9, 19 86

On 11-09-86 at about 12:24 AM, reporting officer was patroling the area of Webb and Texas St. At this time, Officers Sgt. Vasquez, Ptlm. R. Valdez, and myself were dispatched to Jovita's Lounge located at the 200 Blk. of North Illinois via radio in reference to a stabbing. I responded by traveling south on Texas Ave. and turning east on Starr St. When I got to the Starr and Ohio intersection, I activated my unit's overhead emergency lights and heard Sgt. Vasquez transmit in the unit radio that he was after a green pickup truck which had pulled out of Jovita's lounge and was traveling north on Illinois St. I saw his unit after the said truck as they were about to turn west on Starr St. and decided to block the truck's path of travel with my unit. Sgt. Vasquez then called in the truck's license plates and I, in turn, drove my unit towards the truck and forced it to stop between Illinois and Ohio St. where the Hidalgo Bank outlets are located. I noticed that the truck was not going to stop so, I exited my unit, unholstered my weapon and pointed it at the operator of the truck due to the fact that I feared for my safety and to attempt to stop the truck. At that point, the operator of the truck stopped and began to exit his truck.

Once the subject was out of the truck, Sgt. Vasquez was already out of his unit and approaching the operator with his weapon unholstered. He told the operator, "no te muevas." When Sgt. Vasquez had the situation under control, he told me to go the lounge and secure the scene. I drove the lounge, exited my unit and went inside the lounge where I noticed a male subject lying on the floor. The subject was face up next to a pool table to the west side of the building about 3 to 4 feet away from the main door. There was blood on the floor next to him and a large part of his shirt was stained with his blood. The subject appeared to be grasping for air, and I noticed one puncture wound on his upper chest area which was still bleeding. I walked over to the subject, checked for vital signs and noticed that his pulse was very weak. I was then informed by the dispatcher that an ambulance was already enroute. I asked the dispatcher for an estimated time of arrival but she could not give me

25 INVESTIGATING OFFICER(S) _____ 26 REPORT MADE BY Robert Gutierrez Jr.  DATE 11-09-86

27 CASE FILED  Yes ☐  No ☐  | Cleared by arrest ☐  28 THIS CASE IS  Unfounded ☐  Inactive ☐  Active ☐  Other ☐  | 29 APPROVED BY _____

# Mercedes Police Department
## SUPPLEMENTARY REPORT

NO. _____          Murder          NO. 86-11-038
                           Classification

Name of Complainant: State of Texas      Address: c/o Mercedes Police Dept.      Phone No.: 565-3102

Offense: _____

DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.:
(Investigating Officer must sign)

Page No. 2                                                    Date November 9, 19 86

one. At about that time, Sgt. Vasquez arrived at the scene and was attempting to give first aid to the subject on the floor. He then ordered me to identify the people who were at the bar and to take down their personal information. While I was doing that, I noticed that Officer Valdez had arrived at the scene and assisted Sgt. Vasquez with the first aid.

The people at the bar were identified as Amado Mauricio Trevino of 733 South Ohio - DOB 9-13-38; Guadalupe Garces of 134 N. Matamoros-DOB 4-26-44; Robert Yriarte of Taylor Apt. #123 - DOB 8-24-51; Irma Espinoza of 321 N. Missouri - DOB 10-24-60; Estella Delgado of 338 N. Texas - DOB 11-13-61; Maria Delgado 338 North Texas - DOB 5-11-51 and La Bruna, all were from Mercedes. Once I had identified the people there, Sgt. Vasquez transported the male subject whom we had stopped earlier to the police department and left Officer Valdez and me at the scene and in charge of it. After a minute or two, the ambulance arrived at the location and three emergency care attendants checked the male subject on the floor for vital signs.

After that, Chief Pape and Inspector Vargas arrived at the scene and were informed of the traffic. I walked over to where the subject was and one of the E.C.A. showed me one puncture wound on the chest area adjacent to the one I had seen already on the shirt. A Justice of the Peace was called in due to the fact that the subject had already died. Inspector Vargas told me to transport the people at the bar to the police department for interviews. I, in turn, informed the people of the traffic and transported them to the police department where the interviews were taken over by Inspector Vargas and continued the investigation. No further action was taken by this officer.

25 INVESTIGATING OFFICER(S) _____    26 REPORT MADE BY Robert Gutierrez Jr.    DATE 11-09-86

27 CASE FILED                 28 THIS CASE IS                    Active ☐    29 APPROVED BY
Yes ☐   No ☐   Cleared by arrest ☐   Unfounded ☐   Inactive ☐   Other ☐   _____

# Mercedes Police Department
## SUPPLEMENTARY REPORT

NO. _____    Murder    NO. 86-11-038
                              Classification

| Name of Complainant | Address | Phone No. |
|---|---|---|
| State of Texas | c/o Mercedes Police Dept. | 565-3102 |

Offense _____

### DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.:
(Investigating Officer must sign)

Page No. _____    Date November 9, 1986

On Sunday, November 9, 1986 at about 12:35 AM, I was called in to the police department. At the police department Dispatcher Linda Alaniz advised me that there had been a stabbing at Jovita's Place and that we had a man dead at the scene. I proceeded to Jovita's Place located at 217 N. Illinois St. in Mercedes. Upon arrival, I made contact with Officer R. Valdez, Officer R. Gutierrez and Sgt. J. Vasquez. They informed me that one man was dead and the suspect in custody. The scene had been secured and witnesses were kept inside Jovita's. As I entered, I saw the victim lying on the floor face up next to the pool table. I checked the victim and observed that he had a stab wound to the left side of his chest. I asked who the victim was and a witness by the name of Irma Castillo Espinoza said that she knew him as Jose Garcia. I then proceeded to photograph the scene. While doing so, Irma Espinoza told me that Freddy Rivera had been the one that had stabbed him and that she had witnessed everything. I then told the officer to transport all the witnesses to the police department so that I could talk to them later. I checked the victim for identification. I found a wallet on his right back pant pocket. I looked in the wallet and found receipts of Jose David Soto Belloso. At this time, Judge Apolonio Gutierrez arrived, pronounced Mr. Belloso dead and orderd an autopsy. The Guerra Funeral Home of Pharr was called to pickup the deceased Chief Pape and I made a rough sketch of the body. The Guerra Funeral Home arrived and transported the body to Ceballos Funeral Home. I then locked up the bar and secured it. I had taken the keys from the barmaid, Maria Delgado. I went back to the police department and contacted the owner of the Jovita's. I told her that I did not want anybody going into the place of business until I finished with my investigation. I went to the suspect's pickup and found a knife under the seat. I photographed it and picked it up as evidence. The knife was a butterfly knife with silver handles. The knife had red stains which appeared to be blood. After I picked up the evidence, I proceeded to talk to the witnesses.

    I then made contact with Amado Mauricio Trevino who resides at 733 S. Ohio St. in

25 INVESTIGATING OFFICER(S) _____    26 REPORT MADE BY Inspector N. Vargas    DATE 11-09-86

27 CASE FILED    28 THIS CASE IS    Active ☐    29 APPROVED BY
Yes ☐  No ☐ | Cleared by arrest ☐  Unfounded ☐  Inactive ☐  Other ☐ | _____

# Mercedes Police Department

## SUPPLEMENTARY REPORT

NO. _____    Classification: **Murder**    NO. **86-11-038**

| Name of Complainant | Address | Phone No. |
|---|---|---|
| State of Texas | c/o Mercedes Police Department | 565-3102 |

Offense

**DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.:**
(Investigating Officer must sign)

Page No. **2**    Date **November 9, 19 86**

Mercedes, Texas. Mr. Trevino stated that he had not seen the stabbing but that he had gotten a hold of the suspect. He had tried to stop the fight. Mr. Trevino stated that he had fallen to the floor because the victim had pushed the suspect with a chair while he was holding on to him. When he got up, the suspect was gone and the victim was on the floor next to the pool table. Mr. Trevino stated that he then saw that the victim had blood on his body. I asked Mr. Trevino if he knew the victim and suspect. He said that he did not know the victim but that he did know that the suspect was from Mercedes. I then took and affidavit from Mr. Trevino.

I then made contact with Irma Espinoza. She told me that Freddy Rivera had stabbed Joe Garcia. I asked her if she knew why and she told me that they had gotten into an argument at the 101 Club over a pool table. Irma said that Joe and herself had left the 101 Club and had gone to Jovita's. They had ordered a beer and Joe went back to the door to see if a friend of his was coming to join them. Irma stated that when she turned to see Joe, Freddy Rivera was also at the door and they started to argue again. At that time, Joe pushed Freddy with a chair. Freddy then pulled out a knife, raised his right hand and then stabbed Joe on the chest. Joe then picked up a chair but Irma took it away. Irma said that after she took the chair away, Joe just fell to the floor next to the pool table. I then took Irma Castillo's affidavit.

At about 3:50 AM, I made contact with Rosario Sandoval (La Bruna). She stated that she had seen the stabbing but had seen when Irma took the chair away from the victim. When she got close, she saw the victim on the floor.

I then spoke with the rest of the witnesses but all claimed that they had not seen the stabbing nor knew the victim nor the suspect. I did take their information in case I needed to talk to them.

At about 4:45 AM, I went to the cells and took the suspect, Alfredo Rivera Hinojosa (alias

25 INVESTIGATING OFFICER(S) _____    26 REPORT MADE BY **Inspector N. Vargas**    DATE **11-09-86**

27 CASE FILED: Yes ☐  No ☐    28 THIS CASE IS: Cleared by arrest ☐  Unfounded ☐  Inactive ☐  Active ☐  Other ☐    29 APPROVED BY _____

# Mercedes Police Department

## SUPPLEMENTARY REPORT

NO. _____  Murder  NO. 86-11-038
Classification

| Name of Complainant | Address | Phone No. |
|---|---|---|
| State of Texas | c/o Mercedes Police Dept. | 565-3102 |

Offense

DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.:
(Investigating Officer must sign)

Page No. 3                                                            Date November 9, 19 86

Freddy Rivera), to my office. At my office, I advised Alfredo Hinojosa of his Miranda Warnings. Mr. Hinojosa stated that he understood them and signed the Miranda Form. I told Mr. Hinojosa that he was being questioned on the Murder of Jose David Belloso. I told Mr. Hinojosa that the man that he had stabbed had died. I then asked him why he had stabbed Mr. Belloso. Mr. Hinojosa did not answer. I then told Mr. Hinojosa that I had recovered the knife and that there were witnesses that had seen him stab the victim. I asked him to tell me what had happened. Mr. Hinojosa told me that I already knew what had happened and that I had the knife. I told him that it was up to him to tell me what had happened if he wanted to. He then told me that their feud had started two days before. He said that they started to argue and that he thought that the victim was going to take something out of his pockets, so he took out his knife and stabbed the victim once. I told him that the victim did not have any weapons with him. Mr. Hinojosa said that he really thought that he had something. I asked Mr. Hinojosa if he would give me a written statement and he said no, that he had already told me what had happened.

I then observed that Mr. Hinojosa had some blood stains on his right hand (middle and index fingers) and what appeared to be a drop of blood on his t-shirt. I removed his t-shirt and took it as evidence. I then took some distilled water and a cotton swab and took samples of the blood on Mr. Hinojosa's right hand. I then took Mr. Hinojosa back to the cell and started to prepare the paperwork for the complaint.

On this same date, a complaint of Murder was signed against Alfredo Rivera Hinojosa before Judge Ricardo Flores. Judge Flores issused a warrant of arrest of Murder for Alfredo Hinojosa. I then took Alfredo Hinojosa out of his cell and informed Mr. Hinojosa that I was placing him under arrest for the murder of Jose David Belloso. I took Mr. Hinojosa before Judge Flores for arraignment. Judge Flores arraigned Mr. Hinojosa on the said murder charge and set bond at $100,000. Mr. Hinojosa was later transported to the Hidalgo County Jail in Edinburg, Texas.

25 INVESTIGATING OFFICER(S) _____  26 REPORT MADE BY Inspector N. Vargas  DATE 11-09-86

27 CASE FILED            28 THIS CASE IS          Active ☐   29 APPROVED BY
Yes ☐   No ☐   Cleared by arrest ☐   Unfounded ☐   Inactive ☐   Other ☐   _____

# Mercedes Police Department

## SUPPLEMENTARY REPORT

NO. _____

Murder
Classification

NO. 86-11-038

Name of Complainant: State of Texas
Address: c/o Mercedes Police Dept.
Phone No.: 565-3102

Offense

DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.:
(Investigating Officer must sign)

Page No. _____

Date November 9, 1986

On Sunday, November 9, 1986 at about 9:00 AM, Det. Sgt. L. Chacon and I went by Jovita's Place located at 217 North Illinois to measure the crime scene of the murder that happened earlier this same morning. We measured the inside of the building and took pictures. I picked up some blood samples from the floor. I also took pictures of the outside (building). The samples of blood were taken as evidence and were tagged.

On this same date at about 11:30 AM, we went by Ceballos Funeral Home located at 1023 North 23rd St. in McAllen, Texas for an autopsy. We made contact with Dr. Santos who performed the autopsy. We took pictures of the victim, Jose David Belloso, which had a stab wound in his chest. We took pictures of the victim while Dr. Santos performed the autopsy. Dr. Santos stated that the stab wound had passed thru the victim's heart. Dr. Santos gave me the blood and urine samples so we could send it to the lab.

25 INVESTIGATING OFFICER(S) _____  26 REPORT MADE BY Alejandro Moreno  DATE 11-09-86

27 CASE FILED  Yes ☐  No ☐  |  28 THIS CASE IS  Cleared by arrest ☐  Unfounded ☐  Inactive ☐  Active ☐  Other ☐  |  29 APPROVED BY _____

# Mercedes Police Department
## SUPPLEMENTARY REPORT

NO. _____  
Classification: __Murder__  
NO. __86-11-038__

**Name of Complainant:** State of Texas  
**Address:** c/o Mercedes Police Dept.  
**Phone No.:** 565-3102  
**Offense:**

### DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.:
(Investigating Officer must sign)

Page No. _____  Date __November 9, 1986__

On November 9, 1986, at about 9:00 AM, Det. Sgt. A. Moreno and I went to Jovita's Place located at 217 N. Illinois St. in Mercedes, Texas. At said location, I photographed the inside of Jovita's Place. Det. Sgt. A. Moreno photographed the outside of Jovita's Place (the outer part of the building). We then started to pick up blood samples from the floor next to the pool table that was located next to the front door on the right hand side as you walk in. Then the inside of Jovita's Place was measured.

On the same date at about 11:30 AM, Det. Sgt. A. Moreno and I attended the autopsy of the victim, Jose David Soto Belloso. Autopsy was performed by Dr. Santos at Ceballos Funeral Home located at 1023 North 23rd St. in McAllen, Texas. Photographs were taken by Det. Sgt. A. Moreno and myself.

While the autopsy was being performed, Dr. Santos showed us the heart with one stab wound that went right thru the heart and came out the other side. Dr. Santos said that was the cause of death. Photographs were taken.

25 INVESTIGATING OFFICER(S) _____  26 REPORT MADE BY __Luis Chacon__  DATE __11-09-86__

27 CASE FILED  
Yes ☐  No ☐  
28 THIS CASE IS  
Cleared by arrest ☐  Unfounded ☐  Inactive ☐  Active ☐  Other ☐  
29 APPROVED BY _____

# Mercedes Police Department

## SUPPLEMENTARY REPORT

NO. _____    Murder    NO. 86-11-038
                    Classification

Name of Complainant: State of Texas
Address: c/o Mercedes Police Dept.
Phone No.: 565-3102

Offense:

DETAILS OF OFFENSE, PROGRESS OF INVESTIGATION, ETC.:
(Investigating Officer must sign)

Page No. _____    Date November 12, 19 86

On November 12, 1986, I took all evidence recovered from the Murder of Jose David Belloso and took them to the McAllen DPS Lab for comparison.

25 INVESTIGATING OFFICER(S) _____    26 REPORT MADE BY Inspector N. Vargas    DATE 11-12-86

27 CASE FILED: Yes ☐  No ☐    28 THIS CASE IS: Cleared by arrest ☐  Unfounded ☐  Inactive ☐  Active ☐  Other ☐    29 APPROVED BY _____

Docket No. _____     Case No. __86-11-567__

# Mercedes Police Department
# Arrest Record

| Name | Alias: |
|---|---|
| Alfredo Rivera Hinojosa | FREDDY |

| Address | Phone | Date: |
|---|---|---|
| 1245 S. Georgia St.   Mercedes, TX | | 11-09-86 |

| Occupation | Social Security No. | D.L. No. And State | Time: |
|---|---|---|---|
| Labor | | | 10:40 AM |

| Age | Race | Sex | Eyes | Hair | Hgt. | Wt. | DOB | Place of Birth | Marks-Tattooes |
|---|---|---|---|---|---|---|---|---|---|
| 25 | W | M | Brn | Brn | 5'2" | 160 | 9-21-61 | Bellvadier, Ill. | numerous tattooes |

| Offense | Where Committed |
|---|---|
| MURDER | 217 N. Illinois St.   Mercedes, TX |

| Where Arrested | How Arrest Made 69-1241 |
|---|---|
| Mercedes Police Dept. | ( ) Sight  (X) Warrant  ( ) SPA  ( ) Other |

| Complainant: | Address | Phone |
|---|---|---|
| Inspector Narciso Vargas Jr. | c/o Mercedes Police Dept. | 565-3102 |

| Witness: | Address | Phone |
|---|---|---|
| | | |

| Witness: | Address | Phone |
|---|---|---|
| | | |

**Vehicle Impounded:**
Year:    Make:    Model:    Lic.:    Where:

**Property Taken:**                                                                 By:

                                                                                    Bag No.

**Property Returned:**                          **Prisoner's Signature:**
Date:      Time:      by:

**Prisoner Released**                           **Disposition**
Date: 11-09-86  Time: 2:00 PM  by: A. Moreno    taken to county jail $100,000 bond

**Synopsis:** (use back if needed)

On Sunday, November 9, 1986 at about 10:20 AM, I arrested Alfredo Rivera Hinojosa

on warrant #69-1241 Murder. Mr. Hinojosa was then taken before Municipal Judge Ricardo

Floreswho set bond at $100,000. He was later transported to the Hidalgo County Jail in

Edinburg in lieu of bond.

                                                                                    Rt. Index

| Arresting Officer: | Approved: |
|---|---|
| Inspector Narciso Vargas Jr. | |

MPDF-407

# TEXAS DEPARTMENT OF PUBLIC SAFETY LABORATORY
## PHYSICAL EVIDENCE SUBMISSION

PLEASE PRINT OR WRITE LEGIBLY: SEE DETAILED INSTRUCTIONS ON BACK OF THIS SHEET

**FOR LAB USE ONLY**
LABORATORY CASE NO.

☐ CRIM ☐ F.A.
☐ TOX ☐ Q.D.
☐ NARC ☐ LATENT

| SUBMITTING AGENCY NO. | SUBMISSION DATE |
|---|---|
|  | 11-12-86 |

| VICTIMS NAMES (LAST NAME, FIRST NAME, MIDDLE INITIAL) | RACE | SEX | AGE |
|---|---|---|---|
| Belloso, Jose David | L | M | 32 |
|  |  |  |  |
|  |  |  |  |

**SUBMITTING OFFICIAL:** Narciso Vargas Jr.
**PRINTED NAME:** Narciso Vargas Jr.
**SIGNATURE:** Narciso Vargas Jr.
**TITLE:** Inspector

**AGENCY SUBMITTING:** Mercedes Police Dept.
**STREET:** 323 S. Ohio St.
**CITY/ZIP:** Mercedes, TX 78570
**PHONE NUMBER:** (512) 565-3102

| SUSPECTS NAMES (LAST NAME, FIRST NAME, MIDDLE INITIAL) | RACE | SEX | AGE |
|---|---|---|---|
| Hinojosa, Alfredo Rivera | L | M | 25 |
|  |  |  |  |
|  |  |  |  |

**SEND REPORT TO: (AGENCY)** Mercedes Police Dept.
**OFFICIAL:** Inspector N. Vargas
**STREET:** 323 S. Ohio St.
**CITY/ZIP:** Mercedes, Texas 78570

| OFFENSE | DATE OF OFFENSE | COUNTY OF OFFENSE |
|---|---|---|
| MURDER | 11-09-86 | Hidalgo |

NOTE: A BRIEF SYNOPSIS OR OFFENSE REPORT ATTACHED TO THIS SUBMISSION WILL GREATLY ENHANCE OUR ABILITY TO ASSIST YOU WITH YOUR INVESTIGATION.

## ITEMS OF PHYSICAL EVIDENCE SUBMITTED

| ITEM NO. | DESCRIPTION | ORIGIN (WHERE FOUND) | EXAMINATION(S) REQUESTED |
|---|---|---|---|
| #1 | Silver butterfly knife | vehicle of suspect | Blood and blood type |
| #2 | Blue T-shirt size L (men) | on victim | Blood and blood type |
| #3 | Men's blue jeans | on victim | Blood and blood type |
| #4 | Cotton swab with blood | from suspect | Blood and blood type |
| #5 | Cotton gauze with blood | from crime scene | Blood and blood type |
| #6 | Test tube of blood | from victim | Blood and blood type, match with item #1 |
| #7 | Sandbags gray t-shirt | from suspect | Blood and blood type |

LAB-6 (Rev 8/82)

M. O'CLOC

FEB 19 1987

PAULINE G. GONZALEZ, CLERK
DISTRICT COURTS, HIDALGO COUNTY
BY _____ DEPU

CAUSE NO. CR-105-87-C

| | | |
|---|---|---|
| THE STATE OF TEXAS | X | IN THE JUDICIAL DISTRICT COURT |
| VS. | X | HIDALGO COUNTY, TEXAS |
| ALFREDO RIVERA HINOJOSA | X | 139TH DISTRICT COURT |

STATE'S MOTION TO AMEND INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, the State of Texas by and through RENE GUERRA, Criminal District Attorney in and for Hidalgo County, Texas, in the above entitled and numbered cause and respectfully moves the Court to amend the indictment in said cause under Art. 28.10 of the Code of Criminal Procedure so that the indictment would read as follows:

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURY, for the County of Hidalgo, State of Texas, duly selected, empaneled, sworn, charged and organized as such at the January Term A.D. 1987 of the 206th Judicial District Court for said County, upon their oaths present in and to said court at said term that ALFREDO RIVERA HINOJOSA hereinafter styled Defendant, on or about the 9th day of November A.D. 1986, and before the presentment of this indictment, in Hidalgo County, Texas, did then and there intentionally and knowingly cause of the death of an individual, by stabbing the said JOSE DAVID SOTO BELLOSO <u>with a deadly weapon, to-wit: a knife, that in the manner of its use and intended use was capable of causing death and serious bodily injury</u>.

AGAINST THE PEACE AND DIGNITY OF THE STATE.

/S/ ESTEBAN FLORES
FOREPERSON OF THE GRAND JURY

(Emphasis added to proposed amended portions)

In support of the above motion, the State would show that the proposed amended indictment does not charge the defendant with an additional or different offense, nor would the substantial rights of the defendant be prejudiced by said proposed

amended indictment.

WHEREFORE, PREMISES CONSIDERED, the State of Texas, by and through her Criminal District attorney in and for Hidalgo County, respectfully prays that this Honorable Court amend the indictment in the manner proposed herein.

RESPECTFULLY SUBMITTED,

RENE GUERRA
CRIMINAL DISTRICT ATTORNEY
HIDALGO COUNTY, TEXAS

OMAR J. GARZA-Assistant
Criminal District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing State's Motion to Amend Indictment has been this 19th day of February, 1987, hand delivered to Jose Antonio Gomez, Attorney for Defendant.

OMAR J. GARZA-Assistant
Criminal District Attorney

WESLACO FIRE DEPT. / EMS DIVISION
THIS IS A TRUE AND CERTIFIED
COPY OF THE ORIGINAL

## Weslaco Fire Department
## Supplement Report

**Nature of call** STABBING     **Date** 11/09/86

**Address:** 217 N. ILLINOIS     **Time-out** 0026

**Incident #** 86-1203     **Time Arrival** UNKNOWN-DISPATCH FAILED TO

**Division** 117     **Time Complete** 0100     CLOCK IN TIME

**Office-in-charge** CAPT. HUFFMAN     **Unit Responding** 516

**Remarks:**

I, SUSIE VEGA, SECRETARY FOR THE WESLACO FIRE DEPARTMENT/ EMS DIVISION, ON 11/18/86, MADE CONTACT BY PHONE WITH AN INVESTIGATOR FROM THE MERCEDES POLICE DEPARTMENT BY THE NAME OF NARCISO VARGAS. INVESTIGATOR VARGAS GAVE ME THE INFORMATION ON THE DECEASED WHICH WE NEEDED TO COMPLETE OUR REPORTS ON THIS PARTICULAR INCIDENT, THE NAME OF THE VICTIM AND ADDRESS, JOSE DAVID COTO BELLOS, 512 FIRST STREET, MERCEDES, HE ALSO GAVE ME THE DECEASEDS NEXT OF KIN NAME AND ADDRESS, ELENA HERNANDEZ BELLOSO, P O BOX 485 RALLS, TEXAS, 79357, WHO HAPPENS TO BE THE WIFE OF THE DECEASED.

ON 11/20/86, I, SUSIE VEGA, MADE CONTACT INVESTIGATOR N. VARGAS AT THE MERCEDES POLICE DEPARTMENT, BY PHONE, AGAIN, THIS TIME IT WAS TO GET THE NAMES OF THE POLICE OFFICERS WHO WERE PRESENT AT THE SCENE WHEN OUR AMBULANCE CREW WAS THERE, THE AMBULANCE CREW FAILED TO GET THIS INFORMATION AT THE TIME OF THE INCIDENT, INVESTIGATOR VARGAS GAVE ME THE NAMES OF SGT. J. VASQUEZ, PATROL OFFICER R. VALDEZ, AND PATROL OFFICER R. GUTIERREZ, I ALSO ASKED WHO THE INVESTIGATING OFFICER ON THIS CASE WAS, HE STATED HE WAS ASSIGNED TO THE CASE.

THIS IS THE REASON FOR THIS SUPPLEMENT REPORT, IT WILL BE ATTACHED TO THE ORIGINAL REPORT MADE BY THE RESPONDING EMS CREW.

**PREPARED BY:** _Susie Vega_     **DATE:** 11-20-86
             Secretary



# GARY FITZSIMMONS
## DALLAS COUNTY DISTRICT CLERK

# FELONY RECORD SEARCH CERTIFICATE

**THE STATE OF TEXAS**
**COUNTY OF DALLAS**

I, GARY FITZSIMMONS, CLERK OF THE DISTRICT COURTS OF DALLAS COUNTY, TEXAS, DO HEREBY CERTIFY THAT A SEARCH OF THE INDEXES FROM 1973 THROUGH THE PRESENT DATE REFLECTS THE FOLLOWING:

| Name | Race/Sex | DOB | Case No. | Degree | Offense | Status |
|---|---|---|---|---|---|---|
| ESCAMILLA JUAN | BM | 093083 | F-0773346 | FP | AA/DW | TRAN |
| ESCAMILLA JUAN | WM | 093083 | F-0773174 | FP | AA/DW | TRAN |
| ESCAMILLA JUAN | WM | 093083 | F-0757125 | FP | AGG ROB DW | PENDING |
| ESCAMILLA JUAN | WM | 093083 | F-0157490 | FS | EVADE ARREST/D | REVK |
| ESCAMILLA JUAN | WM | 093083 | F-0334670 | FQ | POSS CS | PGBC |
| ESCAMILLA JUAN | WM | 093083 | F-0334671 | FQ | UPF FELON | PGBC |
| ESCAMILLA JUAN | WM | 093083 | F-0157491 | FS | UUMV | REVK |

THE UNDERSIGNED DOES NOT ASSUME ANY LIABILITY FOR OMISSION OR ERROR IN THE ABOVE STATEMENT.

GIVEN UNDER MY HAND AND SEAL OF SAID COURT, IN DALLAS, TEXAS, THIS THE 20TH DAY OF DECEMBER, 2007

**GARY FITZSIMMONS, DISTRICT CLERK**
**DALLAS COUNTY, TEXAS**

BY: _____
        DEPUTY