**IN THE** _____ ꝏꝏꝏ **DISTRICT COURT**
**DALLAS COUNTY, TEXAS**

| STATE OF TEXAS | § | Case No.(s): |
| | § | |
| v. | § | FO7-73174 |
| | § | |
| | § | |
| Juan Escamilla | § | |

Charged Offense(s): ___ agg assault x2 ___

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now the attorney for the State and the Defendant, by and through his/her attorney of record, and request a continuance of this case(s) to the following date for the following purpose:

**RESET DATE:** ___ 1 / 9 / 8 ___          **TIME:** ___ 9:00 ___

| | |
|---|---|
| ☐ Announcement | ☐ Motion to Suppress (with no trial setting) |
| ☐ Agreed plea of guilty | |
| | ☐ P/V Announcement |
| ☐ Open plea of guilty | ☐ P/V Agreed plea of true |
| | ☐ P/V Open plea of true |
| ☐ Jury Trial (submit *Order Setting for Trial*) | ☐ P/V Contested hearing |
| | ☐ To hire attorney |
| ☐ Trial Before the Court (submit *Order Setting...*) | ☑ Other 3rd case unindicted |

---

**Plea Bargain Offer:**

| | |
|---|---|
| _____ years in prison | _____ days/years deferred |
| _____ days/years in State Jail | _____ regular probation |
| _____ days/months in County Jail | $_____ Fine |
| Other: _____ | $_____ Restitution |

---

_____          _____          _____
Asst. District Attorney          Attorney for Defendant          Defendant

X 5150          2100-9183
Phone Number          Phone Number          Today's Date: ___ / ___ / ___

WHITE COPY – FILE, YELLOW COPY – DISTRICT ATTORNEY, PINK COPY – DEF. ATTORNEY/DEFENDANT

From:       LaFayne McCall
To:          Danielle Eubanks;  Marcia Waters;  Yolanda Rodriguez
Date:       11/20/2007 1:49:06 PM
Subject:   court assignment changes/transfers needed

This one is a little confusing because there are different codefendants, but all cases go to P court because one defendant is on probation.

F-0757125 - Escamilla, Juan - from Q to P      *- F07-73346* *F07-73174*

He has a codefendant Danny Torres, who has a codefendant on another case - Javier Alvarez, who is on deferred probation in P court.

F-0756330 & F-0757115 - Torres, Danny - from V to P

His codefendant is Javier Alvarez and he is on probation in P court.

The following 2 cases need to be transferred:

F-0773346 & F-0773174 - Escamilla, Juan - from Q to P

These cases are already indicted.

Thanks.

LaFayne


CC:        Dana Wrisner;  Robin Solomon

*Set Jason's files*

WRIT

CAUSE NO. F-0773174-XQ

THE STATE OF TEXAS
  VS.
JUAN ESCAMILLA

OFFENSE:  AA/DW

*11 315*

204TH JUDICIAL DISTRICT COURT
OF DALLAS COUNTY, TEXAS

TO THE SHERIFF OF DALLAS COUNTY, TEXAS-GREETINGS:

YOU ARE HEREBY COMMANDED TO IMMEDIATELY SERVE  JUAN ESCAMILLA

THE DEFENDANT IN THE ABOVE TITLED ·CAUSE,

WITH ACCOMPANYING CERTIFIED COPY OF THE ORIGINAL INDICTMENT IN SAID CAUSE.

   WITNESS MY OFFICIAL SEAL AND SIGNATURE AT MY OFFICE IN THE CITY OF DALLAS,

THIS THE  24TH DAY OF    OCTOBER ·A.D. 2007.

GARY FITZSIMMONS
CLERK OF THE DISTRICT COURTS
DALLAS COUNTY, TEXAS

BY _____    DEPUTY
  G NIMTZ

OFFICER'S RETURN

CAME TO HAND ON THIS THE *30* DAY OF *Oct* A.D. 20 *07*

AND EXECUTED ON THIS THE *30* DAY OF *Oct* A.D. 20 *07*

BY DELIVERING TO THE DEFENDANT IN PERSON

THE CERTIFIED COPY OF THE INDICTMENT ATTACHED HERETO.

  RETURNED ON THIS THE *30* DAY OF *Oct* A.D. 20 *07* .

BY _____ DEPUTY    SHERIFF,  DALLAS COUNTY,TEXAS

# ARRAIGNMENT SHEET



Book-in No. 07069345
LAI No.    899054

White     Male        09/30/1983

The State of Texas, County of Dallas

I, _____ Candace Carlsen _____, of Dallas County, Texas, sitting as a Magistrate, do hereby certify that on this, the _29_ day of _____ September _____, 2007 at _10:43 AM_, sitting at 111 Commerce, City of Dallas, Dallas County, Texas appeared _____ JUAN. ESCAMILLA _____, being a person under arrest, and that I have in clear language informed the person arrested of the accusation against him and of any Affidavit filed herewith, and of his right to retain counsel, and of his right to the appointment of counsel if he is indigent and cannot afford counsel, and of his right to remain silent, and of his right to have an attorney present during any interview with peace officers or attorneys representing the State, and of his right to terminate the interview at any time, and of his right to have an examining trial.

I informed the person arrested that he does not have to make any statement at all, and that any statement made by him may be used in evidence against him on his trial for the offense concerning which the statement is made.

I informed the person arrested that reasonable time and opportunity would be allowed him to consult counsel and of his rights to bail if allowed by law.

I also informed the person arrested that if he is not a citizen of the United States that he may have the right to contact consular officials from his country and that if he is a citizen of certain countries that consular officials would be notified of this arrest without further action required on his part.

[✔] The person arrested stated that he is a citizen of the United States of America

| Offense(s): | Cause No. | Agency Name | Bond Amount | |
|---|---|---|---|---|
| AGG ASSAULT CAUSES SERIOUS BODILY INJ | F0773174 | Dallas Police | $25,000.00 | Cash/Sur |

Remanded to custody of _____ DSO _____ in witness whereof, I have subscribed my name
this the _29_ day of _____ September _____, 2007 .

_Candace Carlsen_
Magistrate        Dallas County, Texas

Page 1 of 1

## DEFENDANT'S AFFIDAVIT
## OF INDIGENCE

*F07-73174*
*F07-73174* ✓
*AA/DW*



Cause No. **F0757125**
Court / **District Criminal Court No. 6**
Dallas County, Texas

*nob I date*

The State of Texas
vs.
**JUAN ESCAMILLA**

Before me, the undersigned authority, of this date, personally appeared the defendant in the above styled and numbered cause, known to me to be the person whose name is subscribed hereto as affiant. The defendant, having stated that he was indigent and unable to employ counsel, was placed under oath and inquiry was made in the following factors: the defendant's income and source of income, property owned, outstanding obligations, necessary expenses, number and ages of dependents, spousal income and other matters indicating that he is in fact indigent.

The defendant then deposed and stated as follows:
    On this __21__ day of _____**September**_____, __07_____, I have been advised by the Court of my right to representation by counsel in the trial of the charges pending against me. I certify that I am without means to employ counsel of my own choosing, and I hereby request the Court to appoint counsel for me.

My total monthly income, including spouse's income, SSI, child support, disability or other is:
$ _____

The total value of my assets, including house, cars, cash, stocks, bonds or other is:
$ _____

_____
Defendant/Affiant

SUBSCRIBED AND SWORN before me, the undersigned authority, on this the __21__ day of
_____**September**_____, __07_____.

_____
Magistrate

### ORDER

On this the _____ day of _____, _____, the Court, having reviewed the foregoing affidavit finds that the defendant is NOT indigent and is financially able to employ counsel.

    Signed this _____ day of _____, _____.

_____
Judge, **District Criminal Court No. 6**
Dallas County, Texas

### ORDER

On this the __26__ day of __Sept.__, __2007__, the Court, having reviewed the foregoing affidavit finds the defendant is indigent and unable to employ counsel, and hereby approves the affidavit and appoints:
    (1.) The Honorable _Randy Isenberg_, Phone: _214/696-9253_
    (2.) The Chief Public Defender represented by the Honorable _____,
    Phone: _____, a practicing attorney of this state to represent the defendant in said causes.

    Signed this __26__ day of __Sept__, __2007__.

_____
Judge, **District Criminal Court No. 6**
Dallas County, Texas

*Did not recieve notice from transferring ct. until 9-24.*

JS

**DEFENDANT** Escamilla, Juan           W M  09301983  **CHARGE** AA/DW/2nd
      **AKA:**

**ADDRESS**     4045 Weisenberger, Dallas, Tx          **LOCATION** UNKNOWN

**FILING AGENCY** TXDPD0000 **DATE FILED** September 18, 2007      **COURT**     JDC204

**COMPLAINANT** Gallegos, Francisco           F-0773174      **VT#:**

C/C

---

### TRUE BILL INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of

Dallas County, State of Texas, duly organized at the ____October____ Term, A.D., ____2007____ of the

_____Criminal District Court 6_____ , Dallas County, in said Court at said

Term, do present that one       **ESCAMILLA, JUAN**       , Defendant,

On or about the    __18 th__ day of August A.D., 2007    in the County of Dallas and said State, did

unlawfully then and there intentionally, knowingly and recklessly cause bodily injury to FRANCISCO GALLEGOS, hereinafter called complainant, by STRIKING COMPLAINANT WITH A FIREARM, and said defendant did use and exhibit a deadly weapon, to-wit: a FIREARM, during the commission of the assault,

     And it is further presented to said Court that prior to the commission of the aforesaid offense set forth in the first paragraph above, the said defendant was convicted of a felony offense of UNLAWFULL POSSESSION OF A FIREARM BY FELON, on the 3RD day of FEBRUARY, 2004, A.D., in Case Number F03-34671 on the docket of 204TH JUDICIAL DISTRICT COURT, of DALLAS County, Texas under the name of JUAN ESCAMILLA and said conviction was a final conviction,

against the peace and dignity of the State.

**CRAIG WATKINS**

Criminal District Attorney of Dallas County, Texas                     Foreman of the Grand Jury.

COURT

```
************************************************************************
DALLAS POLICE DEPARTMENT                      SERVICE#: 0630140 T
ID#:                                          ARREST#:
DA/WARRANT#:                                  CHARGE#:

************************************************************************
```

AFFIDAVIT FOR ARREST WARRANT    COUNTY OF DALLAS    STATE OF TEXAS

        BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY
APPEARED THE UNDERSIGNED AFFIANT WHO, AFTER BEING DULY SWORN BY ME, ON
OATH STATED: MY NAME IS ____J. McNulty_____ AND I AM A PEACE
OFFICER OF THE CITY OF DALLAS, DALLAS COUNTY, TEXAS.  I, THE AFFIANT,
HAVE GOOD REASON AND DO BELIEVE THAT ON OR ABOUT 18 AUG 2007 ONE
ESCAMILLA,JUAN                 DID THEN AND THERE IN THE CITY OF DALLAS,
DALLAS COUNTY, TEXAS COMMIT THE OFFENSE OF  AGGRAVATED ASSAULT
A VIOLATION OF SECTION 22.02   OF THE  TEXAS PENAL CODE,
A CLASS 2 FELONY      .
AFFIANT'S BELIEF IS BASED UPON THE FOLLOWING FACTS AND INFORMATION:

___ AFFIANT'S PERSONAL INVESTIGATION OF THIS ALLEGED OFFENSE.

SAMUEL J HERNANDEZ            , A FELLOW PEACE OFFICER OF THE CITY OF
DALLAS, DALLAS COUNTY, TEXAS, WHO PERSONALLY PARTICIPATED IN THE
INVESTIGATION OF THIS ALLEGED OFFENSE, PROVIDING THIS INFORMATION TO
AFFIANT, AND WHOSE INFORMATION AFFIANT BELIEVES TO BE CREDIBLE.

ON AUGUST 18, 2007 AT ABOUT 4:00AM SUSPECT JUAN ESCAMILLA COMMITTED THE
OFFENSE OF AGGRAVATED ASSAULT WITH A DEADLY WEAPON PC 22.02 F/2 AGAINST
THE COMPLAINANT FRANCISCO GALLEGOS. THIS OFFENSE OCCURRED AT 5200
NOMASST, DALLAS, DALLAS COUNTY, TEXAS.

ON AUGUST 18, 2007 AT ABOUT 4:00AM COMPLAINANT GALLEGOS WAS WALKING
DOWN THE 5200 BLOCK OF NOMA ST WHEN HE WAS APPROACHED BY SUSPECT
ESCAMILLA. SUSPECT ESCAMILLA TOLD COMPLAINANT GALLEGOS "THIS IS FOR
HITTING ME LAST YEAR WITH A BRICK".SUSPECT ESCAMILLA THEN STARTED TO HIT
COMPLAINANT GALLEGOS IN THE FACE WITH A LARGE BLUE STEEL HANDGUN.
COMPLAINANT WAS UNABLE TO DEFEND HIMSELF.

COMPLAINANT GALLEGOS SUFFERRED MULTIPLE LACERATIONS TO HIS FACE AND A
FRACTURED SKULL. COMPLAINANT GALLEGOS CALLED RP RODRIGUEZ WHO IS HIS
MOTHER SEVERAL HOURS AFTER THE INCIDENT STATING HE NEEDED TO GO TO THE
HOSPITAL. RP RODRIGUEZ PICKED COMPLAINANT GALLEGOS UP AT LEATH AND
HARLINGEN AND FOUND HIM COVERED IN BLOOD. RP RODRIGUEZ TOOK COMPLAINANT
GALLEGOS TO METHODIST HOSPITAL WHERE HE WAS ADMITTED FOR HAVING A
FRACTURED SKULL.

COMPLAINANT GALLEGOS KNOWS SUSPECT ESCAMILLA BY NAME AND FACE FROM THE
NEIGHBORHOOD WHERE THEY LIVE.

SUSPECT JUAN ESCAMILLA COMITTED THE OFFENSE OF AGGRAVATED ASSAULT WITH A
DEADLY WEAPON AGAINST THE COMPLAINANT FRANCISCO GALLEGOS BY
INTENTIONALLY HITTING HIM IN THE HEAD WITH A HANDGUN AND CAUSING

```
**********************************************************************
DALLAS POLICE DEPARTMENT                    SERVICE#: 0630140 T
ID#:                                        ARREST#:
DA/WARRANT#:                                CHARGE#:

****************** NARRATIVE INFORMATION ****************************
MULTIPLE LACERATIONS AND A SKULL FRACTURE.
```

_____ WHEREFORE AFFIANT REQUESTS THAT AN ARR__
    AFFIANT                WARRANT BE ISSUED FOR THE ABOVE ACCUS__
                           INDIVIDUAL IN ACCORDANCE WITH THE LA__

SUBSCRIBED AND SWORN TO BEFORE ME ON
DATE: SEP 5 2007
                           _____
                           MAGISTRATE, IN AND FOR DALLAS C_____
                           TEXAS

```
*********************************************************************
```
         MAGISTRATE'S DETERMINATION OF PROBABLE CAUSE

ON THIS DATE: SEP 5 2007
I HEREBY ACKNOWLEDGE THAT I HAVE EXAMINED
THE FOREGOING AFFIDAVIT AND HAVE DETERMINED
THAT PROBABLE CAUSE EXISTS FOR ISSUANCE OF
AN ARREST WARRANT FOR THE INDIVIDUAL ACCUSED
THEREIN.

                           _____
                           MAGISTRATE, IN AND FOR DALLAS COUNTY
                           TEXAS

## ARRAIGNMENT SHEET



Book-in No. 07069345
LAI No.   899054

White   Male   09/30/1983

The State of Texas, County of Dallas

I, _____Katherine Miracle_____, of Dallas County, Texas, sitting as a Magistrate, do hereby certify that on this, the _21_ day of_____September_____, 2007 at _1:15 AM_, sitting at 111 Commerce, City of Dallas, Dallas County, Texas appeared _____JUAN  ESCAMILLA_____, being a person under arrest, and that I have in clear language informed the person arrested of the accusation against him and of any Affidavit filed herewith, and of his right to retain counsel, and of his right to the appointment of counsel if he is indigent and cannot afford counsel, and of his right to remain silent, and of his right to have an attorney present during any interview with peace officers or attorneys representing the State, and of his right to terminate the interview at any time, and of his right to have an examining trial.

I informed the person arrested that he does not have to make any statement at all, and that any statement made by him may be used in evidence against him on his trial for the offense concerning which the statement is made.

I informed the person arrested that reasonable time and opportunity would be allowed him to consult counsel and of his rights to bail if allowed by law.

I also informed the person arrested that if he is not a citizen of the United States that he may have the right to contact consular officials from his country and that if he is a citizen of certain countries that consular officials would be notified of this arrest without further action required on his part.

[✓] The person arrested stated that he is a citizen of the United States of America

| Offense(s): | Cause No. | Agency Name | Bond Amount | |
|---|---|---|---|---|
| AGG ROBBERY | F0757125 | Dallas County Sheriff | $100,000.00 | Cash/Sur |

Remanded to custody of _____DSO_____   in witness whereof, I have subscribed my name
this the _21_ day of_____September_____, 2007.

_____
Magistrate        Dallas County, Texas

Page 1 of 1

## INSTRUCTIONS RELATING TO
## PRELIMINARY INITIAL APPEARANCE



Cause No. **F0757125**
Offense: **AGG ROBBERY**

The State of Texas
vs.
**JUAN ESCAMILLA**

On this date appeared _____ **JUAN ESCAMILLA** _____, hereafter referred to as defendant, who makes his initial appearance in connection with the above numbered cause. At this appearance a hearing was held, at which the following took place:

1. Defendant was informed as provided in Art. 15.17 CCP.

2. Bail was set in the amount of $ **$100,000.00**

3. All    felony    charges associated with this arrest are assigned to and shall be filed in _____ **Jeanine Howard** _____ Court, **District Criminal Court No. 6**

4. Defendant is instructed to appear with counsel, in the above named Court at 9:00 AM on
_____

Copies of these instructions served on defendant and transporting officer on this **21** day of _____ **September** _____, 20 **07**.

JS

DEFENDANT Escamilla, Juan               B M 09301983 CHARGE AA/DW2ND

AKA:

ADDRESS    4746 Maybeth, Dallas, Tx                LOCATION UNKNOWN

FILING AGENCY TXDPD0000 DATE FILED October 10, 2007          COURT       JDC204

COMPLAINANT Tunyants, Armen              F-0773346      VT#:

C/C

## TRUE BILL INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of

Dallas County, State of Texas, duly organized at the ____October____ Term, A.D., ___2007___ of the

_____Criminal District Court 6_____ , Dallas County, in said Court at said

Term, do present that one               **ESCAMILLA, JUAN**               , Defendant,

On or about the     1 st   day of September A.D., 2007   in the County of Dallas and said State, did

unlawfully then and there intentionally and knowingly threaten ARMEN TUNYANTS with imminent
bodily injury, and said defendant did use and exhibit a deadly weapon, to-wit: a FIREARM, during the
commission of the assault,

    And it is further presented to said Court that prior to the commission of the aforesaid offense set forth
in the first paragraph above, the said defendant was convicted of a felony offense of UNLAWFUL
POSSESSION OF A FIREARM FELON, on the 3RD day of FEBRUARY, 2004, A.D., in Case Number
F03-34671 on the docket of 204TH JUDICIAL DISTRICT COURT, of DALLAS County, Texas under
the name of JUAN ESCAMILLA and said conviction was a final conviction,

against the peace and dignity of the State.

**CRAIG WATKINS**
Criminal District Attorney of Dallas County, Texas          Foreman of the Grand Jury.

COURT

| Dallas County, Texas | Service#: | 645977T |
|---|---|---|
| ID#: | Arrest#: | |
| Warrant Number: | Charge: | AGG ASSAULT |
| Suspect Name: ESCAMILLA, JUAN | | |

| AFFIDAVIT FOR ARREST WARRANT | COUNTY OF DALLAS | STATE OF TEXAS |
|---|---|---|

Before me, the undersigned authority, on this day personally appeared the undersigned affiant who, after being duly sworn by me, on oath stated: my name is __J. McNulty__ and I am a peace officer of the City of Dallas, Dallas County, Texas. I, the affiant, have good reason and do believe that on or about 9/1/07 one ESCAMILLA, JUAN did then and there in the City of Dallas, Dallas County, Texas commit the offense of **AGG ASSAULT**, a violation of section **22.02** of the Texas Penal Code, a **F/2**.

Affiants belief is based upon the following facts and information:

____ Affiant's personal investigation of this alleged offense.

**E. LUJAN #7375**, a fellow peace officer of the City of Dallas, Dallas County, Texas, who personally participated in the investigation of this alleged offense, providing this information to affiant, and whose information affiant believes to be credible.

On September 1, 2007, at about 3:40pm suspect Juan Escamilla committed the criminal act of Aggravated Assault at 3301 Singleton Blvd, Dallas, Dallas County, Texas. The facts of the case are:

Complainant ArmenTunyants is witness Suren Tunyants 4-year-old son. Witness stated to reporting officers that the complainant and him were leaving a Mexican restaurant located at 3301 Singleton Blvd when he was robbed at gunpoint. Witness Suren Tunyants stated that a unknown Latin male suspect approximately 18 years old, with a large tattoo on the back of his neck pointed a black machine gun towards the complainant. The suspect stated to the witness, "don't move or I'll shoot". The weapon was pointed at the complainant and placed the complainant in fear of serious bodily injury. The suspect then pointed the assault rifle towards the witness. The unknown Latin male suspect was later identified as suspect Juan Escamilla yelled at the witness and stated, "give me your wallet puto. The unknown Latin male suspect then grabbed a red moneybag from complainant's right arm and the suspect fled the location on foot. The total property stolen from the witness was $845.00 in property. No property was stolen from the complainant. The witness followed the suspect to a red 2 door Ford Mustang, Texas license plate #753HBT. Suspect Escamilla entered the front right passenger seat of the red mustang and the witness stated he could see two other Latin male suspects in the red Ford Mustang. The driver of the Ford mustang was later identified as suspect Danny Torres and the rear passenger suspect was

Dallas County, Texas
ID#:
Warrant Number:
Suspect Name:     ESCAMILLA, JUAN

Service#:        645977T
Arrest#:
Charge:          AGG ASSAULT

identified as suspect Alberto Aguilar. Witness Tunyants stated he called
the police and gave the reporting officers a suspect's description. The
witness stated he was in fear of his life and the life of his son. The
complainant cried after the suspect fled the location.

The Reporting Officers checked the vehicle registration and the came back
registered to 1819 Homeland St Dallas Texas. Reporting Officers went to
1819 Homeland St and observed the red Mustang driving through the
street. Reporting Officers attempted to stop the red Ford Mustang but
were unable to stop it. Reporting Officers found the red Ford Mustang
abandoned at 3340 Brantly. The Reporting Officers obtained the suspects
names from their mother who lives at 1819 Homeland St. The suspect's
vehicle was towed to the city pound. On September 20, 2007 the
complainant came to the Northwest Investigative Unit and was shown a 6-
photo lineup by Detective E. Lujan. The witness positively identified
suspect Juan Escamilla as the suspect who pointed an assault rifle at him
and son and stole his property. The complainant and the witness do not
know the suspects and no property was recovered.

AFFIANT

WHEREFORE Affiant requests that an arrest warrant
be issued for the above accused individual in
accordance with the law.

SUBSCRIBED AND SWORN BEFORE ME on
the _____ day of SEP 2 5 2007 20_____

MAGISTRATE, IN AND FOR DALLAS
COUNTY, TEXAS

---

**MAGISTRATE'S DETERMINATION OF PROBABLE CAUSE**

On this the _____ day of SEP 2 5 2007
20_____ , I hereby acknowledge that I have
examined the foregoing affidavit and have
determined that reasonable cause exists for
issuance of an arrest warrant for the
individual accused therein.

MAGISTRATE, IN AND FOR DALLAS
COUNTY, TEXAS

Dallas County, Texas
ID#:
Warrant Number:
Suspect Name: **ESCAMILLA, JUAN**

Service#: **642596T**
Arrest#:
Charge: **AGG ROBBERY**

| AFFIDAVIT FOR ARREST WARRANT | COUNTY OF DALLAS | STATE OF TEXAS |

Before me, the undersigned authority, on this day personally appeared the undersigned affiant who, after being duly sworn by me, on oath stated: my name is _____ 73 J and I am a peace officer of the City of Dallas, Dallas County, Texas. I, the affiant, have good reason and do believe that on or about **9/1/07** one ESCAMILLA, JUAN did then and there in the City of Dallas, Dallas County, Texas commit the offense of **AGG ROBBERY**, a violation of section **29.03** of the Texas Penal Code, a **F/1**.

Affiants belief is based upon the following facts and information:

Affiant's personal investigation of this alleged offense.

**E. LUJAN #7375**, a fellow peace officer of the City of Dallas, Dallas County, Texas, who personally participated in the investigation of this alleged offense, providing this information to affiant, and whose information affiant believes to be credible.

On September 1, 2007, at about 3:40pm suspect Danny Torres and Juan Escamilla committed the criminal act of Aggravated Robbery at 3301 Singleton Blvd, Dallas, Dallas County, Texas. The facts of the case are:

Complainant Suren Tunyants is witness Armen Tunyants father. Witness Suren Tunyants is 4 years old. Complainant stated to reporting officers that he and son were leaving a Mexican restaurant located at 3301 Singleton Blvd when he was robbed at gunpoint. Complainant Suren Tunyants stated that a unknown Latin male suspect approximately 18 years old, with a large tattoo on the back of his neck pointed a black machine gun towards him and the witness and demanded complainant's property. The unknown Latin male suspect was later identified as suspect Juan Escamilla yelled at the complainant and stated, "give me your wallet puto". The unknown Latin male suspect then grabbed a red moneybag from complainant's right arm and the suspect fled the location on foot. The total property stolen from the complainant was $845.00 in property. No property was stolen from the witness. The complainant followed the suspect to a red 2 door Ford Mustang, Texas license plate #753HBT. The unknown Latin male suspect entered the front right passenger seat of the red mustang. The complainant stated he could also see there were two other Latin male suspects in the red Ford Mustang. The driver of the Ford mustang was later identified as suspect Danny Torres. The third Latin male suspect has not been identified. Complainant stated he then called the police and gave the reporting officers a suspect's description.

C:\Documents and Settings\elujan\Desktop\DETECTIVES\Lujan\2007 pros\Arrest Warrant ESCAMILLA, JUANAGG ROBBERY.doc
2 of 3                 Last save:  20 Sep 2007                 Page

Dallas County, Texas
ID#:
Warrant Number:
Suspect Name:

ESCAMILLA, JUAN

F-0757125

vice#:
Arrest#:
Charge:

642596T

AGG ROBBERY

**The Reporting Officers checked the vehicle registration and the came back registered to 1819 Homeland St Dallas Texas. Reporting Officers went to 1819 Homeland St and observed the red Mustang driving through the street. Reporting Officers attempted to stop the red Ford Mustang but were unable to stop it. Reporting Officers found the red Ford Mustang abandoned at 3340 Brantly. The Reporting Officers obtained the suspects names from their mother who lives at 1819 Homeland St. The suspect's vehicle was towed to the city pound. On September 5, 2007 complainant came to the Northwest Investigative Unit and Detective E. Lujan #7375 showed complainant a 6-photo lineup of the suspects. Complainant positively identified suspect Torres as the driver the red Ford Mustang. On September 20, 2007 the complainant came to the Northwest Investigative Unit and was shown a 6 photo lineup by Detective E. Lujan. The complainant positively identified suspect Juan Escamilla as the suspect who pointed an assault rifle at him and son and stole his property. The complainant does not know the suspects and no property was recovered.**

7375

AFFIANT

WHEREFORE Affiant requests that an arrest warrant be issued for the above accused individual in accordance with the law.

SUBSCRIBED AND SWORN BEFORE ME on the ____ day of _____ (20__)

MAGISTRATE, IN AND FOR DALLAS COUNTY, TEXAS

---

**MAGISTRATE'S DETERMINATION OF PROBABLE CAUSE**

On this the ____ day of _____ 20__, I hereby acknowledge that I have examined the foregoing affidavit and have determined that reasonable cause exists for issuance of an arrest warrant for the individual accused therein.

MAGISTRATE, IN AND FOR DALLAS COUNTY, TEXAS

MC

DEFENDANT Escamilla, Juan _____ W M 09301983 CHARGE AGG ROB DW _____

  AKA:

ADDRESS    4746 Maybeth, Dallas, TX _____    LOCATION DSO _____

FILING AGENCY TXDPD0000 DATE FILED September 26, 2007 _____ COURT ___ JDC203 ___

COMPLAINANT Tunyants, Suren _____    F-0757125    VT#: _____

C/C        Danny Torres _____

## TRUE BILL INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of

Dallas County, State of Texas, duly organized at the ___ July ___ Term, A.D., ___ 2007 ___ of the

_____ 292nd Judicial District Court _____ , Dallas County, in said Court at said

Term, do present that one        **ESCAMILLA, JUAN**        , Defendant,

On or about the ___ 1 st ___ day of September A.D., 2007 in the County of Dallas and said State, did

unlawfully then and there while in the course of committing theft and with intent to obtain and maintain
control of the property of SUREN TUNYANTS, hereinafter called complainant, the said property being
CURRENT MONEY OF THE UNITED STATES OF AMERICA AND A SET OF KEYS, without the
effective consent of the said complainant and with intent to deprive the said complainant of said property,
did then and there intentionally and knowingly threaten and place the said complainant in fear of imminent
bodily injury and death, and the defendant did then and there use and exhibit a deadly weapon, to-wit: a
FIREARM,

against the peace and dignity of the State.

_____
**CRAIG WATKINS**

Criminal District Attorney of Dallas County, Texas

*Anita Olson*

_____
Foreman of the Grand Jury.

COURT

THE STATE OF TEXAS                                          IN THE 282ND JUDICIAL DISTRICT

VS.               **** STATE    JAIL  ****           COURT                          OF

JUAN ESCAMILLA                                          DALLAS COUNTY, TEXAS


JUDGMENT ADJUDICATING GUILT
REFERRAL TO MAGISTRATE


                                                   JULY        TERM, A.D., 2002

MAGISTRATE:        STEVE HALSEY

---

JUDGE PRESIDING:   KAREN J. GREENE              DATE OF JUDGMENT: 09/26/02

---

ATTORNEY                              ATTORNEY
FOR STATE:   KERRI   NEW              FOR DEFENDANT: TOM GRETT

---

OFFENSE
CONVICTED OF:        EVADING ARREST--DETENTION FACILITY USING VEHICLE,PREVIOUS
                     CONVICTION


   DEGREE:   STATE JAIL                     DATE OFFENSE COMMITTED:   09/21/01

---

TERMS AND CONDITIONS VIOLATED AND
GROUNDS FOR ADJUDICATION          SEE ATTACHED MOTION TO ADJUDICATE

---

AS SET OUT IN STATES  SEPTEMBER 13,2002 MOTION TO ADJUDICATE GUILT

---

TERMS OF NEGOTIATED                                    NEGOTIATED AGREEMENT
PLEA BARGIN:   240  DAYS STATE JAIL, FINE $0              FOLLOWED:   YES

---

PLEA TO ENHANCEMENT                        FINDINGS ON
PARAGRAPH(S):   N/A                        ENHANCEMENT: N/A

---

FINDINGS ON
  DEADLY WEAPON,            NO FINDING
  BIAS OR PREJUDICE,
  AND/OR
  FAMILY VIOLENCE:

---

PUNISHMENT AND
PLACE OF      240 DAYS
CONFINEMENT: CONFINEMENT  IN  THE  STATE JAIL  DIVISION  DATE TO
             OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE  COMMENCE:   09/26/02
             AND A FINE OF -- 0 --

---

DATE OF
SENTENCE:            09/26/02                          COSTS: YES

---

TIME CREDITED: 10/3/01--11/28/01;  7/27/02-9/26/02
                                   RESTITUTION/REPARATION: NO

---

CONCURRENT UNLESS OTHERWISE SPECIFIED.

---

SS                                            VOL. 454  PAGE 77

ON THIS DAY SET FORTH ABOVE, THE ABOVE STYLED AND NUMBERED CAUSE HAVING BEEN TRANSFERRED AND LEGALLY REFERRED TO A MAGISTRATE BY THE DISTRICT COURTS OF DALLAS COUNTY THAT GIVE PREFERENCE TO CRIMINAL CASES AND THE CRIMINAL DISTRICT COURTS OF DALLAS COUNTY, TEXAS, CAME ON TO BE HEARD PURSUANT TO A NEGOTIATED PLEA AS REFLECTED ABOVE. DEFENDANT, WITH HIS ABOVE-NAMED ATTORNEY APPEARED IN OPEN COURT. WHERE DEFENDANT WAS NOT REPRESENTED BY COUNSEL, DEFENDANT KNOWINGLY, INTELLIGENTLY, AND VOLUNTARILY WAIVED THE RIGHT OF REPRESENTATION BY COUNSEL. THE COMMUNITY SUPERVISION OFFICER OF DALLAS COUNTY, TEXAS, ALSO APPEARED IN OPEN COURT, AND AFTER EXAMINING THE REPORT OF SAID COMMUNITY SUPERVISION OFFICER AND THE MOTION TO PROCEED WITH AN ADJUDICATION OF GUILT FILED HEREIN AND AFTER HEARING THE EVIDENCE OFFERED BY BOTH THE STATE AND DEFENDANT, THE MAGISTRATE WAS OF THE OPINION AND FOUND THAT SINCE DEFENDANT WAS PLACED ON COMMUNITY SUPERVISION HEREIN DEFENDANT HAS VIOLATED THE TERMS AND CONDITIONS OF HIS COMMUNITY SUPERVISION AS SHOWN ABOVE, AND ALSO FOUND THAT DEFENDANT'S GUILT SHOULD BE ADJUDICATED. THE MAGISTRATE THEN HEARD ANY ADDITIONAL TESTIMONY AND ARGUMENTS ON THE ISSUE OF PUNISHMENT AND FURTHER MADE FINDINGS AS TO DEADLY WEAPON, FAMILY VIOLENCE, BIAS OR PREJUDICE, AND RESTITUTION AS SHOWN ABOVE.

THEREUPON DEFENDANT WAS ASKED BY THE MAGISTRATE WHETHER HE HAD ANYTHING TO SAY WHY SAID SENTENCE SHOULD NOT BE PRONOUNCED AGAINST HIM, AND HE ANSWERED NOTHING IN BAR THEREOF, AND IT APPEARING TO THE MAGISTRATE THAT DEFENDANT IS MENTALLY COMPETENT AND UNDERSTANDING OF THE PROCEEDINGS, THE MAGISTRATE PROCEEDED, IN THE PRESENCE OF SAID DEFENDANT, HIS COUNSEL ALSO BEING PRESENT, TO PRONOUNCE SENTENCE AGAINST HIM.

AND WHEN SHOWN ABOVE THAT THE CHARGING INSTRUMENT CONTAINS ENHANCE-- MENT PARAGRAPH(S), WHICH WERE NOT WAIVED OR DISMISSED, THE MAGISTRATE, AFTER HEARING THE DEFENDANT'S PLEA TO SAID PARAGRAPH(S) AS SET OUT ABOVE MADE HIS FINDING AS SET OUT ABOVE. IF TRUE, THE MAGISTRATE WAS OF THE OPINION AND FOUND THAT THE DEFENDANT HAS BEEN HERETOFORE CONVICTED OF SAID OFFENSE(S) ALLEGED IN SAID ENHANCEMENT PARAGRAPH(S).

THE COURT HAS REVIEWED THE PAPERS OF THIS CAUSE ALONG WITH THE FINDINGS, ACTIONS, AND RECOMMENDATIONS OF THE MAGISTRATE IN THIS CAUSE, FINDS THAT THE TERMS OF THE NEGOTIATED PLEA AGREEMENT IN THIS CAUSE HAVE BEEN FOLLOWED AND HEREBY APPROVES AND ADOPTS ALL ACTIONS AND FINDINGS OF THE MAGISTRATE IN THIS CAUSE.

AND WHEN IT IS SHOWN BELOW THAT PAYMENT OF THE COSTS OF LEGAL SERVICES PROVIDED TO THE DEFENDANT IN THIS CAUSE HAS BEEN ORDERED, THE MAGISTRATE FOUND AND THE COURT APPROVED THE FINDING THAT THE DEFENDANT HAS THE FINANCIAL RESOURCES TO ENABLE THE DEFENDANT TO OFFSET SAID COSTS IN THE AMOUNT ORDERED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED BY THE COURT THAT THE ORDER DEFERRING ADJUDICATION OF GUILT, AND PLACING DEFENDANT ON COMMUNITY SUPERVISION HERETOFORE ENTERED IN THIS CAUSE BE, AND THE SAME IS HEREBY SET ASIDE AND OF NO FURTHER FORCE AND EFFECT.

IT IS THEREFORE CONSIDERED AND ADJUDGED BY THE COURT, THAT THE SAID DEFENDANT IS GUILTY OF THE COMMISSION OF THE OFFENSE NAMED ABOVE AND THAT THE OFFENSE WAS COMMITTED ON THE DATE SHOWN ABOVE AND THE DEFENDANT BE PUNISHED BY CONFINEMENT IN THE STATE JAIL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE FOR THE ABOVE SPECIFIED TIME, AND A FINE IN THE AMOUNT SET FORTH ABOVE, AND THAT THE STATE OF TEXAS DO HAVE AND RECOVER OF DEFENDANT ALL COSTS IN THIS PROSECUTION EXPENDED, FOR WHICH LET EXECUTION ISSUE; AND THAT SAID DEFENDANT BE SENTENCED IN ACCORDANCE WITH SAID ASSESSMENT OF PUNISHMENT.

IT IS THE ORDER OF THE COURT, THAT THE SAID DEFENDANT, WHO HAS BEEN ADJUDGED TO BE GUILTY OF THE ABOVE-NAMED OFFENSE AND WHOSE PUNISHMENT HAS BEEN ASSESSED BY THE COURT AS SHOWN ABOVE BE DELIVERED BY THE SHERIFF OF DALLAS COUNTY, TEXAS, TO THE DIRECTOR OF THE STATE JAIL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE OR OTHER PERSON LEGALLY AUTHORIZED TO RECEIVE SUCH CONVICTS, AND SAID DEFENDANT SHALL BE CONFINED IN SAID INSTITU-- TIONAL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE FOR THE ABOVE-- SPECIFIED TIME IN ACCORDANCE WITH THE PROVISIONS OF THE LAW GOVERNING THE INSTITUTIONAL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND DEFENDANT IS REMANDED TO JAIL UNTIL SAID SHERIFF CAN OBEY THE DIRECTION OF THIS SENTENCE. IT IS FURTHER ORDERED THAT DEFENDANT PAY THE FINE, COURT COSTS,

COSTS AND EXPENSES OF LEGAL SERVICES PROVIDED BY THE APPOINTED ATTORNEY IN THIS CAUSE, IF ANY, AND RESTITUTION OR REPARATION, AS SET FORTH HEREIN, FOR WHICH LET EXECUTION ISSUE.

WHEN IT IS SHOWN ABOVE THAT RESTITUTION HAS BEEN ORDERED, BUT THE MAGISTRATE FOUND THE INCLUSION OF THE VICTIM'S NAME AND ADDRESS IN THE JUDGMENT IS NOT IN THE BEST INTEREST OF THE VICTIM, SUCH FINDING IS HEREBY APPROVED BY THE COURT, AND THE PERSON OR AGENCY WHOSE NAME AND ADDRESS IS SET OUT IN THIS JUDGMENT WILL ACCEPT AND FORWARD THE RESTITUTION PAYMENTS TO THE VICTIM.

DEFENDANT IS HEREBY ORDERED REMANDED TO JAIL UNTIL SAID SHERIFF CAN OBEY THE DIRECTIONS OF THIS JUDGMENT.

FOLLOWING THE DISPOSITION OF THIS CAUSE THE DEFENDANT'S FINGERPRINT WAS, IN OPEN COURT, PLACED UPON A CERTIFICATE OF FINGERPRINT. SAID CERTIFICATE IS ATTACHED HERETO AND IS INCORPORATED BY REFERENCE AS A PART OF THIS JUDGMENT.

WHEN REQUIRED, A PRESENTENCE INVESTIGATION WAS CONDUCTED IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF LAW.

COURT COSTS IN THE AMOUNT OF    - 0 -

_____

JUDGE PRESIDING

*Immediately upon release, defendant must report in person to the Felony Collections Dept., 2nd fl., Rm. C2-3, Crowley Courts Bldg., Dallas, TX, for payment arrangement of court ordered costs, fines and/or attorney fees.

JUDGMENT

## CERTIFICATE OF THUMBPRINT

CAUSE NO. _F01 - 57490 - S_

THE STATE OF TEXAS

VS.

_JUAN Escamilla_

IN THE __282ⁿᵈ__

DISTRICT COURT _____

DALLAS COUNTY, TEXAS



Right
Thumb*

Defendant's __RT__ hand

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-
NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION
OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN COURT THIS _26_ DAY OF _September_ , 20_02_ .

_____
BAILIFF/DEPUTY SHERIFF

*Indicate here if print other than defendant's right thumbprint
is placed in box:

[ ] left thumbprint          [ ] left/right index finger

[ ] other, _____