NO. _F015 7491_

| THE STATE OF TEXAS | IN THE _282nd_ |
|---|---|
| VS. | DISTRICT COURT _____ OF |
| _Juan Escamilla_ | DALLAS COUNTY, TEXAS |

### FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF MAGISTRATE
### ORIGINAL PLEA

The above styled and numbered cause having been duly and legally referred to a Magistrate for a hearing on a negotiated plea of guilty, nolo contendere or true, the following Findings, Conclusions and Recommendations are hereby made by the Magistrate for consideration by the District Judge:

FINDINGS:

ON THE __28th__ DAY OF __November__, ~~19~~ _2001_.

__X__ Defendant appeared in open Court with his/her attorney, the Honorable

_Brady Wyatt_.

____ Defendant in open Court and in writing, and with the consent and approval of his/her attorney, waived his/her right to prosecution by indictment and agreed to be tried on an affidavit and information.

__X__ Defendant waived his/her right to trial by jury in person and in writing in open Court, with the consent of the attorney for the State and approval of the Magistrate.

__X__ Defendant in open Court and in writing waived the reading of the charging instrument, the appearance, confrontation and cross-examination of witnesses, and agreed that evidence may be stipulated, and consented to the introduction of testimony orally, by judicial confession, by affidavits, written statements of witnesses and any other documentary evidence. Such waiver and consent was approved by the Magistrate and filed with the papers of this cause.

__X__ Defendant was duly admonished of the consequences of entering his/her plea and as to the range of punishment involved therein.

__X__ Defendant pleaded guilty/~~nolo contendere/true~~ to the offense of

### UNAUTHORIZED USE OF A VEHICLE

__X__ Defendant was admonished according to Art. 26.13, Code of Criminal Procedure.

### THE EVIDENCE PROVES BEYOND A REASONABLE DOUBT AND THE MAGISTRATE FURTHER FINDS:

__X__ Defendant is mentally competent.

__X__ The judicial confession/stipulation admitted herein is sufficient in law to prove a prima facie case.

__X__ Defendant used or exhibited a deadly weapon, to wit: _____ _____ during the commission of or during immediate flight from the offense.

__X__ The offense was committed on the __3RD__ day of __OCTOBER__, ~~19~~_2001_

____ The allegations contained in the enhancement paragraph(s) are true.

__X__ Defendant found to have committed the offense as charged in the charging instrument.

____ Defendant found to have committed an offense other than that charged in the charging instrument, to wit: _____.

CONCLUSIONS:

__X__ Defendant entered his/her plea freely and voluntarily.

__X__ Defendant was not coerced or unlawfully persuaded to enter his/her plea.

__X__ The plea bargain agreement should be followed.

__X__ Defendant, after being given a copy of the terms and conditions of community supervision, understood those terms and conditions.

RECOMMENDATIONS:

_____ Defendant be found not guilty.

_____ Defendant be found guilty of the offense of _____

__X__ The finding of guilt and further adjudication be deferred and Defendant be placed on community supervision for a term of ____4____ years.

__X__ A fine of $ __500.00 AS A CONDITION OF PROBATION__ be assessed.

_____ Defendant be assessed confinement in the State/County Jail for a period of _____ days/months/years.

_____ Defendant be assessed imprisonment in the Institutional Division of the Texas Department of Criminal Justice for _____ years.

_____ Community Supervision be granted for a period of _____ years.

__X__ Restitution: to be ~~determined~~ of $ __3,500__ be ordered.

__X__ Court costs be assessed.

_____ Grant Defendant's (waiver of 10 days to prepare) (waiver of indictment) (waiver of delay of arraignment).

_____ The allegations in the enhancement paragraph(s) are true.

_____ A deadly weapon was used or exhibited.

_____ Name change granted.

ADDITIONAL RECOMMENDATIONS:

FILED
NOV 28 2001
JIM HAMLIN
DIST. CLERK, DALLAS CO., TEXAS
_____ DEPUTY

SIGNED THIS _____ DAY OF __NOV 2 8 2001__, 19____

_____
MAGISTRATE

ORDER ADOPTING ACTIONS OF MAGISTRATE

BE IT KNOWN that the Court has reviewed the actions taken by the Magistrate sitting for this Court in the above numbered and styled cause, which include all findings, conclusions and recommendations contained in this document, all orders contained on the docket sheet in this cause and within the papers filed in this cause, as well as any exhibits introduced into evidence in this cause.

IT IS HEREBY ORDERED AND DECREED that the Court specifically adopts and ratifies the actions taken by the Magistrate on behalf of this Court in compliance with Subchapter D of Chapter 54 of the Texas Government Code and further GRANTS DENIES community supervision to Defendant.

SIGNED THIS THE _____ DAY OF __NOV 2 8 2001__, 19____.

_____
JUDGE

_____ DISTRICT COURT_____
DALLAS COUNTY, TEXAS

(rev. 8/94)

12/20/07                    JOHN F. WARREN, DALLAS COUNTY CLERK                    PAGE    1
                                  MISDEMEANOR RECORD SEARCH
                                133 N. INDUSTRIAL BLVD., BOX 43
                                    DALLAS, TEXAS 75207-4313

DALLAS COUNTY

COUNTY CLERK
JOHN F. WARREN

RE: SUBJECT:    ESCAMILLA JUAN
    D.O.B.      09/30/83

I, JOHN F. WARREN, CLERK OF THE COUNTY CRIMINAL COURTS OF DALLAS COUNTY, TEXAS, DO HEREBY CERTIFY THAT THE COUNTY CRIMINAL COURT INDEXES OF DALLAS COUNTY, TEXAS HAVE BEEN SEARCHED DURING AND INCLUDING THE YEAR OF 1975 THRU 19, DECEMBER, 2007 AND WE HAVE LOCATED THE FOLLOWING CASES FILED BY THE AUTHORITY OF THE STATE OF TEXAS AGAINST THE ABOVE SUBJECT.

| CASE | OFFENSE | DISPOSITION |
|---|---|---|
| MA0235458-F | 072702 UCW HANDGUN | 093002 PGBC SENT 200D |
| MB0688446-J | 090806 DWLS/INV | 110206 PGBC SENT 45D |

THIS IS A CRIMINAL MISDEMEANOR SEARCH ONLY AND DOES NOT INCLUDE FELONY SEARCH.

THE UNDERSIGNED DOES NOT ASSUME ANY LIABILITY FOR OMISSION OR ERROR IN THE ABOVE STATEMENT.

WITNESS MY HAND AND SEAL OF OFFICE THIS 20TH DAY OF DECEMBER, 2007.

JOHN F. WARREN, COUNTY CLERK

OF DALLAS COUNTY, TEXAS

BY: _____ DEPUTY

SEAL

Cause No. MA0235458

| | |
|---|---|
| THE STATE OF TEXAS | IN THE COUNTY CRIMINAL COURT |
| VS. | _____5_____ OF |
| Escamilla, Juan | DALLAS COUNTY, TEXAS |

## COURT'S ADMONITION OF STATUTORY AND CONSTITUTIONAL RIGHTS AND DEFENDANT'S ADKNOWLEDGMENT

The Judge hereby admonishes you of the following Statutory and Constitutional Rights prior to your entry of a plea of guilty/nolo contendere in this case pursuant to the Texas Code of Criminal Procedure and the Constitutions of the State of Texas and the United States of America:

1) You are charged with the offense of **UCW Handgun** and the maximum range of punishment is: a fine not to exceed $500 / $2000 / $4000; confinement in jail for a term not To exceed 180 days / **one year** or both such fine and imprisonment.
2) Any recommendation as to what your punishment should be by the prosecuting attorney is not binding on the Court.
3) If you are not a citizen of the United States of America, a plea of guilty or nolo contendere before me for the offense charged may result in your deportation, the exclusion from admission to this country, or a denial of naturalization under Federal law.
4) If you have a Court appointed attorney, you have a right to have ten days from the date your attorney was appointed to prepare for trial.
5) If you receive deferred adjudication and later it is found that you have violated your probation, you may then be found guilty and the Judge can then set your punishment anywhere within the range provided by law.

### PLEA RECOMMENDATION

[X] **200** days in jail

[ ] $_____ fine plus costs of court

[ ] Jail term probated for _____ months

[ ] Deferred adjudication for _____ months

[ ] Restitution in the amount of

$_____ to: _____

[X] Other: **waive rt to appeal judge's cond**

*TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE*

### PLEA OF GUILTY / NOLO CONTENDERE

Comes now the Defendant herein, in person and by and through Defendant's attorney, if any, having waived the right to jury trial with the approval of the State and Judge, and states that Defendant understands the charge, the penalty range for the offense charged and waives arraignment and reading of the information/indictment and represents to the Judge that the Defendant desires to make immediate disposition of this case by here and now entering a plea of guilty/nolo contendere. The Defendant waives the right to a jury trial, the confrontation of witnesses, the right to present witnesses in defendant's behalf and submits this case to the Judge on all issues of law and fact.

I understand that under Federal Law if I am not a citizen of the United States of America, a plea of guilty/nolo contendere for the offense charged may result in my deportation, exclusion of my admission to this country, or the denial of naturalization.

Wherefore, the Defendant asks the Judge to proceed immediately on the filing hereof, to accept this plea and waivers, and to enter judgment and sentence herein in the manner provided by law. Defendant requests that a presentence report (not) be made. If a presentence report is made, the Defendant hereby authorizes the Judge to inspect the report.

I understand that I have a right to appeal this case to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then after consulting with my attorney, do expressly, voluntarily, knowingly, and intelligently give up and waive my right to appeal this case.

I have read the above and foregoing admonitions by the Judge regarding my rights. I understand the admonitions, and I understnad and am aware of the consequences of my plea. Furthermore, my lawyer, if any, has explained to me all the admonitions given by the Judge in this document.

_____
Defendant

_____ 24028489
Attorney for Defendant & Bar Card Number

The State hereby consents to and approves the Defendant's waiver of jury and agrees to the above plea recommendation.

_____ 2400483
Assistant District Attorney & Bar Card Number

Filed: The admonition and waivers, filed with the clerk and presented to the Judge are considered, approved and granted this _____ day of _____, 20____. The Judge agrees that a presentence report pursuant to the Texas Code of Criminal Procedure not be made.

_____
Judge

BEN ELLIS, Retired Judge of the County Criminal Court of Dallas County, Texas, Sitting for the Judge of the County Criminal Court No. 5 of Dallas County, Texas.

**Form M-90 Revised 7-10-2002**                                                                 OVER



TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

COMMITMENT      NO. M-0235458-F
                    COUNTY CRIMINAL COURT 5
                    DALLAS COUNTY, TEXAS

OCT - 1 2002

THE STATE OF TEXAS VS. JUAN ESCAMILLA

TO ANY SHERIFF OR ANY CONSTABLE OF THE STATE OF TEXAS - GREETING

     YOU ARE HEREBY COMMANDED, THAT YOU TAKE INTO CUSTODY, AND COMMIT TO THE JAIL OF YOUR COUNTY JUAN ESCAMILLA
WHO WAS ON 09/30/2002 , CONVICTED IN THE COUNTY CRIMINAL COURT 5
OF DALLAS COUNTY, TEXAS, OF UCW                AND HIS PUNISHMENT
FIXED AT - 0 - , FINE AND      IMPRISONMENT, AND
JUDGMENT WAS ENTERED THEREFOR, TOGETHER WITH ALL COSTS OF SAID PROSECUTION
AMOUNTING TO A FURTHER SUM OF $221.00 , AND YOU WILL SAFELY KEEP UNTIL
SUCH TIME AND ALL COSTS HEREIN ARE PAID AND SAID TERM OF IMPRISONMENT HAS
EXPIRED, OR UNTIL HE IS OTHERWISE DISCHARGED.

     WITNESS MY OFFICIAL SIGNATURE, AND SEAL OF OFFICE AT DALLAS, DALLAS COUNTY,
TEXAS, AND ISSUED THE _30TH_ DAY OF _SEPTEMBER_,2002

                                      EARL BULLOCK
                                      COUNTY CRIMINAL COURT 5

_____      BY _____, DEPUTY
JUDGE

FEES

FINE _____ - 0 -
COST _____ $221.00
TOTAL _____ $221.00      SENTENCE TO BEGIN 09/30/02

IMPRISONMENT

CI ISS BT CRE 65 DAYS CC W COST

SHERIFF'S RETURN

CAME TO HAND THIS _30_ DAY OF _Sept_ A.D. 20_02_, AND EXECUTED
BY COLLECTING FROM THE DEFENDANT THE SUM OF $_____ AND CONFINING HIM TO
JAIL FOR _____ DAYS.

     DEFENDANT RELEASED THIS THE _30_ DAY OF _Sept_ A.D. 20_02_

_133_ DAYS GOOD TIME
_65_ DAYS CREDIT      SHERIFF, DALLAS COUNTY, TEXAS
_____ DAYS I/P      J.C. BOWLES
_____ DAYS FOR FCC      BY _____
                                         DEPUTY



35458

| | | |
|---|---|---|
| THE STATE OF TEXAS | } | |
| | } | **AFFIDAVIT FOR ARREST WARRANT OR CAPIAS** |
| COUNTY OF DALLAS | } | |

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant who, after being duly sworn by me, on oath stated:

My name is **D. MORRIS #537**, and I am a peace officer of the City of Irving, Dallas County, Texas.

I have good reason to believe and do believe that on or about the **27TH** day of **JULY**, 2002, one **ESCAMILLA, JUAN** did then and there in the City of Irving, Dallas County, Texas commit the offense of **UNLAWFUL CARRYING WEAPONS**, a violation of Section **46.02**, Texas Penal Code, a **CLASS A MISDEMEANOR**.

My belief is based upon the following facts and information:

**S. MARSHALL #766**, Officer, Irving Police Department, who participated in the investigation of the alleged offense, furnished to me, the Affiant, on **8-2-02**, the following information:

1. On 7-27-02 at approximately 3:00 a.m., defendant was a passenger of a vehicle stopped for traffic violation, fail to signal turn (left) northbound Story to westbound Rochelle, Irving, Dallas County, Texas.
2. The driver of the vehicle was arrested for no driver's license and gave verbal consent to search his vehicle.
3. In the back passenger area, a gun was on the floor pushed under the back of the driver's seat.
4. All occupants of the vehicle were read the Miranda Warning.
5. Defendant started yelling, "It's my fucking gun".
6. Defendant was placed under arrest.
7. Defendant also had confirmed parole violation felony warrants out of Dallas County and felony convictions on his criminal history.



35458

I believe this information furnished by a fellow Peace Officer is credible.

WHEREFORE, Affiant requests that an arrest warrant or capias be issued for the above accused individual(s) in accordance with the law.

_____
AFFIANT

SWORN TO BEFORE ME on the ___ day of ___ Aug ___, 2002

_____
MAGISTRATE, IN AND FOR
DALLAS COUNTY, TEXAS

## MAGISTRATE'S DETERMINATION OF PROBABLE CAUSE

On this the ___ day of ___ Aug ___, 2002, the undersigned Magistrate hereby acknowledges that he has examined the above affidavit and has determined that probable cause exists for the issuance of a capias for the individual(s) accused therein and hereby orders the Clerk of the Court of proper jurisdiction to issue a capias for the arrest of said individual(s).

_____
MAGISTRATE, IN AND FOR
DALLAS COUNTY, TEXAS

CAUSE NO. MA0235458

| | |
|---|---|
| THE STATE OF TEXAS<br>VS.<br>Escamilla, Juan | IN THE COUNTY CRIMINAL COURT<br>_____5_____ OF<br>DALLAS COUNTY, TEXAS |

**JUDGEMENT ON NEGOTIATED PLEA OF GUILTY OR NOLO CONTENDERE**
**BEFORE: ✓ PRESIDING JUDGE / _____ MAGISTRATE**
**NO COMMUNITY SUPERVISION**

DATE OF JUDGEMENT 9/30/02    TERM July 20 02

JUDGE PRESIDING: Ellis    MAGISTRATE:

ATTORNEY FOR STATE: A. Williams    ATTORNEY FOR DEFENDANT: D. Castillo

OFFENSE CONVICTED OF: UCW Handgun

CLASS A MISDEMEANOR    DATE OFFENSE COMMITTED: 07/27/02

CHARGING INSTRUMENT: INFORMATION / INDICTMENT    PLEA: GUILTY / NOLO CONTENDERE

FINDING OF COURT: GUILTY

TERMS OF NEGOTIATED PLEA BARGAIN: (IN DETAIL) 200 days    PLEA BARGAIN AGREEMENT FOLLOWED: YES / NO

DATE SENTENCE IMPOSED 9/30/02    COST: YES / NO

PUNISHMENT AND PLACE OF CONFINEMENT:
200 days CONFINEMENT IN THE DALLAS COUNTY JAIL AND A FINE OF $ 0

DATE TO COMMENCE: 9/30/02

CREDIT FOR TIME SERVED: 65 days    FINE PROBATED: YES / NO

TX.C.C.P. COUNSELING FEE, IF APPLICABLE: $    NOT TO EXCEED $500.00

RESTITUTION / REPARATION: YES / NO    IF YES, NAME OF VICTIM:
ADDRESS OF VICTIM OR AGENCY TO COLLECT PAYMENTS:

AFFIRMATIVE FINDING OF FAMILY VIOLENCE, IF APPLICABLE: YES / NO

CASE TO RUN:    CUMULATIVE / CONCURRENT WITH ALL OTHER CASES

*TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE*

On this day, set forth above, the above styled and numbered cause was called for trial. The State of Texas and Defendant appeared by and through the above named attorneys and announced ready for trial. Defendant appeared in person in open court. Where Defendant was not represented by counsel, Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel.

Having been admonished of the right to a jury trial, the Defendant waived the right to a jury trial in writing and in open court with the consent and approval of the Judge or Magistrate, the Defendant's attorney, if any, and the prosecuting attorney named above. The consent and approval of the waiver of jury trial was entered of record in the minutes of the court before the Defendant entered this plea.

The Defendant entered the above plea to the charge contained in the information/indictment. If it is shown above that there was a plea bargain agreement, the Defendant was informed as to whether or not the Judge or Magistrate would follow or reject such agreement. It plainly appears to the Judge / Magistrate that Defendant is mentally competent and said plea free and voluntary, the said plea is accepted by the Judge / Magistrate and is now entered of record as the plea of the Defendant. After hearing evidence offered, the Judge / Magistrate finds the Defendant guilty of the offense as shown above and that the offense was committed by said Defendant on the date set forth above.

_____*It is, therefore, ordered and decreed by the Judge or* _____ *considered and recommended by the Magistrate* that said Defendant be adjudged guilty of the offense as shown above on the date as shown above, and that said defendant is sentenced to a term of imprisonment or fine or both, as set out above, and shall be confined for the above named term in accordance with the provision by the court appointed attorney or public defender in this cause, if any, and restitution or reparation, if any, as set forth above. The Judge / Magistrate finds that the Defendant has the financial resources to enable the Defendant to offset said costs in the amount ordered.

If the Magistrate has heard this plea, the Judge has reviewed the findings, actions, and recommendations of the Magistrate in this cause, finds that the terms of the negotiated plea agreement in this cause have been followed and hereby adopts all findings, actions and recommendations of the Magistrate in this cause. The Defendant is hereby adjudged guilty of the offense as set out above and ordered punished in accordance with the recommendations of the Magistrate. The judgment as shown above is hereby in all things approved and confirmed, and is hereby ordered into affect. The Court approved the finding of the Magistrate that the Defendant has the financial resources to enable the Defendant to offset any fines, court costs, expenses of legal services and restitution or in the amount ordered.

Attached to this judgment and incorporated by reference, are the terms of any fee payment pursuant to the Texas Code of Criminal Procedure, if applicable.

Following the disposition of this cause, the Defendant's fingerprint was placed upon a Certificate of Fingerprint. Said certificate is attached hereto and is incorporated by reference as a part of this judgment.

SIGNED AND ENTERED THIS 30th DAY OF Sept, 20 02.

JUDGE, COUNTY CRIMINAL COURT
DALLAS COUNTY, TEXAS

BEN ELLIS, Retired Judge of the County Criminal Court of Dallas County, Texas, Sitting for the Judge of the County Criminal Court No. 5 of Dallas County, Texas.

FORM M-330
REVISED 2-8-2001



NO. 0235458

*Jail*

| STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| --- | --- | --- |
|  | § |  |
| VS. | § | COURT NO. 5 OF |
|  | § |  |
| Juan Escamilla | § | DALLAS COUNTY, TEXAS |

### STATE'S SENTENCE RECOMMENDATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES THE STATE OF TEXAS, by and through Dallas County Criminal District Attorney BILL HILL, in the above styled and numbered cause and on this the ____6th____ day of __August__, 2002, makes this recommendation of punishment conditioned on the defendant having no criminal record or pending cases other than those listed below. This is not an announcement of readiness for trial.

UCW

AMY SPARKS WILLIAMS
Assistant District Attorney
State Bar Card No. 24010483

### RECOMMENDATION*

250 days

No Def

____Stay away/ no contact with cw
____Life Skills
____V.I.P.
____T.A.I.P./C.A.T.S.
____Interlock
____Days as a cond.
____Clearance letter
____DNA Sample

____Pscy. eval.
____Anger Couns.
__x__Judge's Cond.
__X__Forf. Weapon
____G.E.D./HighSch. Dipl.
____Valid Insurance
____Drug Evaluation
__x__Waive right to appeal
____SASSI

____Urinalysis testing
____Reg. as sex offender
____Sex offender class
____Proper License
____Anti-theft program
____Family Vio Counseling
____RESTITUTION OF $____
____SIP

### PRIOR RECORD AND PENDING CASES

F UUMU
F Evading

* If Plead by 3 months from above date.

* As a condition of this plea bargain, the Defendant will submit to fingerprinting by the Clerk of the Court.

|  |  |  |  |
|---|---|---|---|
| DEFENDANT | ESCAMILLA, JUAN   WM   09301983 sjm | CHARGE | UCW HANDGUN |
| ADDRESS | AKA: 2524 W ROCHELLE, IRVING, TX | LOCATION | UNKNOWN |
| FILING AGENCY | TX0571500   DATE FILED August 5, 2002 | COURT | #5 |
| COMPLAINANT | MARSHALL, S | | MA0235458 |
| C/C | | | |
| SERVICE NO. | 222560 | ARREST NO. 022226 | I.D. NO. |

## AFFIDAVIT

**In the Name and by the Authority of the State of Texas.**

PERSONALLY APPEARED before me the undersigned authority this affiant, who after being by me duly sworn, deposes and says your Affiant has good reason to believe and does believe that one

ESCAMILLA, JUAN

hereinafter styled Defendant, heretofore, on or about the _27TH_ day of _JULY_ A.D., 20 _02_

in the County of Dallas and State of Texas, did unlawfully

intentionally and knowingly carry on and about his person, a handgun,

Against the peace and dignity of the state.

Sworn to and subscribed before me this the _5_ day of _Aug._, A.D., 20 _02_

Assistant Criminal District Attorney of Dallas County, Texas

_____
Affiant.

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS CO. CLERK'S OFFICE

| | | | | |
|---|---|---|---|---|
| | sjm | | | |
| **DEFENDANT** | ESCAMILLA, JUAN WM 09301983 | | **CHARGE** | UCW HANDGUN |
| | AKA: | | | |
| **ADDRESS** | 2524 W ROCHELLE, IRVING, TX | | **LOCATION** | UNKNOWN |
| **FILING AGENCY** | TX0571500 **DATE FILED** August 5, 2002 | | **COURT** | #5 |
| **COMPLAINANT** | MARSHALL, S | | | MA0235458 |
| **C/C** | | | | |
| **SERVICE NO.** | 222560 | **ARREST NO.** 022226 | | **I.D. NO.** |

# INFORMATION

**In the Name and by the Authority of the State of Texas.**

NOW COMES THE CRIMINAL DISTRICT ATTORNEY of Dallas County, State of Texas, and presents in and to the

County Criminal Court #5 of Dallas County, State aforesaid, that one

ESCAMILLA, JUAN

hereinafter styled Defendant, heretofore, on or about the _____ 27TH day of _____ JULY _____ A.D., 20 __02__

in the County of Dallas and State of Texas, did unlawfully

intentionally and knowingly carry on and about his person, a handgun,

Against the peace and dignity of the state.

2002 AUG -5 PM 3:44
DALLAS COUNTY
COUNTY CLERK
EARL BULLOCK

_Bill Hill_
Criminal District Attorney of Dallas County, Texas



# WARRANT OF ARREST
## DALLAS COUNTY, TEXAS

**FELONY**   ☒ **MISDEMEANOR**

BOND AMOUNT: $_____

COURT NO.: **IRVING MUNICIPAL COURT**    WARRANT NO.: _M02-35458-0_
The State of Texas vs.: **ESCAMILLA, JUAN**
Arrest Status: **IRVING CITY JAIL (IN CUSTODY)**
Race: **WHITE** Sex: **MALE** DOB: **9-30-83** Ht: **5'10"** Wt: **210** Hair: **BLACK** Eyes: **BROWN** Drivers License: **NONE**
Res. Add.: **2524 WEST ROCHELLE, IRVING, TEXAS 75062**
Complainant: **OFFICER S. MARSHALL #766, IRVING POLICE DEPARTMENT**
Date of Offense: **7-27-02**    Date Complaint Filed: _____
Warrant of Arrest Issued To: **IRVING POLICE DEPARTMENT**

IN THE NAME OF THE STATE OF TEXAS TO ANY SHERIFF OR OTHER PEACE OFFICER OF THE STATE OF TEXAS -- GREETINGS:

YOU ARE HEREBY COMMANDED to take instanter the body of: **JUAN ESCAMILLA** hereinafter called the accused, and **HIM** safely keep so that **HE** may be dealt with according to law, and to hold accused to answer to the State of Texas for an offense against the laws of the said State, namely: **UNLAWFUL CARRYING WEAPONS PC 46.02** of which **CLASS A MISDEMEANOR** offense **HE** is accused by written complaint, made under oath that has been presented to me and that is by this reference incorporated herein for all purposes.

WITNESS MY SIGNATURE THIS _2_ DAY OF _Aug_____, 2002

_____
**MAGISTRATE**
Municipal Court
City of Irving, Texas

*********************************************************************

## FEES

ARREST...................$
COMMITMENT...........$
RELEASE..................$
APPROVE BOND........$
MILEAGE..................$
OTHER.....................$
TOTAL.....................$

## RETURN

**CAME TO HAND THE** _____ day of _____, A.D. 2002, and executed the _____ day of _____, A.D. 2002, by arresting and detaining above named and accused and _____

BY:_____

9

# WARRANT OF ARREST
# DALLAS COUNTY, TEXAS

MA0235458 F
ESCAMILLA JUAN
UCW HANDGUN

FELONY ☐   ☒ MISDEMEAI

**053199**   BOND AMOUNT: $ _____

COURT NO.: **IRVING MUNICIPAL COURT**   WARRANT NO.: _____
The State of Texas vs.: **ESCAMILLA, JUAN**
Arrest Status: **IRVING CITY JAIL (IN CUSTODY)**
Race: **WHITE** Sex: **MALE** DOB: **9-30-83** Ht: **5'10"** Wt: **210** Hair: **BLACK** Eyes: **BROWN** Drivers License: **NONE**
Res. Add.: **2524 WEST ROCHELLE, IRVING, TEXAS 75062**
Complainant: **OFFICER S. MARSHALL #766, IRVING POLICE DEPARTMENT**
Date of Offense: **7-27-02**   Date Complaint Filed: _____
Warrant of Arrest Issued To: **IRVING POLICE DEPARTMENT**

IN THE NAME OF THE STATE OF TEXAS TO ANY SHERIFF OR OTHER PEACE OFFICER OF THE STATE OF TEXAS -- GREETINGS:

YOU ARE HEREBY COMMANDED to take instanter the body of: **JUAN ESCAMILLA** hereinafter called the accused, and **HIM** safely keep so that **HE** may be dealt with according to law, and to hold accused to answer to the State of Texas for an offense against the laws of the said State, namely: **UNLAWFUL CARRYING WEAPONS PC 46.02** of which **CLASS A MISDEMEANOR** offense **HE** is accused by written complaint, made under oath that has been presented to me and that is by this reference incorporated herein for all purposes.

WITNESS MY SIGNATURE THIS 2 DAY OF Aug , 2002

_____
MAGISTRATE
Municipal Court
City of Irving, Texas

****************************************************************************************************

## FEES

ARREST..........................$
COMMITMENT..................$
RELEASE........................$
APPROVE BOND..............$
MILEAGE........................$
OTHER............................$
TOTAL...........................$

*IN JAIL*

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

## RETURN

CAME TO HAND THE __2__ day of __Aug__, A.D. 2002, and executed the __3__ day of __Aug__, A.D. 2002, by arresting and detaining above named and accused and _____

BY: _____

CAUSE NO. __MA0235458__

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| VS. | § | COURT NUMBER __5__ OF |
| Escamilla, Juan | § | DALLAS COUNTY, TEXAS |

## ADMONISHMENT FOR PROBATION VIOLATIONS

Comes now the Defendant herein, states the following. I, the Defendant in the above entitled and numbered cause state that I have been advised by my attorney and understand that entering a plea of guilty, nolo contendre (no contest) to the criminal charge pending against me may result in the revocation of my probation.

I have been informed by my attorney that I have an absolute right to a trial in the above entitled and numbered cause and to have a trial either by jury or by the judge of this Court. If I proceed to trial and I am convicted of this offense, that conviction may be used as evidence in my probation hearing.

If a motion to revoke probation has not yet been filed, I understand that the State may file a motion to revoke my probation which will cause a warrant for my arrest to be issued. I can be jailed on that warrant until such time as a hearing is held by the original court which placed me on probation.

I understand that I am not entitled to a trial on any motion to revoke my probation, but I do know that I am entitled to enter a plea of not true to the allegations in the motion to revoke and require the state to prove my violations to the court. I understand that I am not entitled to a jury in a hearing on a motion to revoke.

By signing below, I am informing the Court, in writing, that I have been orally informed of these consequences by my attorney, that I have read and understood this form and that my attorney has informed me of these consequences.

My attorney is signing below stating that he/she has informed me of these consequences of my plea.

Signed on the __30th__ day of __Sept__, __2002__.

_____   _____
DEFENDANT           ATTORNEY FOR DEFENDANT

COMMITMENT                                   NO. M-0230405-?
                                        COUNTY CRIMINAL COURT 5
                                          DALLAS COUNTY, TEXAS

THE STATE OF TEXAS VS. JUAN ESCAMILLA

TO ANY SHERIFF OR ANY CONSTABLE OF THE STATE OF TEXAS - GREETING

   YOU ARE HEREBY COMMANDED, THAT YOU TAKE INTO CUSTODY, AND COMMIT TO THE JAIL OF YOUR COUNTY JUAN ESCAMILLA
WHO WAS ON   05/30/2002        , CONVICTED IN THE COUNTY CRIMINAL COURT 5 OF DALLAS COUNTY, TEXAS, OF UCW                         AND HIS PUNISHMENT FIXED AT - 0 -             , FINE AND              (IMPRISONMENT, AND JUDGMENT WAS ENTERED THEREFOR, TOGETHER WITH ALL COSTS OF SAID PROSECUTION AMOUNTING TO A FURTHER SUM OF $221.00            , AND YOU WILL SAFELY KEEP UNTIL SUCH TIME AND ALL COSTS HEREIN ARE PAID AND SAID TERM OF IMPRISONMENT HAS EXPIRED, OR UNTIL HE IS OTHERWISE DISCHARGED.

   WITNESS MY OFFICIAL SIGNATURE, AND SEAL OF OFFICE AT DALLAS, DALLAS COUNTY TEXAS, AND ISSUED THE _30TH_ DAY OF _SEPTEMBER_, 2002

                                        EARL BULLOCK
                                        COUNTY CRIMINAL COURT 5

_____                BY _____ , DEPUTY
      JUDGE

                                        TRUE AND CORRECT
                                        COPY OF ORIGINAL
                                        FILED IN DALLAS
                                        COUNTY CLERK'S OFFICE

           FEES

         FINE___ - 0 -
         COST___ $221.00
         TOTAL__ $221.00                SENTENCE TO BEGIN 09/30/02

         IMPRISONMENT

    CI ISS BT CRE 65 DAYS CC W COST

                    SHERIFF'S RETURN

   CAME TO HAND THIS _____ DAY OF _____ A.D. 20___ AND EXECUTED BY COLLECTING FROM THE DEFENDANT THE SUM OF $_____ AND CONFINING HIM TO JAIL FOR _____ DAYS.

   DEFENDANT RELEASED THIS THE _____ DAY OF _____ A.D. 2___

   _____ DAYS GOOD TIME
   _____ DAYS CREDIT                         SHERIFF, DALLAS COUNTY, TEXAS
   _____ DAYS I/P
   _____ DAYS FOR FCC
                                         BY _____
                                                DEPUTY

```
                        NOTICE OF DISPOSITION
                        IN COUNTY CRIMINAL COURT 5
                        DALLAS COUNTY, TEXAS                    SEQ   0011


CASE NUMBER MA0235458F                                          DATE 093002
OFFENSE UCW HANDGUN                                             TIME 162601
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF ESCAMILLA JUAN                      RACE W SEX M DOB 093083
BNO 02059035
DISPOSED BY PGBC

SENTENCE
                                                APPEAL _____

        SPECIAL CONDITION                       MNT    _____



    $       0.00 FINE   $      221.00 COST      SENTENCE TO BEGIN  093002
ADDITIONAL CREDIT FOR TIME SERVED
  CI_ISS_BT_CRE_65_DAYS_CC_W_COST_____
REMARKS   BNO 02057035_____
_____
_____
_____


EARL BULLOCK                            ------------------------------------
COUNTY CLERK                            |    RELEASE INFORMATION           |
DALLAS COUNTY, TEXAS                    | REMARKS _____ |
                                        | _____ |
BY TIDWELL J                            | _____ |
   DEPUTY CLERK                         | _____ |
                                        ------------------------------------
```

*TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE*

COMMITMENT                           NO. M-06-08446-J
                                COUNTY CRIMINAL COURT
                                   DALLAS COUNTY, TEXAS

                       TRN NO. 03092635B1        SID NO. 00760007

THE STATE OF TEXAS VS. JUAN RECAMILLA

TO ANY SHERIFF OR ANY CONSTABLE OF THE STATE OF TEXAS - GREETING

     YOU ARE HEREBY COMMANDED, THAT YOU TAKE INTO CUSTODY, AND COMMIT TO THE
JAIL OF YOUR COUNTY JUAN RECAMILLA
WHO WAS ON       11/02/2006          , CONVICTED IN THE COUNTY CRIMINAL COURT
OF DALLAS COUNTY, TEXAS, OF DWLSINV                             AND HIS PUNISHMENT
FIXED AT      0              , FINE AND   45 DAYS IMPRISONMENT IMPRISONMENT AND
JUDGMENT WAS ENTERED THEREFOR, TOGETHER WITH ALL COSTS OF SAID PROSECUTION
AMOUNTING TO A FURTHER SUM OF $249.00           , AND YOU WILL SAFELY KEEP IN
SUCH TIME AND ALL COSTS HEREIN ARE PAID AND SAID TERM OF IMPRISONMENT HAS
EXPIRED, OR UNTIL HE IS OTHERWISE DISCHARGED.

     WITNESS MY OFFICIAL SIGNATURE, AND SEAL OF OFFICE AT DALLAS, DALLAS COUNTY,
TEXAS, AND ISSUED THE  02ND  DAY OF  NOVEMBER , 2006

                                      CYNTHIA FIGUEROA CALHOUN
                                      COUNTY CRIMINAL COURT 8

_____Jane Roden_____                BY _____ DEPUTY
        JUDGE

                                FEES
                                FINE _____0_____
                                COST ____$249.00__
                                TOTAL ___$249.00__       SENTENCE TO BEGIN 10/30/06

                     IMPRISONMENT  45 DAYS IMPRISONMENT

OR 10 DAYS T/C/CC TO RUN CC

                           SHERIFF'S RETURN

     CAME TO HAND THIS  30  DAY OF  Oct          A.D. 20 06 , AND EXECUTED
BY COLLECTING FROM THE DEFENDANT THE SUM OF $ T/c cc   AND CONFINING HIM IN
JAIL FOR       5      DAYS.

     DEFENDANT RELEASED THIS THE   3   DAY OF  Nov            A.D. 2006

  30  DAYS GOOD TIME                           L. VALDEZ
  10  DAYS CREDIT                              SHERIFF, DALLAS COUNTY, TEXAS
      DAYS LEFT
      DAYS FOR FEE                             BY  J. CASANOVA
                                                    DEPUTY

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

ORIGINAL CAPIAS
WARRANT OF ARREST

DPD #55AA Jr

Jai 0899054
09-08-06

CAUSE NO.: M-0688446  THE STATE OF TEXAS VS.: ESCAMILLA JUAN

TO ANY PEACE OFFICER OF THE STATE OF TEXAS GREETING:

YOU ARE HEREBY COMMANDED TO ARREST

DEF NAME: ESCAMILLA JUAN
AKA NAME:
ADDRESS: 446 MAYBETH
CITY, ST: DALLAS TX 75212
TRACKING NO: 0309262581 A001
BUSINESS ADDRESS:
HT:    FT:    IN WT:    HAIR:    EYES:
DL NO:    2407296    ST: TX

#24966

RACE: W  SEX: M  DOB: 09/30/198_
1641821
NEW BOND SET AT:    $500.00
BOND TYPE: CASH OR SURETY
SID NUMBER: TX06766007
SCN#:

WRITTEN ORDER

YOU ARE COMMANDED TO TAKE INSTANTER THE BODY OF: ESCAMILLA JUAN HEREINAFTER CALLED THE ACCUSED, AND HIM SAFELY KEEP SO THAT HE MAY BE DEALT WITH ACCORDING TO LAW, AND TO HOLD THE ACCUSED TO ANSWER TO THE STATE OF TEXAS FOR AN OFFENSE AGAINST THE LAWS OF THE SAID STATE, NAMELY: DWLS/INV OF WHICH OFFENSE HE IS ACCUSED BY WRITTEN COMPLAINT MADE UNDER OATH, THAT HAS BEEN PRESENTED TO ME AND THAT IS BY THIS REFERENCE INCORPORATED HEREIN FOR ALL PURPOSES.

WITNESS MY HAND ON THIS THE 21 ST DAY OF SEPTEMBER, A. D. 2006.

Jane Rode
JUDGE, COUNTY CRIMINAL COURT 8
DALLAS COUNTY, TEXAS

06 SEP 28 AM 10:23 DALLAS COUNTY

SHERIFF'S RETURN

9/28
10/4
10/13/06

CAME TO HAND THE 28 DAY OF September, 2006, AND EXECUTED THE 30 DAY OF October, 2006, BY ARRESTING AND DETAINING THE ABOVE NAMED ACCUSED AND Placing him in Lew Sterrett

RETURNED THIS 30 DAY OF October, 2006.
SHERIFF, DALLAS COUNTY, TEXAS
BY Chris Jayley #8750 Dallas P.D. DEPUTY

MILEAGE  $
FEES     $
TOTAL    $

CB504.A05678.R08708　　　　　　　　**NOTICE OF CONVICTIONS**　　　　　　　　11/03/06

**CONVICTION - BOND FORFEITURE - MENTALLY INCOMPETENT - EDUCATION PROGRAM**

(PRINT OR TYPE)
NAME __JUAN_____ ESCAMILLA_____ ~~###-##-####~~
　　　(FIRST)　　　　　　(MIDDLE)　　　　(LAST)　　　　　　(SSN)

ADDRESS 446 MAYBETH　　　　CITY DALLAS　　, TEXAS 75212
　　　　　　　　　　　　　　　　　　　　　　　　　　　ZIP CODE

DL/ID NO. __2407296__ BIRTHDATE _09 30 83_ RACE _W_ SEX _M_
(INDICATE STATE IF OTHER THAN TEXAS)

OFFENSE COMMITTED   _X_ MISDEMEANOR   ___ FELONY   ___ BOND FORFEITURE

OFFENSE COMMITTED DWLS/INV
(SEE REVERSE FOR LISTING OF OFFENSES)

DATE OFFENSE　　　　　　　　　CONVICTION
COMMITTED 09 08 06　　　　　　DATE 11 02 06   PENALTY  45 DAYS     0     PROB.
　　　　　　　　　　　　　　　　　　　　　　　　　　　$0.00 AND COURT COSTS

OFFENSE COMMITTED IN                        TRANSPORTING HAZARDOUS
COMMERCIAL VEHICLE  ___YES ___NO ___UNKNOWN    MATERIAL  ___YES ___NO ___UNKNOWN

**DRIVER LICENSE OR OPERATING PRIVILEGE SUPENDED**

BEGINNING DATE _____  ENDING DATE _____

> NOTE: COURT MUST INDICATE BEGINNING AND ENDING DATE OF SUSPENSION ON DRIVING WHILE INTOXICATED/ALCOHOL, DRIVING WHILE INTOXICATED/DRUGS AND INVOLUNTARY MANSLAUGHTER. ALL OTHER OFFENSES LEAVE SUSPENSION DATES BLANK. SUSPENSION IS AUTOMATIC BY OPERATION OF LAW.

　　　　　　　　　　　DRUG EDUCATION PROGRAM REQUIRED _____   TRUE AND CORRECT COPY OF ORIGINAL
DRUG EDUCATION PROGRAM                                        FILED IN DALLAS
SUCCESSFULLY COMPLETED _____                       COUNTY CLERK'S OFFICE
　　　　　　　　　　　　　　DATE

---

**DWI EDUCATION PROGRAM**

DWI EDUCATION PROGRAM REQUIRED　　　　　　　　　DWI EDUCATION PROGRAM FOR REPEAT OFFENDERS
DWI PROBATION GRANTED　　　　　　　　　　　　　REQUIRED TO ATTEND EDUCATION PROGRAM _____
REQUIRED TO ATTEND EDUCTION PROGRAM _____　　　　　　　　　　　　　　　　　　　　　　DATE
　　　　　　　　　　　　　　　　　DATE

DWI EDUCATION PROGRAM　　　　　　　　　　　　　DWI EDUCATION PROGRAM FOR REPEAT OFFENDERS
SUCCESSFULLY COMPLETED _____　　　　　　　　　　SUCCESSFULLY COMPLETED _____
　　　　　　　　　　　　DATE　　　　　　　　　　　　　　　　　　　　　　　DATE

DWI EDUCATION PROGRAM WAIVED _____
　　　　　　　　　　　　　　　　DATE

**GRANTED DWI EDUCATION PROGRAM EXTENSION**

DATE EXTENDED FROM _____ TO _____

---

CERTIFIED BY
SIGNATURE _____   TITLE _____
COURT __MJ_____   CAUSE # __MB0688446J_____   COUNTY DALLAS

SEE REVERSE SIDE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　DIC 17 (1/94)

CAUSE NO. **MB0688446J**

| | |
|---|---|
| THE STATE OF TEXAS<br>VS.<br>**JUAN ESCAMILLA** | IN THE COUNTY CRIMINAL COURT 8<br><br>DALLAS COUNTY, TEXAS |

**JUDGEMENT ON NEGOTIATED PLEA OF GUILTY OR NOLO CONTENDERE**
**BEFORE:** ☒ **PRESIDING JUDGE /** ☐ **MAGISTRATE**
**NO COMMUNITY SUPERVISION**

DATE OF JUDGEMENT **11-2-2006**     TERM OCTOBER 2006

JUDGE PRESIDING / MAGISTRATE: JANE RODEN

ATTORNEY FOR STATE
**JENNIFER CALVIN**

ATTORNEY FOR DEFENDANT:
**REGGIE SELF**

OFFENSE CONVICTED OF: **DWLS/INV**

CLASS **B**  MISDEMEANOR          DATE OFFENSE COMMITTED: **09/08/2006**

CHARGING INSTRUMENT: INFORMATION     PLEA:  GUILTY / NOLO CONTENDERE

FINDING OF COURT: GUILTY

TERMS OF NEGOTIATED PLEA BARGAIN:     PLEA BARGAIN AGREEMENT FOLLOWED: YES / NO
(IN DETAIL) **45 DAYS 0.00 FINE**

DATE SENTENCE IMPOSED: 11-2-2006          COST:    YES / NO

PUNISHMENT AND PLACE OF CONFINEMENT:

**45 DAYS**    CONFINEMENT IN THE DALLAS COUNTY JAIL AND A FINE OF $ **0.00**
DATE TO COMMENCE: **10/30/2006**

CREDIT FOR TIME SERVED: YES          FINE PROBATED:   YES / NO

TX.C.C.P. COUNSELING FEE, IF APPLICABLE: $     NOT TO EXCEED $500.00

RESTITUTION / REPARATION:  YES / NO    IF YES, NAME OF VICTIM:
ADDRESS OF VICTIM OR AGENCY TO COLLECT PAYMENTS:

AFFIRMATIVE FINDING OF FAMILY VIOLENCE, IF APPLICABLE:  YES / NO

CASE TO RUN :     CUMULATIVE  /  CONCURRENT WITH ALL OTHER CASES

*TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE*

   On this day, set forth above, the above styled and numbered cause was called for trial. The State of Texas and Defendant appeared by and through the above named attorneys and announced ready for trial. Defendant appeared in person in open court. Where Defendant was not represented by counsel, Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel.
   Having been admonished of the right to a jury trial, the Defendant waived the right to a jury trial in writing and in open court with the consent and approval of the Judge or Magistrate, the Defendant's attorney, if any, and the prosecuting attorney named above. The consent and approval of the waiver of jury trial was entered of record in the minutes of the court before the Defendant entered this plea.
   The Defendant entered the above plea to the charge contained in the information/indictment. If it is shown above that there was a plea bargain agreement, the Defendant was informed as to whether or not the Judge or Magistrate would follow or reject such agreement. It plainly appears to the Judge / Magistrate that Defendant is mentally competent and said plea free and voluntary, the said plea is accepted by the Judge / Magistrate and is now entered of record as the plea of the Defendant. After hearing evidence offered, the Judge / Magistrate finds the Defendant guilty of the offense as shown above and that the offense was committed by said Defendant on the date set forth above.

☒ *It is, therefore, ordered and decreed by the Judge or* ☐ *considered and recommended by the Magistrate* that said Defendant be adjudged guilty of the offense as shown above on the date as shown above, and that said defendant is sentenced to a term of imprisonment or fine or both, as set out above, and shall be confined for the above named term in accordance with the provision by the court appointed attorney or public defender in this cause, if any, and restitution or reparation, if any, as set forth above. The Judge / Magistrate finds that the Defendant has the financial resources to enable the Defendant to offset said costs in the amount ordered.

   If the Magistrate has heard this plea, the Judge has reviewed the findings, actions, and recommendations of the Magistrate in this cause, finds that the terms of the negotiated plea agreement in this cause have been followed and hereby adopts all findings, actions and recommendations of the Magistrate in this cause. The Defendant is hereby adjudged guilty of the offense as set out above and ordered punished in accordance with the recommendations of the Magistrate. The judgment as shown above is hereby in all things approved and confirmed, and is hereby ordered into affect. The Court approved the finding of the Magistrate that the Defendant has the financial resources to enable the Defendant to offset any fines, court costs, expenses of legal services and restitution or in the amount ordered.
   Attached to this judgment and incorporated by reference, are the terms of any fee payment pursuant to the Texas Code of Criminal Procedure, if applicable.
   Following the disposition of this cause, the Defendant's fingerprint was placed upon a Certificate of Fingerprint. Said certificate is attached hereto and is incorporated by reference as a part of this judgment.

SIGNED AND ENTERED THIS **2** DAY OF **NOVEMBER, 2006**

JUDGE, COUNTY CRIMINAL COURT 8
DALLAS COUNTY, TEXAS

FORM M-330
REVISED 2-8-2001