```
                    NOTICE OF DISPOSITION
                    IN 282ND JUDICIAL DISTRICT
                    DALLAS COUNTY, TEXAS                     SEQ  0013


CASE NUMBER F-0020647                                       DATE  063004
OFFENSE POSS CS INT DEL 200G                                TIME  142253
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF ESCAMILLA JOSE ALFONSO JR        RACE W SEX M DOB 090378
BND 04045484
DISPOSED BY

SENTENCE
  10 YRS TO TDC PROBATED                     APPEAL

        SPECIAL CONDITION                    MNT


    $    1000.00 FINE   $     222.25 COST      SENTENCE TO BEGIN  000000
ADDITIONAL CREDIT FOR TIME SERVED

REMARKS  6-30-04 DEFT IN JAIL
*** P/V CAPIAS WRNT RE-CALLED PER JDG KAREN J. GREENE **
*** PLS RELEASE DEFT-FEDERAL CUSTODY***DEFT HAS 17 YRS REMAINING IN FEDERAL
PENITENTIARY PER JDG GREENE ***

JIM HAMLIN
DISTRICT CLERK                       ]     RELEASE INFORMATION        ]
DALLAS COUNTY, TEXAS                 ] REMARKS  ** RELEASE DEFT TO THE ]
                                     ] CUSTODY OF FEDERAL PENITENTIARY]
BY SAM S                             ] PER JDG KAREN J. GREENE ***    ]
   DEPUTY CLERK                      ]                                ]
                                     ]                                ]
```

DATE: *May 30, 2003*

CAUSE NO.: *F0020647S*

THE STATE OF TEXAS          282ND JUDICIAL DISTRICT COURT
VS.          DALLAS COUNTY, TEXAS

*Jose Alfonso Escamilla, Jr.*

### STATE'S MOTION TO WITHDRAW ITS MOTION TO REVOKE PROBATION OR PROCEED TO AN ADJUDICATION OF GUILT

**TO THE HONORABLE JUDGE OF SAID COURT:**
Comes now the District Attorney of Dallas County, Texas, by and through the undersigned Assistant District Attorney, and in the above cause respectfully requests the Court to allow the State to withdraw its Motion to Revoke Probation or Proceed to an Adjudication of Guilt.

Respectfully submitted,
BILL HILL, DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

By: _____
Assistant District Attorney

### ORDER

The foregoing State's Motion having been presented to the Court, is hereby in all things granted, and it is ordered that:

____ Defendant is released from custody;

✓ The probation violation capias is recalled;

✓ Defendant is continued on probation;

____ Defendant is discharged from probation;

✓ The Conditions of Community Supervision are modified as stated in the Modification Order filed this same date.

✓ *Participate in SAFPF*

*** Release only to officials of SAFPF ***

```
************************
*    MARCIA WATERS     *
*       FILED          *
*     MAY 30 2003      *
*                      *
*      JIM HAMLIN      *
*    DISTRICT CLERK    *
*   DALLAS CO., TEXAS  *
*                      *
*       DEPUTY         *
************************
```

_____
JUDGE, 282ND JUDICIAL DISTRICT COURT

No. F0020647S

THE STATE OF TEXAS      282ND JUDICIAL DISTRICT COURT
VS.      DALLAS COUNTY, TEXAS

JOSE ALFONSO ESCAMILLA, JR.

MOTION TO REVOKE PROBATION OR PROCEED WITH AN ADJUDICATION OF GUILT

COMES NOW the State of Texas by and through her Criminal District Attorney and would show the Court the following:

That JOSE ALFONSO ESCAMILLA, JR, Defendant was duly and legally placed on probation in the above entitled and numbered cause in the 282nd Judicial District Court of Dallas County, Texas, on the 29TH day of MARCH, 2001, A.D. of the offense of

POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DELIVER, AS CHARGED IN THE INDICTMENT

That Defendant has violated the following conditions (a, c) of said probation in that

(SEE ATTACHED)

This violation occurred after MARCH 29, 2001 and during the term of probation.

WHEREFORE, the State prays that said Defendant be cited to appear before this Honorable Court and show cause why his probation should not be revoked; and that upon a final hearing, the probation heretofore granted said Defendant be revoked.

This the 06TH day of MAY, A.D. 2003.

BILL HILL, District Attorney, Dallas County, Texas

BY: _Michelle R_____
ASSISTANT DISTRICT ATTORNEY

A copy of this motion was delivered to the Defendant on

the _____ day of _____, A.D. 20_____.

```
*********************
*     F I L E D     *
*                   *
*   May 06, 2003    *
*                   *
*    JIM HAMLIN     *
*  DISTRICT CLERK   *
* DALLAS CO., TEXAS *
*                   *
*                   *
*      DEPUTY       *
*********************
```

_____
COMMUNITY SUPERVISION OFFICER

F0020647S
May 06, 2003

THE STATE OF TEXAS          282ND JUDICIAL DISTRICT COURT
VS.          DALLAS COUNTY, TEXAS

JOSE ALFONSO ESCAMILLA JR.

(On or about May 30, 2001 in Dallas County, Texas, the above named did then and there intentionally flee from Terry Hurley, hereinafter called complainant, while complainant was lawfully attempting to arrest the defendant, and that the said defendant knew the said complainant was a peace officer, attempting to arrest the said defendant).

(On or about March 13, 2003 in Dallas County Texas, the above named did then and there drive and operate a motor vehicle in a public place in Dallas County, Texas, to-wit: a street and highway, while intoxicated, in that the defendant did not have the normal use of his mental and physical faculties by reason of the introduction of alcohol into defendant's body).

(On or about March 13, 2003 in Dallas County Texas, the above named did knowingly and intentionally drive and operate a motor vehicle on a public street and highway there situated when defendant had been issued a Texas operators license, and the said license was then and there suspended.)

(On or about March 13, 2003 in Dallas County Texas, the above named did then and there unlawfully, knowingly, and intentionally possess a firearm, to-wit: a Smith and Wesson 9mm handgun.)

(c) Obey all the rules and regulations of the Community Supervision and Corrections Department and REPORT to the supervision officer as directed by the Judge or the supervision officer; to-wit: WEEKLY, MONTHLY OR TWICE MONTHLY.

(The above named failed to report as directed during the month of April, 2003.)

C226003     I/D
jp

CONDITIONS OF COMMUNITY SUPERVISION
(drug offense)

THE STATE OF TEXAS

VS.

JOSE ALFONSO ESCAMILLA, JR.

CAUSE NO. F0020647S

Possession of Cocaine
w/Intent to Deliver

IN THE 282ND JUDICIAL
DISTRICT COURT
DALLAS COUNTY, TEXAS

TYPE OF PROBATION
(deferred, convicted
shock, boot camp, SJ/F)

_Convicted_ /F1
_____ /
_____ /
_____ /

On this date, _MARCH 29_, 2001 you have been sentenced to a state jail or penitentiary for a period of _10_ years and you are placed on Community Supervision for a period of _10_ years. It is the ORDER of this Court that you comply with the following conditions of Community Supervision:

(a) Commit no offenses against the laws of this State or any other State of the United States and do not possess a firearm during the term of Community Supervision.

(b) Do not possess, use or ingest illegal drugs.

(c) Obey all rules and regulations of the Community Supervision and Corrections Department and **REPORT** to the supervision officer as directed by the Judge or the supervision officer, to wit: **MONTHLY, TWICE MONTHLY, OR WEEKLY**.

(d) Permit the supervision officer to visit you at home or elsewhere and give notice to the supervision officer no less that 24 hours prior to any change of residence or employment.

(e) Obtain and maintain employment approved by this Court.

(f) Do not leave Dallas County, Texas without first obtaining permission from the Court.

(g) Pay a Community supervision fee of $40.00 per month to the Community Supervision officer of this Court on or before the first day of each month hereafter until paid in full.

(h) Within 14 days of date below OR release from custody report to the Dallas County District Clerk Collection Department, Frank Crowley Bldg., 2nd Floor, to arrange payment of Court Cost, Fine and Court Appointed Attorney Fees.

(i) Submit a urine sample on demand to the supervision officer and as directed by the Court to determine the use of prohibited substances.

page 1 of 2

CAUSE NO(S): F0020647S

(j) Obtain a substance abuse evaluation on or before JUNE 1, 2001 and faithfully participate in any recommended treatment as specified by the evaluation and as directed by the supervision officer until released by the Court.

(k) Report to the Dallas County Community Supervision and Corrections Department at 133 North Industrial Blvd., 9th Floor, Dallas, Texas on _Tuesday, April 3, 2001_ at _10AM_ for a post sentence interview.

(l) Perform 1000 hours of Community Service Work at not less than 20 hours per month with a non-profit agency approved by this Court. Said hours to begin not later than 180 days from the date probation is granted. Pay any processing fee that may be required, not to exceed $50.00.

(m) Do not consume any type of alcoholic beverage during the term of probation and submit a breath sample and/or urine sample on demand to the supervison officer as directed by the Court to determine the use of alcohol.

(n) Within 45 days, report to the Comprehensive Assessment and Treatment Services (C.A.T.S.) at 133 North Industrial Blvd., 9th floor, Dallas, Texas 75207 and faithfully participate in any recommended treatment or programs as deemed appropriate by C.A.T.S.

(o) Show proof of High School degree or GED and/or participate in and complete GED classes and/or literacy classes as instructed by the supervision officer to begin on or before DECEMBER 31, 2001.

(p) Serve a _____ day period of detention in the Dallas County Jail to begin on _NA_. NO BACK TIME TO BE GRANTED.

(q) Beginning _On or before 4-6-01_ and until further order of the Court, participate in the Electronic Monitoring Program (ELM) and remain inside the designated residence as defined by the ELM program unless otherwise approved in advance by the Court or supervision officer. Faithfully participate in all rules, regulations and programs deemed appropriate by the ELM.

NOTICE: Your drivers license may automatically be suspended until you complete a State approved Drug Offender Education Program. Contact the Texas Commission on Alcohol and Drug Abuse at (512) 349-6600 for information or ask your community supervision officer.

Witness our signatures this _29th_ day of _March_, 2001.

X _[signature]_     _[signature]_
PROBATIONER     JUDGE

_[signature]_
OFFICER SERVING THE CONDITIONS

No. F0020647S

THE STATE OF TEXAS      282ND JUDICIAL DISTRICT COURT
VS.      DALLAS COUNTY, TEXAS

JOSE ALFONSO ESCAMILLA, JR.

MOTION TO REVOKE PROBATION OR PROCEED WITH AN ADJUDICATION OF GUILT

COMES NOW the State of Texas by and through her Criminal District Attorney and would show the Court the following:

That JOSE ALFONSO ESCAMILLA, JR, Defendant was duly and legally placed on probation in the above entitled and numbered cause in the 282nd Judicial District Court of Dallas County, Texas, on the 29TH day of MARCH, 2001, A.D. of the offense of

POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DELIVER, AS CHARGED IN THE INDICTMENT

That Defendant has violated the following conditions (a) of said probation in that

(SEE ATTACHED)

This violation occurred after MARCH 29, 2001 and during the term of probation.

WHEREFORE, the State prays that said Defendant be cited to appear before this Honorable Court and show cause why his probation should not be revoked; and that upon a final hearing, the probation heretofore granted said Defendant be revoked.

This the 13TH day of JUNE, A.D. 2001.

BILL HILL, District Attorney, Dallas County, Texas

BY: _____
ASSISTANT DISTRICT ATTORNEY

A copy of this motion was delivered to the Defendant on the 22ND day of JUNE, A.D. 20 01.

_____
COMMUNITY SUPERVISION OFFICER

```
*********************
*   FILED           *
*                   *
* JUNE 13, 2001     *
*                   *
*   JIM HAMLIN      *
*  DISTRICT CLERK   *
*  DALLAS CO., TEXAS*
*                   *
*   [signature]     *
*   DEPUTY          *
*********************
```

F0020647S
JUNE 12, 2001

THE STATE OF TEXAS  282ND JUDICIAL DISTRICT COURT
VS.  DALLAS COUNTY, TEXAS

JOSE ALFONSO ESCAMILLA JR.

(On or about May 30, 2001 in Dallas County, Texas, the above named did then and there intentionally flee from Terry Hurley, hereinafter called complainant, while complainant was lawfully attempting to arrest the defendant, and that the said defendant knew the said complainant was a peace officer, attempting to arrest the said defendant).

C226003     I/D
jp

DATE: July 20, 2001

CAUSE NO.: F0020647S

THE STATE OF TEXAS          282ND JUDICIAL DISTRICT COURT
VS.          DALLAS COUNTY, TEXAS

Jose Alfonso Escamilla

### STATE'S MOTION TO WITHDRAW ITS MOTION TO REVOKE PROBATION OR PROCEED TO AN ADJUDICATION OF GUILT

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now the District Attorney of Dallas County, Texas, by and through the undersigned Assistant District Attorney, and in the above cause respectfully requests the Court to allow the State to withdraw its Motion to Revoke Probation or Proceed to an Adjudication of Guilt.

Respectfully submitted,
BILL HILL, DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

By: _____
Assistant District Attorney

### ORDER

The foregoing State's Motion having been presented to the Court, is hereby in all things granted, and it is ordered that:

_____ Defendant is released from custody;

__✓__ The probation violation capias is recalled;

__✓__ Defendant is continued on probation;

_____ Defendant is discharged from probation;

__✓__ The Conditions of Community Supervision are modified as stated in the Modification Order filed this same date.

_____ Jail time as a condition of supervision

```
*********************
*                   *
*     F I L E D     *
*   July 20, 2001   *
*    JIM HAMLIN     *
*  DISTRICT CLERK   *
*  DALLAS CO, TEXAS *
*   M. Wales        *
*     DEPUTY        *
*********************
```

_____
JUDGE, 282ND JUDICIAL DISTRICT COURT

FORM 188-B

**DEFENDANT** ESCAMILLA, JOSE ALFONSO JR   WM  09031978   **CHARGE** POSS CS INT DEL 200G

**ADDRESS** 4045 WEISENBERGER, DALLAS, TX   **LOCATION** DSO

**FILING AGENCY** TX0570000   **DATE FILED** March 29, 2000   **COURT** _____

**COMPLAINANT** ELLIS, J                                   F-0020647

**C/C** _____

## TRUE BILL OF INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of Dallas County, State of Texas, duly organized at the ___JANUARY___ Term, A.D. 20 __00__ of the ___283RD JUDICIAL___ District Court _____, Dallas County, in said court at said Term, do present that one   ESCAMILLA, JOSE ALFONSO JR   , defendant, on or about the __28TH__ day of __MARCH__ A.D. 20 __00__ in the County of Dallas and said State, did

intentionally and knowingly possess with intent to deliver a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 200 grams or more but less than 400 grams,

against the peace and dignity of the State.

BILL HILL

_____
Criminal District Attorney of Dallas County, Texas.

_Dean Wright_
Foreman of the Grand Jury.

COURT

FORM 188-B

**DEFENDANT** ESCAMILLA, JOSE ALFONSO JR   WM   09031978   POSS CS INT DEL 200G

**ADDRESS** 4045 WEISENBERGER DALLAS, TX      **LOCATION** DSO

**FILING AGENCY** TX0570000   **DATE FILED** March 29, 2000   **COURT**

**COMPLAINANT** ELLIS, J                                                          F-0020647

**C/C**

### TRUE BILL OF INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of Dallas County, State of Texas, duly organized at the __JANUARY__ Term, A.D. 20 __00__ of the __283RD JUDICIAL__ District Court _____, Dallas County, in said court at said Term, do present that one  ESCAMILLA, JOSE ALFONSO JR  , defendant, on or about the __28TH__ day of __MARCH__ A.D. 20 __00__ in the County of Dallas and said State, did

intentionally and knowingly possess with intent to deliver a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 200 grams or more but less than 400 grams,

against the peace and dignity of the State.
BILL HILL

Criminal District Attorney of Dallas County, Texas.

_Diane Wright_
Foreman of the Grand Jury.

TDC/COURT

THE STATE OF TEXAS }
} AFFIANT FOR ARREST WARRANT OR CAPIAS
COUNTY OF DALLAS }

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned Affiant who, after being duly sworn by me, on oath, stated:

My name is <u>Raul Reyna #513</u>, and I am a Peace Officer of the County of Dallas, Texas.
I have good reason to believe and do believe that on or about the <u>28th</u> day of <u>March</u>, 2000, one <u>Escamilla, Jose Alfonso Jr. H/M 9/3/78</u> who did then and there in the County of Dallas, Texas commit the offense of <u>VHSC 481.115 Poss. Cocaine over 200 grams F/1</u>

My belief is based upon the following facts and information:
On March 28, 2000 Dallas Sheriff's Dept. Warrant squad 453 received information that Garza, Christopher H/M 3/7/82, wanted on a TYC warrant # 35488 for Theft, was living at 4045 Weisenberger, Dallas, Tx. Deputies T. Davis #276, J. Ellis # 382 and TYC Investigator J. Reno #140 went to 4045 Weisenberger and were met at the door by a hispanic male and Maria Rivera. The Deputies asked Rivera if she had seen Garza. Rivera replied that he was friends with her sons and would come by frequently. Rivera gave the Deputies permission to come in and look around to make sure Garza was not at the residence. Deputy Ellis and Inv. Reno observed a H/M in the rear bedroom who identified himself as Escamilla, Jose H/M 9/3/78. Deputy Ellis observed in plain view a triple beam scale with white powdery residue around it on top of the dresser in the bedroom. When Escamilla noticed the Deputies looking at the scale, Escamilla attempted to blow the white powder from the top of the dresser. Deputy Ellis also observed a shoe box with several small plastic baggies inside of it commonly used in the packaging of narcotics. Escamilla told the Deputies he did not want more Police at the location and told the officers that they could find more cocaine in a paper bag in the closet. Inside the bag was a plastic bag containing 2 other plastic bags with a white powder substance. I was called out and arrived to collect the evidence. The substance in the plastic bags field tested positive for cocaine with an approximate weight of 250 grams. Escamilla was read his rights and told me that the cocaine was his and that his family knew nothing about it.
I believe this information to be true to the best of my knowledge. WHEREAS, Affiant requests that an Arrest Warrant or Capias be issued for the above accused individual(s) in accordance with the law.

_____
AFFIANT
SUBSCRIBED AND SWORN TO BEFORE ME on this the 28th day of March, 2000.

_____
MAGISTRATE, IN AND FOR THE
COUNTY OF DALLAS, DALLAS, TEXAS

<u>MAGISTRATE'S DETERMINATION OF PROBABLE CAUSE</u>

On this the 28th day of March, 2000, the undersigned Magistrate hereby acknowledges that he has examined the above affidavit and has determined that probable cause exists for the issuance of Arrest Warrant for the individual(s) accused herein.

_____
MAGISTRATE, IN AND FOR THE
COUNTY OF DALLAS, DALLAS, TEXAS

IN THE __282nd__ DISTRICT COURT
DALLAS COUNTY, TEXAS

THE STATE OF TEXAS
VS.
__Jose A. Escamilla Jr__ { CAUSE NO.(S) __F00-20647__

## CASE INFORMATION

The Defendant in this cause is charged with the offense of __Poss w/ I >200__
,a __1st__ degree felony. The possible punishment for this offense is _____.

### PLEA BARGAIN DATA

On a plea of Guilty, the District Attorney will recommend the following:

____ Years TDC    ____ Days in Dallas County Jail

____ Years Probated for ____ Years.

____ Days in Dallas County Jail Probated for ____ Days.

$____ Fine

### CONTINUANCE DATA

Case passed by agreement to:
__5-29-03__ at __9:00__ am/pm

for the purpose of: __P.V.__

which will be the _____ setting of this case.

The appearance of the Defendant at the next setting (IS) / (IS NOT) waived.

_____   _____   _____
Assistant District Attorney   Attorney for Defendant   Defendant

Phone Number              Phone Number              Phone Number

### ORDER AND FINDING

State (IS / IS NOT) found to have, in fact, been ready this date

_____
District Judge

__5-22-03__
Date

FORM 96    WHITE COPY – FILE, YELLOW COPY – DISTRICT ATTORNEY, PINK COPY – DEF. ATTORNEY/DEFENDANT

No. F0020647S

| | |
|---|---|
| THE STATE OF TEXAS | 282ND JUDICIAL DISTRICT COURT |
| VS. | DALLAS COUNTY, TEXAS |

JOSE ALFONSO ESCAMILLA, JR.

**AMENDED**
**MOTION TO REVOKE PROBATION OR PROCEED WITH AN ADJUDICATION OF GUILT**

COMES NOW the State of Texas by and through her Criminal District Attorney and would show the Court the following:

That JOSE ALFONSO ESCAMILLA, JR, Defendant was duly and legally placed on probation in the above entitled and numbered cause in the 282nd Judicial District Court of Dallas County, Texas, on the 29TH day of MARCH, 2001, A.D. of the offense of

POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DELIVER, AS CHARGED IN THE INDICTMENT

That Defendant has violated the following conditions (a, c, j, & m) of said probation in that
(SEE ATTACHED)

This violation occurred after MARCH 29, 2001 and during the term of probation.

WHEREFORE, the State prays that said Defendant be cited to appear before this Honorable Court and show cause why his probation should not be revoked; and that upon a final hearing, the probation heretofore granted said Defendant be revoked.

This the 21ST day of MAY, A.D. 2003.

BILL HILL, District Attorney, Dallas County, Texas

BY: _Michelle Py_
ASSISTANT DISTRICT ATTORNEY

A copy of this motion was delivered to the Defendant on the ____ day of MAY, A.D. 20 03.

_____
COMMUNITY SUPERVISION OFFICER

```
*********************
*   F I L E D       *
*   SUSAN SAM       *
*   MAY 21, 2003    *
*                   *
*   JIM HAMLIN      *
*   DISTRICT CLERK  *
*   DALLAS CO TEXAS *
*                   *
*   _____   *
*     DEPUTY        *
*********************
```

THE STATE OF TEXAS  282ND JUDICIAL DISTRICT COURT
VS.  DALLAS COUNTY, TEXAS

<u>JOSE ALFONSO ESCAMILLA JR.</u>

(a) Commit no offenses against the laws of this State or any other State of the United States and do not possess a firearm during the term of Community Supervision.

(On or about January 17, 2003 in Dallas County, Texas, the above named did unlawfully then and there intentionally and knowingly and recklessly cause bodily injury to another, namely: Joseph Burns, hereinafter called complainant, by striking complainant's head with a bottle.)

(On or about March 13, 2003 in Dallas County, Texas, the above named did then and there drive and operate a motor vehicle in a public place in Dallas County, Texas, to-wit: a street and highway, while intoxicated, in that the defendant did not have the normal use of his mental and physical faculties by reason of the introduction of alcohol into defendant's body.)

(On or about March 13, 2003 in Dallas County Texas, the above named did knowingly and intentionally drive and operate a motor vehicle on a public street and highway there situated when defendant had been issued a Texas operators license, and the said license was then and there suspended.)

(On or about March 13, 2003 in Dallas County Texas, the above named did then and there unlawfully, knowingly, and intentionally possess a firearm, to-wit: a Smith and Wesson 9mm handgun.)

(On or about March 17, 2003 in Dallas County, Texas, the above named did knowingly and intentionally drive and operate a motor vehicle on a public street and highway there situated when defendant had been issued a Texas operators license, and the said license was then and there suspended, and this was observed by community supervision officer Erin Garza.)

(c) Obey all the rules and regulations of the Community Supervision and Corrections Department and **REPORT** to the supervision officer as directed by the Judge or the supervision officer; to-wit: WEEKLY, MONTHLY OR TWICE MONTHLY.

(The above named failed to report as directed during the month of April, 2003.)

(j) Obtain a substance abuse evaluation on or before <u>JUNE 1, 2001</u> and faithfully participate in any recommended treatment as specified by the evaluation and as directed by the supervision officer until released by the Court.

(The above named failed to faithfully participate in treatment with First Step Counseling. He was unsuccessfully discharged on October 11, 2002 due to lack of attendance.)

(m) Do not consume any type of alcoholic beverage during the term of probation and submit a breath sample and/or urine sample on demand to the supervison officer as directed by the Court to determine the use of alcohol.

(On or about March 17, 2002 the above named did consume alcohol and this was admitted to supervision officer Erin Garza on July 1, 2002.)

C226003     I/D
jp/br