**CAPIAS**
**PROBATION VIOLATION**

CAUSE NO.
F0020647S  F_____ F_____ F_____ F_____ F_____

THE STATE OF TEXAS            )          **CAPIAS ISSUED**
                              ) This 06TH day of MAY  A.D. 2003
vs.                           ) Honorable KAREN J. GREENE
                              ) Judge, 282nd Judicial District Court
JOSE ALFONSO ESCAMILLA, JR.   )

Defendant DSO #: _____        XX  AT LARGE        ___ IN CUSTODY
DATE OF BIRTH: 09/03/78              LAST KNOWN ADDRESS:
RACE: W    SEX: MALE         2223 McClure, Irving, Tx. 75062
HAIR: BLK  EYES: BRO         ph# 214-492-1719
HT: 5'5"   WT: 130 lbs.      work: Big Rig Detailers of Dallas, 2220
                             Penn, Irving, Tx. 75062  ph# 214-683-8343

Offense: Possession Cocaine with Intent to Deliver

To any Sheriff or any Constable of the State of Texas:

**YOU ARE HEREBY COMMANDED** to take the body of JOSE ALFONSO ESCAMILLA, JR. who has been charged by indictment for a felony offense and placed on probation, and him safely keep so that you have him before the Honorable 282nd Judicial District Court of Dallas County, Texas at the Courthouse, thereof in the City of Dallas, instanter, then and there to answer THE STATE OF TEXAS against the said JOSE ALFONSO ESCAMILLA, JR. for violation of the conditions of probation in Cause No.:
F0020647S  F_____ F_____ F_____ F_____ F_____

State of Texas vs. JOSE ALFONSO ESCAMILLA, JR.

**HEREIN FAIL NOT**, but have you then and there this Writ, showing how you have executed the same.

Given under my official seal of said Court of Dallas County, Texas, this 06TH day of May A.D. 2003.

ATTEST
JIM HAMLIN, District Clerk
Dallas County, Texas

By _____ Deputy                    _____
                                                Judge, 282nd Judicial District Court
                                                Dallas County, Texas

**SHERIFF'S RETURN**

Came to hand this _____ day of _____, A.D. 20 ___
_____
_____

RETURNED on this _____ day of _____, A.D. 20 ___

Mileage  $_____          JIM BOWLES
                              Sheriff JIM BOWLES, Dallas County
Fees     $_____
Total    $_____          By _____ Deputy

FORM 188-B

DEFENDANT ESCAMILLA, JOSE ALFONSO JR  WM 09031978   CHARGE POSS CS INT DEL 200G
ADDRESS 4045 WEISENBERGER, DALLAS, TX   LOCATION   DSO
FILING AGENCY TX0570000   DATE FILED March 29, 2000   COURT
COMPLAINANT ELLIS, J   F-0020647
C/C

THE STATE OF TEXAS                                     CAUSE NO. F0020647
VS.                                                    282nd DISTRICT COURT
Jose Alfonso Escamilla, Jr
                                                       DALLAS COUNTY, TEXAS

## JUDICIAL CONFESSION

Comes now Defendant in the above cause, in writing and in open Court, and consents to the stipulation of the evidence in this case and in so doing expressly waives the appearance, confrontation and cross-examination of witnesses. I further consent to the introduction of this Judicial Confession, and testimony orally, by affidavits, written statements of witnesses and other documentary evidence. Accordingly, having waived my Federal and State constitutional right against self-incrimination, and after having been sworn, upon oath, I judicially confess to the following facts and agree and stipulate that these facts are true and correct and constitute the evidence in this case:

On the 28th day of March 2000, in Dallas County, Texas, I did unlawfully,

intentionally and knowingly possess with intent to deliver a controlled substance, to-wit: COCAINE, in an amount by aggregate weight, including any adulterants or dilutants, of 200 grams or more but less than 400 grams,

FILED 2001 MAR -1 AM 11:23 JIM HAMLIN DISTRICT CLERK DALLAS CO TEXAS DEPUTY

I further judicially confess that I committed the offense with which I stand charged exactly as alleged in the indictment in this cause.

APPROVED BY:

_____            _____
Attorney for Defendant                Defendant

SWORN TO AND SUBSCRIBED before me on the _1st_ day of March, 20 01.

APPROVED BY:

_____            BILL LONG, CLERK
Assistant District Attorney          DISTRICT COURTS OF
                                     DALLAS COUNTY, TEXAS
                                     By _____
                                     Deputy District Clerk

State Exhibit #1

Defendant's agreement to stipulate and waiver of confrontation and cross-examination of witnesses are in all things approved by the Court. The above Judicial Confession is hereby approved by the Court.

_____
PRESIDING JUDGE

JUDICIAL CONFESSION

FORM I
(REV. 09/01/94)                                                                PROBATION

P-0020647-15

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 282ND JUDICIAL DISTRICT |
| VS. | COURT OF |
| JOSE ALFONSO ESCAMILLA JR | DALLAS COUNTY, TEXAS |

JUDGMENT - COMMUNITY SUPERVISION
PLEA OF GUILTY OR NOLO CONTENDERE
JURY WAIVED

JANUARY TERM, A.D., 2001

JUDGE PRESIDING: W.E. BACHUS, JR.         DATE OF JUDGMENT: 03/29/01

---

ATTORNEY
FOR STATE: HAYES P                         ATTORNEY
                                           FOR DEFENDANT: CYNTHIA BARBARE

---

OFFENSE
CONVICTED OF:    UNLAWFUL POSSESSION WITH INTENT TO DELIVER A CONTROLLED
                 SUBSTANCE, TO-WIT:  COCAINE

         DEGREE: FIRST                    DATE OFFENSE COMMITTED: 03/28/00

---

CHARGING
INSTRUMENT: INDICTMENT                     PLEA: GUILTY

---

TERMS OF PLEA BARGAIN
(IN DETAIL):    OPEN PLEA

---

PLEA TO ENHANCEMENT                        FINDINGS ON
PARAGRAPH(S):   N/A                        ENHANCEMENT: N/A

---

FINDINGS ON
  DEADLY WEAPON,         NO FINDING
  BIAS OR PREJUDICE,
  AND/OR
  FAMILY VIOLENCE:

---

DATE SENTENCE
IMPOSED:        03/29/01                                   COSTS: YES

---

PUNISHMENT AND
PLACE OF        10 YEARS
CONFINEMENT: CONFINEMENT IN THE INSTITUTIONAL DIVISION
             OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE
             AND A FINE OF $1,000.00

---

PERIOD OF SUPERVISION:  10 YEARS          DATE TO COMMENCE: 03/29/01

---

FINE PROBATED: NO                         RESTITUTION/REPARATION: NO

---

CONCURRENT UNLESS OTHERWISE SPECIFIED.

---

      ON THIS DAY, SET FORTH ABOVE THE ABOVE STYLED AND NUMBERED CAUSE CAME
TO  TRIAL. THE STATE OF TEXAS AND DEFENDANT APPEARED BY AND THROUGH THE ABOVE
RF
                                                    VOL. 403   PAGE 133

NAMED ATTORNEYS AND ANNOUNCED READY FOR TRIAL. DEFENDANT APPEARED IN PERSON IN OPEN COURT. WHERE ABOVE IT WAS NOT REPRESENTED BY COUNSEL, DEFENDANT KNOWINGLY, INTELLIGENTLY, AND VOLUNTARILY WAIVED THE RIGHT TO REPRESENTATION BY COUNSEL. DEFENDANT IN PERSON AND IN WRITING IN OPEN COURT WAIVED HIS RIGHT OF TRIAL BY JURY WITH THE CONSENT AND APPROVAL OF HIS ATTORNEY, THE ATTORNEY FOR THE STATE, AND THE COURT. WHERE SHOWN ABOVE THAT THE CHARGING INSTRUMENT WAS BY INFORMATION INSTEAD OF INDICTMENT, THE DEFENDANT DID, WITH THE CONSENT AND APPROVAL OF HIS ATTORNEY WAIVE HIS RIGHT TO PROSECUTION BY INDICTMENT AND AGREE TO BE TRIED ON AN INFORMATION. ALL SUCH WAIVERS, AGREEMENTS AND CONSENTS WERE IN WRITING AND FILED IN THE PAPERS OF THIS CAUSE PRIOR TO THE DEFENDANT ENTERING HIS PLEA HEREIN. THE DEFENDANT WAS DULY ARRAIGNED AND IN OPEN COURT ENTERED THE ABOVE PLEA TO THE CHARGE CONTAINED IN THE CHARGING INSTRUMENT. DEFENDANT WAS ADMONISHED BY THE COURT OF THE CONSEQUENCES OF SAID PLEA AND DEFENDANT PERSISTED IN ENTERING SAID PLEA, AND IT PLAINLY APPEARING TO THE COURT THAT DEFENDANT IS MENTALLY COMPETENT AND SAID PLEA IS FREE AND VOLUNTARY THE SAID PLEA WAS ACCEPTED BY THE COURT AND IS NOW ENTERED OF RECORD AS THE PLEA HEREIN OF DEFENDANT. DEFENDANT IN OPEN COURT, IN WRITING, HAVING WAIVED THE READING OF THE CHARGING INSTRUMENT, THE APPEARANCE, CONFRONTATION, AND CROSS-EXAMINATION OF WITNESSES, AND AGREED THAT THE EVIDENCE MAY BE BY STIPULATION, CONSENTED TO THE INTRODUCTION OF TESTIMONY ORALLY, BY JUDICIAL CONFESSION, BY AFFIDAVITS, WRITTEN STATEMENTS OF WITNESSES AND ANY OTHER DOCUMENTARY EVIDENCE. SUCH WAIVER AND CONSENT HAVING BEEN APPROVED BY THE COURT IN WRITING AND FILED IN THE PAPERS OF THE CAUSE. THE COURT HAVING HEARD DEFENDANT'S WAIVER OF THE READING OF THE CHARGING INSTRUMENT, DEFENDANT'S PLEA THERETO, THE EVIDENCE SUBMITTED AND THE ARGUMENT OF COUNSEL, IS OF THE OPINION FROM THE EVIDENCE SUBMITTED THAT DEFENDANT IS GUILTY OF THE OFFENSE AS SHOWN ABOVE AND THAT THE OFFENSE WAS COMMITTED BY SAID DEFENDANT ON THE DATE SET FORTH ABOVE. THE COURT FURTHER MAKES ITS FINDINGS AS TO DEADLY WEAPON, FAMILY VIOLENCE, BIAS OR PREJUDICE, AND RESTITUTION OR REPARATION AS SET FORTH ABOVE.

AND WHEN SHOWN ABOVE THAT THE CHARGING INSTRUMENT CONTAINS ENHANCE-MENT PARAGRAPH(S), WHICH WERE NOT WAIVED OR DISMISSED, THE COURT, AFTER HEARING THE DEFENDANT'S PLEA TO SAID PARAGRAPH(S) AS SET OUT ABOVE AND AFTER HEARING FURTHER EVIDENCE ON THE ISSUE OF PUNISHMENT, MAKES ITS FINDING AS SET OUT ABOVE. IF TRUE, THE COURT IS OF THE OPINION AND FINDS DEFENDANT HAS BEEN HERETOFORE CONVICTED OF SAID OFFENSES(S) ALLEGED IN THE SAID ENHANCEMENT PARAGRAPH(S) AS MAY BE SHOWN ABOVE.

AND WHEN SHOWN ABOVE THAT THERE WAS A PLEA BARGAIN AGREEMENT, THE DEFENDANT WAS INFORMED AS TO WHETHER THE COURT WOULD FOLLOW OR REJECT SUCH AGREEMENT AND IF THE COURT REJECTED SUCH AGREEMENT THE DEFENDANT WAS GIVEN AN OPPORTUNITY TO WITHDRAW HIS PLEA PRIOR TO ANY FINDING ON THE PLEA.

WHEN IT IS SHOWN ABOVE THAT RESTITUTION HAS BEEN ORDERED, BUT THE COURT DETERMINES THAT THE INCLUSION OF THE VICTIM'S NAME AND ADDRESS IN THE JUDGMENT IS NOT IN THE BEST INTEREST OF THE VICTIM, THE PERSON OR AGENCY WHOSE NAME AND ADDRESS IS SET OUT IN THIS JUDGMENT WILL ACCEPT AND FORWARD THE RESTITUTION PAYMENTS TO THE VICTIM.

AND WHEN IT IS SHOWN BELOW THAT PAYMENT OF THE COSTS OF LEGAL SERVICES PROVIDED TO THE DEFENDANT IN THIS CAUSE HAS BEEN ORDERED, THE COURT FINDS THAT THE DEFENDANT HAS THE FINANCIAL RESOURCES TO ENABLE THE DEFENDANT TO OFFSET SAID COSTS IN THE AMOUNT ORDERED.

THEREUPON THE SAID DEFENDANT WAS ASKED BY THE COURT WHETHER HE HAD ANYTHING TO SAY WHY SAID SENTENCE SHOULD NOT BE PRONOUNCED AGAINST HIM, AND HE ANSWERED NOTHING IN BAR THEREOF, AND IT APPEARING TO THE COURT THAT THE DEFENDANT IS MENTALLY COMPETENT AND UNDERSTANDING OF THE PROCEEDINGS, THE COURT PROCEEDED IN THE PRESENCE OF THE DEFENDANT AND HIS ATTORNEY TO PRONOUNCE SENTENCE AGAINST THE DEFENDANT.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED BY THE COURT THAT SAID JUDGMENT AS SET FORTH ABOVE, IS HEREBY IN ALL THINGS APPROVED AND CONFIRMED, AND THAT SAID DEFENDANT BE ADJUDGED GUILTY OF THE OFFENSE AS SHOWN ABOVE, AND THAT SAID DEFENDANT IS SENTENCED TO A TERM OF IMPRISONMENT OR FINE OR BOTH, AS SET FORTH ABOVE, AND SHALL BE CONFINED FOR THE ABOVE NAMED TERM IN ACCORDANCE WITH THE PROVISIONS OF LAW GOVERNING SUCH PUNISHMENTS. IT IS FURTHER ORDERED THAT THE DEFENDANT PAY THE FINE, UNLESS PAYMENT OF THE FINE HAS BEEN PROBATED, AS SHOWN ABOVE, COURT COSTS, COSTS AND EXPENSES OF LEGAL SERVICES PROVIDED BY THE COURT APPOINTED ATTORNEY IN THIS CAUSE, IF ANY, AND RESTITUTION OR REPARATION AS SET FORTH HEREIN.

IT FURTHER APPEARING TO THE COURT THAT THE BEST INTEREST OF THE PUBLIC AND THE DEFENDANT WILL BE SERVED BY THE SUSPENSION OF THE IMPOSITION OF SENTENCE HEREIN;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT THAT THE IMPOSITION OF SENTENCE HEREIN IS HEREBY SUSPENDED FOR A PERIOD OF TIME AS SHOWN ABOVE. THE FINE IMPOSED, IF ANY, IS TO BE PAID OR PRORATED AS SHOWN ABOVE. THE DEFENDANT IS HEREBY PLACED ON COMMUNITY SUPERVISION FOR A PERIOD OF TIME AS SHOWN ABOVE SUBJECT TO THE TERMS AND CONDITIONS OF COMMUNITY SUPERVISION THIS DATE IMPOSED BY LAW AND BY THE COURT AND SERVED UPON THE DEFENDANT.

CONDITIONS OF COMMUNITY SUPERVISION ARE ATTACHED HERETO AND ARE INCORPORATED FOR ALL PURPOSES AS A PART OF THIS JUDGMENT.

FOLLOWING THE DISPOSITION OF THIS CAUSE THE DEFENDANT'S FINGERPRINT WAS, IN OPEN COURT, PLACED UPON A CERTIFICATE OF FINGERPRINT. SAID CERTIFICATE IS ATTACHED HERETO AND IS INCORPORATED BY REFERENCE AS A PART OF THIS JUDGMENT.

A PRESENTENCE INVESTIGATION WAS CONDUCTED IN ACCORDANCE WITH THE APPLICABLE PROVISIONS OF LAW.

COURT COSTS IN THE AMOUNT OF $222.25

_____
JUDGE PRESIDING

Cause No. F00-20647

THE STATE OF TEXAS          IN THE COUNTY CRIMINAL

VS.          COURT_____OF

<u>Jose Alfonso Escamilla Jr.</u> DALLAS COUNTY, TEXAS

CERTIFICATE OF THUMB PRINT

Right Thumb*          Defendant's __right__ hand

This is to certify that the fingerprints above are the above-named Defendant's fingerprints taken at the time of the disposition of the above styled and numbered cause.

Did in Court this_____day of_____, 20____.

                    _____ #735
                    Bailiff/Deputy Sheriff

*Indicate here if print other than defendant's right thumb print is placed above:

_____left thumb print          _____Other, please specify:

_____left/right index finger          _____

Revised 5/99
FORM NO. M-130

CAPIAS

CAUSE NO.
F0020647S  F_____ F_____ F_____ F_____ F_____

THE STATE OF TEXAS          041911)          CAPIAS ISSUED
                                 ) This 13TH day of JUNE       A.D. 2001
vs.                              ) Honorable KAREN J. GREENE
                                 ) Judge, 282nd Judicial District Court
JOSE ALFONSO ESCAMILLA, JR.      )

                                                        alb 03-28-00
Defendant DSO #: 0976980    XX AT LARGE ____ IN CUSTODY
DATE OF BIRTH:   09/03/78        LAST KNOWN ADDRESS:
RACE: W     SEX: MALE       9328 Lenel Place, Dallas, Tx. 75220
HAIR: BLK   EYES: BRO       ph# 214-357-7013 lives w/wife Elizabeth Acosta
HT:  5'5"   WT: 130 lbs.    work: Escamilla Tire Shop, 5215 Burnell
                            Dallas, Tx 75212  ph# 214-631-9632

Offense: Possession Cocaine with Intent to Deliver


To any Sheriff or any Constable of the State of Texas:

**YOU ARE HEREBY COMMANDED** to take the body of JOSE ALFONSO ESCAMILLA, JR.
who has been charged by indictment for a felony offense and placed on probation,
and him safely keep so that you have him before the Honorable 282nd Judicial
District Court of Dallas County, Texas at the Courthouse, thereof in the City of
Dallas, instanter, then and there to answer THE STATE OF TEXAS against the said
JOSE ALFONSO ESCAMILLA, JR.                  for violation of the conditions of
probation in **Cause No.**:
F0020647S  F_____ F_____ F_____ F_____ F_____

State of Texas vs. JOSE ALFONSO ESCAMILLA, JR.

**HEREIN FAIL NOT**, but have you then and there this writ, showing how
you have executed the same.

Given under my official seal of said Court of Dallas County, Texas,
this 13TH day of JUNE      A.D. 2001.

ATTEST
JIM HAMLIN, District Clerk
Dallas County, Texas

By _____        _____
      Deputy                       Judge, 282nd Judicial District Court
                                   Dallas County, Texas

                    Constable
                    ~~SHERIFF'S~~ RETURN

Came to hand this ____ day of _____, A.D. 20___
And Placing Named Defendant In The Dallas County Jail In Dallas
Dallas Texas on the 20 day of June 2001

RETURNED on this 20 day of June, A.D. 20 01

Mileage $ _____              Joe Bugby
                              Constable ~~JIM BOWLES~~
Fees    $ _____              ~~Sheriff JIM BOWLES~~, Dallas County
Total   $ _____        By _____ Deputy

Cause Number: F00-20647

| STATE OF TEXAS | § | IN THE A<sub>xH</sub> JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| Jose Alfonso Escamilla, Jr. | § | DALLAS COUNTY, TEXAS |

2001 MAR

JIM HAMLIN
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

## PLEA AGREEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The defendant herein and the attorneys for both the defendant and the State waive a jury trial and make the following agreement:

| Defendant's plea | [X] Guilty | [ ] Nolo contendere |
| To enhancement paragraph(s) | [ ] True | [ ] Not true (N/A) |
| Type of plea | [ ] Plea bargain | [X] Open plea [ ] Partial open plea |

**Agreed sentence:**
[ ] Confinement in *(penitentiary) ( state jail) (county jail) for_____ (years) (months) (days).*
[ ] Post-conviction community supervision _____ (years) (months) (days) in (penitentiary) (state jail)
    *(county jail)* probated for _____ (years) (months) (days).
[ ] Deferred community supervision for _____ (years) (months).
[ ] Fine of $_____.
[ ] Boot Camp [ ] Shock Probation [ ] Substance Abuse Felony Punishment [ ] Wilmer JTC
[ ] Restitution of $_____       [ ] Back-time included_____
                                  [ ] Back-time not included
[ ] Other: _____

[ ] Defendant expressly gives up his right to appeal.
[X] Defendant will testify       [ ] Defendant will NOT testify

[ ] **Change of Name** (Applicable only if box is checked)

The defendant having suggested that his true name is other than that set forth in the charging instrument and having moved that the charging instrument and all other documents in the cause be amended to show his true name to be _____, It is so ordered.

### Court's Admonitions to Defendant

OFFENSE CHARGED: unlawful possession of controlled substance with intent to deliver; to wit: Cocaine of
[~~1st Degree Felony:~~   ~~10-99 years or Life & up to $10,000;~~] 200 to 400 grams or less.
[ ] 2nd Degree Felony:     2-20 years & up to $10,000;
[ ] 3rd Degree Felony:     2-10 years & up to $10,000;
[ ] State Jail Felony:     180 days-2years & up to $10,000;
[X] 1st Degree Felony:     10-99 years or life & up to $100,000.

You have an absolute right to a jury trial, to confront and cross-examine the witnesses against you, and to call witnesses in your own behalf. You have a right to testify, but cannot be compelled to do so. The prosecuting attorney's recommendation as to punishment is not binding on the Court. You will be permitted to withdraw your plea if the Court rejects any plea bargain made in the case. If punishment assessed by the Court is not greater than that which you have plea-bargained, you may not appeal a nonjurisdictional defect or error that occurred before the plea unless the Court grants permission for the appeal or the matters appealed were raised by written motion filed and ruled on before the plea. If you enter a plea of guilty or nolo contendere and there is no plea bargain, the Court may assess your punishment anywhere within the range allowed by law. If you are not a citizen of the United States, a plea of guilty or nolo contendere herein may, and under current Federal Immigration rules *is almost certain to*, result in your deportation, exclusion from admission to the United States or denial of naturalization. If you have a court-appointed attorney, you have a right to ten days from the date of the attorney's appointment to prepare for trial. You have a right to be tried on an indictment returned by a grand jury, and to 2 entire days, after being served with a copy of the charging instrument, to be arraigned, unless on bond. If you receive unadjudicated community supervision and violate its conditions, you may be arrested and subjected to a hearing to determine whether or not guilt should be adjudicated. No appeal may be taken from the Court's decision. If guilt is adjudicated, all proceedings and your right to appeal continue. If guilt is adjudicated, the full range of punishment is open to the Court. [In sex offense cases, see Court's Admonition to Sex Offenders, which is incorporated by reference and attached hereto.]

### Defendant's Waivers

In open court and with the approval of counsel, the defendant makes the following voluntary statements and waivers. I am the person named as the accused in the charging instrument and am mentally competent. I understand the nature of the accusation made against me, the range of punishment for such offense, and the

consequences of a plea of guilty or nolo contendere. I understand that I have an absolute right to a jury trial, that I have the right to remain silent, that anything I say can and will be used against me, that I have a right to confront and cross-examine the witnesses against me, and that I have a right to be tried upon an indictment returned by a grand jury. I understand that, if I am not a United States citizen, a plea of guilty or nolo contendere will probably result in my deportation from the United States, exclusion from admission to the United States, or denial of naturalization under Federal law.

I hereby waive my right to be tried upon an indictment returned by a grand jury; any and all defects, errors, or irregularities, whether of form or substance, in the charging instrument; my right to a jury trial; arraignment and reading of the charging instrument; my right to remain silent; the appearance of, confrontation of, and cross-examination of witnesses; my right to ten days to prepare for trial after the appointment of counsel (if counsel has been appointed); and the preparation of a pre-sentence report.

I consent to the oral or written stipulation of evidence or testimony, to the introduction of testimony by affidavits or written statements of witnesses, and to any other documentary evidence. I affirm that my plea and my judicial confession are freely and voluntarily made and not influenced by any consideration of fear, persuasion, or delusive hope of pardon or parole.

I understand the admonitions regarding unadjudicated community supervision, and that I will be required to register as a sex offender if convicted of, or placed on community supervision for, one of the offenses enumerated under Court's Admonitions to Sex Offenders.

[ ] **Defendant's Plea to Enhancement Paragraph(s)** (Applicable only if box is checked)

The defendant pleads true to the (second), (second and third) enhancement paragraph(s) which is/are a part of the charging instrument and judicially confesses that he/she is the same person who was previously, and duly and legally, convicted of the offense(s) alleged therein.

### Signatures and Acknowledgments

I, the defendant herein, acknowledge that I have read and understood, and my attorney has explained to me, all the foregoing admonitions and warnings regarding my rights and that the statements and waivers made by me are freely and voluntarily made with full understanding of the consequences. I hereby request that the Court accept all my waivers, statements, agreements, and my plea.

3-1-01
Date

X _Jose A. Escamilla Jr._
DEFENDANT
Jose Alfonso Escamilla Jr.
PRINTED NAME

I have consulted with the defendant, whom I believe to be competent, concerning the plea in this case and have advised defendant of his/her rights. I approve and agree to all waivers, statements, and agreements of the defendant herein and ask the Court to accept them and defendant's plea.

3-1-01
Date

ATTORNEY FOR DEFENDANT
Cynthia M. Barbare / Robert Simmons
PRINTED NAME
State Bar # 01657475 / 00791668

As attorney for the State, I hereby consent to and approve the requests, waivers, agreements, and stipulations in this instrument.

BILL HILL, Criminal District Attorney, Dallas County by

3-1-01
Date

ASSISTANT DISTRICT ATTORNEY
Phillip Hayes
PRINTED NAME
State Bar # 24012803

It appearing to the Court that the defendant is mentally competent and is represented by counsel, that defendant understands the nature and consequences of the charge, and that all the parties have consented to and approved the waiver of jury trial and stipulations of evidence, the Court finds the waivers, agreements, and plea to have been freely and voluntarily made, accepts defendant's plea, and approves the stipulation of testimony.

3-1-01
DATE

JUDGE

IN THE ___Aux. Ct #1___ DISTRICT COURT
DALLAS COUNTY, TEXAS

THE STATE OF TEXAS
VS.
Jose Escamilla

{ CAUSE NO.(S)
F-00-20697

## CASE INFORMATION

The Defendant in this cause is charged with the offense of ___Unlaw. Poss. w/I to Del.___, a _____ degree felony. The possible punishment for this offense is _____.

### PLEA BARGAIN DATA

On a plea of Guilty, the District Attorney will recommend the following:

_____ Years TDC   _____ Days in Dallas County Jail

_____ Years Probated for _____ Years.

_____ Days in Dallas County Jail Probated

for _____ Days.

$ _____ Fine

_____
Assistant District Attorney
3808
Phone Number

### CONTINUANCE DATA

Case passed by agreement to:

___March 1st, 2001___ at ___9:00___ am/pm

for the purpose of: ___Plea - 1st Hole___

_____

_____

_____

which will be the _____ setting of this case.

The appearance of the Defendant at the next setting (IS) / (IS NOT) waived.

_____
Attorney for Defendant
2/324-4417
Phone Number

x_Jose Escamilla_
Defendant
_____
Phone Number

### ORDER AND FINDING

State (IS / IS NOT) found to have, in fact, been ready this date

_____
District Judge

_____
Date

FORM 96    WHITE COPY – FILE, YELLOW COPY – DISTRICT ATTORNEY, PINK COPY – DEF. ATTORNEY/DEFENDANT

CAUSE NO. F97-55456-I

| | |
|---|---|
| THE STATE OF TEXAS | IN THE CRIMINAL DISTRICT |
| VS | COURT #2 |
| JOSE ALFONSO ESCAMILLA | DALLAS COUNTY, TEXAS |

### JUDGMENT OF DISMISSAL

CAME ON to be considered before this Court, the State's Motion To Dismiss Prosecution in the above styled and numbered cause; and this Court having reviewed said Motion and having hereby incorporated into this Judgment for all purposes, finds that said Motion should be granted;

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the above styled and numbered cause be and hereby is DISMISSED for the reasons stated in said Motion.

SIGNED this the __4__ day of __AUGUST__, 1998.

for _____WE Barber Jr_____
EDWIN V. KING, JUDGE
CRIMINAL DISTRICT COURT #2
DALLAS COUNTY, TEXAS

_[signature]_ 8-12-98

**The State of Texas,**

No. _F97-55456_ vs.

_Jose A. Escamilla_
(Defendant)
_Poss Proh Weapon_
(Offense)

IN THE _CDC2_

_____ COURT

DALLAS COUNTY, TEXAS

_July_ Term, A.D.19 _98_

Now comes the District Attorney of Dallas County, Texas and asks the Court to dismiss the above entitled and numbered cause, for the following reasons, to-wit:

The Defendant was convicted of the offense of _felon in Possession of a firearm_ on _July_ 27, 199_8_, ~~in Cause Number~~ _____. He was sentenced to _27_ _months to Federal Department of Corrections_ ~~years in the Institutional Division of the Texas Department of Criminal Justice.~~

Due to the fact that any sentence imposed in this case would not in all probability increase the time he is presently serving and in the interest of judicial economy, prosecution of this case cannot be justified.

WHEREFORE, PREMISES CONSIDERED, it is respectfully requested that this case be dismissed.

FILED
AUG 4 1998
BILL LONG
DIST. CLERK, DALLAS CO., TEXAS
DEPUTY

_John W Moss_
Assistant District Attorney of
Dallas County, Texas

_John Vance_
District Attorney of Dallas County, Texas
_by Regia P. Clark_

5

**DEFENDANT** ESCAMILLA, JOSE ALFONSO  WM  9-3-78  **CHARGE** POSS PROH WEAPON
AKA:
**ADDRESS** 4045 WEISENBERGER, DALLAS, TX  **LOCATION** _____  DSO

**FILING AGENCY** TXDPD0000  **DATE FILED** 11/12/97  **COURT** _____

**COMPLAINANT** GONZALEZ, LEOPOLDO  F-9755456

**C/C** _____

## TRUE BILL OF INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of Dallas County, State of Texas, duly organized at the OCTOBER Term, A.D. 19 97 of the CRIMINAL District Court NO. 2, Dallas County, in said court at said Term, do present that one ESCAMILLA, JOSE ALFONSO, defendant, on or about the 7TH day of NOVEMBER A.D. 19 97 in the County of Dallas and said State, did

then and there knowingly and intentionally possess a short-barrel firearm, to-wit: a shotgun, with a barrel length of less than 18 inches,

against the peace and dignity of the State.

JOHN VANCE
Criminal District Attorney of Dallas County, Texas.

_____
Foreman of the Grand Jury.

```
***********************************************************************
11/07/97 0404                DALLAS POLICE DEPARTMENT                  PAGE 01
***********************************************************************
```

SERVICE#: 0911424F        ARREST#: 97-076332

AFFIDAVIT FOR ARREST WARRANT      COUNTY OF DALLAS      STATE OF TEXAS

BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY APPEARED THE UNDERSIGNED AFFIANT WHO, AFTER BEING DULY SWORN BY ME, ON OATH STATED: MY NAME IS _____**D.H. DAVIS**_____ AND I AM A PEACE OFFICER OF THE CITY OF DALLAS, DALLAS COUNTY, TEXAS. I, THE AFFIANT, HAVE GOOD REASON AND DO BELIEVE THAT ON OR ABOUT 07 NOVEMBER 1997 ONE ESCAMILLA,JOSE,ALFONSO      DID THEN AND THERE IN THE CITY OF DALLAS, DALLAS COUNTY, TEXAS COMMIT THE OFFENSE(S) OF:

    PROHIBITED WEAPON          F3    46.05    0911424F

AFFIANT'S BELIEF IS BASED UPON THE FOLLOWING FACTS AND INFORMATION:

GONZALEZ,LEOPOLDO    ___ 7076 , A FELLOW PEACE OFFICER OF THE CITY OF DALLAS, DALLAS COUNTY, TEXAS, WHO PERSONALLY PARTICIPATED IN THE INVESTIGATION OF THESE ALLEGED OFFENSE(S), PROVIDING THIS INFORMATION TO AFFIANT, AND WHOSE INFORMATION AFFIANT BELIEVES TO BE CREDIBLE.

ON NOVEMBER 07, 1997 AT ABOUT 0200 A.M. OFFICER(S) GONZALEZ,LEOPOLDO # 7076 AND HUERTA,EDUARDO # 7446  OBSERVED A/P AS A PASSENGER IN VEHICLE IN WHICH A SAW OFF SHOTGUN WAS FOUND IN THE PASSENGER SEAT WERE A/P WAS SITTING AT AT 4700 BERNAL DALLAS, DALLAS COUNTY, TEXAS.

CHARGE DESCRIPTION:       PROHIBITED WEAPON

THE FOLLOWING TYPE OF WEAPON SHORT BARREL FIREARM HARRINGTON &RICHARDSON SAW OFF SHOTGUN SERIAL #AU680772 THE ARTICLE NAME IS TOPPER MODEL 88 12 GAUGE SHOTGUN NO BULLETS IN THE CHAMBER WAS FOUND BY OFFICER HUERTA,EDUARDO D. #7446  ON OR ABOUT THE SUSPECT'S PERSON UNDERNEATH AP'S PASSENGER SEAT UNDER THE FOLLOWING CIRCUMSTANCES:  WEAPON IN PLAIN SIGHT AS OFFICER STOOD OUTSIDE VEHICLE AP HAD 2 SHOTGUN SHELLS IN HIS LEFT FRONT POCKET BARRELL LENGHT 14 1/2 INCHES OFFICER HUERTA,EDUARDO D. #7446 INSPECTED THIS WEAPON AND FOUND IT TO BE IN GOOD WORKING CONDITION.

JI55 AND TLETS RECORDS WERE DOWN.

_____/s/ D.H. Davis_____ WHEREFORE AFFIANT REQUESTS THAT AN ARREST
        AFFIANT              WARRANT BE ISSUED FOR THE ABOVE ACCUSED
                             INDIVIDUAL IN ACCORDANCE WITH THE LAW.

SUBSCRIBED AND SWORN TO BEFORE ME ON
DATE: ____NOV 07 1997____        _____/s/ Wm. E. Ridgway_____
                                          MAGISTRATE

```
***********************************************************************
```

IN THE _____ DISTRICT COURT
DALLAS COUNTY, TEXAS

THE STATE OF TEXAS
VS.
_Jose Escamilla_ { CAUSE NO.(S)
F9755456
F9652622

## CASE INFORMATION

The Defendant in this cause is charged with the offense of _____
_____ , a _____ degree felony. The possible punishment for this offense is _____ .

### PLEA BARGAIN DATA

On a plea of Guilty, the District Attorney will recommend the following:

_____ Years TDC      _____ Days in Dallas County Jail

_____ Years Probated for _____ Years.

_____ Days in Dallas County Jail Probated for _____ Days.

$_____ Fine

_____
Assistant District Attorney

_____
Phone Number

### CONTINUANCE DATA

Case passed by agreement to:

_5-27-98_ at _____ am/pm

for the purpose of: _____

_____

_____

which will be the _____ setting of this case.

The appearance of the Defendant at the next setting (IS) / (IS NOT) waived.

_____
Attorney for Defendant

_____
Phone Number

_____
Defendant

_____
Phone Number

### ORDER AND FINDING

State (IS / IS NOT) found to have, in fact, been ready this date

_____
District Judge

_____
Date

FORM 96     WHITE COPY – FILE, YELLOW COPY – DISTRICT ATTORNEY, PINK COPY – DEF. ATTORNEY/DEFENDANT

DEFENDANT ESCAMILLA, JOSE ALFONSO  WM  9-3-78                          POSS PROH WEAPON
                                                              CHARGE
ADDRESS   4045 WEISENBERGER, DALLAS, TX           LOCATION _____

FILING AGENCY  TXDPD0000    DATE FILED  11/12/97         COURT _____

COMPLAINANT  GONZALEZ, LEOPOLDO                                    F-9755456

C/C _____

## TRUE BILL OF INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of Dallas County, State of Texas, duly organized at the  OCTOBER  Term, A.D. 19 97 of the  CRIMINAL  District Court  NO. 2 , Dallas County, in said court at said Term, do present that one  ESCAMILLA, JOSE ALFONSO , defendant, on or about the  7TH  day of  NOVEMBER  A.D. 19 97  in the County of Dallas and said State, did

then and there knowingly and intentionally possess a short-barrel firearm, to-wit: a shotgun, with a barrel length of less than 18 inches,

against the peace and dignity of the State.

JOHN VANCE

Criminal District Attorney of Dallas County, Texas.

_____
Foreman of the Grand Jury.