12/20/07                    J    F. WARREN, DALLAS COUNTY CLER             PAGE    1
                                    MISDEMEANOR RECORD SEARCH
                                 133 N. INDUSTRIAL BLVD., BOX 43
                                    DALLAS, TEXAS 75207-4313

DALLAS COUNTY

COUNTY CLERK
JOHN F. WARREN

RE: SUBJECT:    ESCAMILLA JOSE
    D.O.B.      09/03/78

I, JOHN F. WARREN, CLERK OF THE COUNTY CRIMINAL COURTS OF DALLAS COUNTY, TEXAS, DO HEREBY CERTIFY THAT THE COUNTY CRIMINAL COURT INDEXES OF DALLAS COUNTY, TEXAS HAVE BEEN SEARCHED DURING AND INCLUDING THE YEAR OF 1975 THRU 19, DECEMBER, 2007 AND WE HAVE LOCATED THE FOLLOWING CASES FILED BY THE AUTHORITY OF THE STATE OF TEXAS AGAINST THE ABOVE SUBJECT.

| CASE | OFFENSE | DISPOSITION |
|---|---|---|
| MB0136632-H | 053001 EVADE ARREST/DET | 073101 PGBC SENT 90D |
| MB0321102-M | 031303 DWI | 060403 PGBC SENT 90D |
| MB0321103-M | 031303 DWLS/INV | 060403 PGBC SENT 30D |
| MA0321107-M | 031303 UCW HANDGUN | 060403 PGBC SENT 90D |
| MA0372081-M | 011703 ASSAULT | 060403 PGBC SENT 90D |

THIS IS A CRIMINAL MISDEMEANOR SEARCH ONLY AND DOES NOT INCLUDE FELONY SEARCH.

THE UNDERSIGNED DOES NOT ASSUME ANY LIABILITY FOR OMISSION OR ERROR IN THE ABOVE STATEMENT.

WITNESS MY HAND AND SEAL OF OFFICE THIS 20TH DAY OF DECEMBER, 2007.

JOHN F. WARREN, COUNTY CLERK

OF DALLAS COUNTY, TEXAS

BY: _____
                      DEPUTY
SEAL