

## U.S. Department of Justice

*Federal Bureau of Prisons*

RECEIVED
AUG 1 2 2004
BY:

Records Office
Phone: (361) 786-3576 Ext. 241
Fax:   (361) 786-5069

FCI THREE RIVERS
P.O. BOX 4000
THREE RIVERS, TEXAS 78071

## FACSIMILE INFORMATION

DATE: _August 10, 2004_

TO: _Dallas County Clerks Office_   Attn: Records

PHONE: _(214) 653-5954_

FAX: _(214) 653-5986_

FROM: _CINDY NOLEN_   *Mud*

SUBJECT: **ESCAMILLA JR, JOSE ALPHONSO**
D.O.B.: **09-03-1978**
REG NO: **31452-077**
ARREST: **DRIVING WHILE INTOXICATED**
**UNLAWFULLY CARRYING A WEAPON**

MESSAGE: HI   PLEASE FAX ME A COPY OF THE ABOVE INMATES JUDGEMENT. HE
WAS SENTENCED TO 90 DAYS PER DALLAS COUNTY.
YOUR ASSISTANCE IN THIS MATTER IS GREATLY APPRECIATED.

Thanks CINDY

NUMBER OF PAGE (S): _1 COVER_

NOTE: This facsimile transmission (and/or the documents accompanying it)
may contain confidential information belonging to the sender which is
protected by federal law and local federal court policy. The information
is intend only for the use of the individual or entity named above.  If
you are not the intended recipient you are notified than any disclosure,
copying, distribution of the taking of any action in reliance on the
contents of this information is strictly prohibited. If you have
received this transmission in error, please notify us be telephone at
(361) 786-3576, ext 241 to arrange for the return of this documents.

## FAX (361) 786-5069

M-032102
M-032107



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

CAUSE NO. __MB-0321102-M__

| THE STATE OF TEXAS | IN THE COUNTY CRIMINAL COURT |
|---|---|
| VS. | of appeals #2 |
| JOSE ALFONSO ESCAMILLA, JR. | _____ OF |
| | DALLAS COUNTY, TEXAS |

**JUDGEMENT ON NEGOTIATED PLEA OF GUILTY OR NOLO CONTENDERE**
**BEFORE: XX__ PRESIDING JUDGE / _____ MAGISTRATE**
**NO COMMUNITY SUPERVISION**

DATE OF JUDGEMENT ___JUNE 4th, 2003___        TERM __april__ 20 _03_

JUDGE PRESIDING:
JUDGE BURSON                          MAGISTRATE:

ATTORNEY
FOR STATE:        MICHEAL MOSS        ATTORNEY
                                      FOR DEFENDANT:

OFFENSE CONVICTED OF:              DWI

CLASS   B   MISDEMEANOR        DATE OFFENSE COMMITTED:  MARCH 13, 2003

CHARGING INSTRUMENT: INFORMATION / XXXXXXXXXX   PLEA: GUILTY / NOLO CONTENDERE

FINDING OF COURT: GUILTY

TERMS OF NEGOTIATED      90 days in jail    PLEA BARGAIN AGREEMENT
PLEA BARGAIN: (IN DETAIL)                   FOLLOWED: YES / NOxx

DATE SENTENCE IMPOSED                  COST:   YES / NOxxxxxxxx
jxxxxx    JUNE 4th, 2003

PUNISHMENT AND PLACE OF CONFINEMENT:

90 days___ CONFINEMENT IN THE DALLAS COUNTY JAIL AND A FINE OF $ _____-0-_____
DATE TO COMMENCE:
JUNE 4th, 2003
CREDIT FOR TIME SERVED:     XXX YES        FINE PROBATED:  YES / NO

TX.C.C.P. COUNSELING FEE, IF APPLICABLE: $ -0-   NOT TO EXCEED $500.00

RESTITUTION / REPARATION: YES / NO    IF YES, NAME OF VICTIM:
ADDRESS OF VICTIM OR AGENCY TO COLLECT PAYMENTS:

AFFIRMATIVE FINDING OF FAMILY VIOLENCE, IF APPLICABLE: YES / NO

CASE TO RUN :      XXXXXXXXXXXX / CONCURRENT WITH ALL OTHER CASES

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

On this day, set forth above, the above styled and numbered cause was called for trial. The State of Texas and Defendant appeared by and through the above named attorneys and announced ready for trial. Defendant appeared in person in open court. Where Defendant was not represented by counsel, Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel.

Having been admonished of the right to a jury trial, the Defendant waived the right to a jury trial in writing and in open court with the consent and approval of the Judge or Magistrate, the Defendant's attorney, if any, and the prosecuting attorney named above. The consent and approval of the waiver of jury trial was entered of record in the minutes of the court before the Defendant entered this plea.

The Defendant entered the above plea to the charge contained in the information/indictment. If it is shown above that there was a plea bargain agreement, the Defendant was informed as to whether or not the Judge or Magistrate would follow or reject such agreement. It plainly appears to the Judge / Magistrate that Defendant is mentally competent and said plea free and voluntary, the said plea is accepted by the Judge / Magistrate and is now entered of record as the plea of the Defendant. After hearing evidence offered, the Judge / Magistrate finds the Defendant guilty of the offense as shown above and that the offense was committed by said Defendant on the date set forth above.

_____It is, therefore, ordered and decreed by the Judge or _____considered and recommended by the Magistrate that said Defendant be adjudged guilty of the offense as shown above on the date as shown above, and that said defendant is sentenced to a term of imprisonment or fine or both, as set out above, and shall be confined for the above named term in accordance with the provision by the court appointed attorney or public defender in this cause, if any, and restitution or reparation, if any, as set forth above. The Judge / Magistrate finds that the Defendant has the financial resources to enable the Defendant to offset said costs in the amount ordered.

If the Magistrate has heard this plea, the Judge has reviewed the findings, actions, and recommendations of the Magistrate in this cause, finds that the terms of the negotiated plea agreement in this cause have been followed and hereby adopts all findings, actions and recommendations of the Magistrate in this cause. The Defendant is hereby adjudged guilty of the offense as set out above and ordered punished in accordance with the recommendations of the Magistrate. The judgment as shown above is hereby in all things approved and confirmed, and is hereby ordered into affect. The Court approved the finding of the Magistrate that the Defendant has the financial resources to enable the Defendant to offset any fines, court costs, expenses of legal services and restitution or in the amount ordered.

Attached to this judgment and incorporated by reference, are the terms of any fee payment pursuant to the Texas Code of Criminal Procedure, if applicable.

Following the disposition of this cause, the Defendant's fingerprint was placed upon a Certificate of Fingerprint. Said certificate is attached hereto and is incorporated by reference as a part of this judgment.

SIGNED AND ENTERED THIS __4th__ DAY OF _____JUNE_____, 20 ____ 03

Defendant's Texas Drivers Licenses is hereby suspended for a period 365 days connard to said conviction.

JUDGE, COUNTY CRIMINAL COURT _____
DALLAS COUNTY, TEXAS

FORM M-330
REVISED 2-8-2001

E STATE OF TEXAS VS. JOSE ALFONSO ESCAMILLA JR

ANY SHERIFF OR ANY CONSTABLE OF THE STATE OF TEXAS — GREETING

YOU ARE HEREBY COMMANDED, THAT YOU TAKE INTO CUSTODY, AND COMMIT TO THE
IL OF YOUR COUNTY JOSE ALFONSO ESCAMILLA JR
O WAS ON   06/04/2003        , CONVICTED IN THE COURT OF CRIMINAL APPEALS 2
 DALLAS COUNTY, TEXAS, OF DWI                    AND HIS PUNISHMENT
XED AT — 0 —       , FINE AND   90 DAYS  IMPRISON IMPRISONMENT, AND
DGMENT WAS ENTERED THEREFOR, TOGETHER WITH ALL COSTS OF SAID PROSECUTION
OUNTING TO A FURTHER SUM OF $296.00        , AND YOU WILL SAFELY KEEP UNTIL
CH TIME AND ALL COSTS HEREIN ARE PAID AND SAID TERM OF IMPRISONMENT HAS
PIRED, OR UNTIL HE IS OTHERWISE DISCHARGED.

WITNESS MY OFFICIAL SIGNATURE, AND SEAL OF OFFICE AT DALLAS, DALLAS COUNTY,
EXAS, AND ISSUED THE _04TH_ DAY OF _    JUNE_, 2003

                        CYNTHIA FIGUEROA CALHOUN
                        COURT OF CRIMINAL APPEALS 2


                        BY _Judy Sanford_ , DEPUTY
_____
JUDGE



                    FEES

                FINE_____ — 0 —
                COST_____ $296.00
                TOTAL____ $296.00        SENTENCE TO BEGIN 05/23/03

            IMPRISONMENT  90 DAYS  IMPRISONMENT

    CI,B.T.3-13-03,5-23-03T06-4-03,COST NOT CC/TIME

                    SHERIFF"S RETURN

    CAME TO HAND THIS _22_ DAY OF _May_        A.D. 20 _03_ , AND EXECUTED
    COLLECTING FROM THE DEFENDANT THE SUM OF $____ O____ AND CONFINING HIM TO
    IL FOR _____ 31 _____ DAYS.

    DEFENDANT RELEASED THIS THE _____ 22 DAY OF _____ June _____ A.D. 20 _03_

    _60_ DAYS GOOD TIME
    _____ DAYS CREDIT
    _____ DAYS I/P                    SHERIFF, DALLAS COUNTY, TEXAS
    _2_ DAYS FOR FCC

                                    BY _____
                                        DEPUTY



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

FILED
CYNTHIA FIGUEROA CALHOUN
COUNTY CLERK

CAUSE NO. _M803 - 21102_

2003 JUN -4 AM 11: 53

COURT OF APPEALS NO. 2
DALLAS COUNTY, TEXAS

**THE STATE OF TEXAS**

**VS.**

_Jose A. Escamilla_

**IN THE COUNTY CRIMINAL**

**COURT _CA11C_ OF**

**DALLAS COUNTY, TEXAS**

## CERTIFICATE OF THUMB PRINT

_____
**Right Thumb***

Defendant's ____ H ____ hand

**This is to certify that the fingerprints above are the above-named Defendant's fingerprints taken at the time of the disposition of the above styled and numbered cause.**

**Did in Court this** __4th__ **day of** __June__ **, 20** __03__

_J.R. Garner 315_
**Baliff/Deputy Sheriff**

**_*Indicate here if print other than defendant's right thumb print is placed above:_**

_____left thumb print                    _____ other, please specify

_____left/right index finger              _____

**Revised 5/2002**
**FORM NO. M-130**



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

EC

**DEFENDANT** Escamilla, Jose Alfonso Jr    W M   09031978    **CHARGE** DWI

     **AKA:**

**Address**    4045 Weisenberger, Dallas, Tx     **LOCATION** DSO

**FILING AGENCY** TX0570000   **DATE FILED** April 10, 2003     **COURT** *App #2*

**COMPLAINANT** Thornton, B       MB0321102 *M*   **VI #:** 00745

**C/C**

**SERVICE NO.** _____ **ARREST NO.** _____ **I. D. NO.** _____

# INFORMATION

**In the Name and by the Authority of the State of Texas.**

NOW COMES THE CRIMINAL DISTRICT ATTORNEY of Dallas County, State of Texas, and presents

in and to the County Criminal Court    *App #2*    of Dallas County, State aforesaid, that one

**Escamilla, Jose Alfonso Jr**

hereinafter styled Defendant, heretofore, on or about the    13 th   day of March A.D., 2003

in the County of Dallas and State of Texas, did unlawfully

**then and there unlawfully operate a motor vehicle in a public place, while intoxicated, in that the defendant did not have the normal use of his mental and physical faculties by reason of the introduction of alcohol, a controlled substance, a drug, a dangerous drug, a combination of two or more of those substances, and any other substance into defendant's body and defendant had an alcohol concentration of at least 0.08,**



TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

against the peace and dignity of the state.

                     *Bill Hill*

                     Criminal District Attorney of Dallas County, Texas

DALLAS COUNTY
COUNTY CLERK

2003 APR 14 AM 8: 08

EC

**DEFENDANT** Escamilla, Jose Alfonso Jr____ W M__ 09031978   **CHARGE** DWI_____

**AKA:**

**ADDRESS**____4045 Weisenberger, Dallas, Tx_____   **LOCATION** DSO_____

**FILING AGENC** TX0570000___ **DATE FILED** April 10, 2003_____ **COURT** *App #2*

**COMPLAINANT** Thornton, B_____ MB0321102-*M* **VT#:** 00745____

**C/C**_____

**SERVICE NO.**_____ **ARREST NO.**_____   **I. D. NO.**_____

# AFFIDAVIT

**In the Name and by the Authority of the State of Texas.**

PERSONALLY APPEARED before me the undersigned authority this affiant, who after being by me

duly sworn, deposes and says your Affiant has good reason to believe and does believe that one

**Escamilla, Jose Alfonso Jr**

hereinafter styled Defendant, heretofore, on or about the     13 th    day of  March A.D.,  2003

in the County of Dallas and State of Texas, did unlawfully

then and there unlawfully operate a motor vehicle in a public place, while intoxicated, in that the
defendant did not have the normal use of his mental and physical faculties by reason of the
introduction of alcohol, a controlled substance, a drug, a dangerous drug, a combination of two or
more of those substances, and any other substance into defendant's body and defendant had an
alcohol concentration of at least 0.08,

*TRUE AND CORRECT*
*COPY OF ORIGINAL*
*FILED IN DALLAS*
*COUNTY CLERK'S OFFICE*

Against the peace and dignity of the state.

Sworn to and subscribed before me this the

*11th* day of *April*__ A.D., 20 *03*

}

_____
                                                      **Affiant.**

_____
Assistant Criminal District Attorney of
Dallas County, Texas

PINK

THE STATE OF TEXAS)

COUNTY OF DALLAS)　　　　AFFIANT FOR ARREST WARRANT OR CAPIAS

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant who, after being duly sworn by me, on oath stated:

My name is E. H. Duran, and I am a peace officer of the State of Texas.

I have good reason to believe and do believe that on or about the 13th day of March, 2003 , one ESCAMILLA JR., JOSE ALFONSO did then and therein the County of Dallas, Texas, commit the offense of D.W.I. 1st M/B, a misdemeanor.

My belief is based upon the following facts and information:
B. W. Thornton, Trooper, Texas Department of Public Safety, a credible person, who participated in the investigation of the alleged offense, furnished to me, the affiant, and who knows or has reason to believe that the following facts are true and correct, on File, THE FOLLOWING INFORMATION:

### (PLEASE SEE THE BACK OF SHEET)

I believe this information furnished by a fellow Peace Officer is credible.

WHEREFORE, Affiant requests that an arrest warrant or Capias be issued for the above-accused individual in accordance with the law.

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME on this 14 DAY OF March

_____, 20 03

RETHA M. STEWART
COMMISSION EXPIRES
JULY 9, 2003

_____
NOTARY PUBLIC, IN AND FOR THE STATE OF TEXAS

MAGISTRATE'S DETERMINATION OF PROBABLE CAUSE
On this the 01 day of April , 20 03 , the undersigned Magistrate hereby acknowledges that he has examined the above affidavit and has determined that probable cause exists for the issuance of an arrest warrant for the individual accused herein.

_____
MAGISTRATE, IN AND FOR DALLAS COUNTY, TEXAS



TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

15. ESCAMILLA also had a ⬤e cell phone in his possession, but h⬤er called #911. He also was not robbed of his money or other valuables.

16. After running a routine check on ESCAMILLA'S Texas drivers license #19405037, it was discovered that they were under Dept. Susp. Effective 10-12-02 due to expire on 04-10-03.

17. ESCAMILLA was then taken to Lew Sterritt. At Lew Sterritt ESCAMILLA was offered a breath test and took it with results of 0.127 and 0.117.

18. ESCAMILLA was then turned over to Dallas Sheriff Office for D.W.I. 1st M/B and D.W.L.S. Dept. Susp.M/B.

19. The charge of D.W.I. 1st M/B will be handled under M03-21102.

### *ARRESTING OFFICER*
B. W. THORNTON, #7062
Texas Highway Patrol
4001 President George Bush Turnpike
Plano, TX 75093

**VEHICLE:** 1998 White Mercedes 4 door  Texas registration ZHV 69J

**VEHICLE CONDITION:** Severe front-end damage also left back quarter.

**VEHICLE DISPOSITION:** Towed to Jordan's By Jordan's

**WITNESS:**  Officer Robert Donahue, #245        Officer S.G. Richardson, #2994
801 Conover Dr.                                      1400 S Lamar
Grand Prairie, TX  75051                             Dallas, TX
(972) 237-8790                                       (214) 671-4242

Security Officer
Daniel Penderson
Dallas Baptist University
(214) 333-5305

**WEATHER:** Cloudy, Warm

**ROAD CONDITION:** Good, Concrete

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

## NOTICE OF CONVICTIONS

CB504.A05678.R08708                                                          06/05/03

### CONVICTION - BOND FORFEITURE - MENTALLY INCOMPETENT - EDUCATION PROGRAM

(PRINT OR TYPE)

NAME __JOSE ALFONSO ESCAMILLA JR__ ▓▓▓▓▓▓▓
    (FIRST)        (MIDDLE)       (LAST)           (SSN)

ADDRESS __4045 WEISENBERGER__ CITY __DALLAS__, TEXAS __75212__
                                                 ZIP CODE

DL/ID NO. __19405037__ BIRTHDATE __09 03 78__ RACE __W__ SEX __M__
(INDICATE STATE IF OTHER THAN TEXAS)

OFFENSE COMMITTED __X__ MISDEMEANOR ____ FELONY ___ BOND FORFEITURE

OFFENSE COMMITTED __DWI__
(SEE REVERSE FOR LISTING OF OFFENSES)

DATE OFFENSE COMMITTED __03 13 03__     CONVICTION DATE __06 04 03__ PENALTY __90 DAYS__ __0__ PROB.
                                                    __$0.00__ AND COURT COSTS

OFFENSE COMMITTED IN COMMERCIAL VEHICLE ____ YES ____ NO ____ UNKNOWN     TRANSPORTING HAZARDOUS MATERIAL ____ YES ____ NO ____ UNKNOWN

### DRIVER LICENSE OR OPERATING PRIVILEGE SUPENDED

BEGINNING DATE __06 04 03__                    ENDING DATE __06 02 04__

> NOTE: COURT MUST INDICATE BEGINNING AND ENDING DATE OF SUSPENSION ON DRIVING WHILE INTOXICATED/ALCOHOL, DRIVING WHILE INTOXICATED/DRUGS AND INVOLUNTARY MANSLAUGHTER. ALL OTHER OFFENSES LEAVE SUSPENSION DATES BLANK. SUSPENSION IS AUTOMATIC BY OPERATION OF LAW.

### DRUG EDUCATION PROGRAM REQUIRED

DRUG EDUCATION PROGRAM SUCCESSFULLY COMPLETED _____
                                   DATE

### DWI EDUCATION PROGRAM

DWI EDUCATION PROGRAM REQUIRED
DWI PROBATION GRANTED
REQUIRED TO ATTEND EDUCTION PROGRAM _____
                      DATE

DWI EDUCATION PROGRAM FOR REPEAT OFFENDERS
REQUIRED TO ATTEND EDUCTION PROGRAM _____
                      DATE

DWI EDUCATION PROGRAM SUCCESSFULLY COMPLETED _____
                      DATE

DWI EDUCATION PROGRAM FOR REPEAT OFFENDERS SUCCESSFULLY COMPLETED _____
                      DATE

DWI EDUCATION PROGRAM WAIVED _____
                      DATE

### GRANTED DWI EDUCATION PROGRAM EXTENSION

DATE EXTENDED FROM _____ TO _____

CERTIFIED BY SIGNATURE _[signature]_      TITLE _____

COURT __MM__                    CAUSE # __MB0321102M__ COUNTY __DALLAS__

SEE REVERSE SIDE.                                                      DIC 17 (1/94)

BY _____
DEPUTY



TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

NOTICE OF DISPOSITION
IN COURT OF CRIMINAL APPEALS 2
DALLAS COUNTY, TEXAS                          SEQ 0007

CASE NUMBER MB0321102M                        DATE 060403
OFFENSE DWI                                   TIME 130101
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF ESCAMILLA JOSE ALFONSO JR          RACE W SEX M DOB 090378
BNO 03018869
DISPOSED BY PGBC

SENTENCE
   90 DAYS TO H JAIL                     APPEAL _____

      SPECIAL CONDITION                  MNT    _____


   $       0.00 FINE  $      281.00 COST       SENTENCE TO BEGIN  052303
ADDITIONAL CREDIT FOR TIME SERVED
   CI.B.T.3-13-03,5-23-03TO6-4-03,COST_NOT_CC/TIME_
   REMARKS  DEFENDANT WAS GIVEN ALTERNATIVE MEANS TO PAY FINE AND COST._____
      DEFENDANT ELECTED TO SERVE OUT FINE AND COST IN JAIL._____
      FINE AND COST ARE TO BE SERVED CONSECUTIVELY WITH JAIL SENTENCE._____

CYNTHIA FIGUEROA CALHOUN             ----------------------------------------
COUNTY CLERK                         ]      RELEASE INFORMATION          ]
DALLAS COUNTY, TEXAS                 ] REMARKS _____  ]
                                     ]      _____     ]
BY SAMFORD J                         ]      _____     ]
   DEPUTY CLERK                      ]      _____     ]
                                     ]      _____     ]
                                     ----------------------------------------

NO. M-0331/02-M
COURT OF CRIMINAL APPEALS 2
DALLAS COUNTY, TEXAS

STATE OF TEXAS VS. JOSE ALFONSO ESCAMILLA JR

ANY SHERIFF OR ANY CONSTABLE OF THE STATE OF TEXAS - GREETING

YOU ARE HEREBY COMMANDED, THAT YOU TAKE INTO CUSTODY, AND COMMIT TO THE
JAIL OF YOUR COUNTY JOSE ALFONSO ESCAMILLA JR
WHO WAS ON   06/04/2003          , CONVICTED IN THE COURT OF CRIMINAL APPEALS 2
DALLAS COUNTY, TEXAS, OF DWI                                AND HIS PUNISHMENT
FIXED AT - 0 -       , FINE AND   90 DAYS  IMPRISON IMPRISONMENT, AND
JUDGMENT WAS ENTERED THEREFOR, TOGETHER WITH ALL COSTS OF SAID PROSECUTION
AMOUNTING TO A FURTHER SUM OF $296.00      , AND YOU WILL SAFELY KEEP UNTIL
SAID TIME AND ALL COSTS HEREIN ARE PAID AND SAID TERM OF IMPRISONMENT HAS
EXPIRED, OR UNTIL HE IS OTHERWISE DISCHARGED.

WITNESS MY OFFICIAL SIGNATURE, AND SEAL OF OFFICE AT DALLAS, DALLAS COUNTY,
TEXAS, AND ISSUED THE  04TH  DAY OF       JUNE , 2003

                    CYNTHIA FIGUEROA CALHOUN
                    COURT OF CRIMINAL APPEALS 2


              BY _____, DEPUTY

DOOR

                    FEES

              FINE ____ - 0 -
              COST ____ $296.00
              TOTAL ___ $296.00          SENTENCE TO BEGIN 05/23/03

              IMPRISONMENT  90 DAYS  IMPRISONMENT

      CT.B.T.: 13-03.5-23-03T06.4-03.COST NOT CC/TIME

                    SHERIFF'S RETURN

      CAME TO HAND THIS ____ DAY OF _____ A.D. 20____, AND EXECUTED
COLLECTING FROM THE DEFENDANT THE SUM OF $_____ AND CONFINING HIM TO
JAIL FOR _____ DAYS.

      DEFENDANT RELEASED THIS THE ____ DAY OF _____ A.D. 20 ____

      ____ DAYS GOOD TIME
      ____ DAYS CREDIT           _____
      ____ DAYS I/P              SHERIFF, DALLAS COUNTY, TEXAS
      ____ DAYS FOR FEE
                                 BY _____
                                    DEPUTY

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

CAUSE NO. __MB-0321102-M__

| | |
|---|---|
| THE STATE OF TEXAS | IN THE COUNTY CRIMINAL COURT |
| VS. | of appeals #2 |
| JOSE ALFONSO ESCAMILLA, JR. | _____OF |
| | DALLAS COUNTY, TEXAS |

**JUDGEMENT ON NEGOTIATED PLEA OF GUILTY OR NOLO CONTENDERE
BEFORE: XX PRESIDING JUDGE / _____ MAGISTRATE
NO COMMUNITY SUPERVISION**

DATE OF JUDGEMENT __JUNE 4th, 2003__          TERM __april__ 20 __03__

JUDGE PRESIDING:                                           MAGISTRATE:
JUDGE BURSON

ATTORNEY                                                          ATTORNEY
FOR STATE:     MICHEAL MOSS                        FOR DEFENDANT:

OFFENSE CONVICTED OF:            DWI

CLASS  B  MISDEMEANOR              DATE OFFENSE COMMITTED:   MARCH 13, 2003

CHARGING INSTRUMENT: INFORMATION / ~~INDICTMENT~~   PLEA: GUILTY / NOLO CONTENDERE

FINDING OF COURT: GUILTY

TERMS OF NEGOTIATED          90 days in jail        PLEA BARGAIN AGREEMENT
PLEA BARGAIN: (IN DETAIL)                            FOLLOWED: YES / ~~NO~~

DATE SENTENCE IMPOSED                              COST:   YES / ~~NO~~
~~imposed~~     JUNE 4th, 2003

PUNISHMENT AND PLACE OF CONFINEMENT:

90 days ___ CONFINEMENT IN THE DALLAS COUNTY JAIL AND A FINE OF $ ____-0-____
DATE TO COMMENCE:
JUNE 4th, 2003

CREDIT FOR TIME SERVED:     ~~THE~~ YES          FINE PROBATED:    YES / NO

TX.C.C.P. COUNSELING FEE, IF APPLICABLE: $ -0-    NOT TO EXCEED $500.00

RESTITUTION / REPARATION:  ~~YES~~ NO       IF YES, NAME OF VICTIM:
ADDRESS OF VICTIM OR AGENCY TO COLLECT PAYMENTS:

AFFIRMATIVE FINDING OF FAMILY VIOLENCE, IF APPLICABLE:  ~~YES~~ / NO

CASE TO RUN :        ~~CUMULATIVE~~ /   CONCURRENT WITH ALL OTHER CASES

On this day, set forth above, the above styled and numbered cause was called for trial. The State of Texas and Defendant appeared by and through the above named attorneys and announced ready for trial. Defendant appeared in person in open court. Where Defendant was not represented by counsel, Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel.

Having been admonished of the right to a jury trial, the Defendant waived the right to a jury trial in writing and in open court with the consent and approval of the Judge or Magistrate, the Defendant's attorney, if any, and the prosecuting attorney named above. The consent and approval of the waiver of jury trial was entered of record in the minutes of the court before the Defendant entered this plea.

The Defendant entered the above plea to the charge contained in the information/indictment. If it is shown above that there was a plea bargain agreement, the Defendant was informed as to whether or not the Judge or Magistrate would follow or reject such agreement. It plainly appears to the Judge / Magistrate that Defendant is mentally competent and said plea free and voluntary, the said plea is accepted by the Judge / Magistrate and is now entered of record as the plea of the Defendant. After hearing evidence offered, the Judge / Magistrate finds the Defendant guilty of the offense as shown above and that the offense was committed by said Defendant on the date set forth above.

_____It is, therefore, ordered and decreed by the Judge or _____considered and recommended by the Magistrate that said Defendant be adjudged guilty of the offense as shown above on the date as shown above, and that said defendant is sentenced to a term of imprisonment or fine or both, as set out above, and shall be confined for the above named term in accordance with the provision by the court appointed attorney or public defender in this cause, if any, and restitution or reparation, if any, as set forth above. The Judge / Magistrate finds that the Defendant has the financial resources to enable the Defendant to offset said costs in the amount ordered.

If the Magistrate has heard this plea, the Judge has reviewed the findings, actions, and recommendations of the Magistrate in this cause, finds that the terms of the negotiated plea agreement in this cause have been followed and hereby adopts all findings, actions and recommendations of the Magistrate in this cause. The Defendant is hereby adjudged guilty of the offense as set out above and ordered punished in accordance with the recommendations of the Magistrate. The judgment as shown above is hereby in all things approved and confirmed, and is hereby ordered into effect. The Court approved the finding of the Magistrate that the Defendant has the financial resources to enable the Defendant to offset any fines, court costs, expenses of legal services and restitution or in the amount ordered.

Attached to this judgment and incorporated by reference, are the terms of any fee payment pursuant to the Texas Code of Criminal Procedure, if applicable. Following the disposition of this cause, the Defendant's fingerprint was placed upon a Certificate of Fingerprint. Said certificate is attached hereto and is incorporated by reference as a part of this judgment.

SIGNED AND ENTERED THIS __4th__ DAY OF _____JUNE_____, 20 __03__

JUDGE, COUNTY CRIMINAL COURT _____
DALLAS COUNTY, TEXAS

Defendant's Texas Drivers License is
hereby suspended for a period 365
days pursuant to said conviction.

FORM M-330
REVISED  2-8-2001

FILED
CYNTHIA FIGUEROA CALHOUN
~~COUNTY CLERK~~
~~DALLAS COUNTY, TEXAS~~

2003 JUN -4 AM 11: 53

Cause No. _M/50 32/102_

THE STATE OF TEXAS     §     IN THE COUNTY
VS.     §     CRIMINAL COURT NO. C#2
_Joe A Escamilla_     §     DALLAS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

    I, judge of the trial court, certify this criminal case:

☐    is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐    is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐    is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☒    is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐    the defendant has waived the right of appeal.

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

_____     6-4-03
Judge                                Date Signed

    I have received a copy of this certification:

X _____     _____
Defendant (if not represented by counsel)     Defendant's Counsel _Cynthia Barbare_
Mailing Address:                            State Bar No.: 01697475
                                       Mailing Address: 8344 E.L.L. Thornton Hwy
Telephone #:                          Ste 404   DCS   75228
Fax # (if any)                        Telephone #: 214/324-4417
                                       Fax # (if any): 214/324-4446

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case ---- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

Cause No. _M003-21102_

THE STATE OF TEXAS

FILED
CYNTHIA FIGUEROA CALHOUN

IN THE COUNTY CRIMINAL COURT

VS.

2003 JUN -4 AM 11: 53 _CA#2_ _____ OF

_Jose Alfonso Escamilla_ DALLAS COUNTY, TEXAS

OF APPEALS NO. 2
DALLAS COUNTY TEXAS

## COURT'S ADMONITION OF STATUTORY AND CONSTITUTIONAL RIGHTS AND DEFENDANT'S ADKNOWLEDGMENT

The Judge hereby admonishes you of the following Statutory and Constitutional Rights prior to your entry of a plea of guilty/nolo contendere in this case pursuant to the Texas Code of Criminal Procedure and the Constitutions of the State of Texas and the United States of America:

1) You are charged with the offense of ____DWI____
and the maximum range of punishment is: a fine not to exceed $500 / $2000 /$4000; confinement in jail for a term not To exceed 180 days one year; or both such fine and imprisonment.

2) Any recommendation as to what your punishment should be by the prosecuting attorney is not binding on the Court.

3) If you are not a citizen of the United States of America, a plea of guilty or nolo contendere before me for the offense charged may result in your deportation, the exclusion from admission to this country, or a denial of naturalization under Federal law.

4) If you have a Court appointed attorney, you have a right to have ten days from the date your attorney was appointed to prepare for trial.

5) If you receive deferred adjudication and later it is found that you have violated your probation, you may then be found guilty and the Judge can then set your punishment anywhere within the range provided by law.

## PLEA RECOMMENDATION

[X] _90_ days in jail

[ ] $_____ fine plus costs of court

[ ] Jail term probated for _____ months

[ ] Deferred adjudication for _____ months

[ ] Restitution in the amount of

$_____ to:

_____

[ ] Other: _____

_____

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

## PLEA OF GUILTY / NOLO CONTENDERE

Comes now the Defendant herein, in person and by and through Defendant's attorney, if any, having waived the right to jury trial with the approval of the State and Judge, and states that Defendant understands the charge, the penalty range for the offense charged and waives arraignment and reading of the information/indictment and represents to the Judge that the Defendant desires to make immediate disposition of this case by here and now entering a plea of guilty/nolo contendere. The Defendant waives the right to a jury trial, the confrontation of witnesses, the right to present witnesses in defendant's behalf and submits this case to the Judge on all issues of law and fact.

I understand that under Federal Law if I am not a citizen of the United States of America, a plea of guilty/nolo contendere for the offense charged may result in my deportation, exclusion of my admission to this country, or the denial of naturalization.

Wherefore, the Defendant asks the Judge to proceed immediately on the filing hereof, to accept this plea and waivers, and to enter judgment and sentence herein in the manner provided by law. Defendant requests that a presentence report (not) be made. If a presentence report is made, the Defendant hereby authorizes the Judge to inspect the report.

I understand that I have a right to appeal this case to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then after consulting with my attorney, do expressly, voluntarily, knowingly, and intelligently give up and waive my right to appeal this case.

I have read the above and foregoing admonitions by the Judge regarding my rights. I understand the admonitions, and I understnad and am aware of the consequences of my plea. Furthermore, my lawyer, if any, has explained to me all the admonitions given by the Judge in this document.

X_____
Defendant

_____
Attorney for Defendant & Bar Card Number _00794665_

The State hereby consents to and approves the Defendant's waiver of jury and agrees to the above plea recommendation.

_____ _24037146_
Assistant District Attorney & Bar Card Number

Filed: The admonition and waivers, filed with the clerk and presented to the Judge are considered, approved and granted this _4th_ day of _June_____, 20 _03_. The Judge agrees that a presentence report pursuant to the Texas Code of Criminal Procedure not be made.

_____
Judge

**Form M-90 Revised 7-10-2002**                                                    **OVER**

03-13-2003 12:41pm From-ACT QUICK B BONDS 2147445798 Dallas

**BAIL BOND**

№ 8479

THE STATE OF TEXAS, COUNTY OF _Dallas_ MBOELEE102N

VS.

_Jose_ _Escamilla_

RACE _H_    SEX _M_    DOB _9/31/78_

| MISDEMEANOR | X | FELONY | |
|---|---|---|---|

JUDGE: _Campos_    BOOK-IN NO. _0301 88169_

DATE: _3/13/03_    CASE/WARRANT # _8032 1102-2_

KNOW ALL MEN BY THESE PRESENTS: THAT WE, _Jose_ _Escamilla_ AS PRINCIPAL, AND THE UNDERSIGNED ACT QUICK BAIL BONDS, AS SURETY, ARE HELD FIRMLY BOUND UNTO THE STATE OF TEXAS IN THE PENAL SUM OF _Five - thousand_ DOLLARS ($ _500_ _00/100_ ) AND IN ADDITION THERETO, WE ARE BOUND FOR THE PAYMENT OF ALL FEES AND EXPENSES THAT MAY BE INCURRED BY ANY PEACE OFFICER IN RE-ARRESTING THE SAID PRINCIPAL IN THE EVENT ANY OF THE STATED CONDITIONS OF THIS BOND ARE VIOLATED FOR THE PAYMENT OF WHICH SUM OR SUMS WILL AND TRULY TO BE MADE, WE DO BIND OURSELVES, AND EACH OF US, OUR HEIRS, EXECUTORS AND ADMINISTRATORS, JOINTLY AND SEVERALLY. THE CONDITION OF THIS BOND IS THAT THE DEFENDANT HAS BEEN CHARGED WITH _DWI_ AND TO SECURE HIS/HER RELEASE FROM CUSTODY IS ENTERING INTO THIS OBLIGATION BINDING HIM TO MAKE A PERSONAL APPEARANCE ( INSTANTER ) BEFORE COURT TO WHICH THE SAME MAY BE TRANSFERRED AND BASED ON SAID CHARGE. HABEAS CORPUS WITH WRIT-THAT IS SAID PRINCIPAL SHALL WELL AND TRULY APPEAR IN THE _Cr_Court_ COURT OF _Dallas_ TEXAS, AT _____ A.M. ON _____ DAY OF _____, A.D. 20 _03_ IN THE COURTROOM OF SAID COURT, IN THE CITY OF _Dallas_ , COUNTY OF _Dallas_ , TEXAS, PURSUANT TO THE ORDER OF THE JUDGE THIS DAY MADE, GRANTING A WRIT OF HABEAS CORPUS ON APPLICATION OF SAID PRINCIPAL, IT HAVING BEEN CALLED TO HIS ATTENTION THAT SAID PRINCIPAL IS RESTRAINED OF HIS LIBERTY BY A PEACE OFFICER OF DALLAS COUNTY, TEXAS UNDER ACCUSATION OF SAID CHARGE AGAINST THE LAWS OF THE STATE OF TEXAS, SAID WRIT BEING DEPART THERE FROM WITHOUT LEAVE OF SAID COURT, PENDING EXAMINATION OF AND HEARING OF SAID WRIT, IN ORDER TO ABIDE FINAL DETERMINATION THEREOF BY SAID COURT.

I, TOM BENSON, DO SWEAR THAT I AM WORTH AT LEAST THE SUM OF _one - thousand_ DOLLAR, AFTER DEDUCTING FROM MY PROPERTY ALL THAT WHICH IS EXEMPT BY THE CONSTITUTION AND LAWS OF THE STATE FROM FORCED SALE AND AFTER PAYMENT OF ALL BY DEBTS, WHETHER INDIVIDUAL OR SECURITY DEBTS AND AFTER SATISFYING ALL ENCUMBRANCES UPON MY PROPERTY WHICH ARE KNOWN TO ME AND THAT I RESIDE IN DALLAS COUNTY AND HAVE PROPERTY IN THIS STATE LIABLE TO EXECUTION WORTH SAID AMOUNT OR MORE AND THAT I PERSONALLY SIGNED MY NAME AS SURETY TO THIS BOND. I FURTHER SWEAR THAT THERE ARE NO OUTSTANDING JUDGEMENTS IN DALLAS COUNTY, TEXAS OR ELSEWHERE AGAINST THE AFFIANT AND THAT THE AFFIANT MAKES THIS STATEMENT FOR THE EXPRESS PURPOSE OF INDUCING THE APPROVAL AND ACCEPTANCE OF SAID BOND WITH HIMSELF AS A SURETY THEREON, WELL KNOWING, BELIEVING AND INTENDING THAT THE MAKING OF THIS STATEMENT WILL INDUCE THE OFFICIAL CHARGED WITH THE DUTY OF ACCEPTING AND APPROVING SAID BOND TO ACCEPT AND APPROVE THE SAME AND THAT ALL STATEMENTS HEREIN ARE TRUE, SO HELP ME GOD.

PRINCIPAL

ADDRESS: _7048 Weisenberger_     AFFIANT / SURETY

ADDRESS: 515 S. INDUSTRIAL BLVD.

CITY _Dallas_ STATE _TX_    CITY: DALLAS    STATE: TEXAS

ZIP _75212_ PHONE _(214) 357 7183_    ZIP: 75207    PHONE: 214-744-1414

WITNESS / JAILER _G. Varnalyse DSO_    DEPT. / AGENCY

TOM BENSON d/b/a ACT QUICK BAIL BONDS

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS

TAKEN AND APPROVED BY ME THIS _13th_

THE _13th_ DAY OF _March_ 20 _03_

DAY OF _March_ , 20 _03_

JIM BOWLES, SHERIFF, DALLAS CO, TX

NOTARY PUBLIC IN AND FOR DALLAS COUNTY, DALLAS, TEXAS.

BY: _____ DEPUTY

MY COMMISSION EXPIRES _9/16/2006_

Form-IVE-0036 Revised 09/02

ACCOUNT #830    BOND ID# _6208_

Marti Allen Tilley
Notary Public
State of Texas
My Comm. Exp. 9-16-2006



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE
THE COUNTY OF DALLAS · STATE OF TEXAS

## WARRANT OF ARREST AND DETENTION
## DALLAS COUNTY, TEXAS

☐ FELONY          ☒ MISDEMEANOR

020925

BOND AMOUNT:  $  5,000 —

MB0321102 M

COURT NUMBER: _____  WARRANT N!

ESCAMILLA JOSE ALFONSO JR.

The State of Texas vs. ESCAMILLA JR., JOSE ALFONSO

DWI

Arrest Status: ~~JAILED~~  BOND

| | | DATE | BY |
|---|---|---|---|
| I.D. | | 4/1 | MC |
| Assign | | | |
| WRAW | | H/3 | TC |
| TCIC | | | |
| NCIC | | | |
| Rgn | | | |
| Post | | | |

Race  H  Sex  M  DOB  09-03-78  HT _____  WT _____

Res. Add.: 4045 WEISENBERGER  DALLAS, TX  75212 _____ Bus. Add. _____

Name of Bus.: _____ DL NO.: 19405037

Complainant: B.W. Thornton, Texas Highway Patrol, North Texas Tollway Authority  Plano, TX  75093

Date of Offense: 03-13-03 _____ Date Complaint Filed: 03-13-03

Warrant of Arrest Issued To: DSO/DPS  4001 President George Bush Turnpike  Plano, TX  75093

IN THE NAME OF THE STATE OF TEXAS TO ANY SHERIFF OR OTHER PEACE OFFICER OF THE STATE OF TEXAS – GREETINGS:

YOU ARE HEREBY COMMANDED to take(instanter) the body of: ESCAMILLA JR., JOSE ALFONSO

hereinafter called the accused, and him safely keep so that he may be dealt with according to law, and to hold the accused to answer to the State of Texas for an offense against the laws of the said State, namely: D.W.I 1ST M/B

of which misdemeanor offense he is accused by written complaint, made under oath that has been presented to me and that is by this reference incorporated herein for all purposes.

WITNESS BY SIGNATURE THIS ____01____ DAY OF __April__, 2003.



MAGISTRATE, IN AND FOR DALLAS COUNTY, TEXAS

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

COUNTY CRIMINAL COURT *of Apps. #2*

**TODAY'S DATE**
4/29/03

133 North Industrial
Dallas, Texas 75207
(214) 653-_____

**STATE OF TEXAS VS.**

Jose Escamilla
Defendant

CAUSE NO. M03-211-02 m
MB03-211-03 m

**TO THE HONORABLE JUDGE OF SAID COURT:**
On the above date, the captioned cause being set on the docket of this Court, comes now the undersigned counsel for Defendant and requests a continuance of this cause to the following date for the following purpose:

**RESET DATE:** 6 / 4 / 03    **TIME:** 9 : 00

❏ Announcement (Defense has received a recommendation from the State)
❏ Announcement (State contact Complaining Witness/Investigate Restitution) DA initial _____
❏ Announcement : _____ need to file SR-22 _____ filed and awaiting clearance letter
❏ Plea of Guilty (Agreed)
❏ Plea of Guilty / Open to Punishment with witnesses? _____ yes _____ no
❏ Revocation Hearing (Agreed)    Signature of Court PO_____
❏ Probation Violations    Signature of Court PO_____
❏ Contested Revocation Hearing    Signature of Court PO_____
❏ Jury Trial
❏ Trial Before the Court    Breath Test - -117
❏ Motion to Suppress
❏ Motion to Quash
❏ Pre-Trial Hearing, please specify_____
❏ Dismissal: Reason _____ DA initial _____
❏ Restitution on checks
❏ Felony pending - felony cause no. _____
❏ Arraignment (**Defendant must be present**)
❏ Other, specify_____

_TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE_

_____
Counsel for Defense or Pro Se

C. M. Barbare
Please print name of Counsel
❏ Defendant in court

Phone (214) 324-4417

Bar # 01697475

**Recommendation by State or Probation officer:**
_____
_____
_____
_____

❏ **Defendant to Hire Attorney**
Reset in advance of court date
_____
**Defendant**

**Form 520**    **Revised 7/23/01**    **Defendant's Request for Action**

NO. M03-211-02

| STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| | § | |
| VS. | § | COURT OF APPEALS NO. 2 |
| | § | |
| Jose Escamilla Jr. | § | DALLAS COUNTY, TEXAS |

## STATE'S SENTENCE RECOMMENDATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES THE STATE OF TEXAS, by and through Dallas County Criminal District Attorney BILL HILL, in the above styled and numbered cause and on this the ___15___ day of ___April___, 2003, makes this recommendation of punishment conditioned on the defendant having no criminal record or pending cases other than those listed below. This is not an announcement of readiness for trial.

**CHARGE:** DWI (Breath .117)

**REC:** 180/2+ $1000 or 90 days

_____
Mr. Daxton Martin
Assistant District Attorney
State Bar Card Number 24035002

| | | |
|---|---|---|
| _X_ A.T.P. | ___ Life Skills | ___ Register as a Sex Offender |
| ___ C.A.T.S. | ___ Anti-theft Program | ___ Sex Offender Class |
| ___ Interlock | ___ Drug / Alcohol Evaluation | ___ DNA sample |
| ___ Days as a Condition | ___ Urinalysis Testing | _X_ Judge's Conditions |
| ___ Repeat Offender | ___ Psychiatric Evaluation | ___ Stay Away Order |
| ___ Proper License | ___ Anger Counseling | ___ Affirmative Finding of Family Violence |
| ___ Valid Insurance | ___ GED / H.S. Diploma | ___ Family Violence Counseling |
| ___ Clerance Letter | ___ Forfeit Weapon + WEST Prog. | ___ Restitution of $ _____ |

**PRIOR RECORD AND PENDING CASES**

See attached

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

* If Pleaded 3 months from above date.

* As a condition of this plea bargain, the Defendant will submit to fingerprinting by the Clerk of the Court.

* **This Recommendation is a Pre-Trial Recommendation.**

```
CXJ156  NAME ENTERED ESCAMILLA J                          NAME TYPE 39

LN                        ARC RS   DOB    CASE/BOND   CT  CHARGE            DISP

01 ESCAMILLA JOSE              WM  090378  F-9652623   FI  THEFT 1,500 R&   JGSA

02 ESCAMILLA JOSE ALFONSO      WM  090378  MB0136632   MH  EVADE ARREST/D   PGBC

03 ESCAMILLA JOSE ALFONSO      WM  090378  F-9755456   FI  POSS PROH WEAP   DISM

04 ESCAMILLA JOSE ALFONSO JR   WM  090378  MB0321102   MM  DWI

05 ESCAMILLA JOSE ALFONSO JR   WM  090378  MB0321103   MM  DWLS/INV

06 ESCAMILLA JOSE ALFONSO JR   WM  090378  F-0020647   FS  POSS CS INT DE   PGJG


      * * *  E N D   O F   R E C O R D S    R E T R I E V E D  * * *
```



TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

```
LINE NO 01
```

## WARRANT OF ARREST AND DETENTION
## DALLAS COUNTY, TEXAS

☐ FELONY            ☒ MISDEMEANOR

BOND AMOUNT:   $ 5000

COURT NUMBER: _____  WARRANT NUMBER: M03-21102

The State of Texas vs. ESCAMILLA JR., JOSE ALFONSO

Arrest Status: JAILED

Race ___H___ Sex ___M___ DOB ___09-03-78___ HT _____ WT _____

Res. Add.: 4045 WEISENBERGER  DALLAS, TX  75212 _____ Bus. Add._____

Name of Bus.:_____ DL NO.: 19405037 _____

Complainant: B.W. Thornton, Texas Highway Patrol, North Texas Tollway Authority  Plano, TX  75093

Date of Offense: 03-13-03 _____ Date Complaint Filed: 03-13-03 _____

Warrant of Arrest Issued To: DSO/DPS  4001 President George Bush Turnpike  Plano, TX  75093

IN THE NAME OF THE STATE OF TEXAS TO ANY SHERIFF OR OTHER PEACE OFFICER OF THE STATE OF TEXAS – GREETINGS:

               YOU ARE HEREBY COMMANDED to take(instanter) the body of: ESCAMILLA JR., JOSE  ALFONSO

hereinafter called the accused, and him safely keep so that he may be dealt with according to law, and to hold the accused to answer to the State of Texas for an offense against the laws of the said State, namely: D.W.I. 1ST M/B

of which misdemeanor offense he is accused by written complaint, made under oath that has been presented to me and that is by this reference incorporated herein for all purposes.

WITNESS BY SIGNATURE THIS ___01___ DAY OF ___April___, 20_03_.

_____
MAGISTRATE, IN AND FOR DALLAS COUNTY, TEXAS



TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

SHERIFF CASH RECEIPT WRITER
=================================================================

RECEIPT NUMBER 03011208 RECEIPT DATE   03 13 03 AMOUNT 0000000 00

BOND M032110290 TYPE __   CASE              COURT ID 9Z   BOOK NO 03018869

PAYER NAME ACT QUICK BAIL BONDS          PAYER PHONE 000 0000000

ADDRESS 515 N. INDUSTRIAL BL CITY DALLAS         STATE TX ZIP 75207

DEFENDANT NAME ESCAMILLA JOSE ALFON      RACE H SEX M DOB 09 03 1978

ADDRESS 4045 WEISENBERGER    CITY DALLAS         STATE TX ZIP 00000

CHARGE DWI          BONDSMAN NO 830

** COUNTY  CLERK  ACCOUNT  AMOUNT * DIST CLERK  ACCOUNT    AMOUNT *****

CASH BOND           ___    _____ __          ___    _____ __

CAPIAS FINE         ___    _____ __          ___    _____ __

OUT OF COUNTY       ___    _____ __

JP COURTS           ___    _____ __

BONDSMAN LISC FEE   ___    _____ __

FAX BOND FEE        ___    _____ __

SPECIAL FUND        ___    _____ __

CURRENCY 0000000 00    SILVER 0000000 00    BM CHECK 0000000 00


REMARKS CHG DWI 90321102Z

      ID 6308                                   TIME 1255

REASON _____    DEPUTY _____ REGISTER 02

INQUIRY                          NEXT _____



R STATE OF TEXAS VS. JOSE ALFONSO ESCAMILLA JR

ANY SHERIFF OR ANY CONSTABLE OF THE STATE OF TEXAS — GREETING

YOU ARE HEREBY COMMANDED, THAT YOU TAKE INTO CUSTODY, AND COMMIT TO THE
IL OF YOUR COUNTY JOSE ALFONSO ESCAMILLA JR
) WAS ON   06/04/2003      . CONVICTED IN THE COURT OF CRIMINAL APPEALS 2
DALLAS COUNTY, TEXAS, OF DWLS/INV            AND HIS PUNISHMENT
KED AT $100.00      , FINE AND   30 DAYS  IMPRISON IMPRISONMENT, AND
OGMENT WAS ENTERED THEREFOR, TOGETHER WITH ALL COSTS OF SAID PROSECUTION
OUNTING TO A FURTHER SUM OF $281.00        , AND YOU WILL SAFELY KEEP UNTIL
CH TIME AND ALL COSTS HEREIN ARE PAID AND SAID TERM OF IMPRISONMENT HAS
PIRED, OR UNTIL HE IS OTHERWISE DISCHARGED.

WITNESS MY OFFICIAL SIGNATURE, AND SEAL OF OFFICE AT DALLAS, DALLAS COUNTY,
EXAS, AND ISSUED THE _04TH_ DAY OF _    JUNE_, 2003

CYNTHIA FIGUEROA CALHOUN
COURT OF CRIMINAL APPEALS 2

_____        BY _Judy Stanford_____ , DEPUTY

JUDGE

FEES

FINE_____$100.00
COST_____$281.00
TOTAL____$381.00        SENTENCE TO BEGIN 05/23/03

IMPRISONMENT  30 DAYS  IMPRISONMENT

CI,B.T.3-13-03,5-23-03 TO 6-4-03,COST NOT CC/TIM

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

SHERIFF'S RETURN

CAME TO HAND THIS ___23DAY OF ___May___ A.D.20 03 , AND EXECUTED
COLLECTING FROM THE DEFENDANT THE SUM OF $_____ AND CONFINING HIM TO
IL FOR _____12_____ DAYS.

DEFENDANT RELEASED THIS THE _____3 DAY OF ___June___ A.D. 20 03

20 DAYS GOOD TIME
__DAYS CREDIT          J. C. BOWLES
__DAYS I/P            SHERIFF, DALLAS COUNTY, TEXAS
__DAYS FOR FCC

BY_____
PUTY

CB504.A05678.R08708                     **NOTICE OF CONVICTIONS**                    06/05/03

## CONVICTION - BOND FORFEITURE - MENTALLY INCOMPETENT - EDUCATION PROGRAM

(PRINT OR TYPE)   JOSE ALFONSO ESCAMILLA JR
NAME _____
      (FIRST)                    (MIDDLE)          (LAST)              (SSN)

ADDRESS 4045 WEISENBERGER _____ CITY __DALLAS____ , TEXAS __75212__
                                                                     ZIP CODE

DL/ID NO. __19405037____ BIRTHDATE _09 03 78_ RACE __W__ SEX __M__
(INDICATE STATE IF OTHER THAN TEXAS)

OFFENSE COMMITTED ___X__ MISDEMEANOR ____ FELONY ___ BOND FORFEITURE

OFFENSE COMMITTED DWLS/INV _____
(SEE REVERSE FOR LISTING OF OFFENSES)

DATE OFFENSE                  CONVICTION
COMMITTED 03 13 03 _____   DATE 06 04 03  PENALTY  30 DAYS    0    PROB._____
                                                    $100.00    AND COURT COSTS

OFFENSE COMMITTED IN                     TRANSPORTING HAZARDOUS
COMMERCIAL VEHICLE _____ YES ____ NO _____ UNKNOWN   MATERIAL _____ YES _____ NO _____ UNKNOWN

### DRIVER LICENSE OR OPERATING PRIVILEGE SUPENDED

BEGINNING DATE _____  ENDING DATE _____

> NOTE: COURT MUST INDICATE BEGINNING AND ENDING DATE OF SUSPENSION ON DRIVING WHILE INTOXICATED/ALCOHOL, DRIVING
> WHILE INTOXICATED/DRUGS AND INVOLUNTARY MANSLAUGHTER. ALL OTHER OFFENSES LEAVE SUSPENSION DATES BLANK.
> SUSPENSION IS AUTOMATIC BY OPERATION OF LAW.

### DRUG EDUCATION PROGRAM REQUIRED

DRUG EDUCATION PROGRAM
SUCCESSFULLY COMPLETED    _____
                                    DATE

### DWI EDUCATION PROGRAM

DWI EDUCATION PROGRAM REQUIRED               DWI EDUCATION PROGRAM FOR  REPEAT OFFENDERS
DWI PROBATION GRANTED                        REQUIRED TO ATTEND EDUCTION PROGRAM _____
REQUIRED TO ATTEND EDUCTION PROGRAM _____          DATE                              DATE

DWI EDUCATION PROGRAM                        DWI EDUCATION PROGRAM FOR REPEAT OFFENDERS
SUCCESSFULLY COMPLETED   _____          SUCCESSFULLY COMPLETED   _____
                             DATE                                        DATE

DWI EDUCATION PROGRAM WAIVED   _____
                                  DATE

### GRANTED DWI EDUCATION PROGRAM  EXTENSION

DATE EXTENDED FROM _____ TO _____

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

CERTIFIED BY
SIGNATURE _____  TITLE _____
COURT __MM_____  CAUSE # __MB0321103M____ COUNTY __DALLAS__

SEE REVERSE SIDE.                                            DIC 17 (1/94)

**NOTICE OF DISPOSITION**
**IN COURT OF CRIMINAL APPEALS 2**
**DALLAS COUNTY, TEXAS**                                              SEQ   0006

CASE NUMBER MB0321103M                                      DATE  060403
OFFENSE DWLS/INV                                            TIME  125529
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF ESCAMILLA JOSE ALFONSO JR              RACE W SEX M DOB 090378
BNO 03037986
DISPOSED BY PGBC

SENTENCE
  30 DAYS TO H JAIL                        APPEAL  _____

     SPECIAL CONDITION                     MNT  _____


   $      100.00 FINE  $      281.00 COST        SENTENCE TO BEGIN   052303
ADDITIONAL CREDIT FOR TIME SERVED
   CI,B.T.3-13-03,5-23-03_TO_6-4-03,COST_NOT_CC/TIM
REMARKS   DEFENDANT WAS GIVEN ALTERNATIVE MEANS TO PAY FINE AND COST._____
   DEFENDANT ELECTED TO SERV EOUT FINE AND COST IN JAIL._____
   FINE AND COST ARE TO BE SERVED CONSECUTIVELY WITH JAIL SENTENCE._____
   _____

CYNTHIA FIGUEROA CALHOUN          -------------------------------------------
COUNTY CLERK                      ]       RELEASE INFORMATION            ]
DALLAS COUNTY, TEXAS              ] REMARKS  _____ ]
                                  ]       _____  ]
BY SAMFORD J                      ]       _____  ]
   DEPUTY CLERK                   ]       _____  ]
                                  ]       _____  ]
                                  -------------------------------------------



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

CAUSE NO. _____MB-0321103-M_____

THE STATE OF TEXAS
VS.
JOSE ALFONSO ESCAMILLA, JR.

IN THE COUNTY CRIMINAL COURT
of appeals #2
_____OF
DALLAS COUNTY, TEXAS

### JUDGEMENT ON NEGOTIATED PLEA OF GUILTY OR NOLO CONTENDERE
### BEFORE: XX_____ PRESIDING JUDGE / _____ MAGISTRATE
### NO COMMUNITY SUPERVISION

DATE OF JUDGEMENT ___JUNE 4th, 2003___          TERM ___APRIL___ 20 _03_

JUDGE PRESIDING:
JUDGE BURSON

MAGISTRATE:

ATTORNEY
FOR STATE:      MICHEAL MOSS

ATTORNEY
FOR DEFENDANT:

OFFENSE CONVICTED OF:                    DWLS/INV.

CLASS B   MISDEMEANOR          DATE OFFENSE COMMITTED: MARCH 13th, 2003

CHARGING INSTRUMENT: INFORMATION / XXXXXXXXXX   PLEA: GUILTY / NOLO CONTENDERE

FINDING OF COURT: GUILTY

TERMS OF NEGOTIATED   30 days in jail      PLEA BARGAIN AGREEMENT
PLEA BARGAIN: (IN DETAIL) $100.00 fine + costs   FOLLOWED: YES / XXXXX

DATE SENTENCE IMPOSED                   COST:  YES / XXXxxxx
JUNE 4th, 2003

PUNISHMENT AND PLACE OF CONFINEMENT:

30 days ___ CONFINEMENT IN THE DALLAS COUNTY JAIL AND A FINE OF $ ___100.00___
DATE TO COMMENCE:
JUNE 4th, 2003

CREDIT FOR TIME SERVED:      YES         FINE PROBATED: XXXS / NO

TX.C.C.P. COUNSELING FEE, IF APPLICABLE: $  -0-   NOT TO EXCEED $500.00

RESTITUTION / REPARATION: XXS / NO      IF YES, NAME OF VICTIM:
ADDRESS OF VICTIM OR AGENCY TO COLLECT PAYMENTS:

AFFIRMATIVE FINDING OF FAMILY VIOLENCE, IF APPLICABLE: XXXS / NO

CASE TO RUN : XXXXXXXXXXXXXX  CONCURRENT WITH ALL OTHER CASES

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

On this day, set forth above, the above styled and numbered cause was called for trial. The State of Texas and Defendant appeared by and through the above named attorneys and announced ready for trial. Defendant appeared in person in open court. Where Defendant was not represented by counsel, Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel.

Having been admonished of the right to a jury trial, the Defendant waived the right to a jury trial in writing and in open court with the consent and approval of the Judge or Magistrate, the Defendant's attorney, if any, and the prosecuting attorney named above. The consent and approval of the waiver of jury trial was entered of record in the minutes of the court before the Defendant entered this plea.

The Defendant entered the above plea to the charge contained in the information/indictment. If it is shown above that there was a plea bargain agreement, the Defendant was informed as to whether or not the Judge or Magistrate would follow or reject such agreement. It plainly appears to the Judge / Magistrate that Defendant is mentally competent and said plea free and voluntary, the said plea is accepted by the Judge / Magistrate and is now entered of record as the plea of the Defendant. After hearing evidence offered, the Judge / Magistrate finds the Defendant guilty of the offense as shown above and that the offense was committed by said Defendant on the date set forth above.

_____*It is, therefore, ordered and decreed by the Judge or* _____*considered and recommended by the Magistrate* that said Defendant be adjudged guilty of the offense as shown above on the date as shown above, and that said defendant is sentenced to a term of imprisonment or fine or both, as set out above, and shall be confined for the above named term in accordance with the provision by the court appointed attorney or public defender in this cause, if any, and restitution or reparation, if any, as set forth above. The Judge / Magistrate finds that the Defendant has the financial resources to enable the Defendant to offset said costs in the amount ordered.

If the Magistrate has heard this plea, the Judge has reviewed the findings, actions, and recommendations of the Magistrate in this cause, finds that the terms of the negotiated plea agreement in this cause have been followed and hereby adopts all findings, actions and recommendations of the Magistrate in this cause. The Defendant is hereby adjudged guilty of the offense as set out above and ordered punished in accordance with the recommendations of the Magistrate. The judgment as shown above is hereby in all things approved and confirmed, and is hereby ordered into affect. The Court approved the finding of the Magistrate that the Defendant has the financial resources to enable the Defendant to offset any fines, court costs, expenses of legal services and restitution or in the amount ordered.

Attached to this judgment and incorporated by reference, are the terms of any fee payment pursuant to the Texas Code of Criminal Procedure, if applicable.

Following the disposition of this cause, the Defendant's fingerprint was placed upon a Certificate of Fingerprint. Said certificate is attached hereto and is incorporated by reference as a part of this judgment.

SIGNED AND ENTERED THIS _4th_ DAY OF _____JUNE_____ , 20 _03_ .

JUDGE, COUNTY CRIMINAL COURT _____
DALLAS COUNTY, TEXAS

FORM M-330
REVISED 2-8-2001

Cause No. _M B03-24103_

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY |
| VS. _Jose A. Escamilla_ | § | CRIMINAL COURT NO. _C of 2_ |
| | § | DALLAS COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☒ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal.

_____ Judge

_6-4-03_ Date Signed

I have received a copy of this certification:

_____
Defendant (if not represented by counsel)
Mailing Address:

Telephone #:
Fax # (if any)

_____
Defendant's Counsel _Cynthia Barbare_
State Bar No.: _01697425_
Mailing Address: _8344 E. R. L. Thornton Fwy_
_Ste 404 DLS TX 75228_
Telephone #: _214/324-4417_
Fax # (if any): _214/324-4440_

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case ---- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

Revised 5/2002
FORM NO. M-130

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

_____
Defendant

_____
Attorney for Defendant & Bar Number _00071668_

The State hereby consents to and approves the Defendant's waiver of jury and agrees to the above plea recommendation.



_24037/46_
Assistant District Attorney & Bar Card Number

Filed: The admonition and waivers, filed with the clerk and presented to the Judge are considered, approved and granted

Book'o
0305 7986

INSUFFICENT BOND WARRANT
WARRANT OF ARREST

CAUSE NO.:M 0321103  M   THE STATE OF TEXAS VS.:ESCAMILLA JOSE ALFONSO

TO ANY PEACE OFFICER OF THE STATE OF TEXAS GREETING:

YOU ARE HEREBY COMMANDED TO ARREST

    DEF NAME:ESCAMILLA JOSE ALFONSO JR    RACE:W  SEX:M  DOB:
    AKA NAME:
    ADDRESS:4045 WEISENBERGER    NEW BOND SET AT:   $1000.00
    CITY, ST:DALLAS TX    BOND TYPE:CASH OR SURETY
    TRACKING NO:0076734100 A002    SID NUMBER:TX05750100
    BUSINESS ADDRESS:
    HT:  FT:  IN WT:  HAIR:   EYES:
    DL NO:   19405037 ST:TX    SSN#:

    YOU ARE HEREBY COMMANDED TO TAKE THE BODY OF ESCAMILLA JOSE ALFONSO JR
IN THE ABOVE STYLED AND NUMBERED CAUSE, AND SAFELY KEEP HIM SO THAT YOU
HAVE HIM BEFORE THE COUNTY CRIMINAL COURT OF APPEALS 2 OF DALLAS COUNTY,
TEXAS, AT THE COURTHOUSE OF SAID COUNTY, INSTANTER, THEN AND THERE TO ANSWER
THE STATE OF TEXAS  IN A CHARGE  HEREIN FILED BY COMPLAINT  AND  INFORMATION,
FILED 14 TH DAY OF    APRIL, A.D. 2003, WHEREIN THE SAID DEFENDANT IS
CHARGED WITH THE OFFENSE OF DWLC/INV        IN ORDER FOR THE
DEFENDANT TO BE RELEASED  FROM CUSTODY THE DEFENDANT MUST POST  IN LIEU OF A
A SURETY BOND   $1000.00 CURRENT MONEY OF THE UNITED STATES.  SEE ARTICLE
15.18.

        JUDGE, COUNTY CRIMINAL COURT OF APPEALS 2
        DALLAS COUNTY, TEXAS

    WITNESS MY HAND AND SEAL OF SAID COURT IN ATTESTATION HEREOF ON THIS 21 ST
DAY OF      MAY, A. D. 2003.

    EARTHA FIGUEROA CALHOUN CLERK, COUNTY CRIMINAL COURT
    DALLAS COUNTY, TEXAS

        BY: R SEEGER          , DEPUTY

| | DATE | BY |
|---|---|---|
| I.D. | 5-23 | LG |
| Assign | | |
| WRAW | 523 | |
| TCIC | | |
| NCIC | | |
| Rgn | | |
| | | |
| Post | | |

COMMENT:

    "DEFENDANT IN DALLAS COUNTY JAIL"
        SHERIFF'S RETURN

CAME TO HAND THE 23rd DAY OF  May  , 03 , AND EXECUTED THE 23  DAY
OF  May  , 03 , BY ARRESTING THE ABOVE NAMED DEFENDANT AND

RETURNED THIS      DAY OF _____ , _____ ,                  MILEAGE   $
SHERIFF, DALLAS COUNTY, TEXAS                                FEES      $
BY _____ DEPUTY                            TOTAL     $


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

S T A T E   O F   T E X A S               BNO 03037986   LAI# 0776980

C O U N T Y   O F   D A L L A S                              NO.

I, JANET W. LUSK              , OF DALLAS COUNTY, TEXAS, SITTING AS

A MAGISTRATE, DO HEREBY CERTIFY THAT ON THIS, THE 24TH DAY OF MAY       , 2003,

AT 0733 AM, SITTING       AT 111 COMMERCE, CITY OF DALLAS, DALLAS COUNTY, TEXAS

APPEARED ESCAMILLA JOSE              H/M 09/03/78 BEING A PERSON

UNDER ARREST, AND THAT I HAVE IN CLEAR LANGUAGE INFORMED THE PERSON ARRESTED
OF THE ACCUSATION AGAINST HIM AND OF ANY AFFIDAVIT FILED HEREWITH, AND OF HIS
RIGHT TO RETAIN COUNSEL, AND OF HIS RIGHT TO THE APPOINTMENT OF COUNSEL IF
HE IS INDIGENT AND CANNOT AFFORD COUNSEL, AND OF HIS RIGHT TO REMAIN SILENT,
AND OF HIS RIGHT TO HAVE AN ATTORNEY PRESENT DURING ANY INTERVIEW WITH PEACE
OFFICERS OR ATTORNEYS REPRESENTING THE STATE, AND OF HIS RIGHT TO TERMINATE
THE INTERVIEW AT ANY TIME, AND OF HIS RIGHT TO HAVE AN EXAMINING TRIAL.

I INFORMED THE PERSON ARRESTED THAT HE DOES NOT HAVE TO MAKE ANY STATE-
MENT AT ALL, AND THAT ANY STATEMENT MADE BY HIM MAY BE USED IN EVIDENCE AGAINST
HIM ON HIS TRIAL FOR THE OFFENSE CONCERNING WHICH THE STATEMENT IS MADE.

I INFORMED THE PERSON ARRESTED THAT REASONABLE TIME AND OPPORTUNITY WOULD
BE ALLOWED HIM TO CONSULT COUNSEL AND OF HIS RIGHTS TO BAIL IF ALLOWED BY LAW.

I ALSO INFORMED THE PERSON ARRESTED THAT IF HE IS NOT A CITIZEN OF THE
UNITED STATES THAT HE MAY HAVE THE RIGHT TO CONTACT CONSULAR OFFICIALS FROM HIS
COUNTRY AND THAT IF HE IS A CITIZEN OF CERTAIN COUNTRIES THAT CONSULAR
OFFICIALS WOULD BE NOTIFIED OF THIS ARREST WITHOUT FURTHER ACTION REQUIRED ON
HIS PART.

_____ THE PERSON ARRESTED REFUSED TO STATE HIS CITIZENSHIP.

__✓__ THE PERSON ARRESTED STATED THAT HE IS A CITIZEN OF THE UNITED STATES OF
       AMERICA.

_____ THE PERSON ARRESTED STATED THAT HE IS A CITIZEN OF _____
       A MANDATORY NOTIFICATION COUNTRY UNDER THE TERMS OF THE VIENNA CONVENTION
       ON CONSULAR RELATIONS, AND THE COURT ADMONISHED HIM THAT CONSULAR
       OFFICIALS OF HIS COUNTRY WOULD BE NOTIFIED OF THIS ARREST AS SOON AS
       POSSIBLE.

_____ THE PERSON ARRESTED STATED THAT HE IS A CITIZEN OF _____
       A DISCRETIONARY NOTIFICATION COUNTRY.
       _____ THE PERSON ARRESTED THEN STATED THAT HE DID WISH NOTICE OF THIS ARREST
             TO BE SENT TO THE CONSULAR OFFICIALS OF HIS COUNTRY AND I INFORMED HIM
             THAT NOTICE WOULD BE SENT AS SOON AS POSSIBLE.

       _____ THE PERSON ARRESTED THEN STATED THAT HE DID NOT WISH NOTICE OF THIS
             ARREST TO BE SENT TO THE CONSULAR OFFICIALS OF HIS COUNTRY.

PAGE 1 OF 2

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

BNO 03037986    LAI#  0776980

MB    DWLS/INV/BINSF        M-0321103M    MM    $1,000 Bond

REMANDED TO CUSTODY OF    DSO

IN WITNESS WHEREOF, I HAVE SUBSCRIBED MY NAME THIS THE
24TH DAY OF MAY        , 2003

---

MAGISTRATE OF DALLAS COUNTY, TEXAS



PAGE 2 OF 2

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

3-27

03-13-2003  12:41pm  From-ACT QUICK BAIL BONDS          +2147446736          T-312  P.001/002  F-219

## BAIL BOND

№ 8477  THE STATE OF TEXAS, COUNTY OF _____ Dallas MBUBLEED OSM

VS. _____ Escamilla

| | | |
|---|---|---|
| Jose | | DALLAS COUNTY, TEXAS |

First _____ Middle _____ Last

RACE **H** SEX **M** DOB 9/20/76

MISDEMEANOR **X**  FELONY _____

JUDGE: Campos  BOOK-IN NO. 0501 8868 TEXAS

DATE: 3/13/03  CASE/WARRANTY # _____ Bo32 1103 2

KNOW ALL MEN BY THESE PRESENTS: THAT WE, _____ Jose _____ Escamilla _____ AS PRINCIPAL, AND THE UNDERSIGNED **ACT QUICK BAIL BONDS**, AS SURETY, ARE HELD FIRMLY BOUND UNTO THE STATE OF TEXAS IN THE PENAL SUM OF Five - hundred DOLLARS ($ 500.00/100) AND IN ADDITION THERETO, WE ARE BOUND FOR THE PAYMENT OF ALL FEES AND EXPENSES THAT MAY BE INCURRED BY ANY PEACE OFFICER IN RE-ARRESTING THE SAID PRINCIPAL IN THE EVENT ANY OF THE STATED CONDITIONS OF THIS BOND ARE VIOLATED FOR THE PAYMENT OF WHICH SUM OR SUMS WILL AND TRULY TO BE MADE, WE DO BIND OURSELVES, AND EACH OF US, OUR HEIRS, EXECUTORS AND ADMINISTRATORS, JOINTLY AND SEVERALLY. THE CONDITION OF THIS BOND IS THAT THE DEFENDANT HAS BEEN CHARGED WITH _____ DWCS _____ AND TO SECURE HIS/HER RELEASE FROM CUSTODY IS ENTERING INTO THIS OBLIGATION BINDING HIM TO MAKE A PERSONAL APPEARANCE ( INSTANTER ) BEFORE COURT TO WHICH THE SAME MAY BE TRANSFERRED AND BASED ON SAID CHARGE. HABEAS CORPUS WITH WRIT-THAT IS SAID PRINCIPAL SHALL WELL AND TRULY APPEAR IN THE Instanter COURT OF Dallas TEXAS, AT _____ AM, ON THE _____ DAY OF _____ A.D. 20 02. IN THE COURTROOM OF SAID COURT, IN THE CITY OF Dallas , COUNTY OF Dallas , TEXAS, PURSUANT TO THE ORDER OF THE JUDGE THIS DAY MADE, GRANTING A WRIT OF HABEAS CORPUS ON APPLICATION OF SAID PRINCIPAL, IT HAVING BEEN CALLED TO HIS ATTENTION THAT SAID PRINCIPAL IS RESTRAINED OF HIS LIBERTY BY A PEACE OFFICER OF DALLAS COUNTY, TEXAS UNDER ACCUSATION OF SAID CHARGE AGAINST THE LAWS OF THE STATE OF TEXAS, SAID WRIT BEING DEPART THERE FROM WITHOUT LEAVE OF SAID COURT, PENDING EXAMINATION OF AND HEARING OF SAID WRIT, IN ORDER TO ABIDE FINAL DETERMINATION THEREOF BY SAID COURT.

I, TOM BENSON, DO SWEAR THAT I AM WORTH AT LEAST THE SUM OF one - thousand DOLLAR, AFTER DEDUCTING FROM MY PROPERTY ALL THAT WHICH IS EXEMPT BY THE CONSTITUTION AND LAWS OF THE STATE FROM FORCED SALE AND AFTER PAYMENT OF ALL MY DEBTS, WHETHER INDIVIDUAL OR SECURITY DEBTS AND AFTER SATISFYING ALL ENCUMBRANCES UPON MY PROPERTY WHICH ARE KNOWN TO ME AND THAT I RESIDE IN DALLAS COUNTY AND HAVE PROPERTY IN THIS STATE LIABLE TO EXECUTION WORTH SAID AMOUNT OR MORE AND THAT I PERSONALLY SIGNED MY NAME AS SURETY TO THIS BOND. I FURTHER SWEAR THAT THERE ARE NO OUTSTANDING JUDGEMENTS IN DALLAS COUNTY, TEXAS OR ELSEWHERE AGAINST THE AFFIANT AND THAT THE AFFIANT MAKES THIS STATEMENT FOR THE EXPRESS PURPOSE OF INDUCING THE APPROVAL AND ACCEPTANCE OF SAID BOND WITH HIMSELF AS A SURETY THEREON, WELL KNOWING, BELIEVING AND INTENDING THAT THE MAKING OF THIS STATEMENT WILL INDUCE THE OFFICIAL CHARGED WITH THE DUTY OF ACCEPTING AND APPROVING SAID BOND TO ACCEPT AND APPROVE THE SAME AND THAT ALL STATEMENTS HEREIN ARE TRUE, SO HELP ME GOD.

| PRINCIPAL | AFFIANT / SURETY |
|---|---|
| ADDRESS: 105 Weisenberger | ADDRESS: 515 S. INDUSTRIAL BLVD. |
| CITY Dallas STATE TX | CITY: DALLAS STATE: TEXAS |
| ZIP 75211 PHONE 214 435 1013 | ZIP: 75207 PHONE: 214-744-1414 |

Escamilla _____ DSO

WITNESS / JAILER  DEPT. / AGENCY

TAKEN AND APPROVED BY ME THIS 12th DAY OF March , 20 03

JIM BOWLES, SHERIFF, DALLAS CO, TX

BY: _____ DEPUTY

Form BA-0036 Revised 09/02

Mark Allen Tilley
Notary Public
State of Texas
My Comm. Exp. 9-16-2006

TOM BENSON d/b/a ACT QUICK BAIL BONDS
SWORN TO AND SUBSCRIBED BEFORE ME ON THIS THE 12th DAY OF March 20 03

NOTARY PUBLIC IN AND FOR DALLAS COUNTY, DALLAS, TEXAS.

MY COMMISSION EXPIRES 9 16 2006

ACCOUNT #830  BOND ID# 1030B

*MO321103-90*

## WARRANT OF ARREST AND DETENTION
## DALLAS COUNTY, TEXAS

☐ FELONY          ☒ MISDEMEANOR

BOND AMOUNT:    $ 2,500

020926

MB0321103 M

COURT NUMBER: _____ WARR

ESCAMILLA JOSE ALFONSO JR_____

The State of Texas vs. ESCAMILLA JR., JOSE ALFONSO _____

DWLS/INV

Arrest Status: ~~JAILED~~ *BOND*

| | | DATE | B |
|---|---|---|---|
| I.D. Assign | | | |
| WRAW | | | |
| TCIC | | | |
| NCIC | | | |
| Rgn | | | |

Race __H__   Sex __M__   DOB __09-03-78__   HT _____ WT

Res. Add.: 4045 WEISENBERGER  DALLAS, TX  75212 _____ Bus. Add. _____

Name of Bus.: _____ DL NO.: 19405037

Complainant: B. W. Thornton, Texas Highway Patrol, North Texas Tollway Authority  Plano, TX  75093

Date of Offense: 03-13-03 _____   Date Complaint Filed: 03-13-03 _____   Post

Warrant of Arrest Issued To: DSO/DPS 4001 President George Bush Turnpike  Plano, TX  75093

IN THE NAME OF THE STATE OF TEXAS TO ANY SHERIFF OR OTHER PEACE OFFICER OF THE STATE OF TEXAS – GREETINGS:

YOU ARE HEREBY COMMANDED to take(instanter) the body of: ESCAMILLA JR., JOSE ALFONSO _____

hereinafter called the accused, and him safely keep so that he may be dealt with according to law, and to hold the accused to answer to the State of Texas for an offense against the laws of the said State, namely:  D.W.L.S. DEPT. SUSP. M/B _____

of which misdemeanor offense he is accused by written complaint, made under oath that has been presented to me and that is by this reference incorporated herein for all purposes.

WITNESS BY SIGNATURE THIS____01____DAY OF____April____, 20 03 .

_____
MAGISTRATE, IN AND FOR DALLAS COUNTY, TEXAS

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

IN THE CRIMINAL COUNTY COURTS OF
DALLAS COUNTY, TEXAS

THE STATE OF TEXAS                          NO.:   M-0321103

VS.: ESCAMILLA JOSE ALFONSO JR        CHARGE:   DWLS/INV

INSTRUCTIONS RELATING TO PRELIMINARY INITIAL APPEARANCE

ON THIS DATE APPEARED  ESCAMILLA JOSE ALFONSO , HEREINAFTER REFERRED
TO AS DEFENDANT, WHO MAKES HIS INITIAL APPEARANCE IN CONNECTION WITH
THE ABOVE NUMBERED CAUSE. AT THIS APPEARANCE A HEARING WAS HELD, AT
WHICH THE FOLLOWING TOOK PLACE:

1. DEFENDANT WAS INFORMED AS PROVIDED IN ART. 15. 17 CCP

2. BAIL WAS SET IN THE AMOUNT OF $              500.00

3. ALL MISDEMEANOR CHARGES ASSOCIATED WITH THIS ARREST ARE
   ASSIGNED TO AND SHALL BE FILED IN   LYNN BURSON            COURT,
   COURT OF CRIMINAL APPEALS 2

4. DEFENDANT IS INSTRUCTED TO APPEAR WITH COUNSEL, IN THE ABOVE
   NAMED COURT AT 09:00 AM ON    MARCH         27 , 2003

COPIES OF THESE INSTRUCTIONS SERVED ON DEFENDANT AND TRANSPORTING
OFFICER ON THIS     13TH    DAY OF   MARCH         , 2003


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

IN T   CRIMINAL COUNTY COURTS OF
DALLAS COUNTY, TEXAS

THE STATE OF TEXAS                          NO.:  M-0321102

VS.: ESCAMILLA JOSE ALFONSO JR      CHARGE:  DWI

INSTRUCTIONS RELATING TO PRELIMINARY INITIAL APPEARANCE

ON THIS DATE APPEARED  ESCAMILLA JOSE ALFONSO , HEREINAFTER REFERRED
TO AS DEFENDANT, WHO MAKES HIS INITIAL APPEARANCE IN CONNECTION WITH
THE ABOVE NUMBERED CAUSE. AT THIS APPEARANCE A HEARING WAS HELD, AT
WHICH THE FOLLOWING TOOK PLACE:

1. DEFENDANT WAS INFORMED AS PROVIDED IN ART. 15. 17 CCP

2. BAIL WAS SET IN THE AMOUNT OF $            500.00

3. ALL MISDEMEANOR CHARGES ASSOCIATED WITH THIS ARREST ARE
   ASSIGNED TO AND SHALL BE FILED IN   LYNN BURSON            COURT,
   COURT OF CRIMINAL APPEALS 2

4. DEFENDANT IS INSTRUCTED TO APPEAR WITH COUNSEL, IN THE ABOVE
   NAMED COURT AT 09:00 AM ON   MARCH            27 , 2003

COPIES OF THESE INSTRUCTIONS SERVED ON DEFENDANT AND TRANSPORTING
OFFICER ON THIS     13TH   DAY OF   MARCH        , 2003



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE



S, T A T E   O F   T E X A S                                  BNO 03018869    LAI#

C O U N T Y   O F   D A L L A S                                          NO.

I, ALFRED CAMPOS JR.            , OF DALLAS COUNTY, TEXAS, SITTING AS

A MAGISTRATE, DO HEREBY CERTIFY THAT ON THIS, THE 13TH DAY OF MARCH      , 2003,

AT 0812 AM, SITTING          AT 111 COMMERCE, CITY OF DALLAS, DALLAS COUNTY, TEXAS

APPEARED ESCAMILLA JOSE ALFONSO JR          H/M 09/03/78 BEING A PERSON

UNDER ARREST, AND THAT I HAVE IN CLEAR LANGUAGE INFORMED THE PERSON ARRESTED
OF THE ACCUSATION AGAINST HIM AND OF ANY AFFIDAVIT FILED HEREWITH, AND OF HIS
RIGHT TO RETAIN COUNSEL, AND OF HIS RIGHT TO THE APPOINTMENT OF COUNSEL IF
HE IS INDIGENT AND CANNOT AFFORD COUNSEL, AND OF HIS RIGHT TO REMAIN SILENT,
AND OF HIS RIGHT TO HAVE AN ATTORNEY PRESENT DURING ANY INTERVIEW WITH PEACE
OFFICERS OR ATTORNEYS REPRESENTING THE STATE, AND OF HIS RIGHT TO TERMINATE
THE INTERVIEW AT ANY TIME, AND OF HIS RIGHT TO HAVE AN EXAMINING TRIAL.

I INFORMED THE PERSON ARRESTED THAT HE DOES NOT HAVE TO MAKE ANY STATE-
MENT AT ALL, AND THAT ANY STATEMENT MADE BY HIM MAY BE USED IN EVIDENCE AGAINST
HIM ON HIS TRIAL FOR THE OFFENSE CONCERNING WHICH THE STATEMENT IS MADE.

I INFORMED THE PERSON ARRESTED THAT REASONABLE TIME AND OPPORTUNITY WOULD
BE ALLOWED HIM TO CONSULT COUNSEL AND OF HIS RIGHTS TO BAIL IF ALLOWED BY LAW.

I ALSO INFORMED THE PERSON ARRESTED THAT IF HE IS NOT A CITIZEN OF THE
UNITED STATES THAT HE MAY HAVE THE RIGHT TO CONTACT CONSULAR OFFICIALS FROM HIS
COUNTRY AND THAT IF HE IS A CITIZEN OF CERTAIN COUNTRIES THAT CONSULAR
OFFICIALS WOULD BE NOTIFIED OF THIS ARREST WITHOUT FURTHER ACTION REQUIRED ON
HIS PART.

___ THE PERSON ARRESTED REFUSED TO STATE HIS CITIZENSHIP.

___ THE PERSON ARRESTED STATED THAT HE IS A CITIZEN OF THE UNITED STATES OF
AMERICA.

___ THE PERSON ARRESTED STATED THAT HE IS A CITIZEN OF _____
A MANDATORY NOTIFICATION COUNTRY UNDER THE TERMS OF THE VIENNA CONVENTION
ON CONSULAR RELATIONS, AND THE COURT ADMONISHED HIM THAT CONSULAR
OFFICIALS OF HIS COUNTRY WOULD BE NOTIFIED OF THIS ARREST AS SOON AS
POSSIBLE.

___ THE PERSON ARRESTED STATED THAT HE IS A CITIZEN OF _____
A DISCRETIONARY NOTIFICATION COUNTRY.
___ THE PERSON ARRESTED THEN STATED THAT HE DID WISH NOTICE OF THIS ARREST
TO BE SENT TO THE CONSULAR OFFICIALS OF HIS COUNTRY AND I INFORMED HIM
THAT NOTICE WOULD BE SENT AS SOON AS POSSIBLE.

___ THE PERSON ARRESTED THEN STATED THAT HE DID NOT WISH NOTICE OF THIS
ARREST TO BE SENT TO THE CONSULAR OFFICIALS OF HIS COUNTRY.

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
... RK'S OFFICE

BNO 03018869   LAI#

MB    DWI          90321102 Z  9Z  500

MB    DWLS/INV     90321103 Z  9Z  500

REMANDED TO CUSTODY OF    DSO

IN WITNESS WHEREOF, I HAVE SUBSCRIBED MY NAME THIS THE
13TH DAY OF MARCH     , 200

--------------------------------------------------------

MAGISTRATE OF DALLAS COUNTY, TEXAS

PAGE 2 OF 2



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

NO. _M03-211-03_

| STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| | § | |
| VS. | § | COURT OF APPEALS NO. 2 |
| | § | |
| _Jose Escamilla Jr._ | § | DALLAS COUNTY, TEXAS |

### STATE'S SENTENCE RECOMMENDATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES THE STATE OF TEXAS, by and through Dallas County Criminal District Attorney BILL HILL, in the above styled and numbered cause and on this the ____ _15_ ____ day of ___ _April_ ____, 2003, makes this recommendation of punishment conditioned on the defendant having no criminal record or pending cases other than those listed below. This is not an announcement of readiness for trial.

**CHARGE:** _DWLS_

**REC:** _120/1 + *500_
_or 30days + *100_

_____
Mr. Daxton Martin
Assistant District Attorney
State Bar Card Number 24035002

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

| | | |
|---|---|---|
| ___ V.I.P. | ___ Life Skills | ___ Register as a Sex Offender |
| ___ C.A.T.S. | ___ Anti-theft Program | ___ Sex Offender Class |
| ___ Interlock | ___ Drug / Alcohol Evaluation | ___ DNA sample |
| ___ Days as a Condition | ___ Urinalysis Testing | _X_ Judge's Conditions |
| ___ Repeat Offender | ___ Psychiatric Evaluation | ___ Stay Away Order |
| ✓ Proper License | ___ Anger Counseling | ___ Affirmative Finding of Family Violence |
| ✓ Valid Insurance | ___ GED / H.S. Diploma | ___ Family Violence Counseling |
| ___ Clerance Letter | ___ Forfeit Weapon + WEST Prog. | ___ Restitution of $ _____ |

**PRIOR RECORD AND PENDING CASES**

_See attached_

_____

_____

\* If Pleaded 3 months from above date.

\* As a condition of this plea bargain, the Defendant will submit to fingerprinting by the Clerk of the Court.

**\* This Recommendation is a Pre-Trial Recommendation.**

```
I BNCR                  SHERIFF CASH RECEIPT WRITER

I============================= ========================== ====================

RECEIPT NUMBER 03011209 RECEIPT DATE  03 13 03 AMOUNT 0000000 00

    LY 156  NAME ENTERED ESCAMILLA J                    NAME TYPE DF

 LN                          ARC RS    DOB     CASE/BOND   CT  CHARGE        DISP

 01 ESCAMILLA JOSE                 WM  090378  F-9652623   FI  THEFT 1,500 R& JGSA

 02 ESCAMILLA JOSE ALFONSO         WM  090378  MB0136632   MH  EVADE ARREST/D PGBC

 03 ESCAMILLA JOSE ALFONSO         WM  090378  F-9755456   FI  POSS PROH WEAP DISM

 04 ESCAMILLA JOSE ALFONSO JR      WM  090378  MB0321102   MM  DWI

 05 ESCAMILLA JOSE ALFONSO JR      WM  090378  MB0321103   MM  DWLS/INV

 06 ESCAMILLA JOSE ALFONSO JR      WM  090378  F-0020647   FS  POSS CS INT DE PGJG



     * * *  E N D   O F   R E C O R D S    R E T R I E V E D  * * *
```

LINE NO 01


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

## WARRANT OF ARREST AND DETENTION
## DALLAS COUNTY, TEXAS

☐ FELONY          ☒ MISDEMEANOR

BOND AMOUNT:    $ _2500_

COURT NUMBER: _____ WARRANT NUMBER: M03-21103 _____

The State of Texas vs. ESCAMILLA JR., JOSE ALFONSO _____

Arrest Status: JAILED _____

Race ___H___ Sex ___M___ DOB ___09-03-78___ HT _____ WT _____

Res. Add.: 4045 WEISENBERGER  DALLAS, TX  75212 _____ Bus. Add._____

Name of Bus.: _____ DL NO.: 19405037 _____

Complainant: B. W. Thornton, Texas Highway Patrol, North Texas Tollway Authority  Plano, TX  75093

Date of Offense: 03-13-03 _____ Date Complaint Filed: 03-13-03 _____

Warrant of Arrest Issued To: DSO/DPS 4001 President George Bush Turnpike  Plano, TX  75093

IN THE NAME OF THE STATE OF TEXAS TO ANY SHERIFF OR OTHER PEACE OFFICER OF THE STATE OF TEXAS – GREETINGS:

YOU ARE HEREBY COMMANDED to take(instanter) the body of: ESCAMILLA JR., JOSE ALFONSO _____

hereinafter called the accused, and him safely keep so that he may be dealt with according to law, and to hold the accused to answer to the State of Texas for an offense against the laws of the said State, namely:  D.W.L.S. DEPT. SUSP. M/B _____

of which misdemeanor offense he is accused by written complaint, made under oath that has been presented to me and that is by this reference incorporated herein for all purposes.

WITNESS BY SIGNATURE THIS___ _01_ ___DAY OF ___ _April_ ___, 20 _03_ .

MAGISTRATE, IN AND FOR DALLAS COUNTY, TEXAS

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

EC

**DEFENDANT** Escamilla, Jose Alfonso Jr    W M   09031978     **CHARGE** DWLS/INV

     **AKA:**

**Address**     4045 Weisenberger, Dallas, Tx        **LOCATION** DSO

**FILING AGENCY** TX0570000    **DATE FILED** April 10, 2003      **COURT** _App #2_

**COMPLAINANT** Thornton, B           MB0321103 _M_   **VT#:/**

**C/C**

**SERVICE NO.**        **ARREST NO.**        **I. D. NO.**

# INFORMATION

**In the Name and by the Authority of the State of Texas.**

NOW COMES THE CRIMINAL DISTRICT ATTORNEY of Dallas County, State of Texas, and presents

in and to the County Criminal Court _App #2_ of Dallas County, State aforesaid, that one

**Escamilla, Jose Alfonso Jr**

hereinafter styled Defendant, heretofore, on or about the   13 th   day of March A.D., 2003

in the County of Dallas and State of Texas, did unlawfully

**intentionally and knowingly drive and operate a motor vehicle on a public street and highway there situated when defendant's driving privilege was then and there suspended by the Texas Department of Public Safety, under the authority and provisions of Sec. 521.343, Texas Transportation Code,**



against the peace and dignity of the state.

_Bill Hill_

COUNTY CLERK
DALLAS COUNTY

Criminal District Attorney of Dallas County, Texas

2003 APR 14 AM 8: 08

BLUE

EC

**DEFENDANT**  Escamilla, Jose Alfonso Jr _____ W M _ 09031978     **CHARGE** DWLS/INV _____

     **AKA:**

**ADDRESS** _____ 4045 Weisenberger, Dallas, Tx _____     **LOCATION** DSO _____

   **FILING AGENC** TX0570000 _ **DATE FILED** April 10, 2003    **COURT** _____

**COMPLAINANT**  Thornton, B _____     MB0321103 _ **VT#:** _____

**C/C** _____

**SERVICE NO.** _____ **ARREST NO.** _____   **I. D. NO.** _____

# AFFIDAVIT

**In the Name and by the Authority of the State of Texas.**

     PERSONALLY APPEARED before me the undersigned authority this affiant, who after being by me

duly sworn, deposes and says your Affiant has good reason to believe and does believe that one

**Escamilla, Jose Alfonso Jr**

hereinafter styled Defendant, heretofore, on or about the     13 th    day of March A.D., 2003

in the County of Dallas and State of Texas, did unlawfully

**intentionally and knowingly drive and operate a motor vehicle on a public street and highway there situated when defendant's driving privilege was then and there suspended by the Texas Department of Public Safety, under the authority and provisions of Sec. 521.343, Texas Transportation Code,**



Against the peace and dignity of the state.

Sworn to and subscribed before me this the

11 th day of April A.D., 20 23

_____

Assistant Criminal District Attorney of
Dallas County, Texas

_____
                                Affiant.

FINK