THE STATE OF TEXAS)
                )     AFFIANT FOR ARREST WARRANT OR CAPIAS
COUNTY OF DALLAS)

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant who, after being duly sworn by me, on oath stated:

My name is E. H. Duran, and I am a peace officer of the State of Texas.

I have good reason to believe and do believe that on or about the 13th day of March, 2003, one ESCAMILLA JR., JOSE ALFONSO did then and therein the County of Dallas, Texas, commit the offense of D.W.L.S.DEPT. SUSP. M/B, a misdemeanor.

My belief is based upon the following facts and information:
B. W. Thornton, Trooper, Texas Department of Public Safety, a credible person, who participated in the investigation of the alleged offense, furnished to me, the affiant, and who knows or has reason to believe that the following facts are true and correct, on File, THE FOLLOWING INFORMATION:

*(PLEASE SEE THE BACK OF SHEET)*

I believe this information furnished by a fellow Peace Officer is credible.

WHEREFORE, Affiant requests that an arrest warrant or Capias be issued for the above-accused individual in accordance with the law.

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME on this __14__ DAY OF __March__, 20__03__

RETHA M. STEWART
COMMISSION EXPIRES
JULY 9, 2003
NOTARY PUBLIC, IN AND FOR THE STATE OF TEXAS

MAGISTRATE'S DETERMINATION OF PROBABLE CAUSE
On this the __01__ day of __April__, 20__03__, the undersigned Magistrate hereby acknowledges that he has examined the above affidavit and has determined that probable cause exists for the issuance of an arrest warrant for the individual accused herein.

_____
MAGISTRATE, IN AND FOR DALLAS COUNTY, TEXAS



TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

15. ESCAMILLA also had a mobile cell phone in his possession, but he never called #911. He also was not robbed of his money or other valuables.

16. After running a routine check on ESCAMILLA'S Texas drivers license #19405037, it was discovered that they were under Dept. Susp. Effective 10-12-02 due to expire on 04-10-03.

17. ESCAMILLA was then taken to Lew Sterritt. At Lew Sterritt ESCAMILLA was offered a breath test and took it with results of 0.127 and 0.117.

18. ESCAMILLA was then turned over to Dallas Sheriff Office for D.W.I. 1st M/B and D.W.L.S. Dept. Susp.M/B.

19. The charge of D.W.L.S. M/B will be handled under M03-21103.

**ARRESTING OFFICER**
B. W. THORNTON, #7062
Texas Highway Patrol
4001 President George Bush Turnpike
Plano, TX 75093

**VEHICLE:** 1998 White Mercedes 4 door Texas registration ZHV 69J

**VEHICLE CONDITION:** Severe front-end damage also left back quarter.

**VEHICLE DISPOSITION:** Towed to Jordan's By Jordan's

**WITNESS:** Officer Robert Donahue, #245           Officer S.G. Richardson, #2994
801 Conover Dr.                                    1400 S Lamar
Grand Prairie, TX 75051                            Dallas, TX
(972) 237-8790                                     (214) 671-4242

Security Officer
Daniel Penderson
Dallas Baptist University
(214) 333-5305

**WEATHER:** Cloudy, Warm

**ROAD CONDITION:** Good, Concrete


TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

DEF ESCAMILLA JOSE ALFONZO               RACE W SEX M DOB 090373
BNO 03037986
SO                   CV 5104260

SENTENCE
  90 DAYS TO H JAIL                              APPEAL _____

    SPECIAL CONDITION                            MNT _____


    $    0.00 FINE  $    221.00 COST        SENTENCE TO BEGIN  052303
ADDITIONAL CREDIT FOR TIME SERVED
  CI,B.T.3-13-03,5-23-03_TO_6-4-03,COST_NOT_CC____
REMARKS   DEFENDANT WAS GIVEN ALTERNATIVE MEANS TO PAY FINE AND COST._____
  DEFENDANT ELECTED TO SERVE OUT FINE AND COST IN JAIL._____
  FINE AND COST ARE TO BE SERVED CONSECUTIVELY WITH JAIL SENTENCE._____

COMMITMENT                       NO.  M-0372081-M
                                 COURT OF CRIMINAL APPEALS 2
                                 DALLAS COUNTY, TEXAS           JUN - 4

THE STATE OF TEXAS VS. JOSE ALFONZO ESCAMILLA

TO ANY SHERIFF OR ANY CONSTABLE OF THE STATE OF TEXAS - GREETING

    YOU ARE HEREBY COMMANDED, THAT YOU TAKE INTO CUSTODY, AND COMMIT TO THE
JAIL OF YOUR COUNTY JOSE ALFONZO ESCAMILLA
WHO WAS ON  06/04/2003        , CONVICTED IN THE COURT OF CRIMINAL APPEALS 2
OF DALLAS COUNTY, TEXAS, OF ASSAULT                      AND HIS PUNISHMENT
FIXED AT - 0 -         , FINE AND   90 DAYS   IMPRISON IMPRISONMENT, AND
JUDGMENT WAS ENTERED THEREFOR, TOGETHER WITH ALL COSTS OF SAID PROSECUTION
AMOUNTING TO A FURTHER SUM OF $221.00       , AND YOU WILL SAFELY KEEP UNTIL
SUCH TIME AND ALL COSTS HEREIN ARE PAID AND SAID TERM OF IMPRISONMENT HAS
EXPIRED, OR UNTIL HE IS OTHERWISE DISCHARGED.

    WITNESS MY OFFICIAL SIGNATURE, AND SEAL OF OFFICE AT DALLAS, DALLAS COUNTY,
TEXAS, AND ISSUED THE _04TH_ DAY OF _    JUNE_, 2003

                                 CYNTHIA FIGUEROA CALHOUN
                                 COURT OF CRIMINAL APPEALS 2

                                 BY ___Judy Samfield___, DEPUTY
_____
JUDGE


                         FEES

                    FINE_____ - 0 -
                    COST_____$221.00
                    TOTAL____$221.00            SENTENCE TO BEGIN 05/23/03

                    IMPRISONMENT  90 DAYS  IMPRISONMENT

    CI,B.T.3-13-03,5-23-03 TO 6-4-03,COST NOT CC

                         SHERIFF'S RETURN
    CAME TO HAND THIS ___23__ DAY OF ____May____ A.D. 20 _03_, AND EXECUTED
BY COLLECTING FROM THE DEFENDANT THE SUM OF $___0___ AND CONFINING HIM TO
JAIL FOR _____31_____ DAYS.
    DEFENDANT RELEASED THIS THE ____22____ DAY OF ____June____ A.D. 20_03_

                                              J. C. BOWLES
                                                DALLAS
__60__ DAYS GOOD TIME
__1___ DAYS CREDIT                     SHERIFF, DALLAS COUNTY, TEXAS
_____ DAYS I/P
__2___ DAYS FOR FCC
                                       BY ___L Smith___
                                              DEPUTY

CAUSE NO. MA0372081m

| | |
|---|---|
| THE STATE OF TEXAS<br>VS.<br><br>ESCAMILLA, JOSE ALFONZO | IN THE COUNTY CRIMINAL COURT<br>OF APPEALS #2<br>_____ OF<br>DALLAS COUNTY, TEXAS |

**JUDGEMENT ON NEGOTIATED PLEA OF GUILTY OR NOLO CONTENDERE**
BEFORE: __XXX__ PRESIDING JUDGE / _____ MAGISTRATE
**NO COMMUNITY SUPERVISION**

DATE OF JUDGEMENT __JUNE 4, 2003__  TERM __APRIL__ 20 __03__

JUDGE PRESIDING: __BURSON__   MAGISTRATE: _____

ATTORNEY FOR STATE: __MARTIN__   ATTORNEY FOR DEFENDANT: __BARBERE__

OFFENSE CONVICTED OF: __ASSAULT__

CLASS __A__ MISDEMEANOR   DATE OFFENSE COMMITTED: __1-17-03__

CHARGING INSTRUMENT: INFORMATION / ~~INDICTMENT~~   PLEA: GUILTY / NOLO CONTENDERE

FINDING OF COURT: GUILTY

TERMS OF NEGOTIATED PLEA BARGAIN: (IN DETAIL) __90 days/0 fine__   PLEA BARGAIN AGREEMENT FOLLOWED: YES / NO

DATE SENTENCE IMPOSED __JUNE 4, 2003__   COST: YES / NO

PUNISHMENT AND PLACE OF CONFINEMENT:

__90 d cj__ CONFINEMENT IN THE DALLAS COUNTY JAIL AND A FINE OF $ __-0-__
DATE TO COMMENCE: __6-4-03__

CREDIT FOR TIME SERVED: __yes__   FINE PROBATED: YES / NO

TX.C.C.P. COUNSELING FEE, IF APPLICABLE: $ ____   NOT TO EXCEED $500.00

RESTITUTION / REPARATION: YES / NO   IF YES, NAME OF VICTIM:
ADDRESS OF VICTIM OR AGENCY TO COLLECT PAYMENTS:

AFFIRMATIVE FINDING OF FAMILY VIOLENCE, IF APPLICABLE: YES / NO

CASE TO RUN: ~~CONSECUTIVE~~ / CONCURRENT WITH ALL OTHER CASES

*[Stamp: TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE]*

On this day, set forth above, the above styled and numbered cause was called for trial. The State of Texas and Defendant appeared by and through the above named attorneys and announced ready for trial. Defendant appeared in person in open court. Where Defendant was not represented by counsel, Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel.

Having been admonished of the right to a jury trial, the Defendant waived the right to a jury trial in writing and in open court with the consent and approval of the Judge or Magistrate, the Defendant's attorney, if any, and the prosecuting attorney named above. The consent and approval of the waiver of jury trial was entered of record in the minutes of the court before the Defendant entered this plea.

The Defendant entered the above plea to the charge contained in the information/indictment. If it is shown above that there was a plea bargain agreement, the Defendant was informed as to whether or not the Judge or Magistrate would follow or reject such agreement. It plainly appears to the Judge / Magistrate that Defendant is mentally competent and said plea free and voluntary, the said plea is accepted by the Judge / Magistrate and is now entered of record as the plea of the Defendant. After hearing evidence offered, the Judge / Magistrate finds the Defendant guilty of the offense as shown above and that the offense was committed by said Defendant on the date set forth above.

_____ *It is, therefore, ordered and decreed by the Judge or* _____ *considered and recommended by the Magistrate* that said Defendant be adjudged guilty of the offense as shown above on the date as shown above, and that said defendant is sentenced to a term of imprisonment or fine or both, as set out above, and shall be confined for the above named term in accordance with the provision by the court appointed attorney or public defender in this cause, if any, and restitution or reparation, if any, as set forth above. The Judge / Magistrate finds that the Defendant has the financial resources to enable the Defendant to offset said costs in the amount ordered.

If the Magistrate has heard this plea, the Judge has reviewed the findings, actions, and recommendations of the Magistrate in this cause, finds that the terms of the negotiated plea agreement in this cause have been followed and hereby adopts all findings, actions and recommendations of the Magistrate in this cause. The Defendant is hereby adjudged guilty of the offense as set out above and ordered punished in accordance with the recommendations of the Magistrate. The judgment as shown above is hereby in all things approved and confirmed, and is hereby ordered into affect. The Court approved the finding of the Magistrate that the Defendant has the financial resources to enable the Defendant to offset any fines, court costs, expenses of legal services and restitution or in the amount ordered.

Attached to this judgment and incorporated by reference, are the terms of any fee payment pursuant to the Texas Code of Criminal Procedure, if applicable.

Following the disposition of this cause, the Defendant's fingerprint was placed upon a Certificate of Fingerprint. Said certificate is attached hereto and is incorporated by reference as a part of this judgment.

SIGNED AND ENTERED THIS __4__ DAY OF __JUNE__, 20 __03__.

_____
JUDGE, COUNTY CRIMINAL COURT
DALLAS COUNTY, TEXAS

FORM M-330
REVISED 2-8-2001

```
                    NOTICE OF DISPOSITION
                    IN COURT OF CRIMINAL APPEALS 2
                    DALLAS COUNTY, TEXAS              SEQ  0004


CASE NUMBER MA0372081M                                DATE 060403
OFFENSE ASSAULT                                       TIME 124557
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF ESCAMILLA JOSE ALFONZO          RACE W SEX M DOB 090378
BNO 03037986
DISPOSED BY PGBC


SENTENCE
   90 DAYS TO H JAIL                    APPEAL  _____

      SPECIAL CONDITION                 MNT     _____


   $      0.00 FINE  $      221.00 COST     SENTENCE TO BEGIN  052303
ADDITIONAL CREDIT FOR TIME SERVED
   CI,B.T.3-13-03,5-23-03_TO_6-4-03,COST_NOT_CC____
REMARKS   DEFENDANT WAS GIVEN ALTERNATIVE MEANS TO PAY FINE AND COST._____
    DEFENDANT ELECTED TO SERVE OUT FINE AND COST IN JAIL._____
    FINE AND COST ARE TO BE SERVED CONSECUTIVELY WITH JAIL SENTENCE._____
_____

CYNTHIA FIGUEROA CALHOUN            ---------------------------------------
COUNTY CLERK                        ]       RELEASE INFORMATION          ]
DALLAS COUNTY, TEXAS                ] REMARKS  _____]
                                    ]         _____]
BY SAMFORD J                        ]         _____]
   DEPUTY CLERK                     ]         _____]
                                    ]         _____]
                                    ---------------------------------------
```



TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

CAUSE NO. _MA03-72081_

THE STATE OF TEXAS      IN THE COUNTY CRIMINAL

VS.      COURT _CA#2_ OF

_Jose A. Escamilla_      DALLAS COUNTY, TEXAS

## CERTIFICATE OF THUMB PRINT

_____      Defendant's _RT_ hand
Right Thumb*

This is to certify that the fingerprints above are the above-named Defendant's fingerprints taken at the time of the disposition of the above styled and numbered cause.

Did in Court this _4th_ day of _June_, 20 _03_

_T.R. Garner 315_
Baliff/Deputy Sheriff

*Indicate here if print other than defendant's right thumb print is placed above:

_____ left thumb print      _____ other, please specify

_____ left/right index finger      _____

Revised 5/2002
FORM NO. M-130

Cause No. M403-72581

THE STATE OF TEXAS     IN THE COUNTY CRIMINAL COURT

VS.     CA#2 OF

Jose A. Escamilla     DALLAS COUNTY, TEXAS

FILED CYNTHIA FIGUEROA CALHOUN
2003 JUN -4 AM 11:53
OF APPEALS NO. 2
DALLAS COUNTY, TEXAS

### COURT'S ADMONITION OF STATUTORY AND CONSTITUTIONAL RIGHTS AND DEFENDANT'S ADKNOWLEDGMENT

The Judge hereby admonishes you of the following Statutory and Constitutional Rights prior to your entry of a plea of guilty/nolo contendere in this case pursuant to the Texas Code of Criminal Procedure and the Constitutions of the State of Texas and the United States of America:

1) You are charged with the offense of __Assault__ and the maximum range of punishment is: a fine not to exceed ~~$500~~ / ~~$2000~~ / $4000; confinement in jail for a term not To exceed ~~180 days~~ / one year; or both such fine and imprisonment.
2) Any recommendation as to what your punishment should be by the prosecuting attorney is not binding on the Court.
3) If you are not a citizen of the United States of America, a plea of guilty or nolo contendere before me for the offense charged may result in your deportation, the exclusion from admission to this country, or a denial of naturalization under Federal law.
4) If you have a Court appointed attorney, you have a right to have ten days from the date your attorney was appointed to prepare for trial.
5) If you receive deferred adjudication and later it is found that you have violated your probation, you may then be found guilty and the Judge can then set your punishment anywhere within the range provided by law.

### PLEA RECOMMENDATION

[X] __90 ~~days~~ __ days in jail     [ ] Restitution in the amount of

[ ] $_____ fine plus costs of court     $_____ to: _____

[ ] Jail term probated for _____ months

[ ] Deferred adjudication for _____ months     [ ] Other: _____

Open for less time

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

### PLEA OF ~~GUILTY~~ / NOLO CONTENDERE

Comes now the Defendant herein, in person and by and through Defendant's attorney, if any, having waived the right to jury trial with the approval of the State and Judge, and states that Defendant understands the charge, the penalty range for the offense charged and waives arraignment and reading of the information/indictment and represents to the Judge that the Defendant desires to make immediate disposition of this case by here and now entering a plea of guilty/nolo contendere. The Defendant waives the right to a jury trial, the confrontation of witnesses, the right to present witnesses in defendant's behalf and submits this case to the Judge on all issues of law and fact.

I understand that under Federal Law if I am not a citizen of the United States of America, a plea of guilty/nolo contendere for the offense charged may result in my deportation, exclusion of my admission to this country, or the denial of naturalization.

Wherefore, the Defendant asks the Judge to proceed immediately on the filing hereof, to accept this plea and waivers, and to enter judgment and sentence herein in the manner provided by law. Defendant requests that a presentence report (not) be made. If a presentence report is made, the Defendant hereby authorizes the Judge to inspect the report.

I understand that I have a right to appeal this case to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then after consulting with my attorney, do expressly, voluntarily, knowingly, and intelligently give up and waive my right to appeal this case.

I have read the above and foregoing admonitions by the Judge regarding my rights. I understand the admonitions, and I understnad and am aware of the consequences of my plea. Furthermore, my lawyer, if any, has explained to me all the admonitions given by the Judge in this document.

X _____
Defendant

_____ 00791665
Attorney for Defendant & Bar Card Number

The State hereby consents to and approves the Defendant's waiver of jury and agrees to the above plea recommendation.

_____ 24037141
Assistant District Attorney & Bar Card Number

Filed: The admonition and waivers, filed with the clerk and presented to the Judge are considered, approved and granted this __4th__ day of __June__, 20__03__. The Judge agrees that a presentence report pursuant to the Texas Code of Criminal Procedure not be made.

_____
Judge

Form M-90 Revised 7-10-2002     OVER



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

Cause No. M2063-72071

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY |
| VS. Jose A. Escarilla | § | CRIMINAL COURT NO. CA#2 |
| | § | DALLAS COUNTY, TEXAS |

### TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☒ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal.

_____  6-4-03
Judge                    Date Signed

I have received a copy of this certification:

Defendant (if not represented by counsel)        Defendant's Counsel Cynthia Barbare
Mailing Address:                                  State Bar No.: 01697425
                                                  Mailing Address: 8344 E. R. L. Thornton Fwy
Telephone #:                                      Ste 404  Dls  TX  75228
Fax # (if any)                                    Telephone #: 214/324-4417
                                                  Fax # (if any): 214 324-4440

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case ---- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

¢XJI5b  NAME ENTERED ESCA⌐ .LA JOSE                NAME TYPE DF



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

No. 03-72081

STATE OF TEXAS § IN THE COUNTY CRIMINAL
§
VS. § COURT OF APPEALS 2
§
Escamilla, Jose § DALLAS COUNTY, TEXAS

### STATE'S SENTENCE RECOMMENDATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES THE STATE OF TEXAS, by and through Dallas County Criminal District Attorney BILL HILL, in the above styled and numbered cause and on this the ___4___ day of ___June___, 20_03_, makes this recommendation of punishment conditioned on the defendant having no criminal record or pending cases other than those listed below. This is not an announcement of readiness for trial.

Assault

_____
Michael Moss
Assistant District Attorney
State Bar Card No. 24037146

**RECOMMENDATION***:  120 days

| | | |
|---|---|---|
| _x_ Judge's Cond. | ___ Life Skills | ___ Stay away / No Contact with CW |
| _x_ Waive right to appeal | ___ Pscy. Eval | ___ B.I.P.P. |
| ___ Days as a cond. | ___ G.E.D./ High Sch. Dipl. | ___ FV VIP |
| ___ Repeat Offender | ___ Forfeit. Weapon | ___ Affirmative Fdg. FV |
| ___ V.I.P. | ___ WEST Program | ___ ELM |
| ___ T.A.I.P. / C.A.T.S. | ___ Drug Evaluation | ___ Fam. Ct. Notification |
| ___ Interlock device | ___ Urinalysis testing | ___ CAIP |
| ___ Alcohol Evaluation | ___ Register as Sex Offender | ___ Child support |
| ___ Proper License | ___ Sex Offender class | $_____ /month |
| ___ Clearance letter | ___ D.N.A. sample | |
| ___ Valid Insurance | ___ Anger Counseling | RESTITUTION OF |
| ___ Anti-Theft program | | $_____ |

**PRIOR RECORD AND PENDING CASES**

See attached

_____   _____

_____   _____

_____   _____

*If Plead by 3 month from the above date. This recommendation can be withdrawn if the defendant sets the case for trial.
As a condition of this plea bargain, the Defendant will submit to fingerprinting by the Clerk of the Court.

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

WARRANT OF ARREST AND DETENTION
DALLAS COUNTY, TEXAS

31A-F/463

| Dallas Co ID#: | MA0372081 | #: | 40625M | ☐ Felony |
|---|---|---|---|---|
| | ESCAMILLA JOSE ALFONZO | #: | | ☒ Misdemeanor |
| Warrant Suspect | ASSAULT | | Assault TPC 22.01 M/A | |
| | | | Bail Amount $ | 1,500 |

2003 MAY 29 AM 8:42
CYNTHIA FIGUEROA CALHOUN
DALLAS COUNTY, TEXAS
COURT OF CRIMINAL APPEALS

In the name of the State of Texas to any Sheriff or other Peace Officer of the state of Texas

Greetings:
You are here by commanded to take the body of:
(4) Escamilla, Jose Alfonzo

LN: 0776980

hereinafter called the accused, and him safely keep so that he may be dealt with according to law, and to hold the accused to answer to the State of Texas for an offense against the laws of the said State, namely:

(5) Assault                                             TPC 22.01 M/A

of which SAID offense he is accused by written complain, made under oath that has been presented to me and that is by this reference incorporated herein for all purposes.

(6) Witness my signature this ___ day of APR 1 6 2003, 20___.

(7) Magistrate
Municipal Court
City of Dallas, Texas

03 APR 31 AM 1:00
DALLAS COUNTY SHERIFF'S DEPARTMENT

ADMINISTRATIVE DATA
ALL BLANKS MUST BE COMPLETED OR INDICATE "UNKNOWN"

| (8) State of Texas vs. | Escamilla, Jose Alfonzo 9-3-78 | (9) Arrest Status: | At Large | | | |
|---|---|---|---|---|---|---|
| (10)Race: L | (11)Sex:M | (12)DOB: 030978 | (13)Ht: 507 | (14)Wt: 180 | (15) Hair: BLK | (16) Eyes: BRO |
| (17) Residence Address: | 2426 ROCHELLE IRVING, TX - 75062 Rd. | | | | | |
| (20) Business Address: | | | (21) Business Name: | | | |
| (22) Complainant: | JOSEPH BURNS | | (23) Date of Offense: | 011703 | | |
| Arrest Warrant Issued to: | D.P.D/D.S.O | | (18) Driver's License #: | | (19) State: | |

FEES (25)

ARREST-------------------------------- $4.00
COMMITMENT-------------------------- $2.00
RELEASE-------------------------------- $2.00
APPROVE BOND------------------------ $6.00
MILEAGE-------------------------------- $
OTHER---------------------------------- $
TOTAL---------- $

| | DATE | BY |
|---|---|---|
| I.D. | | |
| Assign | | |
| WRAW | 5-12 | |
| TCIC | 5/12 | |
| NCIC | | |
| Rgn | | |

RETURN (26)
CAME TO HAND THE _31_ day of _April_, A.D. 20 _03_, and executed the _19_ day of _May_, A.D. 20 _03_, by arresting and detaining above named and accused and Placed in custody.

BY: _____

CAUSE NO. M-0372081-M            OFFENSE ASSAULT

THE STATE OF TEXAS     ( )        COUNTY CRIMINAL COURT 9

VS.     ( )

JOSE ALFONZO ESCAMILLA     ( )        DALLAS COUNTY, TEXAS

### ORDER OF TRANSFER

ON THIS THE _20TH_ DAY OF _ MAY_, 2003, IT IS THE ORDER OF THE JUDGE OF THE COUNTY CRIMINAL COURT 9 OF DALLAS COUNTY, TEXAS, THAT THE ABOVE STYLED AND NUMBERED CAUSE BE AND THE SAME IS THEREBY TRANSFERRED TO THE COURT OF CRIMINAL APPEALS 2 OF DALLAS COUNTY, TEXAS, FOR TRIAL AND FINAL ADJUDICATION.

_____
JUDGE

### ORDER OF RECEIVING

ON THIS THE _20TH_ DAY OF _ MAY_, 2003, IT IS THE ORDER OF THE JUDGE OF THE COURT OF CRIMINAL APPEALS 2 OF DALLAS COUNTY, TEXAS, THAT THE ABOVE STYLED AND NUMBERED CAUSE BE AND THE SAME IS HEREBY RECEIVED FROM THE COUNTY CRIMINAL COURT 9 OF DALLAS COUNTY, TEXAS, FOR TRIAL AND FINAL ADJUDICATION.

_____
JUDGE

```
¢XJI56   NAME ENTERED ESCA▬ .LA JOSE              NAME TYPE DF
```

| LN | | ARC | RS | DOB | CASE/BOND | CT | CHARGE | DISP |
|----|--|-----|----|----|-----------|----|--------|------|
| 01 | ESCAMILLA JOSE            | | WM | 090378 | F-9652623 | FI | THEFT 1,500 R& | JGSA |
| 02 | ESCAMILLA JOSE ALFONSO    | | WM | 090378 | MB0136632 | MH | EVADE ARREST/D | PGBC |
| 03 | ESCAMILLA JOSE ALFONSO    | | WM | 090378 | F-9755456 | FI | POSS PROH WEAP | DISM |
| 04 | ESCAMILLA JOSE ALFONSO JR | | WM | 090378 | MB0321102 | MM | DWI | |
| 05 | ESCAMILLA JOSE ALFONSO JR | | WM | 090378 | MB0321103 | MM | DWLS/INV | |
| 06 | ESCAMILLA JOSE ALFONSO JR | | WM | 090378 | F-0020647 | FS | POSS CS INT DE | PGJG |
| 07 | ESCAMILLA JOSE ALFONSO JR | | WM | 090378 | MA0321107 | MM | UCW HANDGUN | |
| 08 | ESCAMILLA JOSE ALFONZO    | | WM | 090378 | MA0372081 | MM | ASSAULT | TRAN |

```
    * * *   E N D   O F   R E C O R D S   R E T R I E V E D   * * *
```



TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

LINE NO 01


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

# WARRANT OF ARREST AND DETENTION
## DALLAS COUNTY, TEXAS

| Dallas County ID#: | M03-72081 | Service #: | 40625M | ☐ Felony (1) |
| --- | --- | --- | --- | --- |
| | | Arrest #: | | ☒ Misdemeanor |
| Warrant Number (2): | | Charge: | Assault TPC 22.01 M/A | |
| Suspect | Escamilla, Jose Alfonzo | | | Bail Amount $ (3) 1000.00 |

In the name of the State of Texas to any Sheriff or other Peace Officer of the state of Texas---
Greetings:

You are here by commanded to take the body of:
**(4) Escamilla, Jose Alfonzo**

hereinafter called the accused, and him safely keep so that he may be dealt with according to law, and to hold the accused to answer to the State of Texas for an offense against the laws of the said State, namely:

**(5) Assault**                                   **TPC 22.01 M/A**

of which **SAID** offense he is accused by written complain, made under oath that has been presented to me and that is by this reference incorporated herein for all purposes.

(6) Witness my signature this ____ day of APR 1 6 2003, 20__

(7) Magistrate
Municipal Court
City of Dallas, Texas

## ADMINISTRATIVE DATA
### ALL BLANKS MUST BE COMPLETED OR INDICATE "UNKNOWN"

| (8) State of Texas vs. | Escamilla, Jose Alfonzo | | (9) Arrest Status: | At Large | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| (10) Race: L | (11) Sex: M | (12) DOB: 030978 | (13) Ht: 507 | (14) Wt: 180 | (15) Hair: BLA | (16) Eyes: BRO | | |
| (17) Residence Address: | 2426 ROCHELLE IRVING, TX | | | | | | | |
| (20) Business Address: | | | (21) Business Name: | | | | | |
| (22) Complainant: | JOSEPH BURNS | | (23) Date of Offense: | 011703 | | | | |
| Arrest Warrant Issued to: | D.P.D/D.S.O | | (18) Driver's License #: | | | (19) State: | | |

### FEES (25)

```
ARREST---------------------------------------- $4.00
COMMITMENT---------------------------------- $2.00
RELEASE--------------------------------------- $2.00
APPROVE BOND------------------------------- $6.00
MILEAGE--------------------------------------- $
OTHER----------------------------------------- $
                    TOTAL---------  $
```

### RETURN (26)

CAME TO HAND THE ____ day of _____, A.D. 20 ____, and executed the ____ day of
_____, A.D. 20 ____, by arresting and detaining above named and accused and _____

_____

_____

BY: _____

EC

| | | | | |
|---|---|---|---|---|
| **DEFENDANT** | Escamilla, Jose Alfonzo | W M   03091978 | **CHARGE** | ASSAULT |

AKA:

Address    2426 Rochelle, Irving, Tx                    LOCATION  UNKNOWN

FILING AGENCY  TXDPD0000    DATE FILED  April 28, 2003           COURT  #9

COMPLAINANT  Burns, Joseph                MA0372081       VT#:

C/C

SERVICE NO.  040625M        ARREST NO. _____        I. D. NO. _____

# INFORMATION

**In the Name and by the Authority of the State of Texas.**

NOW COMES THE CRIMINAL DISTRICT ATTORNEY of Dallas County, State of Texas, and presents

in and to the County Criminal Court  ___#9___  of Dallas County, State aforesaid, that one

**Escamilla, Jose Alfonzo**

hereinafter styled Defendant, heretofore, on or about the   17th   day of January A.D., 2003

in the County of Dallas and State of Texas, did unlawfully

**then and there intentionally and knowingly and recklessly cause bodily injury to another, namely: JOSEPH BURNS, hereinafter called complainant, by striking complainant's head with a bottle,**

against the peace and dignity of the state.

_____
Criminal District Attorney of Dallas County, Texas

[Stamp: TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE]

[Stamp: DALLAS COUNTY COUNTY CLERK  2003 APR 29 PM 2:16]

BLUE

**STATE OF TEXAS**  **AFFADAVIT FOR ARREST WARRANT**  **COUNTY OF DALLAS**

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant who, after being duly sworn by me, on oath stated: My name is _____ **P. Elery** and I am a peace officer of the City of Dallas, Dallas County, Texas. I, the affiant, have good reason and do believe that on or about the **17TH** day of **January, 20 03**, one (name of suspect) **Escamilla, Jose Alfonzo** did then and there in the City of Dallas, Dallas County, Texas commit the offense of **Assault**, a violation of Section **22.01** of the **TPC**, a **M/A**.

Affiant's belief is based upon the following facts and information which Affiant received from:

☐ Affiant's personal investigation of this alleged offense.

☒ **D. McLuckie**, a fellow peace officer of the City of Dallas, Dallas County, Texas, who personally participated in the investigation of this alleged offense, providing this information to Affiant, and whose information Affiant believes to be credible.

On January 17, 2003, an Assault M/A occurred when suspect Jose Escamilla threw a beer bottle that hit complainant Joseph Burns on the back of the head causing injury while they were at 15203 Knoll Trail Drive, Dallas, Dallas County, Texas.

Complainant Jospeh Burns was at Blackberries and was walking through the club when he noticed suspect Jose Escamilla pointing in his direction. Complainant Burns turned around thinking he was pointing at someone around him but there was no one around him. Complainant Burns turned back around and saw suspect Jose Escamilla still pointing at him and saw suspect Escamilla with a beer bottle in his raised hand. Complainant Burns stated that it appeared that suspect Escamilla was going to throw the bottle so he turned back around to leave the area. As complainant Burns turned he was struck in the back of the head causing a small gash. Complainant Burns and suspect Escamilla were both taken outside where they were interviewed by Officer A. Rios #7292 who was there working an off duty job.

Witness Kenneth Robinson, who is a bouncer at Blackberries, told officer Rios that he personally observed suspect Escamilla throw a beer bottle at complainant Burns that hit the complainant in the back of the head. Witness Robinson told officer Rios that Complainant Burns did not do anything to provoke suspect Escamilla. Suspect Escamilla gave officer Rios his name and then left the club. Complainant Burns and officer Rios both positively identified suspect Escamilla in a 6 photo lineup and the one who caused threw the beer bottle at the complainant. The complainant went to Arlington Memorial Hospital where he 3 staples to close the laceration to his head.

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

_____  WHEREFORE, Affiant requests that an arrest warrant be issued for the
AFFIANT  above accused individual in accordance with the law.

SUBSCRIBED AND SWORN TO BEFORE ME on the
_____ day of _____ **APR 1 6 2003** 20 _____

_____
MAGISTRATE, IN AND FOR DALLAS COUNTY, TEXAS

**MAGISTRATE'S DETERMINATION OF PROBABLE CAUSE**

On this the _____ day of **APR 1 6 2003** 20 ____.
I here by acknowledge that I have examined the foregoing affidavit and have determined that probable cause exists for the issuance of an arrest warrant for the individual accused therein.

_____
MAGISTRATE, IN AND FOR DALLAS COUNTY, TEXAS

2