

**U.S. Department of Justice**

*Federal Bureau of Prisons*

RECEIVED
AUG 1 2 2004
BY:

---

Records Office
Phone: (361) 786-3576 Ext. 241
Fax:   (361) 786-5069

FCI THREE RIVERS
P.O. BOX 4000
THREE RIVERS, TEXAS 78071

---

## FACSIMILE INFORMATION

DATE:   August 10, 2004

TO:   Dallas County Clerks Office          Attn: Records

PHONE:   (214) 653-5954

FAX:   (214) 653-5986

FROM:   CINDY NOLEN

SUBJECT: ESCAMILLA JR, JOSE ALPHONSO
D.O.B.: 09-03-1978
REG NO: 31452-077
ARREST: DRIVING WHILE INTOXICATED
        UNLAWFULLY CARRYING A WEAPON

MESSAGE: HI   PLEASE FAX ME A COPY OF THE ABOVE INMATES JUDGEMENT.  HE
WAS SENTENCED TO 90 DAYS PER DALLAS COUNTY.
         YOUR ASSISTANCE IN THIS MATTER IS GREATLY APPRECIATED.

Thanks CINDY

NUMBER OF PAGE (S): 1 COVER

NOTE: This facsimile transmission (and/or the documents accompanying it)
may contain confidential information belonging to the sender which is
protected by federal law and local federal court policy. The information
is intend only for the use of the individual or entity named above.  If
you are not the intended recipient you are notified than any disclosure,
copying, distribution of the taking of any action in reliance on the
contents of this information is strictly prohibited. If you have
received this transmission in error, please notify us be telephone at
(361) 786-3576, ext 241 to arrange for the return of this documents.

**FAX (361) 786-5069**

M-032102
M-032107



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

CAUSE NO. MA0321107m

| THE STATE OF TEXAS | IN THE COUNTY CRIMINAL COURT |
|---|---|
| VS. | OF APPEALS #2 OF |
| ESCAMILLA, JOSE ALFONSO JR | DALLAS COUNTY, TEXAS |

**JUDGEMENT ON NEGOTIATED PLEA OF GUILTY OR NOLO CONTENDERE**
**BEFORE: XXX PRESIDING JUDGE / _____ MAGISTRATE**
**NO COMMUNITY SUPERVISION**

DATE OF JUDGEMENT JUNE 4, 2003          TERM APRIL    20 03

JUDGE PRESIDING: BURSON          MAGISTRATE:

ATTORNEY          ATTORNEY
FOR STATE:    MARTIN          FOR DEFENDANT:    BARBARE

OFFENSE CONVICTED OF:    UCW HANDGUN

CLASS A  MISDEMEANOR          DATE OFFENSE COMMITTED:    3-13-03

CHARGING INSTRUMENT: INFORMATION / INDICTMENT    PLEA: GUILTY / NOLO CONTENDERE

FINDING OF COURT: GUILTY

TERMS OF NEGOTIATED    120 days/0 fine    PLEA BARGAIN AGREEMENT
PLEA BARGAIN: (IN DETAIL)          FOLLOWED: YES / NO

DATE SENTENCE IMPOSED          COST: YES / NO
JUNE 4, 2003

PUNISHMENT AND PLACE OF CONFINEMENT:

90 dy CONFINEMENT IN THE DALLAS COUNTY JAIL AND A FINE OF $ 0 -
DATE TO COMMENCE:

CREDIT FOR TIME SERVED: 2 - 6-4-03    FINE PROBATED:  YES / NO

TX.C.C.P. COUNSELING FEE, IF APPLICABLE: $    NOT TO EXCEED $500.00

RESTITUTION / REPARATION:  YES / NO    IF YES, NAME OF VICTIM:
ADDRESS OF VICTIM OR AGENCY TO COLLECT PAYMENTS:

AFFIRMATIVE FINDING OF FAMILY VIOLENCE, IF APPLICABLE:  YES / NO

CASE TO RUN :    CONSECUTIVE  / CONCURRENT WITH ALL OTHER CASES

On this day, set forth above, the above styled and numbered cause was called for trial. The State of Texas and Defendant appeared by and through the above named attorneys and announced ready for trial. Defendant appeared in person in open court. Where Defendant was not represented by counsel, Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel.

Having been admonished of the right to a jury trial, the Defendant waived the right to a jury trial in writing and in open court with the consent and approval of the Judge or Magistrate, the Defendant's attorney, if any, and the prosecuting attorney named above. The consent and approval of the waiver of jury trial was entered of record in the minutes of the court before the Defendant entered this plea.

The Defendant entered the above plea to the charge contained in the information/indictment. If it is shown above that there was a plea bargain agreement, the Defendant was informed as to whether or not the Judge or Magistrate would follow or reject such agreement. It plainly appears to the Judge / Magistrate that Defendant is mentally competent and said plea free and voluntary, the said plea is accepted by the Judge / Magistrate and is now entered of record as the plea of the Defendant. After hearing evidence offered, the Judge / Magistrate finds the Defendant guilty of the offense as shown above and that the offense was committed by said Defendant on the date set forth above.

_____ It is, therefore, ordered and decreed by the Judge or _____ considered and recommended by the Magistrate that said Defendant be adjudged guilty of the offense as shown above on the date as shown above, and that said defendant is sentenced to a term of imprisonment or fine or both, as set out above, and shall be confined for the above named term in accordance with the provision by the court appointed attorney or public defender in this cause, if any, and restitution or reparation, if any, as set forth above. The Judge / Magistrate finds that the Defendant has the financial resources to enable the Defendant to offset said costs in the amount ordered.

If the Magistrate has heard this plea, the Judge has reviewed the findings, actions, and recommendations of the Magistrate in this cause, finds that the terms of the negotiated plea agreement in this cause have been followed and hereby adopts all findings, actions and recommendations of the Magistrate in this cause. The Defendant is hereby adjudged guilty of the offense as set out above and ordered punished in accordance with the recommendations of the Magistrate. The judgment as shown above is hereby in all things approved and confirmed, and is hereby ordered into affect. The Court approved the finding of the Magistrate that the Defendant has the financial resources to enable the Defendant to offset any fines, court costs, expenses of legal services and restitution or in the amount ordered.

Attached to this judgment and incorporated by reference, are the terms of any fee payment pursuant to the Texas Code of Criminal Procedure, if applicable. Following the disposition of this cause, the Defendant's fingerprint was placed upon a Certificate of Fingerprint. Said certificate is attached hereto and is incorporated by reference as a part of this judgment.

SIGNED AND ENTERED THIS 4 DAY OF JUNE          , 20 03 .

JUDGE, COUNTY CRIMINAL COURT
DALLAS COUNTY, TEXAS

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

FORM M-330
REVISED 2-8-2001

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF TEXAS
### PROBATION AND PRETRIAL SERVICES

**KENNETH LABORDE**
CHIEF PROBATION OFFICER
300 WILLOW, ROOM 327
BEAUMONT, TX 77701-2216

(409) 839-2558
FAX: (409) 839-2408

Reply to:

200 N. TRAVIS, SUITE 100
SHERMAN, TX 75090

(903) 893-3012
FAX: (903) 893-4714

January 26, 2004

Dallas County Clerk
Dallas, Texas
Fax # (214) 653-5778

> **RE: ESCAMILLA, JOSE ALPHONSO**
> **W/M, 09-03-78**
> **SSN: 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**

Dear Clerk:

This office respectfully requests information and records from your department. The above listed individual was arrested in your county. Would you please provide this office with case materials, such as: *Indictment/Complaint or Information; docket sheets; proof of counsel, disposition, dismissals, and/or probation orders and motions to revoke and any other pertinent materials.* The defendant was arrested as followed:

| Arrest Date | Offense Charged | Disposition Date |
|---|---|---|
| 11/17/96 (Age 18) | Unauthorized Use of a Vehicle Dallas Police Department | Unknown N/A |
| 03/13/03 (Age 24) | Driving While Intoxicated Driving While Licence Invalid (Cause No. MB321102 and MB321103); Court of Appeals 2, Dallas, Texas | Unknown 03-21102 |
| 05/19/03 (Age 24) | Unlawful Carrying Weapon Driving While Intoxicated (Cause No. M-0321107) Court of Appeals 2, Dallas, Texas | 06/04/03: 90 days confinement, $200 fine, court cost $296 03-21107 |

 TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

COMMITMENT       NO. M-0321107-M
COURT OF CRIMINAL APPEALS 2
DALLAS COUNTY, TEXAS

JUN - 4 2003

HE STATE OF TEXAS VS. JOSE ALFONSO ESCAMILLA JR

O ANY SHERIFF OR ANY CONSTABLE OF THE STATE OF TEXAS - GREETING

    YOU ARE HEREBY COMMANDED, THAT YOU TAKE INTO CUSTODY, AND COMMIT TO THE
AIL OF YOUR COUNTY JOSE ALFONSO ESCAMILLA JR
HO WAS ON 06/04/2003    , CONVICTED IN THE COURT OF CRIMINAL APPEALS 2
F DALLAS COUNTY, TEXAS, OF UCW    AND HIS PUNISHMENT
IXED AT - 0 -    , FINE AND  90 DAYS  IMPRISON IMPRISONMENT, AND
UDGMENT WAS ENTERED THEREFOR, TOGETHER WITH ALL COSTS OF SAID PROSECUTION
MOUNTING TO A FURTHER SUM OF $221.00    , AND YOU WILL SAFELY KEEP UNTIL
UCH TIME AND ALL COSTS HEREIN ARE PAID AND SAID TERM OF IMPRISONMENT HAS
XPIRED, OR UNTIL HE IS OTHERWISE DISCHARGED.

    WITNESS MY OFFICIAL SIGNATURE, AND SEAL OF OFFICE AT DALLAS, DALLAS COUNTY,
TEXAS, AND ISSUED THE _04TH_ DAY OF _    JUNE_,2003

                CYNTHIA FIGUEROA CALHOUN
                COURT OF CRIMINAL APPEALS 2

                BY _Judy Sanford_ , DEPUTY

_____
JUDGE

                FEES

                FINE_____ - 0 -
                COST_____$221.00
                TOTAL_____$221.00    · SENTENCE TO BEGIN 05/23/03

            IMPRISONMENT  90 DAYS  IMPRISONMENT

    CI,B.T.3-13-03,5-23-3 TO 6-4-03,COST NOT CC/TIME

            SHERIFF'S RETURN

    CAME TO HAND THIS 22 DAY OF May    A.D.20 03 , AND EXECUTED
Y COLLECTING FROM THE DEFENDANT THE SUM OF $    AND CONFINING HIM TO
AIL FOR 31 DAYS.

    DEFENDANT RELEASED THIS THE ____ 22 DAY OF June  A.D. 20 03

_____60 DAYS GOOD TIME
_____1 DAYS CREDIT           [stamp: J. C. BOWLES DALLAS]
_____ DAYS I/P           SHERIFF, DALLAS COUNTY, TEXAS
_____2 DAYS FOR FCC

                BY _____
                DEPUTY

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

CAUSE NO. _MA03-21107 M_

THE STATE OF TEXAS

VS.

_Jose Alfonso Escamilla_

IN THE COUNTY CRIMINAL

COURT _CA#2_ OF

DALLAS COUNTY, TEXAS

FILED
CYNTHIA FIGUEROA, CALHOUN
2003 JUN -4 AM 11:53
COURT OF APPEALS No 2
DALLAS COUNTY TEXAS

## CERTIFICATE OF THUMB PRINT

Defendant's _RT_ hand

**Right Thumb***

This is to certify that the fingerprints above are the above-named Defendant's fingerprints taken at the time of the disposition of the above styled and numbered cause.

Did in Court this _4th_ day of _June_ , 20 _03_

_TR. Garner 315_

**Baliff/Deputy Sheriff**

***Indicate here if print other than defendant's right thumb print is placed above:**

_____left thumb print                    _____ other, please specify

_____left/right index finger             _____

Revised 5/2002
FORM NO. M-130



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

Cancelled

# WARRANT OF ARREST AND DETENTION
## DALLAS COUNTY, TEXAS

☐ FELONY      ☒ MISDEMEANOR

BOND AMOUNT: $ *1500*

COURT NUMBER: _____    WARRANT NUMBER: M03-21107

The State of Texas vs. ESCAMILLA JR., JOSE ALFONSO

Arrest Status: JAILED

Race __H__ Sex __M__ DOB __09-03-78__ HT _____ WT _____

Res. Add.: 4045 WEISENBERGER DALLAS, TX 75212    Bus. Add. _____

Name of Bus.: _____ DL NO.: 19405037

Complainant: B. W. Thornton, Texas Highway Patrol, North Texas Tollway Authority

Date of Offense: 03-13-03      Date Complaint Filed: 03-13-03

Warrant of Arrest Issued To: DSO/DPS 4001 President George Bush Turnpike Plano, TX 75093

IN THE NAME OF THE STATE OF TEXAS TO ANY SHERIFF OR OTHER PEACE OFFICER OF THE STATE OF TEXAS – GREETINGS:

       YOU ARE HEREBY COMMANDED to take (instanter) the body of: ESCAMILLA JR., JOSE ALFONSO

hereinafter called the accused, and him safely keep so that he may be dealt with according to law, and to hold the accused to answer to the State of Texas for an offense against the laws of the said State, namely: U.C.W. M/A

of which misdemeanor offense he is accused by written complaint, made under oath that has been presented to me and that is by this reference incorporated herein for all purposes.

WITNESS BY SIGNATURE THIS ___*14*___ DAY OF ___*May*___, 20*03*.

*Sandra Ellis*

MAGISTRATE, IN AND FOR DALLAS COUNTY, TEXAS

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

EC

**DEFENDANT** Escamilla, Jose Alfonso Jr     W M   09031978     **CHARGE** UCW

HANDGUN

AKA:

**Address**     4045 Weisenberger, Dallas, Tx     **LOCATION** DSO

**FILING AGENCY** TX0000001     **DATE FILED** May 14, 2003     **COURT** *App #2*

**COMPLAINANT** Thornton, B     MA0321107   **VT#:**

**C/C**

**SERVICE NO.** _____     **ARREST NO.** _____     **I. D. NO.** _____

# INFORMATION

**In the Name and by the Authority of the State of Texas.**

NOW COMES THE CRIMINAL DISTRICT ATTORNEY of Dallas County, State of Texas, and presents

in and to the County Criminal Court *App #2* of Dallas County, State aforesaid, that one

**Escamilla, Jose Alfonso Jr**

hereinafter styled Defendant, heretofore, on or about the   13 th   day of March A.D., 2003

in the County of Dallas and State of Texas, did unlawfully

**intentionally and knowingly and recklessly carry on or about his person, a handgun,**

against the peace and dignity of the state.

*Bill Hill*

Criminal District Attorney of Dallas County, Texas

DALLAS COUNTY
COUNTY CLERK
2003 MAY 22 AM 8: 53

BLUE



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

THE STATE OF TEXAS)
)
COUNTY OF DALLAS)              AFFIANT FOR ARREST WARRANT OR CAPIAS

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant who, after being duly sworn by me, on oath stated:

My name is E. H. DURAN, and I am a peace officer of the State of Texas.

I have good reason to believe and do believe that on or about the 13th day of MARCH, 2003 , one ESCAMILLA JR., JOSE ALFONSO did then and therein the County of Dallas, Texas, commit the offense of U.C.W. M/A a misdemeanor.

My belief is based upon the following facts and information:
B. W. Thornton, Trooper, Texas Department of Public Safety, a credible person, who participated in the investigation of the alleged offense, furnished to me, the affiant, and who knows or has reason to believe that the following facts are true and correct, on file, THE FOLLOWING INFORMATION:

### (PLEASE SEE BACK OF SHEET)

I believe this information furnished by a fellow Peace Officer is credible.

WHEREFORE, Affiant requests that an arrest warrant or Capias be issued for the above-accused individual in accordance with the law.

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME on this 20 DAY OF March
, 20__

RETHA M. STEWART
COMMISSION EXPIRES
JULY 9, 2003

_____
NOTARY PUBLIC, IN AND FOR THE STATE OF TEXAS

MAGISTRATE'S DETERMINATION OF PROBABLE CAUSE
On this the 19 day of MAY , 20 03 , the undersigned Magistrate hereby acknowledges that he has examined the above affidavit and has determined that probable cause exists for the issuance of an arrest warrant for the individual accused herein.

_____

MAGISTRATE, IN AND FOR DALLAS COUNTY, TEXAS



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

15. ESCAMILLA also had a ●●● cell phone in his possession, but he ● called #911. He also was not robbed of his money or other valuables.

16. After running a routine check on ESCAMILLA'S Texas driver's license #19405037, it was discovered that they were under Dept. Susp. Effective 10-12-02 due to expire on 04-10-03.

17. ESCAMILLA was then taken to Lew Sterritt. At Lew Sterritt ESCAMILLA was offered a breath test and took it with results of 0.127 and 0.117.

18. ESCAMILLA was then turned over to Dallas Sheriff Office for D.W.I. 1st M/B and D.W.L.S. Dept. Susp. M/B.

19. The charge of U.C.W. M/A will be handled under M03-21107.

**_ARRESTING OFFICER_**
B. W. THORNTON, #7062
Texas Highway Patrol
4001 President George Bush Turnpike
Plano, TX 75093

**_VEHICLE:_** 1998 White Mercedes 4 door Texas registration ZHV 69J

**_VEHICLE CONDITION:_** Severe front-end damage also left back quarter.

**_VEHICLE DISPOSITION:_** Towed to Jordan's By Jordan's

**_WITNESS:_**   Officer Robert Donahue, #245        Officer S.G. Richardson, #2994
                 801 Conover Dr.                     1400 S Lamar
                 Grand Prairie, TX 75051             Dallas, TX
                 (972) 237-8790                      (214) 671-4242

                 Security Officer
                 Daniel Penderson
                 Dallas Baptist University
                 (214) 333-5305

**_WEATHER:_** Cloudy, Warm

**_ROAD CONDITION:_** Good, Concrete



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

*BirKin# 03037986*
*Corrected*

## WARRANT OF ARREST AND DETENTION
## DALLAS COUNTY, TEXAS

☐ FELONY     ☒ MISDEMEANOR

BOND AMOUNT:   $ *1500*     **033032**

COURT NUMBER: _____     WARRANT NUMBER: M03-21107
**MA0321107 M**

The State of Texas vs. ESCAMILLA JR., JOSE ALFONSO     **ESCAMILLA JOSE ALFONSO JR**

Arrest Status: JAILED     **UCW HANDGUN**

Race __H__   Sex __M__   DOB __09-03-78__   HT _____   WT _____

Res. Add.: 4045 WEISENBERGER DALLAS, TX 75212     Bus. Add. _____

Name of Bus.: _____     DL NO.: 19405037

Complainant: B. W. Thornton, Texas Highway Patrol, North Texas Tollway Authority

Date of Offense: 03-13-03     Date Complaint Filed: 03-13-03

Warrant of Arrest Issued To: DSO/DPS 4001 President George Bush Turnpike  Plano, TX 75093

IN THE NAME OF THE STATE OF TEXAS TO ANY SHERIFF OR OTHER PEACE OFFICER OF THE STATE OF TEXAS – GREETINGS:

YOU ARE HEREBY COMMANDED to take (instanter) the body of: ESCAMILLA JR., JOSE ALFONSO

hereinafter called the accused, and him safely keep so that he may be dealt with according to law, and to hold the accused to answer to the State of Texas for an offense against the laws of the said State, namely: U.C.W. M/A

of which misdemeanor offense he is accused by written complaint, made under oath that has been presented to me and that is by this reference incorporated herein for all purposes.

WITNESS BY SIGNATURE THIS __14__ DAY OF __May__ , 20__03__.

_Sandra Ellis_

MAGISTRATE, IN AND FOR DALLAS COUNTY, TEXAS

| | DATE | BY |
|---|---|---|
| I.D. | 5/21 | JM |
| Assign | | |
| WRAW | 5/21 | 96 |
| TCIC | | |
| NCIC | | |
| Rgn | | |
| | | |
| Post | | |

**TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE**

*520300030*

COMMITMENT NO. M-0321107-M

DALLAS COUNTY, TEXAS

R STATE OF TEXAS VS. JOSE ALFONSO ESCAMILLA JR

) ANY SHERIFF OR ANY CONSTABLE OF THE STATE OF TEXAS - GREETING

YOU ARE HEREBY COMMANDED, THAT YOU TAKE INTO CUSTODY, AND COMMIT TO THE
AIL OF YOUR COUNTY JOSE ALFONSO ESCAMILLA JR
O WAS ON 06/04/2003 , CONVICTED IN THE COURT OF CRIMINAL APPEALS 2
F DALLAS COUNTY, TEXAS, OF UCW AND HIS PUNISHMENT
IXED AT - 0 - , FINE AND 90 DAYS IMPRISON IMPRISONMENT, AND
UDGMENT WAS ENTERED THEREFOR, TOGETHER WITH ALL COSTS OF SAID PROSECUTION
MOUNTING TO A FURTHER SUM OF $221.00 , AND YOU WILL SAFELY KEEP UNTIL
UCH TIME AND ALL COSTS HEREIN ARE PAID AND SAID TERM OF IMPRISONMENT HAS
XPIRED, OR UNTIL HE IS OTHERWISE DISCHARGED.

WITNESS MY OFFICIAL SIGNATURE, AND SEAL OF OFFICE AT DALLAS, DALLAS COUNTY,
TEXAS, AND ISSUED THE _04TH_ DAY OF _ JUNE_,2003

CYNTHIA FIGUEROA CALHOUN
COURT OF CRIMINAL APPEALS 2

BY _____ ,DEPUTY

_____
JUDGE

FEES

FINE _____ - 0 -
COST _____ $221.00
TOTAL _____ $221.00        SENTENCE TO BEGIN 05/23/03

IMPRISONMENT 90 DAYS IMPRISONMENT

CI.B.T.3-13-03,5-23-3 TO 6-4-03.COST NOT CC/TIME

SHERIFF'S RETURN

AME TO HAND THIS _____ DAY OF _____ A.D.20 _____ , AND EXECUTED
BY COLLECTING FROM THE DEFENDANT THE SUM OF $ _____ AND CONFINING HIM TO
JAIL FO _____ DAYS.

DEFENDANT RELEASED THIS THE _____ DAY OF _____ A.D.20 _____

_____ DAYS GOOD TIME
_____ DAYS CREDIT
_____ DAYS I/P              SHERIFF, DALLAS COUNTY, TEXAS
_____ DAYS FOR FCC
                             BY _____
                             DEPUTY



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

IN COURT OF CRIMINAL APPEALS
DALLAS COUNTY, TEXAS

SEQ 0005

CASE NUMBER MA0321107M
OFFENSE UCW HANDGUN
REDUCED CHARGE

DATE 060403
TIME 124938

THE STATE OF TEXAS VS.
DEF ESCAMILLA JOSE ALFONSO JR
BNO 03037986
DISPOSED BY PGBC

RACE W SEX M DOB 090378

SENTENCE
90 DAYS TO H JAIL

APPEAL _____

SPECIAL CONDITION

MNT _____

$      0.00 FINE $    221.00 COST       SENTENCE TO BEGIN 052303
ADDITIONAL CREDIT FOR TIME SERVED
CI,B.T.3-13-03,5-23-3_TO_6-4-03,COST_NOT_CC/TIME
REMARKS  DEFENDANT WAS GIVEN ALTERNATIVE MEANS TO PAY FINE AND COST. _____
DEFENDANT ELECTED TO SERVE OUT FINE AND COST IN JAIL. _____
FINE AND COST ARE TO BE SERVED CONSECUTIVELY WITH JAIL SENTENCE. _____

CYNTHIA FIGUEROA CALHOUN
COUNTY CLERK
DALLAS COUNTY, TEXAS

BY SAMFORD J
DEPUTY CLERK

-------------------------------------
]         RELEASE INFORMATION       ]
] REMARKS _____ ]
]         _____ ]
]         _____ ]
]         _____ ]
-------------------------------------

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

CAUSE NO. __MA0322107m__

THE STATE OF TEXAS                  IN THE COUNTY CRIMINAL COURT
VS.

ESCAMILLA, JOSE ALFONSO JR          _____ OF APPEALS #2 ___ OF
                                        DALLAS COUNTY, TEXAS

### JUDGEMENT ON NEGOTIATED PLEA OF GUILTY OR NOLO CONTENDERE
### BEFORE: __XXX__ PRESIDING JUDGE / _____ MAGISTRATE
### NO COMMUNITY SUPERVISION

DATE OF JUDGEMENT __JUNE 4, 2003__        TERM __APRIL__ 20 __03__

JUDGE PRESIDING BURSON            MAGISTRATE:

ATTORNEY                      ATTORNEY
FOR STATE: MARTIN            FOR DEFENDANT: BARBARE

OFFENSE CONVICTED OF:     UCW HANDGUN

CLASS __A__ MISDEMEANOR        DATE OFFENSE COMMITTED:     3-13-03

CHARGING INSTRUMENT: INFORMATION / INDICTMENT XXXXXXXXXX PLEA: GUILTY / NOLO CONTENDERE

FINDING OF COURT: GUILTY

TERMS OF NEGOTIATED     120 days/0 fine     PLEA BARGAIN AGREEMENT
PLEA BARGAIN: (IN DETAIL)                 FOLLOWED: YES / NO

DATE SENTENCE IMPOSED            COST: YES / NO
JUNE 4, 2003

PUNISHMENT AND PLACE OF CONFINEMENT:

_90 days_ CONFINEMENT IN THE DALLAS COUNTY JAIL AND A FINE OF $ __ C __
DATE TO COMMENCE:     6-4-03

CREDIT FOR TIME SERVED:            FINE PROBATED: YES / NO

TX.C.C.P. COUNSELING FEE, IF APPLICABLE: $     NOT TO EXCEED $500.00

RESTITUTION / REPARATION: YES / NO     IF YES, NAME OF VICTIM:
ADDRESS OF VICTIM OR AGENCY TO COLLECT PAYMENTS:

AFFIRMATIVE FINDING OF FAMILY VIOLENCE, IF APPLICABLE: YES / NO

CASE TO RUN :     CONSECUTIVE / CONCURRENT WITH ALL OTHER CASES

On this day, set forth above, the above styled and numbered cause was called for trial. The State of Texas and Defendant appeared by and through the above named attorneys and announced ready for trial. Defendant appeared in person in open court. Where Defendant was not represented by counsel, Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel.

Having been admonished of the right to a jury trial, the Defendant waived the right to a jury trial in writing and in open court with the consent and approval of the Judge or Magistrate, the Defendant's attorney, if any, and the prosecuting attorney named above. The consent and approval of the waiver of jury trial was entered of record in the minutes of the court before the Defendant entered this plea.

The Defendant entered the above plea to the charge contained in the information/indictment. If it is shown above that there was a plea bargain agreement, the Defendant was informed as to whether or not the Judge or Magistrate would follow or reject such agreement. It plainly appears to the Judge / Magistrate that Defendant is mentally competent and said plea free and voluntary, the said plea is accepted by the Judge / Magistrate and is now entered of record as the plea of the Defendant. After hearing evidence offered, the Judge / Magistrate finds the Defendant guilty of the offense as shown above and that the offense was committed by said Defendant on the date set forth above.

_____ It is, therefore, ordered and decreed by the Judge or _____ considered and recommended by the Magistrate that said Defendant be adjudged guilty of the offense as shown above on the date as shown above, and that said defendant is sentenced to a term of imprisonment or fine or both, as set out above, and shall be confined for the above named term in accordance with the provision by the court appointed attorney or public defender in this cause, if any, and restitution or reparation, if any, as set forth above. The Judge / Magistrate finds that the Defendant has the financial resources to enable the Defendant to offset said costs in the amount ordered.

If the Magistrate has heard this plea, the Judge has reviewed the findings, actions, and recommendations of the Magistrate in this cause, finds that the terms of the negotiated plea agreement in this cause have been followed and hereby adopts all findings, actions and recommendations of the Magistrate in this cause. The Defendant is hereby adjudged guilty of the offense as set out above and ordered punished in accordance with the recommendations of the Magistrate. The judgment as shown above is hereby in all things approved and confirmed, and is hereby ordered into affect. The Court approved the finding of the Magistrate that the Defendant has the financial resources to enable the Defendant to offset any fines, court costs, expenses of legal services and restitution or in the amount ordered.

Attached to this judgment and incorporated by reference, are the terms of any fee payment pursuant to the Texas Code of Criminal Procedure, if applicable. Following the disposition of this cause, the Defendant's fingerprint was placed upon a Certificate of Fingerprint. Said certificate is attached hereto and is incorporated by reference as a part of this judgment.

SIGNED AND ENTERED THIS ___4___ DAY OF __JUNE__ , 20 __03__ .

                             COPY OF ORIGINAL     JUDGE, COUNTY CRIMINAL COURT
                             FILED IN DALLAS     DALLAS COUNTY, TEXAS
                             COUNTY CLERK'S OFFICE

FORM M-330
REVISED 2-8-2001

Cause No. M 2003 - 21167

THE STATE OF TEXAS             §       IN THE COUNTY
VS.                            §       CRIMINAL COURT NO. C#3
Jose A. Escamilla             §       DALLAS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☑ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal.

_____    6-4-68
Judge                                Date Signed

I have received a copy of this certification:

_____    _____
Defendant (if not represented by counsel)    Defendant's Counsel  Cynthia Barbare
Mailing Address:                     State Bar No.: 01692475
                                     Mailing Address: 8344 E.R.L. Thornton Fwy
Telephone #:                         Ste 404  Dis TX 75228
Fax # (if any)                       Telephone #: 214/324-4419
                                     Fax # (if any): 214/324-4440

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case ---- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

Cause No. *MA03-29709*

FILED
CYNTHIA FIGUEROA CALHOUN
COUNTY CLERK
DALLAS TEXAS

2003 JUN -4 AM 11: 53

CRIMINAL COURT
OF APPEALS NO. 2
COUNTY TEXAS

THE STATE OF TEXAS

VS.

*Jose A. Escamilla*

IN THE COUNTY CRIMINAL COURT

*CCA-2* OF

DALLAS COUNTY, TEXAS

## COURT'S ADMONITION OF STATUTORY AND CONSTITUTIONAL
## RIGHTS AND DEFENDANT'S ADKNOWLEDGMENT

The Judge hereby admonishes you of the following Statutory and Constitutional Rights prior to your entry of a plea of guilty/nolo contendere in this case pursuant to the Texas Code of Criminal Procedure and the Constitutions of the State of Texas and the United States of America:

1) You are charged with the offense of *UCW*
   and the maximum range of punishment is: a fine not to exceed ~~$500~~ / ~~$2000~~ / $4000, confinement in jail for a term not
   To exceed ~~180 days~~ / one year, or both such fine and imprisonment.
2) Any recommendation as to what your punishment should be by the prosecuting attorney is not binding on the Court.
3) If you are not a citizen of the United States of America, a plea of guilty or nolo contendere before me for the offense charged may result in your deportation, the exclusion from admission to this country, or a denial of naturalization under Federal law.
4) If you have a Court appointed attorney, you have a right to have ten days from the date your attorney was appointed to prepare for trial.
5) If you receive deferred adjudication and later it is found that you have violated your probation, you may then be found guilty and the Judge can then set your punishment anywhere within the range provided by law.

## PLEA RECOMMENDATION

[X] *126* days in jail

[ ] $_____ fine plus costs of court

[ ] Jail term probated for _____ months

[ ] Deferred adjudication for _____ months

*OPEN for less time*

[ ] Restitution in the amount of

$_____ to:

_____

_____

[ ] Other: _____

_____

_____

## PLEA OF GUILTY / ~~NOLO CONTENDERE~~

Comes now the Defendant herein, in person and by and through Defendant's attorney, if any, having waived the right to jury trial with the approval of the State and Judge, and states that Defendant understands the charge, the penalty range for the offense charged and waives arraignment and reading of the information/indictment and represents to the Judge that the Defendant desires to make immediate disposition of this case by here and now entering a plea of guilty/nolo contendere. The Defendant waives the right to a jury trial, the confrontation of witnesses, the right to present witnesses in defendant's behalf and submits this case to the Judge on all issues of law and fact.

I understand that under Federal Law if I am not a citizen of the United States of America, a plea of guilty/nolo contendere for the offense charged may result in my deportation, exclusion of my admission to this country, or the denial of naturalization.

Wherefore, the Defendant asks the Judge to proceed immediately on the filing hereof, to accept this plea and waivers, and to enter judgment and sentence herein in the manner provided by law. Defendant requests that a presentence report (not) be made. If a presentence report is made, the Defendant hereby authorizes the Judge to inspect the report.

I understand that I have a right to appeal this case to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then after consulting with my attorney, do expressly, voluntarily, knowingly, and intelligently give up and waive my right to appeal this case.

I have read the above and foregoing admonitions by the Judge regarding my rights. I understand the admonitions, and I understnad and am aware of the consequences of my plea. Furthermore, my lawyer, if any, has explained to me all the admonitions given by the Judge in this document.

_____
Defendant

_____
Attorney for Defendant & Bar Card Number    *00791665*

The State hereby consents to and approves the Defendant's waiver of jury and agrees to the above plea recommendation.

_____ *24037746*
Assistant District Attorney & Bar Card Number

Filed: The admonition and waivers, filed with the clerk and presented to the Judge are considered, approved and granted this *4th* day of *June*, 20 *03*. The Judge agrees that a presentence report pursuant to the Texas Code of Criminal Procedure not be made.

_____
Judge

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

**Form M-90 Revised 7-10-2002**

**OVER**

CAUSE No. _____

STATE OF TEXAS                                    IN THE COUNTY CRIMINAL

                                                 COURT OF APPEALS NO.

_____ Jr.                            DALLAS COUNTY, TEXAS

### STATE'S SENTENCE RECOMMENDATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES THE STATE OF TEXAS, by and through Dallas County Criminal District Attorney BILL HILL, in the above styled and numbered cause and on this the _____ day of _____, 2003, makes this recommendation of punishment, conditioned on the defendant having no criminal record or pending cases other than those listed below. This is not an announcement of readiness for trial.

CHARGE: _____

REC: _____

Mr. Daxton Martin
Assistant District Attorney
State Bar Card Number 24035002

| | | |
|---|---|---|
| | Life Skills | Register as a Sex Offender |
| | Anti-theft Program | Sex Offender Class |
| | Drug/Alcohol Evaluation | DNA sample |
| | Urinalysis Testing | X Judge's Condition |
| | Psychiatric Evaluation | Stay Away order |
| | Anger Counseling | Affirmative Finding of Family Violence |
| | GED/HS Diploma | Family Violence Counseling |
| | Surrender Weapon / No Weapon | Restitution of $ |

PRIOR RECORD AND PENDING CASES:

_____



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

| LN | | ARC | RS | DOB | CASE/BOND | CT | CHARGE | DISP |
|----|--|-----|-----|-----|-----------|----|--------|------|
| 01 ESCAMILLA JOSE | | | WM | 090378 | F-9652623 | FI | THEFT 1,500 R& | JGSA |
| 02 ESCAMILLA JOSE ALFONSO | | | WM | 090378 | MB0136632 | MH | EVADE ARREST/D | PGBC |
| 03 ESCAMILLA JOSE ALFONSO | | | WM | 090378 | F-9755456 | FI | POSS PROH WEAP | DISM |
| 04 ESCAMILLA JOSE ALFONSO JR | | | WM | 090378 | MB0321102 | MM | DWI | |
| 05 ESCAMILLA JOSE ALFONSO JR | | | WM | 090378 | MB0321103 | MM | DWLS/INV | |
| 06 ESCAMILLA JOSE ALFONSO JR | | | WM | 090378 | F-0020647 | FS | POSS CS INT DE | PGJG |
| 07 ESCAMILLA JOSE ALFONSO JR | | | WM | 090378 | MA0321107 | MM | UCW HANDGUN | |
| 08 ESCAMILLA JOSE ALFONZO | | | WM | 090378 | MA0372081 | MM | ASSAULT | TRAN |

```
* * *  E N D   O F   R E C O R D S   R E T R I E V E D  * * *
```

LINE NO 01


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

INSUFFICIENT BOND WARRANT
(WARRANT OF ...)
TIME 11:18

36632 H THE STATE OF TEXAS VS.:ESCAMILLA JOSE ALFONSO

.Y PEACE OFFICER OF THE STATE OF TEXAS GREETING:

.ARE HEREBY COMMANDED TO ARREST

DEF NAME:ESCAMILLA JOSE ALFONSO                    RACE:W SEX:M DOB:09/03/1978
AKA NAME:
ADDRESS:4045 WEISERDERGER                          NEW BOND SET AT:   $2000.00
CITY, ST:DALLAS TX                                 BOND TYPE:CASH
TRACKING NO:9085769949 A001                        SID NUMBER:TX05750139
BUSINESS ADDRESS:
HT: FT: IN WT:   HAIR:      EYES:
DL NO:                ST:                           SSN#:

YOU ARE HEREBY COMMANDED TO TAKE THE BODY OF ESCAMILLA JOSE ALFONSO
IN THE ABOVE STYLED AND NUMBERED CAUSE, AND SAFELY KEEP HIM SO THAT YOU
HAVE HIM BEFORE THE COUNTY CRIMINAL COURT 7        OF DALLAS COUNTY,
TEXAS, AT THE COURTHOUSE OF SAID COUNTY, INSTANTER, THEN AND THERE TO ANSWER
THE STATE OF TEXAS IN A CHARGE HEREIN FILED BY COMPLAINT AND INFORMATION,
FILED 20 TH DAY OF    JUNE, A.D. 2001, WHEREIN THE SAID DEFENDANT IS
CHARGED WITH THE OFFENSE OF EVADE ARREST/DET        IN ORDER FOR THE
DEFENDANT TO BE RELEASED FROM CUSTODY THE DEFENDANT MUST POST IN LIEU OF A
A SURETY BOND   $2000.00 CURRENT MONEY OF THE UNITED STATES.  SEE ARTICLE
16.16.

JUDGE, COUNTY CRIMINAL COURT 7
DALLAS COUNTY, TEXAS

WITN... MY HAND AND SEAL OF SAID COURT IN ATTESTATION HEREOF ON THIS 13 TH
DAY OF    JULY, A. D. 2001.

EARL BULLOCK CLERK, COUNTY CRIMINAL COURT
DALLAS COUNTY, TEXAS

BY: L BARNES          , DEPUTY

| | DATE | BY |
|---|---|---|
| T.D. | | |
| Assign | | |
| WRAW | OTBAMP | |
| TCIC | | |
| NCIC | | |
| Rgn | | |
| Post | | |

SHERIFF'S RETURN

CAME TO HAND THE 13 DAY OF July, 2001, AND EXECUTED THE 27 DAY
OF July, 2001 BY ARRESTING THE ABOVE NAMED DEFENDANT AND,

RETURNED THIS ___ DAY OF _____,            MILEAGE   $

SHERIFF, DALLAS COUNTY, TEXAS                 FEES      $

DEPUTY                                        TOTAL     $

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

COMMITMENT                     NO. M-0136232 H
B                       COUNTY CRIMINAL COURT 7
                        DALLAS COUNTY, TEXAS

THE STATE OF TEXAS VS. JOSE ALFONSO ESCAMILLA

TO ANY SHERIFF OR ANY CONSTABLE OF THE STATE OF TEXAS - GREETING

    YOU ARE HEREBY COMMANDED, THAT YOU TAKE INTO CUSTODY, AND COMMIT TO THE
JAIL OF YOUR COUNTY JOSE ALFONSO ESCAMILLA
WHO WAS ON   07/31/2001           , CONVICTED IN THE COUNTY CRIMINAL COURT 7
OF DALLAS COUNTY, TEXAS, OF EVADE ARREST/DET            AND HIS PUNISHMENT
FIXED AT - 0 -        , FINE AND  90 DAYS  IMPRISON IMPRISONMENT, AND
JUDGMENT WAS ENTERED THEREFOR, TOGETHER WITH ALL COSTS OF SAID PROSECUTION
AMOUNTING TO A FURTHER SUM OF $220.25    , AND YOU WILL SAFELY KEEP UNTIL
SUCH TIME AND ALL COSTS HEREIN ARE PAID AND SAID TERM OF IMPRISONMENT HAS
EXPIRED, OR UNTIL HE IS OTHERWISE DISCHARGED.

    WITNESS MY OFFICIAL SIGNATURE, AND SEAL OF OFFICE AT DALLAS, DALLAS COUNTY,
TEXAS, AND ISSUED THE _31ST_ DAY OF _   JULY_,2001

                              EARL BULLOCK
                              COUNTY CRIMINAL COURT 7

*Elizabeth Crowder*                    *Kena Slaughter*          ,DEPUTY
JUDGE                         BY

                         FEES

                         FINE____ - 0 -
                         COST____$220.25
                         TOTAL___$220.25       SENTENCE TO BEGIN 08/20/01

                    IMPRISONMENT  90 DAYS  IMPRISONMENT

    FCC TO RUN CC/SENTENCE BEGIN DATE 042001/CI

                    SHERIFF'S RETURN

    CAME TO HAND THIS _____ DAY OF _____ A.D.20_____, AND EXECUTED
BY COLLECTING FROM THE DEFENDANT THE SUM OF $_____AND CONFINING HIM TO
JAIL FOR _____DAYS.

    DEFENDANT RELEASED THIS THE _____DAY OF _____ A.D. 20 ___

_____DAYS GOOD TIME
_____DAYS CREDIT
_____DAYS I/F                        SHERIFF, DALLAS COUNTY, TEXAS
_____DAYS FOR FCC

                              BY _____
                                 DEPUTY


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

COMMITMENT

0104B050

NO. M-0136432-H
COUNTY CRIMINAL COURT 7
DALLAS COUNTY, TEXAS

THE STATE OF TEXAS VS. JOSE ALFONSO ESCAMILLA

TO ANY SHERIFF OR ANY CONSTABLE OF THE STATE OF TEXAS - GREETING

YOU ARE HEREBY COMMANDED, THAT YOU TAKE INTO CUSTODY, AND COMMIT TO THE JAIL OF YOUR COUNTY JOSE ALFONSO ESCAMILLA WHO WAS ON   07/31/2001      , CONVICTED IN THE COUNTY CRIMINAL COURT 7 OF DALLAS COUNTY, TEXAS, OF EVADE ARREST/DET              AND HIS PUNISHMENT FIXED AT - O -       , FINE AND   90 DAYS   IMPRISON IMPRISONMENT, AND JUDGMENT WAS ENTERED THEREFOR, TOGETHER WITH ALL COSTS OF SAID PROSECUTION AMOUNTING TO A FURTHER SUM OF $220.25     , AND YOU WILL SAFELY KEEP UNTIL SUCH TIME AND ALL COSTS HEREIN ARE PAID AND SAID TERM OF IMPRISONMENT HAS EXPIRED, OR UNTIL HE IS OTHERWISE DISCHARGED.

WITNESS MY OFFICIAL SIGNATURE, AND SEAL OF OFFICE AT DALLAS, DALLAS COUNTY, TEXAS, AND ISSUED THE _31ST_ DAY OF _    JULY_,2001

EARL BULLOCK
COUNTY CRIMINAL COURT 7.

'01 AUG 3 AM 8:26

Elizabeth Crowder
JUDGE

BY Kena Slaughter ,DEPUTY

FEES

FINE_____ - O -
COST_____$220.25
TOTAL____$220.25

SENTENCE TO BEGIN 06/20/01

IMPRISONMENT  90 DAYS IMPRISONMENT

FCC TO RUN CC/SENTENCE BEGIN DATE 062001/CI

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

SHERIFF'S RETURN

CAME TO HAND THIS 31st DAY OF July     A.D.2001 , AND EXECUTED BY COLLECTING FROM THE DEFENDANT THE SUM OF $    0     AND CONFINING HIM TO JAIL FOR    30      DAYS.

DEFENDANT RELEASED THIS THE _____ 10th DAY F  July     A.D. 2001

JIM G. BOWLES
DALLAS
SHERIFF, DALLAS COUNTY, TEXAS

60 DAYS GOOD TIME
____ DAYS CREDIT
____ DAYS I/P
____ DAYS FOR FCC

BY
DEPUTY

**BAIL BOND**

COURT IRVING    8:30 A    THE STATE OF TEXAS COUNTY OF Dallas    No 5175

VS

DATE 6-21-01   Jose   A. Escamilla

RACE: white    SEX: male    DOB: 9/3/78

MISDEMEANOR X    FELONY _____

JUDGE: Whistler
DATE 5/3/01    BNO _____    CASE # 268752

KNOW ALL MEN BY THESE PRESENTS: THAT WE, Jose A. Escamilla, AS PRINCIPAL, AND UNDERSIGNED Act Quick Bail Bonds, AS SURETY, ARE HELD FIRMLY BOUND UNTO THE STATE OF TEXAS IN THE PENAL SUM OF five hundred DOLLARS ($ 500.00 ) AND IN ADDITION THERETO, WE ARE BOUND FOR THE PAYMENT OF ALL FEES AND EXPENSES THAT MAY BE INCURRED BY ANY PEACE OFFICER IN REARRESTING THE SAID PRINCIPAL IN THE EVENT ANY OF THE STATED CONDITIONS OF THIS BOND ARE VIOLATED FOR THE PAYMENT OF WHICH SUM OR SUMS WILL AND TRULY TO BE MADE, WE DO BIND OURSELVES, AND EACH OF US, OUR HEIRS, EXECUTORS, AND ADMINISTRATORS, JOINTLY AND SEVERALLY. THE CONDITION OF THIS BOND IS THAT THE DEFENDANT HAS BEEN CHARGED WITH Evading Arrest AND TO SECURE HIS RELEASE FROM CUSTODY IS ENTERING INTO THIS OBLIGATION BINDING HIM TO MAKE A PERSONAL APPEARANCE (INSTANTER) BEFORE COURT TO WHICH THE SAME MAY BE TRANSFERRED AND BASED ON SAID CHARGE. HABEAS CORPUS WITH WRIT-THAT IS SAID PRINCIPAL SHALL WELL AND TRULY APPEAR IN THE INSTANTER COURT OF _____, TEXAS, _____ AM, ON THE _____ DAY OF _____, A.D. 20___ IN THE COURTROOM OF SAID COURT, IN THE COURTHOUSE IN THE CITY OF Dallas Dallas COUNTY, TEXAS PURSUANT TO THE ORDER OF THE JUDGE THIS DAY MADE, GRANTING A WRIT OF HABEAS CORPUS ON APPLICATION OF SAID PRINCIPAL, IT HAVING BEEN CALLED TO HIS ATTENTION THAT SAID PRINCIPAL IS RESTRAINED OF HIS LIBERTY BY A PEACE OFFICER OF DALLAS COUNTY, TEXAS, UNDER ACCUSATION OF SAID CHARGE AGAINST THE LAWS OF THE STATE OF TEXAS, SAID WRIT BEING DEPART THERE FROM WITHOUT LEAVE OF SAID COURT, PENDING EXAMINATION OF AND HEARING OF SAID WRIT, IN ORDER TO ABIDE FINAL DETERMINATION THEREOF BY SAID COURT.

I, Tom Benson, DO SWEAR THAT I AM WORTH AT LEAST THE SUM OF 1,000.00 DOLLARS, AFTER DEDUCTING FROM MY PROPERTY ALL THAT WHICH IS EXEMPT BY THE CONSTITUTION AND LAWS OF THE STATE FROM FORCED SALE, AND AFTER PAYMENT OF ALL DEBTS, WHETHER INDIVIDUAL OR SECURITY DEBTS, AND AFTER SATISFYING ALL ENCUMBRANCES UPON MY PROPERTY WHICH ARE KNOWN TO ME, AND THAT I RESIDE IN Dallas COUNTY AND HAVE PROPERTY IN THIS STATE LIABLE TO EXECUTION WORTH SAID AMOUNT, OR MORE, AND THAT I PERSONALLY SIGNED MY NAME AS SURETY TO THIS BOND, I FURTHER SWEAR THAT THERE ARE NO OUTSTANDING JUDGEMENTS IN DALLAS COUNTY TEXAS, OR ELSEWHERE AGAINST THE AFFIANT AND THAT THE AFFIANT MAKES THIS STATEMENT FOR THE EXPRESS PURPOSE OF INDUCING THE APPROVAL AND ACCEPTANCE OF SAID BOND WITH HIMSELF AS A SURETY THEREON, WELL KNOWING, BELIEVING AND INTENDING THAT THE MAKING OF THIS STATEMENT WILL INDUCE THE OFFICIAL CHARGED WITH THE DUTY OF ACCEPTING AND APPROVING SAID BOND TO ACCEPT AND APPROVE THE SAME, AND THAT ALL STATEMENTS HEREIN ARE TRUE, SO HELP ME GOD.

PRINCIPAL    AFFIANT-SURETY
ADDRESS 4045 Wisendenger    TOM BENSON d/b/a ACT QUICK BAIL BONDS
CITY Dallas ST TX ZIP    ADDRESS: 515 S. INDUSTRIAL
75260    CITY: DALLAS    ST: TX.    ZIP: 75207
PHONE Murray 1622 Irving PD    PHONE: (214) 744-1414

JAILER _____ AGENCY _____    SWORN TO AND SUBSCRIBED BEFORE ME, ON
TAKEN AND APPROVED BY ME THIS    THIS THE 31 DAY OF May, 20 01
31 DAY OF May 20 01
Jim Bowles SHERIFF Dallas COUNTY
BY Womack DEPUTY    NOTARY PUBLIC IN AND FOR DALLAS CO. TEXAS
    BONDSMAN ACCOUNT # 830    6314

31 DAY OF May 20 01
Jim Bowles SHERIFF Dallas COUNTY
BY Womack DEPUTY    NOTARY PUBLIC IN AND FOR DALLAS CO. TEXAS
    BONDSMAN ACCOUNT # 830    6314



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

## WARRANT OF ARREST
## DALLAS COUNTY, TEXAS

☐ **FELONY**   ☒ **MISDEMEANOR**

BOND AMOUNT: $_____

COURT NO.: **IRVING MUNICIPAL COURT**   WARRANT NO.: M01-36632-0

The State of Texas vs.: **ESCAMILLA, JOSE ALFONSO**
Arrest Status: **IRVING CITY JAIL (OUT ON BOND)**
Race: **WHITE** Sex: **MALE** DOB: **9-3-78** Ht: **5'7"** Wt: **155** Hair: **BLACK** Eyes: **BROWN**
Social Security Number: **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**
Res. Add.: **4045 WEISERDERGER, DALLAS, TEXAS 75212**
Complainant: **OFFICER T. HURLEY #236**
Date of Offense: **5-30-01**   Date Complaint Filed: _____
Warrant of Arrest Issued To: **IRVING POLICE DEPARTMENT**

IN THE NAME OF THE STATE OF TEXAS TO ANY SHERIFF OR OTHER PEACE OFFICER
OF THE STATE OF TEXAS -- GREETINGS:

YOU ARE HEREBY COMMANDED to take instanter the body of: **JOSE ALFONSO
ESCAMILLA** hereinafter called the accused, and **HIM** safely keep so that **HE** may be dealt with
according to law, and to hold accused to answer to the State of Texas for an offense against the
laws of the said State, namely: **EVADING ARREST/DETENTION PC 38.04** of which
**MISDEMEANOR** offense **HE** is accused by written complaint, made under oath that has been
presented to me and that is by this reference incorporated herein for all purposes.

WITNESS MY SIGNATURE THIS 12 DAY OF June, 2001

MAGISTRATE
Municipal Court
City of Irving, Texas

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

## FEES

ARREST..........................$_____
COMMITMENT...................$_____
RELEASE.........................$_____
APPROVE BOND..............$_____
MILEAGE........................$_____
OTHER...........................$_____
TOTAL ..........................$_____

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

## RETURN

CAME TO HAND THE _____ day of _____, A.D. 2001, and executed the
_____ day of _____, A.D. 2001, by arresting and detaining above named and accused
and _____
_____

BY: _____

Cause No. _MB0136632_

THE STATE OF TEXAS

vs.

_Escamilla Jose_

IN THE COUNTY CRIMINAL COURT

_#7_ OF

DALLAS COUNTY, TEXAS

**JUDGMENT ON NEGOTIATED PLEA OF GUILTY OR NOLO CONTENDERE
BEFORE JUDGE NO COMMUNITY SUPERVISION**

JUDGE PRESIDING: _Crowder_        DATE OF JUDGMENT: _7-31-01_        _July_ TERM, 200 _1_

ATTORNEY
FOR STATE: _A. Garner_        ATTORNEY
FOR DEFENDANT: _T. Seaton_

OFFENSE CONVICTED OF: _Evading Arrest/Det_

CLASS _B_ MISDEMEANOR   DATE OFFENSE COMMITTED: _5-30-01_

CHARGING INSTRUMENT: INFORMATION/INDICTMENT   PLEA: GUILTY/NOLO CONTENDERE

FINDING OF JUDGE: GUILTY

TERMS OF NEGOTIATED
PLEA BARGAIN: (IN DETAIL) ~
_90 days jail_

PLEA BARGAIN AGREEMENT
FOLLOWED: YES/NO

DATE SENTENCE IMPOSED: _7-31-01_        COSTS: YES/NO

PUNISHMENT AND PLACE
OF CONFINEMENT: _90 days_ CONFINEMENT IN THE DALLAS COUNTY JAIL AND A FINE OF $ _0_

DATE TO COMMENCE: _6-20-01_

CREDIT FOR TIME SERVED: _5-30 to 5-31-01 Irving, 6-20-01 to 7-31-01   44 days_
_+2_        FINE PROBATED: YES/NO        _total_

TX.C.C.P. COUNSELING FEE, IF APPLICABLE: $ _____ , NOT TO EXCEED $500

RESTITUTION/REPARATION: YES/NO
IF YES, NAME OF VICTIM: ____
ADDRESS OF VICTIM OR AGENCY TO COLLECT PAYMENTS: ____

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

AFFIRMATIVE FINDING OF FAMILY VIOLENCE, IF APPLICABLE: YES/NO

CASE TO RUN CUMULATIVE/CONCURRENT WITH ALL OTHER CASES

    On this day, set forth above, the above styled and numbered cause was called for trial. The State of Texas and Defendant appeared by and through the above named attorneys and announced ready for trial. Defendant appeared in person in open court. Where Defendant was not represented by counsel, Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel.

    Having been admonished of the right to a jury trial, the Defendant waived the right to a jury trial in writing and in open court with the consent and approval of the Judge, the Defendant's attorney, if any, and the prosecuting attorney named above. The consent and approval of the waiver of jury trial was entered of record in the minutes of the court before the Defendant entered this plea.

    The Defendant entered the above plea to the charge contained in the information/indictment. If it is shown above that there was a plea bargain agreement, the Defendant was informed as to whether or not the Judge would follow or reject such agreement. It plainly appears to the Judge that Defendant is mentally competent and said plea is free and voluntary, the said plea is accepted by the Judge and is now entered of record as the plea of the Defendant. After hearing evidence offered, the Judge finds the Defendant guilty of the offense as shown above and that the offense was committed by said Defendant on the date set forth above.

    **It is, therefore, ordered and decreed** by the Judge that said Defendant be adjudged guilty of the offense as shown above on the date as shown above, and that said defendant is sentenced to a term of imprisonment or fine or both, as set out above, and shall be confined for the above named term in accordance with the provision of law governing such punishments. It is further ordered that the Defendant pay the fine, court costs, expenses of legal services provided by the court appointed attorney or public defender in this cause, if any, and restitution or reparation, if any, as set forth above. The Judge finds that the Defendant has the financial resources to enable the Defendant to offset said costs in the amount ordered.

    Attached to this judgment and incorporated by reference, are the terms of any fee payment pursuant to the Texas Code of Criminal Procedure, if applicable.

    Following the disposition of this cause, the Defendant's fingerprint was placed upon a Certificate of Fingerprint. Said certificate is attached hereto and is incorporated by reference as a part of this judgment.

Signed and entered this _31st_ day of _July_, 200 _1_.

_____
Judge, County Criminal Court
Dallas County, Texas        _#7_

Revised 4/00
Form M-330

Cause No. MB0136632 J

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL COURT |
|---|---|---|
| VS. | § | #7 _____ OF |
| _Escamilla Jose Alfonso_ | § | DALLAS COUNTY, TEXAS |

## COURT'S ADMONITION OF STATUTORY AND CONSTITUTIONAL RIGHTS AND DEFENDANT'S ACKNOWLEDGMENT

The Judge hereby admonishes you of the following Statutory and Constitutional Rights prior to your entry of a plea of guilty/nolo contendere in this case pursuant to the Texas Code of Criminal Procedure and the Constitutions of the State of Texas and the United States of America:

1) You are charged with the offense of _Evading Arrest_

and the maximum range of punishment is: a fine not to exceed $500 / $2000 / $4000; confinement in jail for a term not to exceed 180 days; one year; or both such fine and imprisonment.

2) Any recommendation as to what your punishment should be by the prosecuting attorney is not binding on the Court.

3) If you are not a citizen of the United States of America, a plea of guilty or nolo contendere before me for the offense charged may result in your deportation, the exclusion from admission to this country, or a denial of naturalization under Federal law.

4) If you have a Court appointed attorney, you have a right to have ten days from the date your attorney was appointed to prepare for trial.

5) If you receive deferred adjudication and later it is found that you have violated your probation, you may then be found guilty and the Judge can then set your punishment anywhere within the range provided by law.

### PLEA RECOMMENDATION

[ ] _90_ days in jail        [ ] Restitution in the amount of

[ ] $ _____ fine plus costs of court     $ _____ to:

[ ] Jail term probated for _____ months

[ ] Deferred adjudication for _____ months     [ ] Other: _____

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

### PLEA OF GUILTY / NOLO CONTENDERE

Comes now the Defendant herein, in person and by and through Defendant's attorney, if any, having waived the right to jury trial with the approval of the State and Judge, and states that Defendant understands the charge, the penalty range for the offense charged and waives arraignment and reading of the information/indictment and represents to the Judge that the Defendant desires to make immediate disposition of this case by here and now entering a plea of guilty/nolo contendere. The Defendant waives the right to a jury trial, the confrontation of witnesses, the right to present witnesses in defendant's behalf and submits this case to the Judge on all issues of law and fact.

I understand that under Federal law if I am not a citizen of the United States of America, a plea of guilty/nolo contendere for the offense charged may result in my deportation, exclusion of my admission to this country, or the denial of naturalization.

Wherefore, the Defendant asks the Judge to proceed immediately on the filing hereof, to accept this plea and waivers, and to enter judgment and sentence herein in the manner provided by law. Defendant requests that a presentence report (not) be made. If a presentence report is made, the Defendant hereby authorizes the Judge to inspect the report.

I understand that I have a right to appeal this case to the Court of Appeals. If the trial court follows the terms of the State's recommendation as to sentencing, then after consulting with my attorney, do expressly, voluntarily, knowingly, and intelligently give up and waive my right to appeal this case.

I have read the above and foregoing admonitions by the Judge regarding my rights. I understand the admonitions, and I understand and am aware of the consequences of my plea. Furthermore, my lawyer, if any, has explained to me all the admonitions given by the Judge in this document.

X _Jose A. Escamilla_
Defendant

_____ 00790036
Attorney for Defendant & Bar Card Number

The State hereby consents to and approves the Defendant's waiver of jury and agrees to the above plea recommendation

_____ 24072488
Assistant District Attorney & Bar Card Number

Filed:

The admonitions and waivers, filed with the clerk and presented to the Judge are considered, approved and granted this _31st_ day of _July_, 200_6_. The Judge agrees that a presentence report pursuant to the Texas Code of Criminal Procedure not be made.

_____
Judge

**OVER**

Form M-90 Revised 1-29-2001

COURT **8.** 30 A7 6 THE STATE OF TEXAS COUNTY OF _Dallas_ Nº 5175
IRVING
VS
DATE _6-21-01_ _Jose A. Escamilla._

RACE: _White_ SEX: _male_ DOB: _9/3/78_ ✓

MISDEMEANOR **X** FELONY____

JUDGE _Whistler_
DATE : _5/3/01_ BNO #
CASE # _262752_ ✓

KNOW ALL MEN BY THESE PRESENTS: THAT WE, _Jose A. Escamilla_, AS PRINCIPAL, AND UNDERSIGNED _Act Quick Bail Bonds_, AS SURETY, ARE HELD FIRMLY BOUND UNTO THE STATE OF TEXAS IN THE PENAL SUM OF _five hundred_ DOLLARS ($ _500.00_) AND IN ADDITION THERETO, WE ARE BOUND FOR THE PAYMENT OF ALL FEES AND EXPENSES THAT MAY BE INCURRED BY ANY PEACE OFFICER IN REARRESTING THE SAID PRINCIPAL IN THE EVENT ANY OF THE STATED CONDITIONS OF THIS BOND ARE VIOLATED FOR THE PAYMENT OF WHICH SUM OR SUMS WILL AND TRULY TO BE MADE, WE DO BIND OURSELVES, AND EACH OF US, OUR HEIRS, EXECUTORS, AND ADMINISTRATORS, JOINTLY AND SEVERALLY. THE CONDITION OF THIS BOND IS THAT THE DEFENDANT HAS BEEN CHARGED WITH _Evading Arrest_ AND TO SECURE HIS RELEASE FROM CUSTODY IS ENTERING INTO THIS OBLIGATION BINDING HIM TO MAKE A PERSONAL APPEARANCE (INSTANTER) BEFORE COURT TO WHICH THE SAME MAY BE TRANSFERRED AND BASED ON SAID CHARGE. HABEAS CORPUS WITH WRIT-THAT IS SAID PRINCIPAL SHALL WELL AND TRULY APPEAR IN THE _INSTANTER_ COURT OF ____, TEXAS, ___ AM., ON THE ____ DAY OF ____ A.D. 200_ IN THE COURTROOM OF SAID COURT, IN THE COURTHOUSE IN THE CITY OF _Dallas_ _Dallas_ COUNTY, TEXAS PURSUANT TO THE ORDER OF THE JUDGE THIS DAY MADE, GRANTING A WRIT OF HABEAS CORPUS ON APPLICATION OF SAID PRINCIPAL, IT HAVING BEEN CALLED TO HIS ATTENTION THAT SAID PRINCIPAL IS RESTRAINED OF HIS LIBERTY BY A PEACE OFFICER OF DALLAS COUNTY, TEXAS, UNDER ACCUSATION OF SAID CHARGE AGAINST THE LAWS OF THE STATE OF TEXAS, SAID WRIT BEING DEPART THERE FROM WITHOUT LEAVE OF SAID COURT, PENDING EXAMINATION OF AND HEARING OF SAID WRIT, IN ORDER TO ABIDE FINAL DETERMINATION THEREOF BY SAID COURT.

I, _Tom Benson_, DO SWEAR THAT I AM WORTH AT LEAST THE SUM OF _1,000.00_ DOLLARS, AFTER DEDUCTING FROM MY PROPERTY ALL THAT WHICH IS EXEMPT BY THE CONSTITUTION AND LAWS OF THE STATE FROM FORCED SALE, AND AFTER PAYMENT OF ALL DEBTS, WHETHER INDIVIDUAL OR SECURITY DEBTS, AND AFTER SATISFYING ALL ENCUMBRANCES UPON MY PROPERTY WHICH ARE KNOWN TO ME, AND THAT I RESIDE IN _Dallas_ COUNTY AND HAVE PROPERTY IN THIS STATE LIABLE TO EXECUTION WORTH SAID AMOUNT, OR MORE, AND THAT I PERSONALLY SIGNED MY NAME AS SURETY TO THIS BOND. I FURTHER SWEAR THAT THERE ARE NO OUTSTANDING JUDGEMENTS IN DALLAS COUNTY TEXAS, OR ELSEWHERE AGAINST THE AFFIANT AND THAT THE AFFIANT MAKES THIS STATEMENT FOR THE EXPRESS PURPOSE OF INDUCING THE APPROVAL AND ACCEPTANCE OF SAID BOND WITH HIMSELF AS A SURETY THEREON, WELL KNOWING, BELIEVING AND INTENDING THAT THE MAKING OF THIS STATEMENT WILL INDUCE THE OFFICIAL CHARGED WITH THE DUTY OF ACCEPTING AND APPROVING SAID BOND TO ACCEPT AND APPROVE THE SAME, AND THAT ALL STATEMENTS HEREIN ARE TRUE, SO HELP ME GOD.

PRINCIPAL
ADDRESS _4045 Wisenderger_
CITY _Dallas_ ST _TX_ ZIP
PHONE _75262_

_JUAN A VALDEZ_
_NOTARY PUBLIC_
_STATE OF TEXAS_
_My Comm. Exp. 06/15/2002_

AFFIANT-SURETY
TOM BENSON d/b/a ACT QUICK BAIL BONDS
ADDRESS: 515 S. INDUSTRIAL
CITY: DALLAS ST: TX. ZIP: 75207
PHONE: (214) 744-1414

JAILER AGENCY
TAKEN AND APPROVED BY ME THIS
_31_ DAY OF _MAY_, 20 _01_.
_Jim Bowles_ SHERIFF _Dallas_ COUNTY
BY _Womack_ DEPUTY

SWORN TO AND SUBSCRIBED BEFORE ME, ON
THIS THE _31_ DAY OF _MAY_, 20 _01_

NOTARY PUBLIC IN AND FOR DALLAS CO. TEXAS
BONDSMAN ACCOUNT # _830_ _6314_

Faxed From Bond Desk