Cause No. *MB0136632 H*

THE STATE OF TEXAS

VS.

*Escamilla Jose*

IN THE COUNTY CRIMINAL

COURT _____#7_____ OF

DALLAS COUNTY, TEXAS

## CERTIFICATE OF THUMB PRINT

_____

**Right Thumb\***

Defendant's _____R_____ hand

This is to certify that the fingerprints above are the above-named Defendant's fingerprints taken at the time of the disposition of the above styled and numbered cause.

Did in Court this _____31st_____ day of _____July_____, 20 01

_____
Bailiff/Deputy Sheriff

**\*Indicate here if print other than defendant's right thumb print is placed above:**

_____ left thumb print                    _____ Other, please specify:

_____ left/right index finger             _____

Revised 5/99
FORM NO. M-130

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

CASE NO. <u>M01-36632-H</u>

| STATE OF TEXAS | & | IN COUNTY CRIMINAL |
| | & | COURT # 7 |
| vs. | | |
| | & | DALLAS COUNTY, TEXAS |

Jose Alfonso Escamilla, Jr.
D.O.B. 09/03/78
Hispanic/Male

<u>Thomas R. Benson ,</u>
Surety

*[stamp, sideways:]* DALLAS SHERIFF'S DEPT. BOND SECTION  01 JUL 2% PM 2:05

---

### MOTION AND AFFIDAVIT OF SURETY FOR DISCHARGE OF LIABILITY AND SURRENDER OF PRINCIPAL BEFORE FORFEITURE

To The Honorable Judge of Said Court:

Now Comes <u>Tom Benson dba Act Quick Bail Bonds,</u> Surety in the above styled and numbered cause and pursuant to Art. 17.16, Code of Criminal Procedure, files this Motion and Affidavit of Surety For Discharge of Liability and Surrender of Principal Before Forfeiture, and upon oath, and in support thereof would show the following:

I.

<u>Jose Alfonso Escamilla, Jr., Defendant</u> has been charged with the offense of <u>Evade Arrest</u> Case No. <u>M01-36632-H</u>. Said cause is currently pending in the Court of Dallas County, Texas

II.

<u>Tom Benson dba Act Quick Bail Bonds,</u> Surety posted the Defendant's bail bond on this charge, in the amount of <u>$500.00</u> on <u>May 31, 2001</u>. Said bond is not subject to forfeiture and no forfeiture proceeding is pending or threatened.

III.

Defendant is currently incarcerated in:
( )   Federal custody, to-wit:_____
( )   Custody of the State of_____, to-wit_____
( x )  Custody of Dallas County, Texas.
    Defendant is incarcerated on a charge of : <u>P/V Poss. C/S Serving Time Till 01/15/02</u>
    <u>Book-in # 01048550</u>  Contact to verify custody: <u>L.S. Jail (214) 761-9026</u>



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

### ORDER OF DISCHARGE OF SURETY

<u>Tom Benson dba Act Quick Bail Bonds,</u> Surety on the bail bond of the above named Defendant is hereby discharged and absolved of liability in this matter, pursuant to Art 17.16, Code of Criminal Procedure. The Clerk of this Court is directed to prepare and issue a capias for the arrest of the Defendant.

DATE:_____

_____
Magistrate, Dallas County, Texas



TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE



CASE NO. M0...

THE STATE OF TEXAS                    IN THE COUNTY CRIMINAL

                                       COURT NO. 7 OF

                                       DALLAS COUNTY, TEXAS

### STATE'S SENTENCE RECOMMENDATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES THE STATE OF TEXAS, by and through Dallas County Criminal District Attorney, and, in the above styled and numbered cause, on this the _____ day of _____, 200__, and makes this recommendation of punishment upon consideration of the Defendant's prior criminal record or pending cases other than those listed below. This is not an announcement of readiness for trial.

_____
AUDREY ...
ASSISTANT DISTRICT ATTORNEY
TEXAS BAR NO. ...

### RECOMMENDATION        90 days   no probation

| | | |
|---|---|---|
| | Psychological Evaluation | Cannabis Testing |
| | Anger Counseling | Register as Sex Offender |
| | Further Conditions | Sex Offender Class |
| Weapon | Carry Weapon | Proper License |
| | Get a High School Diploma | Anti-theft program |
| | Auto Insurance | Family Violence Counseling |
| | Restitution | Affirmative TV finding |
| | Waiver Right to Appeal | RESTITUTION ORS |

### PRIOR RECORD AND PENDING CASES

F 04... day 1500 PROB
F 995456 POSS PROB WNDP DISM
F 00...977 POSS GS INT DEL PGSG



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

COUNTY CRIMINAL COURT _____ 7

133 North Industrial
Dallas, Texas 75207
(214) 653-_____

CAUSE NO. M 01-36632 _____

TODAY'S DATE 7/5/01

STATE OF TEXAS VS.

Jose Escamilla _____
Defendant

TO THE HONORABLE JUDGE OF SAID COURT:

On the above date, the captioned cause being set on the docket of this Court, comes now the undersigned counsel for Defendant and requests a continuance of this cause to the following date for the following purpose:

RESET DATE: _____ 8 / 8 / 01 _____ TIME: 9:00 a.m.

☒ Announcement (Defense has received a recommendation from the State)

❏ Announcement (State contact Complaining Witness/Investigate Restitution) **DA initial** _____

❏ Announcement: _____ need to file SR-22 _____ filed and awaiting clearance letter

❏ Plea of Guilty (Agreed)

❏ Plea of Guilty / Open to Punishment  with witnesses? _____ yes _____ no

❏ Revocation Hearing (Agreed)  Signature of Court PO _____

❏ Probation Violations  Signature of Court PO _____

❏ Contested Revocation Hearing  Signature of Court PO _____

❏ Jury Trial

_____ **DA initial** _____

no. _____

be present)

_____

Counsel for Defense or Pro Se

C. M. BarBane

Please print name of Counsel

☒ Defendant in court

Phone (214) 324-4417

Bar # 01697475

Recommendation by State or Probation Officer:

_____

_____

_____

❏ **DEFENDANT TO HIRE ATTORNEY**

Defendant
IN CUSTODY
Defendant

Form 520          Revised 1/97          Defendant's Request for Action


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

M B0136632-A

Cause No. M01-62752

| State of Texas | & | In County Criminal |
| vs. | & | Court # |
| Jose Alfonso Escamilla, Jr.<br>D.O.B. 09/03/78<br>Hispanic/Male | & | Dallas County, Texas |

Tom Benson
Surety

## MOTION AND AFFIDAVIT OF SURETY FOR DISCHARGE OF LIABILITY AND SURRENDER OF PRINCIPAL BEFORE FORFEITURE

To The Honorable Judge of Said Court:

Now Comes Tom Benson dba Act Quick Bail Bonds, Surety in the above styled and numbered cause and pursuant to Art. 17.16, Code of Criminal Procedure, files this Motion and Affidavit of Surety For Discharge of Liability and Surrender of Principal Before Forfeiture, and upon oath and in support thereof would show the following:

I.

Jose Alfonso Escamilla, Jr., Defendant has been charged with the offense of Evade Arrest Said Cause No. M01-62752. is currently pending in the Court of Dallas County, Texas.

II.

Tom Benson dba Act Quick Bail Bonds, Surety posted the Defendant's bail bond on this charge, in the amount of $500.00 on May 31, 2001. Said bond is not subject to forfeiture and no forfeiture proceeding is pending or threatened.

III.

Defendant is currently incarcerated in:
(   ) Federal custody, to-wit:_____
(   ) Custody of the State of_____, to-wit_____
( X ) Custody of Dallas County , Texas.
    Defendant is incarcerated on a charge of P/V Poss. C/S w/int. Deliver Book-In-No.01048550
    Contact to verify custody: L.S. Jail (214) 761-9026

DALLAS SHERIFF'S DEPT.
BOND SECTION
01 JUN 22 PM 3: 19



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

IV.

Surety hereby requests the Sheriff of Dallas County, Texas to verify the incarceration
of the Defendant.

V.

Upon verification of incarceration of the Defendant by the Sheriff of Dallas County, Texas,
Surety hereby requests that the bond described herein be discharged and Surety be absolved of
further liability on said bond.

RESPECTFULLY SUBMITTED

Surety, _Tom Benson dba_
Act Quick Bail Bonds
515 S. Industrial Blvd.
Dallas, Texas 75207
214/744-1414

VERIFICATION OF SURETY

State of Texas
County of Dallas

Before me the undersigned Notary Public on this day personally appeared   Tom Benson, Surety, known to
me to be the person whose name is subscribed to the forgoing Motion and Affidavit and upon his oath,
stated that the information contained therein is true and correct.

Given under my hand and seal of office this ___22nd___ day of ___June___ 2001.

MY COMMISSION EXPIRES:

JUAN A VALDEZ
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 06/15/2002

Notary Public State of Texas

Printed Name of Notary

VERIFICATION OF INCARCERATION

The undersigned Deputy Sheriff, Dallas County, Texas, hereby verifies that _Escamilla A Jones Jr._
Defendant is in the Custody of ___DSO___ on a charge of _P/V Poss CS Int_ as of ___
_3:25_ m., on the _22_ day of _June_ 2001.

By: _____
Dallas County Sheriff's Department
Badge No.:_____



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

# WARRANT OF ARREST
## DALLAS COUNTY, TEXAS

☐ **FELONY** ☒ **MISDEMEANOR**

BOND AMOUNT: $_____

COURT NO.: **IRVING MUNICIPAL COURT** WARRANT NO.: *M01-3632-0*

The State of Texas vs.: **ESCAMILLA, JOSE ALFONSO**
Arrest Status: **IRVING CITY JAIL (OUT ON BOND)**
Race: **WHITE** Sex: **MALE** DOB: **9-3-78** Ht: **5'7"** Wt: **155** Hair: **BLACK** Eyes: **BROWN**
Social Security Number: **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**
Res. Add.: **4045 WEISERDERGER, DALLAS, TEXAS 75212**
Complainant: **OFFICER T. HURLEY #236**
Date of Offense: **5-30-01** Date Complaint Filed: _____
Warrant of Arrest Issued To: **IRVING POLICE DEPARTMENT**

IN THE NAME OF THE STATE OF TEXAS TO ANY SHERIFF OR OTHER PEACE OFFICER OF THE STATE OF TEXAS -- GREETINGS:

YOU ARE HEREBY COMMANDED to take instanter the body of: **JOSE ALFONSO ESCAMILLA** hereinafter called the accused, and **HIM** safely keep so that **HE** may be dealt with according to law, and to hold accused to answer to the State of Texas for an offense against the laws of the said State, namely: **EVADING ARREST/DETENTION PC 38.04** of which **MISDEMEANOR** offense **HE** is accused by written complaint, made under oath that has been presented to me and that is by this reference incorporated herein for all purposes.

WITNESS MY SIGNATURE THIS 12 DAY OF ___June___, 2001

MAGISTRATE
Municipal Court
City of Irving, Texas

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FEES

ARREST..........................$
COMMITMENT..................$
RELEASE.........................$
APPROVE BOND..............$
MILEAGE.......................$
OTHER...........................$
TOTAL ..........................$

## RETURN

CAME TO HAND THE _____ day of _____, A.D. 2001, and executed the _____ day of _____, A.D. 2001, by arresting and detaining above named and accused and _____

_____

BY:_____



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

IV.

Surety hereby requests the Sheriff of Dallas County, Texas to verify the incarceration of the Defendant.

V.

Upon verification of incarceration of the Defendant by the Sheriff of Dallas County, Texas, Surety hereby requests that the bond described herein be discharged and Surety be absolved of further liability on said bond.

RESPECTFULLY SUBMITTED

Surety, Tom Benson dba
Act Quick Bail Bonds
515 S. Industrial Blvd.
Dallas, Texas 75207
214/744-1414

**VERIFICATION OF SURETY**

State of Texas
County of Dallas

Before me the undersigned Notary Public on this day personally appeared  Tom Benson, Surety, known to me to be the person whose name is subscribed to the forgoing Motion and Affidavit and upon his oath, stated that the information contained therein is true and correct.

Given under my hand and seal of office this ___24th___ day of ___July___, 2001.

MY COMMISSION EXPIRES:

JUAN A VALDEZ
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 06/15/2002

Notary Public, State of Texas
_Juan A Valdez_
Printed Name of Notary Public

**VERIFICATION OF INCARCERATION**

The undersigned Deputy Sheriff, Dallas County, Texas, hereby verifies that _____ Defendant is in the Custody of ___DSO___ on a charge of _PII/PSS CS_ as of ___ _2:40 P_ m., on the _24_ day of _July_, 2001.

By Dallas County Sheriff's Department
Badge No.:

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

LUG

**DEFENDANT** ESCAMILLA, JOSE ALFONSO  WM  09031978  **CHARGE** EVADE ARREST/DET
AKA:

**ADDRESS** 4045 WEISERBERGER, DALLAS, TX  **LOCATION** BOND

**FILING AGENCY** TX0571500  **DATE FILED** 6/18/01  **COURT** #7

**COMPLAINANT** HURLEY, T  MB0136632 H

**C/C**

**SERVICE NO.** 015882  **ARREST NO.** 262752  **I.D. NO.** 138696

# INFORMATION

In the Name and by the Authority of the State of Texas.

NOW COMES THE CRIMINAL DISTRICT ATTORNEY of Dallas County, State of Texas, and presents in and to the

County Criminal Court _____ #7 _____ of Dallas County, State aforesaid, that one

ESCAMILLA, JOSE ALFONSO

hereinafter styled Defendant, heretofore, on or about the _____ 30TH _____ day of _____ MAY _____ A.D., 20 _____ 01

in the County of Dallas and State of Texas, did unlawfully

unlawfully, then and there intentionally flee from T. HURLEY, hereinafter called complainant, while complainant was lawfully attempting to arrest and detain the defendant, and the said defendant knew the said complainant was a peace officer attempting to arrest and detain the said defendant,

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

Against the peace and dignity of the state.

Bill Hill

Criminal District Attorney of Dallas County, Texas

LVG

**DEFENDANT** ESCAMILLA, JOSE ALFONSO  WM  09031978  **CHARGE** EVADE ARREST/DET
AKA:
**ADDRESS** 4045 WEISERBERGER, DALLAS, TX  **LOCATION** BOND
**FILING AGENCY** TX0571500  **DATE FILED** 6/18/01  **COURT** #7
**COMPLAINANT** HURLEY, T  M80136632 H
**C/C**
**SERVICE NO.** 015882  **ARREST NO.** 262752  **I.D. NO.** 138696

## AFFIDAVIT

**In the Name and by the Authority of the State of Texas.**

PERSONALLY APPEARED before me the undersigned authority this affiant, who after being by me duly sworn,

deposes and says your Affiant has good reason to believe and does believe that one _____

**ESCAMILLA, JOSE ALFONSO**

hereinafter styled Defendant, heretofore, on or about the ____ **30TH** day of **MAY** ____ A.D., 20 **01**

in the County of Dallas and State of Texas, did unlawfully

unlawfully, then and there intentionally flee from T. HURLEY, hereinafter called complainant, while complainant was lawfully attempting to arrest and detain the defendant, and the said defendant knew the said complainant was a peace officer attempting to arrest and detain the said defendant.

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

Against the peace and dignity of the state.

Sworn to and subscribed before me this the

19 day of June A.D., 20 01

_____ Affiant.

Assistant Criminal District Attorney of
Dallas County, Texas

THE STATE OF TEXAS          }
                           }          **AFFIDAVIT FOR ARREST WARRANT OR CAPIAS**
COUNTY OF DALLAS            }

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant who, after being duly sworn by me, on oath stated:

My name is **J. CULLISON #742**, and I am a peace officer of the City of Irving, Dallas County, Texas.

I have good reason to believe and do believe that on or about the **30TH** day of **MAY**, 2001, one **ESCAMILLA, JOSE ALFONSO** did then and there in the City of Irving, Dallas County, Texas commit the offense of **EVADING ARREST/DETENTION**, a violation of Section **38.04**, Texas Penal Code, a **MISDEMEANOR**.

My belief is based upon the following facts and information:

**T. HURLEY #236**, Officer, Irving Police Department, who participated in the investigation of the alleged offense, furnished to me, the Affiant, on **6-8-01**, the following information:

1. Defendant had been reported to arresting officer as operator of vehicle that had been involved in a hit-and-run accident.
2. Defendant fled scene in a van.
3. As an officer stopped defendant, he and the passenger switched places in the vehicle.


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

I believe this information furnished by a fellow Peace Officer is credible.

WHEREFORE, Affiant requests that an arrest warrant or capias be issued for the above accused individual(s) in accordance with the law.

_____
AFFIANT

SWORN TO BEFORE ME on the 12 day of June , 2001.

_____
MAGISTRATE, IN AND FOR
DALLAS COUNTY, TEXAS

## MAGISTRATE'S DETERMINATION OF PROBABLE CAUSE

On this the 12 day of Jun , 2001, the undersigned Magistrate hereby acknowledges that he has examined the above affidavit and has determined that probable cause exists for the issuance of a capias for the individual(s) accused therein and hereby orders the Clerk of the Court of proper jurisdiction to issue a capias for the arrest of said individual(s).

_____
MAGISTRATE, IN AND FOR
DALLAS COUNTY, TEXAS

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE



**GARY FITZSIMMONS**
**DALLAS COUNTY DISTRICT CLERK**

# FELONY RECORD SEARCH CERTIFICATE

**THE STATE OF TEXAS**
**COUNTY OF DALLAS**

I, GARY FITZSIMMONS, CLERK OF THE DISTRICT COURTS OF DALLAS COUNTY, TEXAS, DO HEREBY CERTIFY THAT A SEARCH OF THE INDEXES FROM 1973 THROUGH THE PRESENT DATE REFLECTS THE FOLLOWING:

| ESCAMILLA ELIEZAR | | WM | 050673 | F-9746550 | FL | AA/DW | NFOG |
| ESCAMILLA ELIEZAR | | WM | 050673 | F-0454866 | FL | ASSAULT | MISC |
| ESCAMILLA ELIEZAR | | WM | 050673 | F-0454867 | FL | ASSAULT | MISC |
| ESCAMILLA ELIEZAR | A | WM | 050673 | F-9746730 | FL | MURDER | PGJG |

THE UNDERSIGNED DOES NOT ASSUME ANY LIABILITY FOR OMISSION OR ERROR IN THE ABOVE STATEMENT.

GIVEN UNDER MY HAND AND SEAL OF SAID COURT, IN DALLAS, TEXAS, THIS THE 20TH DAY OF DECEMBER, 2007

**GARY FITZSIMMONS, DISTRICT CLERK**
**DALLAS COUNTY, TEXAS**

BY: _____
   **DEPUTY**

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 5
DALLAS COUNTY, TEXAS

SEQ   0004

DATE 080107
TIME 121438

CASE NUMBER F-9746550
OFFENSE AA/IDW
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF ESCAMILLA ELIEZAR
BNO 04057536
DISPOSED BY DISM

RACE W SEX M DOB 050673

SENTENCE

SPECIAL CONDITION                                    MNT                 APPEAL

$    0.00 FINE $    0.00 COST           SENTENCE TO BEGIN
ADDITIONAL CREDIT FOR TIME SERVED

REMARKS 8-1-07 DEFT NOT IN JAIL
* JUDGMENT SET ASIDE * RETURN ALL WRNTS THIS CASE ONLY

RELEASE INFORMATION
REMARKS * THIS CASE ONLY *

GARY FITZSIMMONS
DISTRICT CLERK
DALLAS COUNTY, TEXAS

BY SAM S
DEPUTY CLERK

CAUSE NO. F97-46550-L

| | |
|---|---|
| THE STATE OF TEXAS | ) CRIMINAL DISTRICT COURT NO. 5 |
| | ) |
| VS. | ) DALLAS COUNTY, TEXAS |
| | ) |
| ELIEZAR ESCAMILLA | ) |

### ORDER DISMISSING PROCEEDINGS AND
### GRANTING DISCHARGE FROM COMMUNITY SUPERVISION
### FOLLOWING DEFERRED ADJUDICATION

This day came on to be considered the matter of the release from community supervision of the defendant in the above styled and numbered cause, and the dismissal of the proceedings against the defendant. It appearing to the Court that the adjudication of guilt was deferred and the defendant was placed on community supervision on the 1st day of August , 1997, for the felony offense of

AGGRAVATED ASSAULT WITH A DEADLY WEAPON

and it is further appearing to the Court that the period of community supervision has expired and the Court has not proceeded to an adjudication of guilt in this cause;

IT IS THEREFORE ORDERED that the period of supervision herein is terminated, the defendant is discharged from community supervision, and all proceedings in this cause against the defendant, including the indictment or information, are hereby dismissed.

SIGNED this 1st day of August , 2007

_____
JUDGE
CRIMINAL DISTRICT COURT NO. 5
DALLAS COUNTY, TEXAS

ML# C-222815

NOTICE OF DISPOSITION
IN CRIMINAL DISTRICT COURT 5
DALLAS COUNTY, TEXAS                    SEQ  0013

CASE NUMBER F-9746550                         DATE 010605
OFFENSE AA/DW                                 TIME 121923
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF ESCAMILLA ELIEZAR          RACE W SEX M DOB 050673
BNO 04057536
DISPOSED BY

SENTENCE
   10 YRS TO TDC PROBATED                    APPEAL _____

      SPECIAL CONDITION                      MNT _____

   $       300.00 FINE  $      126.50 COST      SENTENCE TO BEGIN  000000
ADDITIONAL CREDIT FOR TIME SERVED
_____
REMARKS  010605 DEFT IN JAIL P/V MOTION WITHDRAWN CAPIAS RECALLED DEFENDANT
   CONTINUED ON PROBATION***********RETURN ANY AND ALL WARRANTS ON THIS CASE
   ONLY_____
_____

JIM HAMLIN                      _____
DISTRICT CLERK                  ]      RELEASE INFORMATION
DALLAS COUNTY, TEXAS            ] REMARKS  THIS CASE ONLY_____
                               ] _____
BY PRATER S                     ] _____
   DEPUTY CLERK                 ] _____
                               ] _____

NO. *F97-46550L*

| THE STATE OF TEXAS | ~ | IN THE CRIMINAL DISTRICT COURT |
| VS. | ~ | NO. 5 OF DALLAS COUNTY, TEXAS |
| *Eliezar Escamilla* | - | *January* TERM, A.D. 20 05 |

### STATE'S MOTION TO WITHDRAW ITS MOTION TO ADJUD-
### CATION OF GUILT/MOTION TO REVOKE PROBATION

---

TO THE HONORABLE JUDGE OF SAID COURT:

Now Comes, **BILL HILL**, Criminal District Attorney of Dallas
County, Texas, by and through his Assistant District Attorney of
Dallas County, Texas, in the above entitled and numbered cause and
respectfully requests the Court to allow the State to withdraw its
Motion to Revoke Probation filed herein.

This the *10th* day of *January* , 20 *05*

```
                                   BILL HILL,
                                   CRIMINAL DISTRICT ATTORNEY
                                   DALLAS COUNTY, TEXAS



                      By: _____
                                   Assistant District Attorney
                                   Dallas County, Texas
```

### O R D E R

State's Motion to Withdraw Motion to Revoke Probation/Motion to
Proceed is granted and the Defendant is continued on probation and /
subject to the terms and conditions of the probation heretofore imposed/
~~not released from custody and held for~~ _____/
released from custody /~~not in custody.~~)

*and*

*misd. dism'd .EA*

```
                      _____
                      JUDGE
                      CRIMINAL DISTRICT        COURT
                      NO. 5   OF DALLAS COUNTY, TEXAS
```

THE STATE OF TEXAS                     CRIMINAL DISTRICT COURT NO. 5

VS.                                    DALLAS COUNTY, TEXAS

**ELIEZAR ESCAMILLA**                  **JULY TERM 2004**

### MOTION TO PROCEED WITH AN ADJUDICATION OF GUILT

     COMES NOW the State of Texas by and through her Criminal District
Attorney and would show the Court the following:

        That **ELIEZAR ESCAMILLA**, Defendant was duly and legally placed on
probation for a period of **10** years in the above entitled and numbered
cause in Criminal District Court No. **5** of Dallas County, Texas, on the **1st**
day of **August**, A.D. **1997** for the offense of:

### AGGRAVATED ASSAULT WITH A DEADLY WEAPON

     That the Defendant has violated the following conditions
**a** of said probation in that

### PLEASE SEE ATTACHED PAGE 2.

This violation-offense occurred after **August 1, 1997**, and during the term
of probation.

     WHEREFORE, the State prays that said Defendant be cited to appear
before this Honorable Court and show cause why the Court should not proceed
with an adjudication of guilt on the original charge.

     This the **10th** day of **September**, A.D. **2004**.

```
*********************
*    F I L E D       *
* September 10, 2004 *
*                    *
*    JIM HAMLIN      *
*  DISTRICT CLERK    *
* DALLAS CO, TEXAS   *
*                    *
*      DEPUTY        *
*********************
```

BILL HILL
District Attorney
Dallas County, Texas

BY: _Marcia T. Cau__
Assistant District Attorney

A copy of this motion was delivered to the Defendant on the _17th_ day of
_Sept._ , A.D. 2004.

_Emily Adelstein_
Probation Officer

I received a copy of this motion on the _17th_ day of _September_ A.D. 2004.

x _Eliz Escamilla_
Defendant

ML# C-222815

RE: ELIEZAR ESCAMILLA
NO: F97-46550-L

(1) **ELIEZAR ESCAMILLA** did violate condition (a) by violating the laws of
the State of Texas in that on or about <u>August 8, 2004</u>
in <u>Dallas County, Texas</u>   he did intentionally and knowingly cause
bodily injury to PAMELA ESCAMILLA, a child 14 years of age or younger,
hereinafter called complainant, by grabbing and by twisting complainant
with defendant's hand,
     And it is further presented to said Court that prior to the
commission of the aforesaid offense, the said defendant was convicted
of a felony offense of MANSLAUGHTER, on the 1st day of August, 1997,
A.D., in Cause Number F97-46730-L on the docket of CRIMINAL DISTRICT
COURT NO. 5, of DALLAS County, Texas under the name of ELIEZAR
ESCAMILLA and said conviction was a final conviction.

(2) **ELIEZAR ESCAMILLA** did violate condition (a) by violating the laws of
the State of Texas in that on or about <u>August 8, 2004</u>
in <u>Dallas County, Texas</u>   he did intentionally and knowingly cause
bodily injury to VALERIE ESCAMILLA, a child 14 years of age or younger,
hereinafter called complainant, by striking complainant with
defendant's hand,
     And it is further presented to said Court that prior to the
commission of the aforesaid offense, the said defendant was convicted
of a felony offense of MANSLAUGHTER, on the 1ST day of AUGUST, 1997,
A.D., in Cause Number F97-46730-L on the docket of CRIMINAL DISTRICT
COURT NO. 5, of DALLAS County, Texas under the name of ELIEZAR
ESCAMILLA and said conviction was a final conviction.

```
***********************
*     F I L E D       *
* September 10, 2004  *
*                     *
*     JIM HAMLIN      *
*   DISTRICT CLERK    *
* DALLAS CO., TEXAS   *
* _____   *
*       DEPUTY        *
***********************
```

le