FORM 7                                                                                            PROBATION
(REV. 09/01/94)

NO.     F-9746550-KL

THE STATE OF TEXAS                        IN THE CRIMINAL DISTRICT

VS.                                                         COURT 5                 OF

ELIEZAR ESCAMILLA                        DALLAS COUNTY, TEXAS

## DEFERRED ADJUDICATION ORDER

JULY        TERM, A.D., 1997

JUDGE PRESIDING: MANNY ALVAREZ          DATE OF ORDER:   08/01/97

ATTORNEY
FOR STATE: MARTIN MILLER         ATTORNEY
                                         FOR DEFENDANT: NICK ZOES

OFFENSE:          AGGRAVATED ASSAULT

DEGREE: SECOND               DATE OFFENSE COMMITTED:   02/14/97

CHARGING
INSTRUMENT: INDICTMENT           PLEA: GUILTY

TERMS OF PLEA BARGIN
(IN DETAIL):   OPEN

PLEA TO ENHANCEMENT
PARAGRAPH(S):   N/A

FINDINGS ON         THE COURT FINDS THAT DEFENDANT HEREIN USED OR EXHIBITED
  DEADLY WEAPON,     A DEADLY WEAPON DURING THE COMMISSION OF SAID OFFENSE,
  BIAS OR PREJUDICE,  TO-WIT: AUTOMOBILE.
  AND/OR
  FAMILY VIOLENCE:

DATE COMMUNITY SUPERVISION
IMPOSED:      08/01/97                           COSTS: YES

PERIOD OF SUPERVISION: 10 YEARS           AND A FINE OF $300.00

FINE PROBATED: NO                     RESTITUTION/REPARATION: NO

CONCURRENT UNLESS OTHERWISE SPECIFIED.

    ON THIS DAY, SET FORTH ABOVE THE ABOVE STYLED AND NUMBERED CAUSE CAME TO TRIAL. THE STATE OF TEXAS AND DEFENDANT APPEARED BY AND THROUGH THE ABOVE NAMED ATTORNEYS AND ANNOUNCED READY FOR TRIAL. DEFENDANT APPEARED IN PERSON IN OPEN COURT. WHERE DEFENDANT WAS NOT REPRESENTED BY COUNSEL, DEFENDANT KNOWINGLY, INTELLIGENTLY, AND VOLUNTARILY WAIVED THE RIGHT TO REPRESENTATION BY COUNSEL. DEFENDANT, IN PERSON AND IN WRITING IN OPEN COURT WAIVED HIS RIGHT OF TRIAL BY JURY WITH THE CONSENT AND APPROVAL OF HIS ATTORNEY, THE ATTORNEY FOR THE STATE, AND THE COURT. WHERE SHOWN ABOVE THAT THE CHARGING INSTRUMENT WAS BY INFORMATION INSTEAD OF INDICTMENT, THE DEFENDANT DID, WITH THE CONSENT AND APPROVAL OF HIS ATTORNEY, WAIVE HIS RIGHT TO PROSECUTION BY INDICTMENT AND

FA                                                                                                               VOL. 400   PAGE 23

AGREE TO BE TRIED ON AN INFORMATION; ALL SUCH WAIVERS, AGREEMENTS AND CONSENTS WERE IN WRITING AND FILED IN THE PAPERS OF THIS CAUSE PRIOR TO THE DEFENDANT ENTERING HIS PLEA HEREIN. DEFENDANT WAS DULY ARRAIGNED AND IN OPEN COURT ENTERED THE ABOVE PLEA TO THE CHARGE CONTAINED IN THE CHARGING INSTRUMENT, AS SHOWN ABOVE. DEFENDANT WAS ADMONISHED BY THE COURT OF THE CONSEQUENCES OF SAID PLEA AND DEFENDANT PERSISTED IN ENTERING SAID PLEA, AND IT PLAINLY APPEARING TO THE COURT THAT DEFENDANT IS MENTALLY COMPETENT AND SAID PLEA IS FREE AND VOLUNTARY THE SAID PLEA WAS ACCEPTED BY THE COURT AND IS NOW ENTERED OF RECORD AS THE PLEA HEREIN OF DEFENDANT. DEFENDANT IN OPEN COURT, IN WRITING HAVING WAIVED THE READING OF THE CHARGING INSTRUMENT, THE APPEARANCE, CONFRONTATION, AND CROSS-EXAMINATION OF WITNESSES, AND AGREED THAT THE EVIDENCE MAY BE BY STIPULATION, CONSENTED TO THE INTRODUCTION OF TESTIMONY ORALLY, BY JUDICIAL CONFESSION, BY AFFIDAVITS, WRITTEN STATEMENTS OF WITNESSES AND ANY OTHER DOCUMENTARY EVIDENCE. SUCH WAIVER AND CONSENT HAVING BEEN APPROVED BY THE COURT IN WRITING AND FILED IN THE PAPERS OF THE CAUSE; AND, THE COURT HAVING HEARD DEFENDANT'S WAIVER OF THE READING OF THE CHARGING INSTRUMENT, AS SHOWN ABOVE, DEFENDANT'S PLEA THERETO, THE EVIDENCE SUBMITTED, AND THE ARGUMENT OF COUNSEL, IS OF THE OPINION FROM THE EVIDENCE SUBMITTED THAT THE EVIDENCE SUBSTANTIATES THE DEFENDANT'S GUILT OF THE OFFENSE SHOWN ABOVE AND THAT THE OFFENSE WAS COMMITTED BY SAID DEFENDANT ON THE DATE SET FORTH ABOVE. THE COURT FURTHER MAKES ITS FINDINGS AS TO DEADLY WEAPON, FAMILY VIOLENCE, BIAS OR PREJUDICE, AND RESTITUTION OR REPARATION AS SET FORTH ABOVE.

AND WHEN SHOWN ABOVE THAT THERE WAS A PLEA BARGAIN AGREEMENT, THE DEFENDANT WAS INFORMED AS TO WHETHER THE COURT WOULD FOLLOW OR REJECT SUCH AGREEMENT AND IF THE COURT REJECTED SUCH AGREEMENT THE DEFENDANT WAS GIVEN AN OPPORTUNITY TO WITHDRAW HIS PLEA PRIOR TO ANY FINDING ON THE PLEA.

WHEN IT IS SHOWN ABOVE THAT RESTITUTION HAS BEEN ORDERED, BUT THE COURT DETERMINES THAT THE INCLUSION OF THE VICTIM'S NAME AND ADDRESS IN THE JUDGMENT IS NOT IN THE BEST INTEREST OF THE VICTIM, THE PERSON OR AGENCY WHOSE NAME AND ADDRESS IS SET OUT IN THIS JUDGMENT WILL ACCEPT AND FORWARD THE RESTITUTION PAYMENTS TO THE VICTIM.

AND WHEN IT IS SHOWN BELOW THAT PAYMENT OF THE COSTS OF LEGAL SERVICES PROVIDED TO THE DEFENDANT IN THIS CAUSE HAS BEEN ORDERED, THE COURT FINDS THAT THE DEFENDANT HAS THE FINANCIAL RESOURCES TO ENABLE THE DEFENDANT TO OFFSET SAID COSTS IN THE AMOUNT ORDERED.

THE COURT BEING OF THE OPINION THAT THE BEST INTERESTS OF SOCIETY AND THE DEFENDANT WILL BE SERVED BY DEFERRING FURTHER PROCEEDINGS WITHOUT ENTERING AN ADJUDICATION OF GUILT;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED BY THE COURT THAT THE DEFENDANT BE AND HEREBY IS PLACED ON COMMUNITY SUPERVISION FOR A PERIOD OF TIME AS SHOWN ABOVE SUBJECT TO THE TERMS AND CONDITIONS OF COMMUNITY SUPERVISION IMPOSED BY LAW AND BY THE COURT AND SERVED UPON THE DEFENDANT. IT IS FURTHER ORDERED THAT THE DEFENDANT PAY THE FINE ASSESSED, IF ANY, UNLESS PAYMENT OF THE FINE HAS BEEN PROBATED, AS SHOWN ABOVE, COURT COSTS, COSTS AND EXPENSES OF LEGAL SERVICES PROVIDED BY THE COURT APPOINTED ATTORNEY IN THIS CAUSE, IF ANY, AND RESTITUTION OR REPARATION AS SET FORTH HEREIN.

CONDITIONS OF COMMUNITY SUPERVISION ARE ATTACHED HERETO AND ARE INCORPORATED FOR ALL PURPOSES AS A PART OF THIS JUDGMENT.

FOLLOWING THE DISPOSITION OF THIS CAUSE THE DEFENDANT'S FINGERPRINT WAS, IN OPEN COURT, PLACED UPON A CERTIFICATE OF FINGERPRINT. SAID CERTIFICATE IS ATTACHED HERETO AND IS INCORPORATED BY REFERENCE AS A PART OF THIS JUDGMENT.

NO F-9746550-KL

COURT COSTS IN THE AMOUNT OF $126.50

_____
JUDGE PRESIDING

# CERTIFICATE OF THUMBPRINT

CAUSE NO. *F9746550*

THE STATE OF TEXAS

VS.

*Escamilla, Eliezar*

IN THE *Crim*

DISTRICT COURT *#5*

DALLAS COUNTY, TEXAS





Right Thumb*

Defendant's *Rt* hand

THIS IS TO CERTIFY THAT THE FINGERPRINTS ABOVE ARE THE ABOVE-NAMED DEFENDANT'S FINGERPRINTS TAKEN AT THE TIME OF DISPOSITION OF THE ABOVE STYLED AND NUMBERED CAUSE.

DONE IN COURT THIS *1* DAY OF *August*, 19*97*.

_____
BAILIFF/DEPUTY SHERIFF

*Indicate here if print other than defendant's right thumbprint is placed in box:

☐ left thumbprint  ☐ left/right index finger

☐ other, _____

| THE STATE OF TEXAS | IN THE CRIMINAL DISTRICT COURT NO. 5 |
| --- | --- |
| VS. | DALLAS COUNTY, TEXAS |
| Escamilla Eliezar | July TERM 1997 |
| CAUSE NO. F9746730L (655) | REGULAR PROBATION _____ |
| Agg. Assault/DW | DEFERRED ADJUDICATION _xx_ |
| _____ | SHOCK PROBATION _____ |
| | STATE JAIL _____ |

In accordance with the authority conferred by the Adult Probation and Parole Law of the State of Texas, you have been placed on probation on this date August 1, 1997 for a period of ten years. It is the order of this Court that you comply with the following conditions of probation:

(a) Commit no offense against the laws of this or any other State or the United States, and do not possess a firearm during the term of probation;

(b) Do not use marijuana, narcotics, dangerous drugs, inhalants or prescription medication without first obtaining a prescription for said substances from a licensed physician;

(c) Avoid persons or places of disreputable or harmful character, and do not associate with individuals who commit offenses against the laws of this or any other State or the United States;

(d) Obey all the rules and regulations of the probation department, and report to the Probation Officer as directed by the Judge or Probation Officer, to-wit: **WEEKLY, TWICE MONTHLY, OR MONTHLY AS DIRECTED**;

(e) Permit the Probation Officer to visit you at your home or elsewhere, and notify the Probation Officer not less than twenty-four (24) hours prior to any changes in your home or employment address;

(f) Work faithfully at suitable employment as far as possible, and seek the assistance of the probation officer in your efforts to secure employment when unemployed;

(g) Remain within a specified place; to-wit: Dallas County, Texas, and do not travel outside Dallas County, Texas, without first having obtained written permission from the Court;

(h) Pay Court cost and a fine, if one be assessed, in one or several sums COURT COST $ 126.50 ; FINE $300.00 ; payable thru the Probation Officer of this Court at $10.00 per month; first payment is due on or before ~~August~~ September 15, 1997.

(i) Support your dependents;

(j) Pay a probation fee of $40.00 per month to the Probation Officer of this Court on or before the first day of each month hereafter during probation.
(k) Submit to random urinalysis and or medical tests as required by the Court.
(l) Make monetary contribution in the amount of $25.00 to the Dallas Area Crimestoppers, Inc. Payment is due in full to the Dallas County Adult Probation Department on or before ___December 1, 1997___.
(m) Defendant will work and complete __240__ hours of community service at a minimum of 20 hours per month no later than __July 1_____, 199 _9_, at an approved community service project or projects designed by the Community Supervision and Corrections Department. A processing fee of $50.00 payable to the Volunteer Center will/be required for referrals through the Volunteer Center.
(o) Submit to **alcohol/drug** evaluation within **(45) forty-five days** through either a private practitioner or through community resources. If treatment is deemed necessary, the defendant shall abide by any and all treatment directives, comply with the rules and regulations of the approved agency, and continue in said treatment until released by the this Court.
(p) Subject to report to the Dallas County Adult Probation Department within 72 hours of being released from custody.
(q) Subject to participate in the Specialized Supervison Program for a minimum of 180 days when released from custody.

Youre hereby advised that under the law of this State, the Court shall determine the terms and conditions of your probation, and may at any time during the period of probation, alter or modify the conditions of your probation. The Court also has the authority at any time during the period of probation to revoke your probation, or proceed to adjudication for violation of any of the conditions of your probation set out above.

Witness our Signatures this the _1st_ day of _August_ 1997.

_____          _____
Probationer                      Judge
ML# C222815                      _____
                                 Probation Officer

Cause No. F97-96550-L

THE STATE OF TEXAS
V.
Eliezer Escamilla

IN THE Criminal
DISTRICT COURT
DALLAS COUNTY, TEXAS

**PLEA BARGAIN AGREEMENT** 97 JUN 17 P 1:40

**TO THE HONORABLE JUDGE OF SAID COURT:**

Comes now Defendant, Counsel for Defendant, and Counsel for State herein and would show that a plea bargain/agreement has been entered into between the undersigned, and that under the terms of said agreement both sides agree they will waive their right to a jury trial and agree to and recommend the following:

Defendant will plead __✓__ guilty _____ nolo contendere

Defendant will testify __✓__ will not testify _____

_____ confinement in Penitentiary for _____ years.

_____ confinement in [State Jail] [County Jail] for ____ [days]
_____ [years]

_____ fine $_____

_____ **NO PROBATION**

_____ **PROBATION TO BE GRANTED FOR** _____ years, subject to all the terms and conditions imposed by the trial court. Further, the judge, as provided by Article 42.12, Sec. 11 & 15 V.A.C.C.P., may at any time during the period of probation alter or modify the conditions.

_____ confinement in [State Jail] [County Jail] for _____ days as a condition of Probation.

_____ supervised work or community service for _____ hours as required by Article 42.12, Sec. 16 V.A.C.C.P.

_____ **SHOCK PROBATION TO BE GRANTED** _____ days after sentence, subject to good behavior of defendant in the Penitentiary.

_____ participation in **SPECIAL ALTERNATIVE INCARCERATION PROGRAM**.

Conviction to be as follows:

_____ Felony                                  _____ Misdemeanor
_____ Non-conviction Deferred
        Probation                              _____ Restitution

_____ No credit for back time served

Defendant's back time date is:_____

Additional provisions of the agreement are: _Open Plea_
_affirmative finding of a Deadly weapon_

The undersigned certify they have read the terms of the above agreement and that it fully contains **all** the provisions of said agreement.

JOHN VANCE
DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

By _Martin Miller_
     Assistant District Attorney

X _Eliezer Escamilla_
         Defendant

_____
     Counsel for Defendant

If a victim impact statement has been returned to the State, a copy of said statement shall be turned over to the Court by the State's attorney prior to the Court's acceptance of this plea.

Rev. 6/95

DEFENDANT ESCAMILLA, ELIEZAR MH 050532
ADDRESS 3413 PEROIA, DALLAS, TX                   LOCATION DSO
FILING AGENCY TXDPD0000   DATE FILED 2/26/97    COURT
COMPLAINANT RODRIGUEZ, RICHARDO                                              F-9746550
C/C

THE STATE OF TEXAS                                CAUSE NO. F-97-46590-L

VS. Escamilla, Eliezar                            Criminal DISTRICT COURT #5

                                                  DALLAS COUNTY, TEXAS

## JUDICIAL CONFESSION

Comes now Defendant in the above cause, in writing and in open Court, and consents to the stipulation of the evidence in this case and in so doing expressly waives the appearance, confrontation and cross-examination of witnesses. I further consent to the introduction of this Judicial Confession, and testimony orally, by affidavits, written statements of witnesses and other documentary evidence. Accordingly, having waived my Federal and State constitutional right against self-incrimination, and after having been sworn, upon oath, I judicially confess to the following facts and agree and stipulate that these facts are true and correct and constitute the evidence in this case:

On the 14th day of February 19 97, in Dallas County, Texas, I did unlawfully,

unlawfully then and there knowingly and intentionally cause bodily injury to RICHARDO RODRIGUEZ, hereinafter called complainant, by striking said complainant, and said defendant did use and exhibit a deadly weapon to-wit: an automobile, during the commission of the assault.

FILED JUN 17 P1:40 BILL LONG DISTRICT CLERK DALLAS, TEXAS DEPUTY

State Exhibit #1

I further judicially confess that I committed the offense with which I stand charged exactly as alleged in the indictment in this cause.

APPROVED BY:

X _____          X Eliezar Escamilla
Attorney for Defendant                   Defendant

SWORN TO AND SUBSCRIBED before me on the _____ day of JUN 17 1997, 19 ____.

APPROVED BY:                             BILL LONG, CLERK
                                         DISTRICT COURTS OF
_____                DALLAS COUNTY, TEXAS
Assistant District Attorney              By _____
                                         Deputy District Clerk

Defendant's agreement to stipulate and waiver of confrontation and cross-examination of witnesses are in all things approved by the Court. The above Judicial Confession is hereby approved by the Court.

_____
PRESIDING JUDGE

JUDICIAL CONFESSION

```
*****************************************************************************
02/19/97  0232                 DALLAS POLICE DEPARTMENT
*****************************************************************************

  ** W A R R A N T    O F    A R R E S T    A N D    D E T E N T I O N **
  DALLAS COUNTY, TEXAS                        SERVICE#: 0133944F
  WARRANT NUMBER                              ARREST#:  97-012034
                     F97-46550

*****************************************************************************
  IN THE NAME OF THE STATE OF TEXAS TO ANY SHERIFF OR OTHER PEACE OFFICER
  OF THE STATE OF TEXAS --- GREETINGS:
       YOU ARE HEREBY COMMANDED TO TAKE THE BODY OF:

                          ESCAMILLA,ELIEZAR,

  HEREINAFTER CALLED THE ACCUSED, AND HIM SAFELY KEEP SO THAT HE MAY BE
  DEALT WITH ACCORDING TO LAW, AND TO HOLD THE ACCUSED TO ANSWER TO THE
  STATE OF TEXAS FOR AN OFFENSE AGAINST THE LAWS OF THE SAID STATE, NAMELY

      AGG ASLT                 F2    22.02

  OF WHICH FELONY    OFFENSE HE IS ACCUSED BY WRITTEN COMPLAINT, MADE
  UNDER OATH THAT HAS BEEN PRESENTED TO ME AND THAT IS BY THIS REFERENCE
  INCORPORATED HEREIN FOR ALL PURPOSES.

             WITNESS MY SIGNATURE THIS 19  DAY OF  FEBRUARY  1997

                                         _____Wm Ridgeway_____
                                                  MAGISTRATE

*****************************************************************************
                              ADMINISTRATIVE DATA

  STATE OF TEXAS VS: ESCAMILLA,ELIEZAR,          ARREST STATUS:
  RACE: L    SEX: M    DOB: 05/06/73   HT: 508  WT: 170  HAIR COLOR: BLACK
  EYE COLOR: BROWN   RESIDENCE ADDRESS: 03413    PEROIA
  CITY: DALLAS       STATE: TX    ZIP CODE:
  BUSINESS ADD/NAME:
  COMPLAINANT: RODRIGUEZ, RICHARDO          DATE OF OFFENSE: 02/14/97
  ARREST WARRANT ISSUED TO: DPD/DSO         DRIVERS LIC:  00082958
*****************************************************************************
                                    FEES
           ARREST----------------------------------------$4.00
           COMMITMENT------------------------------------$2.00
           RELEASE---------------------------------------$2.00
           APPROVE BOND----------------------------------$6.00
           MILEAGE---------------------------------------$
           OTHER-----------------------------------------$
                                        TOTAL------$
                                 ****
                                 RETURN
  CAME TO HAND THE  19   DAY OF  Febuary   ,A.D. 19 97 , AND EXECUTED
  THE  19   DAY OF  Febuary  ,A.D. 19 97  , BY ARRESTING AND DETAINING
  ABOVE NAMED AND ACCUSED AND  Taken to Lew Sterret
  _____
  BY: Lefordo Dozry 7076 DallasPD
```

```
02/19/97 0232              DALLAS POLICE DEPARTMENT                    PAGE 01
```

SERVICE#: 0133944F          ARREST#: 97-012034

AFFIDAVIT FOR ARREST WARRANT         COUNTY OF DALLAS    STATE OF TEXAS

BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY APPEARED THE UNDERSIGNED AFFIANT WHO, AFTER BEING DULY SWORN BY ME, ON OATH STATED: MY NAME IS _____D.H. DAVIS_____ AND I AM A PEACE OFFICER OF THE CITY OF DALLAS, DALLAS COUNTY, TEXAS. I, THE AFFIANT, HAVE GOOD REASON AND DO BELIEVE THAT ON OR ABOUT 14 FEBRUARY 1997 ONE ESCAMILLA,ELIEZAR,              DID THEN AND THERE IN THE CITY OF DALLAS, DALLAS COUNTY, TEXAS COMMIT THE OFFENSE(S) OF:

        AGG ASLT                       F2    22.02

AFFIANT'S BELIEF IS BASED UPON THE FOLLOWING FACTS AND INFORMATION:

GONZALEZ,LEOPOLDO   ___ 7076 , A FELLOW PEACE OFFICER OF THE CITY OF DALLAS, DALLAS COUNTY, TEXAS, WHO PERSONALLY PARTICIPATED IN THE INVESTIGATION OF THESE ALLEGED OFFENSE(S), PROVIDING THIS INFORMATION TO AFFIANT, AND WHOSE INFORMATION AFFIANT BELIEVES TO BE CREDIBLE.

ON FEBRUARY 19, 1997 AT ABOUT 1230 A.M. OFFICER(S) GONZALEZ,LEOPOLDO # 7076 AND LUNDBERG,DALE S # 5260  OBSERVED A/P ESCAMILLA AND KNEW HIM TO BE A POSSIBLE SUSPECT IN AN AGGRAVATED ASSAULT.  A/OS STOPPED AT AT AT 2600 CHALKHILL DALLAS, DALLAS COUNTY, TEXAS.


CHARGE DESCRIPTION:      AGG ASLT

ON 02-14-97 A/O GONZALEZ 7076 SPOKE WITH
COMP RODRIGUEZ WHO HAD BEEN INVOLVED IN A
FIGHT IN THE PARKING LOT WITH SEVERAL OTHER
LATIN MALES.
COMP STATED THAT DURING THE FIGHT THE A/P ESCAMILLA
WHO WAS DRIVING A WHITE 1986 LINCOLN,
4DOOR, TAG PLH52N, DROVE INTO THE CROWD
STRIKING COMP WITH THE VEHICLE AND CAUSING
COMP A LARGE LACERATION ON THE
TOP OF HIS HEAD ALONG WITH SEVERAL OTHER
INJURIES TO HIS BODY.  THE A/P ALSO STRUCK
OTHERS THAT WERE IN THE PARKING LOT BUT
THEY LEFT THE PARKING LOT AND COULD NOT
BE REACHED.  A/O WAS ABLE TO SPEAK WITH SEVERAL
WITNESSES WHO WERE AT THE LOCATION AND SAW
A/P DRIVING THE LISTED VEHICLE.
WHEN A/OS CHECKED THE VEHICLE IT CAME BACK
TO THE A/P'S HOME ADDRESS.
A WITNESS HAD PICKED UP THE A/P'S DL AT THE LOCATION OF
THE AGGRAVATED ASSAULT AND THAT'S HOW A/OS WERE

```
*************************************************************************
02/19/97 0232           DALLAS POLICE DEPARTMENT                  PAGE 02
*************************************************************************

   SERVICE#: 0133944F        ARREST#: 97-012034

   AFFIDAVIT (CONTINUED)

   ABLE TO IDENTIFY HIM.
   ON 02-19-97, AT ABOUT 0030 A/OS OBSERVED THE 1986 LINCOLN
   AT 2600 CHALKHILL WHICH MATCHED THE DESCRIPTION OF
   THE SUSPECT VEHICLE WHICH STRUCK COMP ON 02-14-97;
   THE PLATE ALSO MATCHED THE PLATE ON THE SUSP VEHICLE
   WHICH CAME BACK TO THE A/P.
   A/P WAS ARRESTED FOR A WARRANT OUT OF DSO AND
   TAKEN TO LEW STERRETT.  THE VEHICLE WAS TOWED
   TO THE CITY POUND BY MILLER AND PUT ON HOLD FOR
   CAPERS UNDER BADGE #3014.
   NFI
```

_____[signature]_____  WHEREFORE AFFIANT REQUESTS THAT AN ARREST
         AFFIANT                WARRANT BE ISSUED FOR THE ABOVE ACCUSED
                                INDIVIDUAL IN ACCORDANCE WITH THE LAW.

SUBSCRIBED AND SWORN TO BEFORE ME ON
DATE: ___FEB 1 9 1997_____  _____[signature]_____
                                       MAGISTRATE

*************************************************************************

THE STATE OF TEXAS, COUNTY OF DALLAS

AT A TERM OF THE 283RD JUDICIAL DISTRICT COURT BEGUN AND HOLDEN WITHIN AND FOR THE COUNTY OF DALLAS, TEXAS, ON THE 30TH DAY OF  , A. D.    , THE HONORABLE VIC CUNNINGHAM JUDGE THEREOF PRESIDING, THE FOLLOWING PROCEEDINGS WERE HAD TO-WIT IN THE CAUSE OF

CAUSE NO. F-0454867-T

PRESENTMENT OF INDICTMENT

ON THIS THE 10TH DAY OF SEPTEMBER 2004, THERE WAS DELIVERED AND PRESENTED TO THE CLERK OF THIS COURT THE FOLLOWING INDICTMENT, TO-WIT:

THE STATE OF TEXAS          CAUSE NO. F-0454867-T
VS
ESCAMILLA ELIEZAR

WHICH WAS THEREUPON ORDERED BY THE COURT TO BE FILED.

ORDER OF TRANSFER

THE STATE OF TEXAS          CAUSE NO. F-0454867-T
VS
ESCAMILLA ELIEZAR

10TH DAY OF SEPTEMBER 2004.

IT APPEARING TO THE COURT FROM AN INSPECTION OF THE INDICTMENT THAT THIS CASE IS A MISDEMEANOR, AND THAT THE COUNTY CRIMINAL COURT 10 OF DALLAS COUNTY, TEXAS HAD JURISDICTION OF THE SAME, IT IS ORDERED BY THE COURT, THAT THE ABOVE ENTITLED AND NUMBERED CAUSE BE AND THE SAME IS HEREBY TRANSFERRED TO THE COUNTY CRIMINAL COURT 10 OF DALLAS COUNTY, TEXAS, FOR TRIAL AND FINAL ADJUDICATION.

_____
JUDGE

I, JIM HAMLIN, CLERK OF THE DISTRICT COURT'S OF DALLAS, COUNTY, TEXAS, DO CERTIFY THAT THE FOREGOING CONTAINS A TRUE COPY OF ALL OF THE PROCEEDINGS TAKEN IN THE SAID 283RD JUDICIAL DISTRICT COURT, IN THE CASE OF THE STATE OF TEXAS VS. ESCAMILLA ELIEZAR
CAUSE NO. F-0454867-T.

WITNESS MY HAND AND THE SEAL OF SAID COURT ON THIS THE
JIM HAMLIN, CLERK, OF THE DISTRICT COURT'S, DALLAS COUNTY, TEXAS.

BY _____ DEPUTY.

REPORT 007577 ADDED TO THE M600 FILE ON 09/10/04 AT 11:3

SEP 28 2004

MT

**DEFENDANT** Escamilla, Eliezar     W M  05061973    **CHARGE** ASSAULT/MISD
**AKA:**
**ADDRESS** 623 S Cockrell Hill Rd, Dallas, Tx     **LOCATION** DSO
**FILING AGENCY** TXDPD0000   **DATE FILED** August 13, 2004    **COURT** 10 JDC283
**COMPLAINANT** Escamilla, Pamela     F-0454867    **VT#:**
**C/C**     MA0405601-L

## TRUE BILL INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of Dallas County, State of Texas, duly organized at the _____ July _____ Term, A.D., __2004__ of the _____ 283rd Judicial District Court _____, Dallas County, in said Court at said Term, do present that one **ESCAMILLA, ELIEZAR**, Defendant, On or about the __8th__ day of August A.D., 2004 in the County of Dallas and said State, did

then and there intentionally and knowingly and recklessly cause bodily injury to another, namely: PAMELA ESCAMILLA, hereinafter called complainant, by grabbing and by twisting complainant with defendant's hand,

against the peace and dignity of the State.

**Bill Hill**
Criminal District Attorney of Dallas County, Texas     Foreman of the Grand Jury.

TDC/COURT

```
08/11/04 0939                DALLAS POLICE DEPARTMENT
************************************************************

SERVICE#: 0605818N       ARREST#: 04-036549      ** ADD CHARGE **

AFFIDAVIT FOR ARREST WARRANT    COUNTY OF DALLAS    STATE OF TEXAS

    BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY
APPEARED THE UNDERSIGNED AFFIANT WHO, AFTER BEING DULY SWORN BY ME, ON
OATH STATED: MY NAME IS        J.J. HUBACEK        AND I AM A PEACE
OFFICER OF THE CITY OF DALLAS, DALLAS COUNTY, TEXAS. I, THE AFFIANT,
HAVE GOOD REASON AND DO BELIEVE THAT ON OR ABOUT 08 AUGUST  2004  ONE
ESCAMILLA,ELIEZAR,              DID THEN AND THERE IN THE CITY OF DALLAS,
DALLAS COUNTY, TEXAS COMMIT THE OFFENSE(S) OF:

         INJURY TO A CHILD (FV)      F3  22.04     0606107N

AFFIANT'S BELIEF IS BASED UPON THE FOLLOWING FACTS AND INFORMATION:

SMILIE,HERBERT ROBER___ 8388 , A FELLOW PEACE OFFICER OF THE CITY OF
DALLAS, DALLAS COUNTY, TEXAS, WHO PERSONALLY PARTICIPATED IN THE
INVESTIGATION OF THESE ALLEGED OFFENSE(S), PROVIDING THIS INFORMATION TO
AFFIANT, AND WHOSE INFORMATION AFFIANT BELIEVES TO BE CREDIBLE.

ON AUGUST 08, 2004 AT ABOUT 0330 A.M. OFFICER(S) SMILIE,HERBERT ROBER #
8388 RESPONDED TO A CALL FROM THE POLICE DISPATCHER REGARDING THE
ASSAULT/FAMILY VIOLENCE, INVOLVING AP AT 3413 PEORIA DALLAS, DALLAS
COUNTY, TEXAS.


CHARGE DESCRIPTION:     INJURY TO A CHILD (FV)

PROBABLE CAUSE FOR THE ADD CHARGE OF INJURY TO A CHILD (FV) 22.04 F/3:
ARRESTING OFFICERS ANSWERED A CALL ON 8-8-04 AT 3:30AM AT 3413 PEORIA,
DALLAS, DALLAS COUNTY, TEXAS. THEY ARRESTED THE ARRESTEE FOR ASSAULT
(FV) 22.01 M/A.
FURTHER INVESTIGATION REVEALS THAT THE ARRESTEE COMMITTED THE OFFENSE
OF INJURY TO A CHILD (FV) 22.04 F/3. COMPLAINANT PAMELA ESCAMILLA STATES
THAT ON 8-8-04 AT 12:50AM AT 4535 N OTTAWA ROAD, DALLAS, DALLAS COUNTY,
TEXAS, SHE WAS ASSAULTED BY ARRESTEE ELIEZAR ESCAMILLA. THE ARRESTEE
ASSAULTED THE COMPLAINANT'S FATHER. A FIGHT ENSUED AND THE COMPLAINANT
AND OTHER RELATIVES ATTEMPTED TO HOLD THE ARRESTEE DOWN TO STOP THE
ASSAULT. THE ARRESTEE GRABBED THE COMPLAINANT'S FOOT AND TWISTED IT
AND GRABBED HER BY THE ARM. THE COMPLAINANT SUFFERED A TWISTED RIGHT
ANKLE AND A BRUISE ON HER RIGHT ARM. THE COMPLAINANT IS THIRTEEN (13)
YEARS OLD. THE ARRESTEE ALSO ASSAULTED THE OTHER RELATIVES. THE
COMPLAINANT AND ARRESTEE ARE COUSINS.
```

```
***********************************************************************
08/11/04  0939              DALLAS POLICE DEPARTMENT                PAGE 02
***********************************************************************

SERVICE#: 0605818N       ARREST#: 04-036549       ** ADD CHARGE **

AFFIDAVIT (CONTINUED)
```

*John J. Hubacek*
--------------------------      WHEREFORE AFFIANT REQUESTS THAT AN ARREST
        AFFIANT                 WARRANT BE ISSUED FOR THE ABOVE ACCUSED
                                INDIVIDUAL IN ACCORDANCE WITH THE LAW.

SUBSCRIBED AND SWORN TO BEFORE ME ON
DATE:        AUG 11 2004        *Alfredo Campos Jr.*
                                -------------------------------
                                         MAGISTRATE

```
***********************************************************************
```

THE STATE OF TEXAS, COUNTY OF DALLAS

AT A TERM OF THE 283RD JUDICIAL DISTRICT COURT BEGUN AND HOLDEN WITHIN AND FOR THE COUNTY OF DALLAS, TEXAS, ON THE 30TH DAY OF F.JROBERT A. D.   0, THE HONORABLE VIC CUNNINGHAM JUDGE THEREOF PRESIDING, THE FOLLOWING PROCEEDINGS WERE HAD TO-WIT IN THE CAUSE OF

CAUSE NO. F-0454866-T

PRESENTMENT OF INDICTMENT

ON THIS THE   10TH DAY OF SEPTEMBER 2004, THERE WAS DELIVERED AND PRESENTED TO THE CLERK OF THIS COURT THE FOLLOWING INDICTMENT, TO-WIT:

THE STATE OF TEXAS          CAUSE NO. F-0454866-T
VS
ESCAMILLA ELIEZAR

WHICH WAS THEREUPON ORDERED BY THE COURT TO BE FILED.

ORDER OF TRANSFER

THE STATE OF TEXAS          CAUSE NO. F-0454866-T
VS
ESCAMILLA ELIEZAR

10TH DAY OF SEPTEMBER 2004.

IT APPEARING TO THE COURT FROM AN INSPECTION OF THE INDICTMENT THAT THIS CASE IS A MISDEMEANOR, AND THAT THE COUNTY CRIMINAL COURT 10 OF DALLAS COUNTY, TEXAS HAD JURISDICTION OF THE SAME, IT IS ORDERED BY THE COURT, THAT THE ABOVE ENTITLED AND NUMBERED CAUSE BE AND THE SAME IS HEREBY TRANSFERRED TO THE COUNTY CRIMINAL COURT 10 OF DALLAS COUNTY, TEXAS, FOR TRIAL AND FINAL ADJUDICATION.

_____ JUDGE

I, JIM HAMLIN, CLERK OF THE DISTRICT COURT'S OF DALLAS, COUNTY, TEXAS, DO CERTIFY THAT THE FOREGOING CONTAINS A TRUE COPY OF ALL OF THE PROCEEDINGS TAKEN IN THE SAID 283RD JUDICIAL DISTRICT COURT, IN THE CASE OF THE STATE OF TEXAS VS. ESCAMILLA ELIEZAR
CAUSE NO. F-0454866-T.

WITNESS MY HAND AND THE SEAL OF SAID COURT ON THIS THE
JIM HAMLIN, CLERK, OF THE DISTRICT COURT'S, DALLAS COUNTY, TEXAS.

BY _____ DEPUTY

REPORT C07577 ADDED TO THE MSOO FILE ON 09/20/04 AT 11:3

SEP 28 2004

JS

**DEFENDANT** Escamilla, Eliezar  W M  05061973  **CHARGE** ASSAULT/MISD
  **AKA:**
**ADDRESS**  623 S Cockrell Hill Rd, Dallas, Tx    **LOCATION** DSO
**FILING AGENCY** TXDPD0000  **DATE FILED** August 13, 2004   **COURT** 10 JDC283
**COMPLAINANT** Escamilla, Valerie    F-0454866   **VT#:**
**C/C**         MA0405559-L

### TRUE BILL INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of

Dallas County, State of Texas, duly organized at the ____July____ Term, A.D., __2004__ of the

_____283rd Judicial District Court_____, Dallas County, in said Court at said

Term, do present that one  **ESCAMILLA, ELIEZAR**  , Defendant,

On or about the  __8 th__ day of August A.D., 2004  in the County of Dallas and said State, did

then and there intentionally and knowingly and recklessly cause bodily injury to another, namely:
VALERIE ESCAMILLA, hereinafter called complainant, by striking complainant with defendant's hand,

against the peace and dignity of the State.

_____Bill Hill_____     _____
Criminal District Attorney of Dallas County, Texas     Foreman of the Grand Jury.

TDC/COURT

```
08/11/04 0927                DALLAS POLICE DEPARTMENT                    ** ADD CHARGE **
*************************************************************************

SERVICE#: 0605818N         ARREST#: Q4-036549        ** ADD CHARGE **

AFFIDAVIT FOR ARREST WARRANT      COUNTY OF DALLAS      STATE OF TEXAS

       BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY
APPEARED THE UNDERSIGNED AFFIANT WHO, AFTER BEING DULY SWORN BY ME, ON
OATH STATED: MY NAME IS      J.J. HUBACEK       AND I AM A PEACE
OFFICER OF THE CITY OF DALLAS, DALLAS COUNTY, TEXAS.  I, THE AFFIANT,
HAVE GOOD REASON AND DO BELIEVE THAT ON OR ABOUT 08 AUGUST   2004  ONE
ESCAMILLA,ELIEZAR,             DID THEN AND THERE IN THE CITY OF DALLAS,
DALLAS COUNTY, TEXAS COMMIT THE OFFENSE(S) OF:

      INJURY TO A CHILD (FV)      F3  22.04       0606110N

AFFIANT'S BELIEF IS BASED UPON THE FOLLOWING FACTS AND INFORMATION:

SMILIE,HERBERT ROBER___ 8388 , A FELLOW PEACE OFFICER OF THE CITY OF
DALLAS, DALLAS COUNTY, TEXAS, WHO PERSONALLY PARTICIPATED IN THE
INVESTIGATION OF THESE ALLEGED OFFENSE(S), PROVIDING THIS INFORMATION TO
AFFIANT, AND WHOSE INFORMATION AFFIANT BELIEVES TO BE CREDIBLE.

ON AUGUST 08, 2004 AT ABOUT 0330 A.M. OFFICER(S) SMILIE,HERBERT ROBER #
8388 RESPONDED TO A CALL FROM THE POLICE DISPATCHER REGARDING THE
ASSAULT/FAMILY VIOLENCE, INVOLVING AP AT 3413 PEORIA DALLAS, DALLAS
COUNTY, TEXAS.


CHARGE DESCRIPTION:      INJURY TO A CHILD (FV)

PROBABLE CAUSE FOR THE ADD CHARGE OF INJURY TO A CHILD (FV) 22.04 F/3;
ARRESTING OFFICERS ANSWERED A CALL ON 8-8-04 AT 3:30AM AT 3413 PEORIA,
DALLAS, DALLAS COUNTY, TEXAS. THEY ARRESTED THE ARRESTEE FOR ASSAULT
(FV) 22.01 M/A.
FURTHER INVESTIGATION REVEALS THAT THE ARRESTEE COMITTED THE OFFENSE OF
INJURY TO A CHILD (FV) 22.04 F/3. COMPLAINANT VALERIE ESCAMILLA STATES
THAT ON 8-8-04 AT 12:50AM AT 4535 N OTTAWA ROAD, DALLAS, DALLAS COUNTY,
TEXAS, SHE WAS ASSAULTED BY THE ARRESTEE ELIEZAR ESCAMILLA. THE
COMPLAINANT AND ARRESTEE ARE COUSINS. THE ARRESTEE ASSAULTED THE
COMPLAINANT'S FATHER. A FIGHT ENSUED AND THE COMPLAINANT AND OTHER
RELATIVES ATTEMPTED TO HOLD THE ARRESTEE DOWN TO STOP THE ASSAULT. THE
ARRESTEE STRUCK THE COMPLAINANT ON THE ARM WITH HIS FIST. THE
COMPLAINANT SUFFERED PAIN BUT NO VISIBLE INJURY. THE ARRESTEE ALSO
ASSAULTED THE OTHER RELATIVES. THE COMPLAINANT IS FOURTEEN (14) YEARS
OLD.
```

```
*************************************************************
08/11/04 0927           DALLAS POLICE DEPARTMENT              PAGE 02
*************************************************************

SERVICE#: 0605818N      ARREST#: 04-036549      ** ADD CHARGE **

AFFIDAVIT (CONTINUED)
```

*[signature: John J. Hubock]*
AFFIANT

WHEREFORE AFFIANT REQUESTS THAT AN ARREST WARRANT BE ISSUED FOR THE ABOVE ACCUSED INDIVIDUAL IN ACCORDANCE WITH THE LAW.

SUBSCRIBED AND SWORN TO BEFORE ME ON
DATE: AUG 11 2004

*[signature: Alfredo Campos Jr.]*
MAGISTRATE

```
*************************************************************
```

CAUSE NO. M-0405559-L

| | | |
|---|---|---|
| THE STATE OF TEXAS | ( ) | IN THE |
| VS. | ( ) | COUNTY CRIMINAL COURT 10 |
| ELIEZAR ESCAMILLA | ( ) | DALLAS COUNTY, TEXAS |

JUDGMENT ON PLEA OF NOT GUILTY TO THE JUDGE

JUDGE PRESIDING LISA FOX                    DATE OF JUDGMENT 01/05/2005

ATTORNEY                                     ATTORNEY
FOR STATE JAY BENDER                         FOR DEFENDANT JAMES MILLAN

OFFENSE ALLEGED ASSAULT

CLASS A    MISDEMEANOR    DATE OFFENSE ALLEGED COMMITTED 08/08/04

CHARGING INSTRUMENT  INDICTMENT                            PLEA   NOT GUILTY

FINDING OF THE COURT   NOT GUILTY

ON THIS DAY, SET FORTH ABOVE, THE ABOVE STYLED AND NUMBERED CAUSE WAS CALLED FOR TRIAL. THE STATE OF TEXAS AND DEFENDANT APPEARED BY AND THROUGH THE ABOVE NAMED ATTORNEYS AND ANNOUNCED READY FOR TRIAL. DEFENDANT APPEARED IN PERSON IN OPEN COURT. WHERE DEFENDANT WAS NOT REPRESENTED BY COUNSEL, DEFENDANT KNOWINGLY, INTELLIGENTLY, AND VOLUNTARILY WAIVED THE RIGHT TO REPRESENTATION BY COUNSEL.
HAVING BEEN ADMONISHED OF THE RIGHT TO A JURY TRIAL, THE DEFENDANT WAIVED THE RIGHT TO A JURY TRIAL IN WRITING AND IN OPEN COURT WITH THE CONSENT AND APPROVAL OF THE JUDGE, THE DEFENDANT'S ATTORNEY, IF ANY, AND THE PROSECUTING ATTORNEY NAMED ABOVE. THE CONSENT AND APPROVAL OF THE WAIVER OF JURY TRIAL WAS ENTERED OF RECORD IN THE MINUTES OF THE COURT BEFORE THE DEFENDANT ENTERED THIS PLEA.
EVIDENCE WAS PRESENTED TO THE JUDGE AND HAVING HEARD THE EVIDENCE, THE JUDGE FINDS THAT THE EVIDENCE IS INSUFFICIENT TO SUPPORT THE ALLEGATIONS. THE JUDGE FINDS THE DEFENDANT NOT GUILTY.
IT IS, THEREFORE, ORDERED AND DECREED BY THE JUDGE THAT SAID DEFENDANT BE ADJUDGED NOT GUILTY OF THE OFFENSE AS SHOWN ABOVE. THE JUDGE ORDERS THAT THE DEFENDANT BE AT ONCE DISCHARGED FROM ALL FURTHER LIABILITY UPON THE CHARGE FOR WHICH DEFENDANT WAS TRIED.

SIGNED AND ENTERED THIS _05TH_ DAY OF ___JANUARY__,2005

*Lisa A. Fox*
JUDGE, COUNTY CRIMINAL COURT 10
DALLAS COUNTY, TEXAS

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE