NOT E OF DISPOSITION
IN COUNTY CRIMINAL COURT 10
DALLAS COUNTY, TEXAS

SEQ 0003

CASE NUMBER MA0405559
OFFENSE ASSAULT
REDUCED CHARGE

DATE 010505
TIME 105945

THE STATE OF TEXAS VS.
DEF ESCAMILLA ELIEZAR
BNO 04057536
DISPOSED BY TBCI

RACE W SEX M DOB 050673

SENTENCE

APPEAL ____________

SPECIAL CONDITION

MNT ____________

$ 0.00 FINE $ 0.00 COST

SENTENCE TO BEGIN ______

ADDITIONAL CREDIT FOR TIME SERVED
TBC_-_NOT_GUILTY____________
REMARKS ____________

CYNTHIA FIGUEROA CALHOUN
COUNTY CLERK
DALLAS COUNTY, TEXAS

BY REIBLY J
DEPUTY CLERK

RELEASE INFORMATION
REMARKS DEF IN JAIL, RELEASE DEF___
ON THIS CASE____________

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

Cause No. MA0405559

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL COURT |
| | § | |
| VS. | § | #10 OF |
| | § | |
| Escamilla, Eliezer | § | DALLAS COUNTY, TEXAS |

## WAIVER OF JURY

Comes now the Defendant with the consent and approval of Defendant's attorney, if any, and does in person, in writing and in open court, waive the right to trial by jury and request the Judge to consent to and approve this waiver.

Attorney for Defendant

24031569
Bar Card Number

Defendant

Comes now the undersigned attorney for the State and consents to and approves the Defendant's waiver of jury.

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

Assistant District Attorney
Dallas County, Texas
24030870
Bar Card Number

Comes now the Judge and hereby consents to and approves the Defendant's waiver of jury in this cause.

Signed and entered this 4 day of JAN, ~~199~~ 2005

Lisa A. Fox
Judge, County Criminal Court 10
Dallas, Texas

Form No. M-170

COUNTY CRIMINAL COURT 10

TODAY'S DATE 9/29/04

133 North Industrial
Dallas, Texas 75207
(214) 653-

STATE OF TEXAS VS.

CAUSE NO. M 0405559 0458029 0405601 0458032 0458028 0458033

Escamilla, Eliezer
Defendant

TO THE HONORABLE JUDGE OF SAID COURT:

On the above date, the captioned cause being set on the docket of this Court, comes now the undersigned counsel for Defendant and requests a continuance of this cause to the following date for the following purpose:

RESET DATE: 10/20/04 TIME: 9:00

- ☐ Announcement (Defense has received a recommendation from the State)
- ☐ Announcement (State contact Complaining Witness/Investigate Restitution) DA initial ______
- ☐ Announcement : ______ need to file SR-22 ______ filed and awaiting clearance letter
- ☐ Plea of Guilty (Agreed)
- ☐ Plea of Guilty / Open to Punishment with witnesses? ______ **yes** ______ **no**
- ☐ Revocation Hearing (Agreed) Signature of Court PO ______
- ☐ Probation Violations Signature of Court PO ______
- ☐ Contested Revocation Hearing Signature of Court PO ______
- ☐ Jury Trial
- ☒ Trial Before the Court
- ☒ Motion to Suppress
- ☐ Motion to Quash
- ☐ Pre-Trial Hearing, please specify ______
- ☐ Dismissal: Reason ______ DA initial ______
- ☐ Restitution on checks
- ☐ Felony pending - felony cause no. ______
- ☐ Arraignment (**Defendant must be present**)
- ☐ Other,specify ______

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

[signature]
Counsel for Defense or Pro Se

James Millan
Please print name of Counsel

☐ Defendant in court

Phone (972) 899-4466

Bar # 24031569

Recommendation by State or Probation officer:

☐ Defendant to Hire Attorney

**Defendant**

Cause No. MA0405559 0405601 0458028 0458029 0458032 0458033

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL COURT |
|---|---|---|
| | § | |
| VS. | § | 10 OF |
| | § | |
| Eliezer Escamilla | § | DALLAS COUNTY, TEXAS |

## WAIVER OF JURY

Comes now the Defendant with the consent and approval of Defendant's attorney, if any, and does in person, in writing and in open court, waive the right to trial by jury and request the Judge to consent to and approve this waiver.

James Millan
Attorney for Defendant

X [signature]
Defendant

24031569
Bar Card Number

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

Comes now the undersigned attorney for the State and consents to and approves the Defendant's waiver of jury.

[signature]
Assistant District Attorney
Dallas County, Texas

24030870
Bar Card Number

Comes now the Judge and hereby consents to and approves the Defendant's waiver of jury in this cause.

Signed and entered this _____ day of _____________________, 199 ____.

_______________________
Judge, County Criminal Court _______
Dallas, Texas

Form No. M-170

ORDER OF RECEIVING

10/20

THE STATE OF TEXAS, COUNTY OF DALLAS

AT A TERM OF THE 283RD JUDICIAL DISTRICT COURT BEGUN AND HOLDEN WITHIN AND FOR THE COUNTY OF DALLAS, TEXAS, ON THE 30TH DAY OF FJROBERT A. D. 0. THE HONORABLE VIC CUNNINGHAM JUDGE THEREOF PRESIDING, THE FOLLOWING PROCEEDINGS WERE HAD TO-WIT IN THE CAUSE OF

CAUSE NO. F-0454866-T

PRESENTMENT OF INDICTMENT

ON THIS THE 10TH DAY OF SEPTEMBER 2004, THERE WAS DELIVERED AND PRESENTED TO THE CLERK OF THIS COURT THE FOLLOWING INDICTMENT, TO-WIT:

THE STATE OF TEXAS CAUSE NO. F-0454866-T
VS
ESCAMILLA ELIEZAR

WHICH WAS THEREUPON ORDERED BY THE COURT TO BE FILED.

ORDER OF TRANSFER

THE STATE OF TEXAS CAUSE NO. F-0454866-T
VS
ESCAMILLA ELIEZAR

10TH DAY OF SEPTEMBER 2004.

IT APPEARING TO THE COURT FROM AN INSPECTION OF THE INDICTMENT THAT THIS CASE IS A MISDEMEANOR, AND THAT THE COUNTY CRIMINAL COURT 10 OF DALLAS COUNTY, TEXAS HAD JURISDICTION OF THE SAME. IT IS ORDERED BY THE COURT, THAT THE ABOVE ENTITLED AND NUMBERED CAUSE BE AND THE SAME IS HEREBY TRANSFERRED TO THE COUNTY CRIMINAL COURT 10 OF DALLAS COUNTY, TEXAS, FOR TRIAL AND FINAL ADJUDICATION.

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

JUDGE

I, JIM HAMLIN, CLERK OF THE DISTRICT COURT'S OF DALLAS, COUNTY, TEXAS, DO CERTIFY THAT THE FOREGOING CONTAINS A TRUE COPY OF ALL OF THE PROCEEDINGS TAKEN IN THE SAID 283RD JUDICIAL DISTRICT COURT, IN THE CASE OF THE STATE OF TEXAS VS. ESCAMILLA ELIEZAR CAUSE NO. F-0454866-T.

WITNESS MY HAND AND THE SEAL OF SAID COURT ON THIS THE
JIM HAMLIN, CLERK, OF THE DISTRICT COURT'S, DALLAS COUNTY, TEXAS.

BY ______________________, DEPUTY.

REPORT Q07577 ADDED TO THE MS00 FILE ON 09/20/04 AT 11:

SEP 28 2004

JS

**DEFENDANT** Escamilla, Eliezar W M 05061973 **CHARGE** ASSAULT/MISD

**AKA:**

**ADDRESS** 623 S Cockrell Hill Rd, Dallas, Tx **LOCATION** DSO

**FILING AGENCY** TXDPD0000 **DATE FILED** August 13, 2004 **COURT** 10 JDC283

**COMPLAINANT** Escamilla, Valerie F-0454866 **VT#:** MA0005559-L

**C/C**

---

**TRUE BILL INDICTMENT**

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of Dallas County, State of Texas, duly organized at the July Term, A.D., 2004 of the 283rd Judicial District Court, Dallas County, in said Court at said Term, do present that one **ESCAMILLA, ELIEZAR**, Defendant, On or about the 8 th day of August A.D., 2004 in the County of Dallas and said State, did

then and there intentionally and knowingly and recklessly cause bodily injury to another, namely: VALERIE ESCAMILLA, hereinafter called complainant, by striking complainant with defendant's hand,

against the peace and dignity of the State.

**Bill Hill**

Criminal District Attorney of Dallas County, Texas

[signature]

Foreman of the Grand Jury.

COURT

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

No. 04-05559L

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| VS. | § | COURT NO. 10 OF |
| Grajanilla, Eliezer | § | DALLAS COUNTY, TEXAS |

## STATE'S SENTENCE RECOMMENDATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES THE STATE OF TEXAS, by and through Dallas County Criminal District Attorney BILL HILL, in the above styled and numbered cause and on this the 23rd day of Sept 20 04 makes this recommendation of punishment conditioned on the defendant having no criminal record or pending cases other than those listed below. This is not an announcement of readiness for trial.

Assault
ABSOLUTELY NO PROBATION

Rachel [illegible]
Assistant District Attorney
State Bar Card No. [illegible]

RECOMMENDATION: 365 days + BELOW

| | | | | | |
|---|---|---|---|---|---|
| | Stay away / No Contact with CW | X | PLEA OF GUILTY (NO NOLO PLEA) | | Days as Condition |
| | Family Violence Counseling (B.I.P.P.) | | Valid Insurance | | Restitution $ |
| | Domestic Vio. VIP | | Proper License | | Inform Probation/Parole Officer of this Plea |
| X | Affirm. Finding FV | | Clearance letter | | DNA Samples |
| | Parenting Classes | | No Weapons | | Register as Sex Offender |
| | Anger Counseling | | Forfeit Weapon | | Faithfully participate in a registered sex offender treatment program |
| | Electronic Monitoring | | West Program | | Child support $ /month |
| | V.I.P. (<21 Y.D.D.P.) | | Drug Evaluation | X | Judge's Cond. |
| | T.A.I.P. / C.A.T.S. | | Urinalysis Testing | X | Waive right to Appeal |
| | Interlock Device | | Anti-Theft Program | | Other |
| | Repeat Offender | | Anti-Theft Level II | | |
| | Alcohol Evaluation | | Life Skills | | |
| | No Alcohol | | Thinking for a Change | | |
| | Psychological Eval | | G.E.D / High Sch. Dipl | | |
| | | | TABC Class | | |

PRIOR R[ECORD AND PEN]DING CASES

| CASE/BOND | NAME TYPE DF CT | CHARGE | | DISP |
|---|---|---|---|---|
| F-9746550 | FL | AA/DW | | NAJG |
| F-0454866 | FL | ASSAULT | | |
| F-0454867 | FL | ASSAULT | | |
| MA0405559 | ML | ASSAULT | | |
| MA0405601 | ML | ASSAULT | | |
| MA0458028 | ML | ASSAULT | DV | |
| MA0458029 | ML | ASSAULT | DV | |
| MA0458032 | ML | ASSAULT | DV | |
| MA0458033 | ML | ASSAULT | DV | |
| F-9746730 | FL | MURDER | | PGJG |

...of trial. - Note: As a condition of this ... the Clerk of the Court

JS

**DEFENDANT** Escamilla, Eliezar W M 05061973 **CHARGE** ASSAULT/MISD

**AKA:**

**ADDRESS** 623 S Cockrell Hill Rd, Dallas, Tx **LOCATION** DSO

**FILING AGENCY** TXDPD0000 **DATE FILED** August 13, 2004 **COURT** #10 JDC283

**COMPLAINANT** Escamilla, Valerie F-0454866 **VT#:**

**C/C** MA0405559-L

---

**TRUE BILL INDICTMENT**

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of Dallas County, State of Texas, duly organized at the July Term, A.D., 2004 of the 283rd Judicial District Court, Dallas County, in said Court at said Term, do present that one **ESCAMILLA, ELIEZAR**, Defendant, On or about the 8 th day of August A.D., 2004 in the County of Dallas and said State, did

then and there intentionally and knowingly and recklessly cause bodily injury to another, namely: VALERIE ESCAMILLA, hereinafter called complainant, by striking complainant with defendant's hand,

against the peace and dignity of the State.

**Bill Hill**
Criminal District Attorney of Dallas County, Texas

Foreman of the Grand Jury.

DEFENDANT/COURTS

ORDER OF RECEIVING

ON THIS THE 10TH DAY OF SEPTEMBER A.D. 2004. IT IS THE ORDER OF THE JUDGE OF THE COUNTY CRIMINAL COURT 10 OF DALLAS COUNTY, TEXAS, THAT THE BELOW STYLED AND NUMBERED CAUSES BE AND ARE HEREBY RECEIVED FROM THE JUDGE OF THE 283RD JUDICIAL DISTRICT COURT, OF DALLAS COUNTY, TEXAS, FOR TRIAL AND FINAL ADJUDICATION. TO WIT:

THE STATE OF TEXAS

VS

F-0454866-T TO M-0405559-L ESCAMILLA ELIEZAR ASSAULT

REPORT 007574 ADDED TO THE MS00 FILE ON 09/20/04 AT 11:

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

CAUSE NO. M-0458029-L

| | | |
|---|---|---|
| THE STATE OF TEXAS | () | IN THE |
| VS. | () | COUNTY CRIMINAL COURT 10 |
| ELIEZAR ESCAMILLA | () | DALLAS COUNTY, TEXAS |

JUDGMENT ON PLEA OF NOT GUILTY TO THE JUDGE

JUDGE PRESIDING LISA FOX DATE OF JUDGMENT 01/05/2005

ATTORNEY FOR STATE JAY BENDER

ATTORNEY FOR DEFENDANT JAMES MILLAN

OFFENSE ALLEGED ASSAULT DV

CLASS A MISDEMEANOR DATE OFFENSE ALLEGED COMMITTED 08/08/04

CHARGING INSTRUMENT INFORMATION PLEA NOT GUILTY

FINDING OF THE COURT NOT GUILTY

ON THIS DAY, SET FORTH ABOVE, THE ABOVE STYLED AND NUMBERED CAUSE WAS CALLED FOR TRIAL. THE STATE OF TEXAS AND DEFENDANT APPEARED BY AND THROUGH THE ABOVE NAMED ATTORNEYS AND ANNOUNCED READY FOR TRIAL. DEFENDANT APPEARED IN PERSON IN OPEN COURT. WHERE DEFENDANT WAS NOT REPRESENTED BY COUNSEL, DEFENDANT KNOWINGLY, INTELLIGENTLY, AND VOLUNTARILY WAIVED THE RIGHT TO REPRESENTATION BY COUNSEL.

HAVING BEEN ADMONISHED OF THE RIGHT TO A JURY TRIAL, THE DEFENDANT WAIVED THE RIGHT TO A JURY TRIAL IN WRITING AND IN OPEN COURT WITH THE CONSENT AND APPROVAL OF THE JUDGE, THE DEFENDANT'S ATTORNEY, IF ANY, AND THE PROSECUTING ATTORNEY NAMED ABOVE. THE CONSENT AND APPROVAL OF THE WAIVER OF JURY TRIAL WAS ENTERED OF RECORD IN THE MINUTES OF THE COURT BEFORE THE DEFENDANT ENTERED THIS PLEA.

EVIDENCE WAS PRESENTED TO THE JUDGE AND HAVING HEARD THE EVIDENCE, THE JUDGE FINDS THAT THE EVIDENCE IS INSUFFICIENT TO SUPPORT THE ALLEGATIONS. THE JUDGE FINDS THE DEFENDANT NOT GUILTY.

IT IS, THEREFORE, ORDERED AND DECREED BY THE JUDGE THAT SAID DEFENDANT BE ADJUDGED NOT GUILTY OF THE OFFENSE AS SHOWN ABOVE. THE JUDGE ORDERS THAT THE DEFENDANT BE AT ONCE DISCHARGED FROM ALL FURTHER LIABILITY UPON THE CHARGE FOR WHICH DEFENDANT WAS TRIED.

SIGNED AND ENTERED THIS _05TH_ DAY OF _JANUARY_,2005

Lisa A Fox

JUDGE, COUNTY CRIMINAL COURT 10
DALLAS COUNTY, TEXAS

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

NOTICE OF DISPOSITION
IN COUNTY CRIMINAL COURT 10
DALLAS COUNTY, TEXAS

SEQ 0006

CASE NUMBER MA0458029
OFFENSE ASSAULT DV
REDUCED CHARGE

DATE 010505
TIME 110447

THE STATE OF TEXAS VS.
DEF ESCAMILLA ELIEZAR
BNO 04057536
DISPOSED BY TBCI

RACE W SEX M DOB 050673

SENTENCE

APPEAL ______

SPECIAL CONDITION

MNT ______

$ 0.00 FINE $ 0.00 COST

SENTENCE TO BEGIN ______

ADDITIONAL CREDIT FOR TIME SERVED
TBC_-_NOT_GUILTY______
REMARKS ______

CYNTHIA FIGUEROA CALHOUN
COUNTY CLERK
DALLAS COUNTY, TEXAS

BY REIBLY J
DEPUTY CLERK

RELEASE INFORMATION
REMARKS DEF IN JAIL, RELEASE DEF__
ON THIS CASE______

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

Cause No. 04-580-29

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL COURT |
|---|---|---|
| VS. | § | #10 OF |
| Escamilla, Eliezar | § | DALLAS COUNTY, TEXAS |

## WAIVER OF JURY

Comes now the Defendant with the consent and approval of Defendant's attorney, if any, and does in person, in writing and in open court, waive the right to trial by jury and request the Judge to consent to and approve this waiver.

[signature]
Attorney for Defendant

X Eliezar Escamilla
Defendant

24031569
Bar Card Number

Comes now the undersigned attorney for the State and consents to and approves the Defendant's waiver of jury.

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

[signature]
Assistant District Attorney
Dallas County, Texas

24046194
Bar Card Number

Comes now the Judge and hereby consents to and approves the Defendant's waiver of jury in this cause.

Signed and entered this 4 day of JAN, ~~199~~ 2005

Lisa A. Fox
Judge, County Criminal Court 10
Dallas, Texas

Form No. M-170



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

COUNTY CRIMINAL COURT ______ | [illegible] 'S DATE ____ / ____

133 North Industrial
Dallas, Texas 75207
(214) 653-______

STATE OF TEXAS VS.

______________________

Defendant

CAUSE NO. M______________

TO THE HONORABLE JUDGE OF SAID COURT:

On the above date, the captioned cause being set on the docket of this Court, comes now the attorney for the Defendant and requests a continuance of this cause to the following date for the following purpose:

RESET DATE: ____ / ____ / ____ TIME: ________

- ☐ Announcement (Defense has received a recommendation from the State)
- ☐ Announcement (State contact Complaining Witness/Investigate Restitution) [illegible]
- ☐ Announcement: ______ need to file SR-22 ______ fine and [illegible]
- ☐ Plea of Guilty (Agreed)
- ☐ Plea of Guilty / Open to Punishment with witnesses? ______ yes ______ no
- ☐ Revocation Hearing (Agreed) Signature of Court PO ______________
- ☐ Probation Violations: Signature of Court PO ______________
- ☐ Contested Revocation Hearing Signature of Court PO ______________
- ☐ Jury Trial
- ☐ Trial Before the Court
- ☐ Motion to Suppress
- ☐ Motion to Quash
- ☐ Pre-Trial Hearing, please specify ______________
- ☐ Dismissal: Reason ______________ DA initial ________
- ☐ Restitution on checks
- ☐ Felony pending – felony cause no. ______________
- ☐ Arraignment (Defendant must be present)
- ☐ Other, specify ______________

______________ Counsel for Defendant or Pro Se

Recommendation by State or Probation officer:

______________

Please print name of Counsel

☐ Defendant in court

Bar # ______________

Date ______________

☐ Defendant [illegible] Hire Attorney

______________ Defendant

Form [illegible] Revised 7/28/04 [illegible]

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

08/08/04 1136 DALLAS POLICE DEPARTMENT

** WARRANT OF ARREST AND DETENTION **

DALLAS COUNTY, TEXAS ... SERVICE#: 0605818N 055052
WARRANT NUMBER ... ARREST#: 04-036549

MA0458029 L
ESCAMILLA ELIEZAR
ASSAULT DV
Jail

IN THE NAME OF THE STATE OF TEXAS TO ANY SHERIFF OR OTHER PEACE OFFICER OF THE STATE OF TEXAS --- GREETINGS:

YOU ARE HEREBY COMMANDED TO TAKE THE BODY OF:

ESCAMILLA,ELIEZAR,

HEREINAFTER CALLED THE ACCUSED, AND HIM SAFELY KEEP SO THAT HE MAY BE DEALT WITH ACCORDING TO LAW, AND TO HOLD THE ACCUSED TO ANSWER TO THE STATE OF TEXAS FOR AN OFFENSE AGAINST THE LAWS OF THE SAID STATE, NAMELY

ASSAULT/FV MA 22.01 0606104N

OF WHICH MISDEMEANOR OFFENSE HE IS ACCUSED BY WRITTEN COMPLAINT, MADE UNDER OATH THAT HAS BEEN PRESENTED TO ME AND THAT IS BY THIS REFERENCE INCORPORATED HEREIN FOR ALL PURPOSES.

WITNESS MY SIGNATURE THIS 08 DAY OF AUGUST 2004

[signature]
MAGISTRATE

ADMINISTRATIVE DATA

STATE OF TEXAS VS: ESCAMILLA,ELIEZAR, ARREST STATUS:
RACE: L SEX: M DOB: 05/06/73 HT: 508 WT: 175 HAIR COLOR: BLACK
EYE COLOR: BROWN RESIDENCE ADDRESS: 00623 S COCKRELLHILLRD
CITY: DALLAS STATE: TX ZIP CODE: 75211
BUSINESS ADD/NAME:
COMPLAINANT: ESCAMILLA, ~~JULIE~~ Jesse DATE OF OFFENSE: 08/08/04
ARREST WARRANT ISSUED TO: DPD/DSO DRIVERS LIC: 00082958

FEES

| | |
|---|---|
| ARREST | $4.00 |
| COMMITMENT | $2.00 |
| RELEASE | $2.00 |
| APPROVE BOND | $6.00 |
| MILEAGE | $ |
| OTHER | $ |
| TOTAL | $ |

IN JAIL

RETURN

CAME TO HAND THE 8 DAY OF August, A.D. 2004, AND EXECUTED THE 8 DAY OF August, A.D. 2004, BY ARRESTING AND DETAINING ABOVE NAMED AND ACCUSED AND Placed in Lew Sterrett Jail

04 AUG -8

BY: [signature] 8388



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

No. 0458029

STATE OF TEXAS § IN THE COUNTY CRIMINAL

VS. § COURT NO. 10 OF

Escamilla, Eliezer § DALLAS COUNTY, TEXAS

STATE'S SENTENCE RECOMMENDATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES THE STATE OF TEXAS, by and through Dallas County Criminal District Attorney BILL HILL, in the above styled and numbered cause and on this the 18th day of Sept, 2004, makes this recommendation of punishment conditioned on the defendant having no criminal record or pending cases other than those listed below. This is not an announcement of readiness for trial.

Absolutely No Probation

Assistant District Attorney
State Bar Card No. ____

RECOMMENDATION: 360 days + BELOW

Stay away / No Contact with CW
Family Violence Counseling (B.I.P.P.)
Domestic Vio. VIP
X Affirm. Finding FV
Parenting Classes
Anger Counseling
Electronic Monitoring
V.I.P. (<21 Y.D.D.P.)
T.A.I.P. / C.A.T.S.
Interlock Device
Repeat Offender
Alcohol Evaluation
No Alcohol
Psychological Eval

X PLEA OF GUILTY (NO NOLO PLEA)
Valid Insurance
Proper License
Clearance letter
No Weapons
Forfeit Weapon
West Program
Drug Evaluation
Urinalysis Testing
Anti-Theft Program
Anti-Theft Level II
Life Skills
Thinking for a Change
G.E.D./ High Sch. Dipl
TABC Class

Days as Condition
Restitution $
Inform Probation/Parole Officer of this Plea
DNA Samples
Register as Sex Offender
Faithfully participate in a registered sex offender treatment program
Child support $____/month
X Judge's Cond.
X Waive right to Appeal
Other

PRIOR RECORD AND PENDING CASES

| CASE/BOND | NAME TYPE DF CT | CHARGE | DISP |
|---|---|---|---|
| MA0458030 | ML | ASSAULT DV | |
| MA0458031 | ML | ASSAULT DV | |
| F-9746550 | FL | AA/DW | NAJG |
| MA0458028 | ML | ASSAULT DV | |
| MA0458029 | ML | ASSAULT DV | |
| MA0458032 | ML | ASSAULT DV | |
| MA0458033 | ML | ASSAULT DV | |
| F-0454866 | FL | INJ CHILD | |
| F-0454867 | FL | INJ CHILD | |
| F-9746730 | FL | MURDER | PGJG |

...y of trial. Note: As a condition of the ... the Clerk of the Court.

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

08/08/04 1136 DALLAS POLICE DEPARTMENT

** WARRANT OF ARREST AND DETENTION **

DALLAS COUNTY, TEXAS SERVICE#: 0605818N
WARRANT NUMBER M04-58029 2/6 ARREST#: 04-036549

IN THE NAME OF THE STATE OF TEXAS TO ANY SHERIFF OR OTHER PEACE OFFICER OF THE STATE OF TEXAS --- GREETINGS:
YOU ARE HEREBY COMMANDED TO TAKE THE BODY OF:

ESCAMILLA,ELIEZAR,

HEREINAFTER CALLED THE ACCUSED, AND HIM SAFELY KEEP SO THAT HE MAY BE DEALT WITH ACCORDING TO LAW, AND TO HOLD THE ACCUSED TO ANSWER TO THE STATE OF TEXAS FOR AN OFFENSE AGAINST THE LAWS OF THE SAID STATE, NAMELY

ASSAULT/FV MA 22.01 0606104N

OF WHICH MISDEMEANOR OFFENSE HE IS ACCUSED BY WRITTEN COMPLAINT, MADE UNDER OATH THAT HAS BEEN PRESENTED TO ME AND THAT IS BY THIS REFERENCE INCORPORATED HEREIN FOR ALL PURPOSES.

WITNESS MY SIGNATURE THIS 08 DAY OF AUGUST 2004

---------------------------------
MAGISTRATE

ADMINISTRATIVE DATA

STATE OF TEXAS VS: ESCAMILLA,ELIEZAR, ARREST STATUS:
RACE: L SEX: M DOB: 05/06/73 HT: 508 WT: 175 HAIR COLOR: BLACK
EYE COLOR: BROWN RESIDENCE ADDRESS: 00623 S COCKRELLHILLRD
CITY: DALLAS STATE: TX ZIP CODE: 75211
BUSINESS ADD/NAME:
COMPLAINANT: ESCAMILLA, ~~JULIE~~ Jesse DATE OF OFFENSE: 08/08/04
ARREST WARRANT ISSUED TO: DPD/DSO DRIVERS LIC: 00082958

FEES

| | |
|---|---|
| ARREST | $4.00 |
| COMMITMENT | $2.00 |
| RELEASE | $2.00 |
| APPROVE BOND | $6.00 |
| MILEAGE | $ |
| OTHER | $ |
| TOTAL | $ |

IN JAIL

RETURN

CAME TO HAND THE 8 DAY OF August, A.D. 2004, AND EXECUTED THE 8 DAY OF August, A.D. 2004, BY ARRESTING AND DETAINING ABOVE NAMED AND ACCUSED AND Placed in Lew Sterett Jail

BY: [signature] 8388

MT

DEFENDANT Escamilla, Eliezar W M 05061973 CHARGE ASSAULT DV

AKA:

Address 623 S Cockrell Hill Rd, Dallas, Tx LOCATION DSO

FILING AGENCY TXDPD0000 DATE FILED August 12, 2004 COURT 10

COMPLAINANT Escamilla, Jesse MA0458029 L VT#:

C/C

SERVICE NO. 605818N ARREST NO. 04036549 I. D. NO. 0727783

# INFORMATION

**In the Name and by the Authority of the State of Texas.**

NOW COMES THE CRIMINAL DISTRICT ATTORNEY of Dallas County, State of Texas, and presents in and to the County Criminal Court 10 of Dallas County, State aforesaid, that one

**Escamilla, Eliezar**

hereinafter styled Defendant, heretofore, on or about the 8 th day of August A.D., 2004 in the County of Dallas and State of Texas, did unlawfully

**then and there intentionally and knowingly and recklessly cause bodily injury to another, namely: JESSE ESCAMILLA, hereinafter called complainant, by striking complainant's head with defendant's hand,**

**and further, at the time of the offense, the complainant was a member of the defendant's family and household,**

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

against the peace and dignity of the state.

Criminal District Attorney of Dallas County, Texas

DALLAS COUNTY COUNTY CLERK
2004 AUG 13 AM 10:14

BLUE

MT

DEFENDANT Escamilla, Eliezar W M 05061973 CHARGE ASSAULT DV

AKA:

ADDRESS 623 S Cockrell Hill Rd, Dallas, Tx LOCATION DSO

FILING AGENC TXDPD0000 DATE FILED August 12, 2004 COURT 1D

COMPLAINANT Escamilla, Jesse MA0458029 VT#:

C/C

SERVICE NO. 605818N ARREST NO. 04036549 I. D. NO. 0727783

# AFFIDAVIT

**In the Name and by the Authority of the State of Texas.**

PERSONALLY APPEARED before me the undersigned authority this affiant, who after being by me duly sworn, deposes and says your Affiant has good reason to believe and does believe that one

**Escamilla, Eliezar**

hereinafter styled Defendant, heretofore, on or about the 8 th day of August A.D., 2004 in the County of Dallas and State of Texas, did unlawfully

**then and there intentionally and knowingly and recklessly cause bodily injury to another, namely: JESSE ESCAMILLA, hereinafter called complainant, by striking complainant's head with defendant's hand,**

**and further, at the time of the offense, the complainant was a member of the defendant's family and household,**

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

Against the peace and dignity of the state.

Sworn to and subscribed before me this the 13th day of Aug A.D., 20 04

[signature]

Assistant Criminal District Attorney of Dallas County, Texas

[signature] 531

Affiant.

PINK

CAUSE NO. M-0458032-L

THE STATE OF TEXAS () IN THE

VS. () COUNTY CRIMINAL COURT 10

ELIEZAR ESCAMILLA () DALLAS COUNTY, TEXAS

JUDGMENT ON PLEA OF NOT GUILTY TO THE JUDGE

JUDGE PRESIDING LISA FOX DATE OF JUDGMENT 01/05/2005

ATTORNEY FOR STATE JAY BENDER

ATTORNEY FOR DEFENDANT JAMES MILLAN

OFFENSE ALLEGED ASSAULT DV

CLASS A MISDEMEANOR DATE OFFENSE ALLEGED COMMITTED 08/08/04

CHARGING INSTRUMENT INFORMATION PLEA NOT GUILTY

FINDING OF THE COURT NOT GUILTY

ON THIS DAY, SET FORTH ABOVE, THE ABOVE STYLED AND NUMBERED CAUSE WAS CALLED FOR TRIAL. THE STATE OF TEXAS AND DEFENDANT APPEARED BY AND THROUGH THE ABOVE NAMED ATTORNEYS AND ANNOUNCED READY FOR TRIAL. DEFENDANT APPEARED IN PERSON IN OPEN COURT. WHERE DEFENDANT WAS NOT REPRESENTED BY COUNSEL, DEFENDANT KNOWINGLY, INTELLIGENTLY, AND VOLUNTARILY WAIVED THE RIGHT TO REPRESENTATION BY COUNSEL.

HAVING BEEN ADMONISHED OF THE RIGHT TO A JURY TRIAL, THE DEFENDANT WAIVED THE RIGHT TO A JURY TRIAL IN WRITING AND IN OPEN COURT WITH THE CONSENT AND APPROVAL OF THE JUDGE, THE DEFENDANT'S ATTORNEY, IF ANY, AND THE PROSECUTING ATTORNEY NAMED ABOVE. THE CONSENT AND APPROVAL OF THE WAIVER OF JURY TRIAL WAS ENTERED OF RECORD IN THE MINUTES OF THE COURT BEFORE THE DEFENDANT ENTERED THIS PLEA.

EVIDENCE WAS PRESENTED TO THE JUDGE AND HAVING HEARD THE EVIDENCE, THE JUDGE FINDS THAT THE EVIDENCE IS INSUFFICIENT TO SUPPORT THE ALLEGATIONS. THE JUDGE FINDS THE DEFENDANT NOT GUILTY.

IT IS, THEREFORE, ORDERED AND DECREED BY THE JUDGE THAT SAID DEFENDANT BE ADJUDGED NOT GUILTY OF THE OFFENSE AS SHOWN ABOVE. THE JUDGE ORDERS THAT THE DEFENDANT BE AT ONCE DISCHARGED FROM ALL FURTHER LIABILITY UPON THE CHARGE FOR WHICH DEFENDANT WAS TRIED.

SIGNED AND ENTERED THIS _05TH_ DAY OF _JANUARY_,2005

Lisa A. Fox

JUDGE, COUNTY CRIMINAL COURT 10
DALLAS COUNTY, TEXAS

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

NOTICE OF DISPOSITION
IN COUNTY CRIMINAL COURT 10
DALLAS COUNTY, TEXAS

SEQ 0007

CASE NUMBER MA0458032
OFFENSE ASSAULT DV
REDUCED CHARGE

DATE 010505
TIME 110704

THE STATE OF TEXAS VS.
DEF ESCAMILLA ELIEZAR
BND 04057536
DISPOSED BY TBCI

RACE W SEX M DOB 050673

SENTENCE

APPEAL ____________

SPECIAL CONDITION

MNT ____________

$ 0.00 FINE $ 0.00 COST

SENTENCE TO BEGIN ______

ADDITIONAL CREDIT FOR TIME SERVED
TBC_-_NOT_GUILTY____________
REMARKS ____________

CYNTHIA FIGUEROA CALHOUN
COUNTY CLERK
DALLAS COUNTY, TEXAS

BY REIBLY J
DEPUTY CLERK

RELEASE INFORMATION
REMARKS DEF IN JAIL, RELEASE DEF__
ON THIS CASE____________

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE