Cause No. 04-580-32

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL COURT |
| | § | |
| VS. | § | #10 |
| | § | OF |
| Escamilla, Elizel | § | DALLAS COUNTY, TEXAS |

### WAIVER OF JURY

Comes now the Defendant with the consent and approval of Defendant's attorney, if any, and does in person, in writing and in open court, waive the right to trial by jury and request the Judge to consent to and approve this waiver.

_____
Attorney for Defendant

X Elizel Escamilla
Defendant

24031569
Bar Card Number

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

Comes now the undersigned attorney for the State and consents to and approves the Defendant's waiver of jury.

_____
Assistant District Attorney
Dallas County, Texas

24046194
Bar Card Number

Comes now the Judge and hereby consents to and approves the Defendant's waiver of jury in this cause.

Signed and entered this 4 day of JAN, 199 2005

_____
Judge, County Criminal Court 10
Dallas, Texas

Form No. M-170

COUNTY CRIMINAL COURT _10_

133 North Industrial
Dallas, Texas 75207
(214) 653-

CAUSE NO. M _MA0405559  MA0458029_
_MA0405601  MA0458032_
_MA0458028  MA0458053_

TODAY'S DATE
_9/1/04_

STATE OF TEXAS VS.

_Escamilla, Eliezer_
Defendant

TO THE HONORABLE JUDGE OF SAID COURT:

On the above date, the captioned cause being set on the docket of this Court, comes now the undersigned counsel for Defendant and requests a continuance of this cause to the following date for the following purpose:

RESET DATE: _9 / 28 / 04_     TIME: _9 : 00_

_Jail Chain_

☒ Announcement (Defense has received a recommendation from the State)
☐ Announcement (State contact Complaining Witness/Investigate Restitution) DA initial _____
☐ Announcement : _____ need to file SR-22 _____ filed and awaiting clearance letter
☐ Plea of Guilty (Agreed)
☐ Plea of Guilty / Open to Punishment with witnesses? _____ yes _____ no
☐ Revocation Hearing (Agreed)   Signature of Court PO _____
☐ Probation Violations   Signature of Court PO _____
☐ Contested Revocation Hearing   Signature of Court PO _____
☐ Jury Trial
☐ Trial Before the Court
☐ Motion to Suppress
☐ Motion to Quash
☐ Pre-Trial Hearing, please specify_____
☐ Dismissal: Reason _____ DA initial _____
☐ Restitution on checks
☐ Felony pending - felony cause no. _____
☐ Arraignment (**Defendant must be present**)
☐ Other,specify_____

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

Counsel for Defense or Pro Se

_James Millan_
Please print name of Counsel
☐ Defendant in court

Phone (_972_) _899-4466_

Bar # _24031569_

Recommendation by State or
Probation officer:

_____

_____

_____

_____

☐ Defendant to
Hire Attorney

_____
**Defendant**

Form 520                Revised 7/23/01                Defendant's Request for Action



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

```
*********************  *********************    *********************
08/08/04 1136            DALLAS POLICE DEPARTMENT
*********************  *********************    *********************

** W A R R A N T   O F   A R R E S T   A N D   D E T E N T I O N **
DALLAS COUNTY, TEXAS      MA0458032 L              E#: 0605818N
WARRANT NUMBER                                     #: 04-036549

                         ESCAMILLA ELIEZAR

*********************     ASSAULT DV          *********************
IN THE NAME OF THE STATE OF TEXAS TO ANY SHERIFF OR OTHER PEACE OFFICER
OF THE STATE OF TEXAS --- GREETINGS:
          YOU ARE HEREBY COMMANDED TO TAKE THE BODY OF:

                         ESCAMILLA,ELIEZAR,

HEREINAFTER CALLED THE ACCUSED, AND HIM SAFELY KEEP SO THAT HE MAY BE
DEALT WITH ACCORDING TO LAW, AND TO HOLD THE ACCUSED TO ANSWER TO THE
STATE OF TEXAS FOR AN OFFENSE AGAINST THE LAWS OF THE SAID STATE, NAMELY

      ASSAULT/FV              MA    22.01    0606113N

OF WHICH MISDEMEANOR OFFENSE HE IS ACCUSED BY WRITTEN COMPLAINT, MADE
UNDER OATH THAT HAS BEEN PRESENTED TO ME AND THAT IS BY THIS REFERENCE
INCORPORATED HEREIN FOR ALL PURPOSES.

          WITNESS MY SIGNATURE THIS 08 DAY OF AUGUST    2004

                              ---------------------------------
                                         MAGISTRATE


*********************************************************************
                         ADMINISTRATIVE DATA
STATE OF TEXAS VS: ESCAMILLA,ELIEZAR,          ARREST STATUS:
RACE: L   SEX: M    DOB: 05/06/73   HT: 508  WT: 175 HAIR COLOR: BLACK
EYE COLOR: BROWN  RESIDENCE ADDRESS:  00623  S COCKRELLHILLRD
CITY: DALLAS        STATE: TX    ZIP CODE:  75211
BUSINESS ADD/NAME:
COMPLAINANT: ESCAMILLA, JULIE    Natalio    DATE OF OFFENSE: 08/08/04
ARREST WARRANT ISSUED TO: DPD/DSO          DRIVERS LIC:  00082958
*********************************************************************
                              FEES
   ARREST----------------------------------------$4.00
   COMMITMENT------------------------------------$2.00
   RELEASE---------------------------------------$2.00
   APPROVE BOND----------------------------------$6.00
   MILEAGE---------------------------------------$
   OTHER-----------------------------------------$
                              TOTAL------$
                         ****
                         RETURN
CAME TO HAND THE  8   DAY OF  August    ,A.D. 2004   AND EXECUTED
THE  8  DAY OF  August   ,A.D. 2004   BY ARRESTING AND DETAINING
ABOVE NAMED AND ACCUSED AND  Placed in law Stonett Jail
                                                    6S:2 Hd 8

BY:  [signature] 8588
```

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

```
*****  *************************************************************
08/08/04 1136              DALLAS POLICE DEPARTMENT
*******************************************************************
```

```
**  W A R R A N T   O F   A R R E S T   A N D   D E T E N T I O N **
DALLAS COUNTY, TEXAS                      SERVICE#: 0605818N
WARRANT NUMBER          M04-58032 5/6     ARREST#:  04-036547
```

```
*******************************************************************
IN THE NAME OF ,THE STATE OF TEXAS TO ANY SHERIFF OR OTHER PEACE OFFICER
OF THE STATE OF TEXAS --- GREETINGS:
      YOU ARE HEREBY COMMANDED TO TAKE THE BODY OF:
```

                    ESCAMILLA,ELIEZAR,

```
HEREINAFTER CALLED THE ACCUSED, AND HIM SAFELY KEEP SO THAT HE MAY BE
DEALT WITH ACCORDING TO LAW, AND TO HOLD THE ACCUSED TO ANSWER TO THE
STATE OF TEXAS FOR AN OFFENSE AGAINST THE LAWS OF THE SAID STATE, NAMELY
```

```
     ASSAULT/FV        MA    22.01    0606113N
```

```
OF WHICH MISDEMEANOR OFFENSE HE IS ACCUSED BY WRITTEN COMPLAINT, MADE
UNDER OATH THAT HAS BEEN PRESENTED TO ME AND THAT IS BY THIS REFERENCE
INCORPORATED HEREIN FOR ALL PURPOSES.
```

```
         WITNESS MY SIGNATURE THIS 08 DAY OF AUGUST     2004
```

                    _____
                              MAGISTRATE

```
*******************************************************************
                     ADMINISTRATIVE DATA
```

```
STATE OF TEXAS VS: ESCAMILLA,ELIEZAR,              ARREST STATUS:
RACE: L  SEX: M    DOB: 05/06/73   HT: 508  WT: 175 HAIR COLOR: BLACK
EYE COLOR: BROWN  RESIDENCE ADDRESS: 00623 S COCKRELLHILLRD
CITY: DALLAS    STATE: TX   ZIP CODE: 75211
BUSINESS ADD/NAME:             Natalio
COMPLAINANT: ESCAMILLA, ~~JULIE~~              DATE OF OFFENSE: 08/08/04
ARREST WARRANT ISSUED TO: DPD/DSO              DRIVERS LIC:  00082958
*******************************************************************
                          FEES
         ARREST------------------------------------$4.00
         COMMITMENT--------------------------------$2.00
         RELEASE-----------------------------------$2.00
         APPROVE BOND------------------------------$6.00
         MILEAGE-----------------------------------$
         OTHER-------------------------------------$
                               TOTAL------$
```

```
                          ****
                         RETURN
CAME TO HAND THE  8  DAY OF August  ,A.D. 2004  AND EXECUTED
THE  8  DAY OF August  ,A.D. 2004  , BY ARRESTING AND DETAINING
ABOVE NAMED AND ACCUSED AND  Placed in law Storett Jail
------------------------------------------------------------

BY: H.Smith 8388
```

MT

DEFENDANT Escamilla, Eliezar     W M   05061973     CHARGE ASSAULT DV

AKA:

Address     623 S Cockrell Hill Rd, Dallas, Tx     LOCATION DSO

FILING AGENCY TXDPD0000    DATE FILED August 12, 2004     COURT 10

COMPLAINANT Escamilla, Natalio     MA0458032     VT#:

C/C

SERVICE NO. 605818N     ARREST NO. 04036549     I. D. NO. 0727783

# INFORMATION

**In the Name and by the Authority of the State of Texas.**

NOW COMES THE CRIMINAL DISTRICT ATTORNEY of Dallas County, State of Texas, and presents

in and to the County Criminal Court _____ 10 _____ of Dallas County, State aforesaid, that one

### Escamilla, Eliezar

hereinafter styled Defendant, heretofore, on or about the   8 th   day of August A.D., 2004

in the County of Dallas and State of Texas, did unlawfully

**then and there intentionally and knowingly and recklessly cause bodily injury to another, namely: NATALIO ESCAMILLA, hereinafter called complainant, by biting complainant's arm with defendant's mouth and by scratching complainant's torso and arm with defendant's fingernail,**

**and further, at the time of the offense, the complainant was a member of the defendant's family and household,**



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

against the peace and dignity of the state.

Criminal District Attorney of Dallas County, Texas

COUNTY CLERK
DALLAS COUNTY

2004 AUG 13 AM 10: 14

BLUE

MT

| | | | | |
|---|---|---|---|---|
| **DEFENDANT** Escamilla, Eliezar | | W M 05061973 | **CHARGE** ASSAULT DV | |
| **AKA:** | | | | |
| **ADDRESS** 623 S Cockrell Hill Rd, Dallas, Tx | | | **LOCATION** DSO | |
| **FILING AGENC** TXDPD0000 **DATE FILED** August 12, 2004 | | | **COURT** 10 | |
| **COMPLAINANT** Escamilla, Natalio | | | MA0458032 | **VT#:** |
| **C/C** | | | | |
| **SERVICE NO.** 605818N | **ARREST NO.** 04036549 | | **I. D. NO.** 0727783 | |

# AFFIDAVIT

**In the Name and by the Authority of the State of Texas.**

PERSONALLY APPEARED before me the undersigned authority this affiant, who after being by me

duly sworn, deposes and says your Affiant has good reason to believe and does believe that one

**Escamilla, Eliezar**

hereinafter styled Defendant, heretofore, on or about the 8 th day of August A.D., 2004

in the County of Dallas and State of Texas, did unlawfully

**then and there intentionally and knowingly and recklessly cause bodily injury to another, namely: NATALIO ESCAMILLA, hereinafter called complainant, by biting complainant's arm with defendant's mouth and by scratching complainant's torso and arm with defendant's fingernail,**

**and further, at the time of the offense, the complainant was a member of the defendant's family and household,**



Against the peace and dignity of the state.

Sworn to and subscribed before me this the

13th day of Aug A.D., 2004

*Gloria W. Cilvarana*

Assistant Criminal District Attorney of
Dallas County, Texas

} *[signature]* 5912

Affiant.

PINK

No. 04-58032L

| STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
|---|---|---|
| VS. | § | |
| | § | COURT NO. 10 OF |
| Escamilla, Eliezar | § | |
| | § | DALLAS COUNTY, TEXAS |

## STATE'S SENTENCE RECOMMENDATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES THE STATE OF TEXAS, by and through Dallas County Criminal District Attorney BILL HILL, in the above styled and numbered cause and on this the _____ day of _____, 20___, makes this recommendation of punishment conditioned on the defendant having no criminal record or pending cases other than those listed below. This is not an announcement of readiness for trial.

*ABSOLUTELY NO PROBATION*
*3 ASSAULT*

Assistant District Attorney
State Bar Card No.

**RECOMMENDATION:** _____ **360 days**
**+ BELOW**

| | | |
|---|---|---|
| _____ Stay away / No Contact with CW | X PLEA OF GUILTY (NO NOLO PLEA) | _____ Days as Condition |
| _____ Family Violence Counseling (B.I.P.P.) | _____ Valid Insurance | _____ Restitution $_____ |
| _____ Domestic Vio. VIP | _____ Proper License | _____ Inform Probation/Parole Officer of this Plea |
| X Affirm. Finding FV | _____ Clearance letter | _____ DNA Samples |
| _____ Parenting Classes | _____ No Weapons | _____ Register as Sex Offender |
| _____ Anger Counseling | _____ Forfeit Weapon | _____ Faithfully participate in a registered sex offender treatment program |
| _____ Electronic Monitoring | _____ West Program | |
| _____ V.I.P. (<21 Y.D.D.P.) | _____ Drug Evaluation | |
| _____ T.A.I.P. / C.A.T.S. | _____ Urinalysis Testing | _____ Child support |
| _____ Interlock Device | _____ Anti-Theft Program | $_____/month |
| _____ Repeat Offender | _____ Anti-Theft Level II | X Judge's Cond. |
| _____ Alcohol Evaluation | _____ Life Skills | X Waive right to Appeal |
| _____ No Alcohol | _____ Thinking for a Change | _____ Other _____ |
| _____ Psychological Eval | _____ G.E.D./ High Sch. Dipl | |
| | _____ TABC Class | |

## PRIOR RECORD AND PENDING CASES

| CASE/BOND | NAME TYPE DF CT CHARGE | DISP |
|---|---|---|
| MA0458030 | ML ASSAULT DV | |
| MA0458031 | ML ASSAULT DV | |
| F-9746550 | FL AA/DW | NAJG |
| MA0458028 | ML ASSAULT DV | |
| MA0458029 | ML ASSAULT DV | |
| MA0458032 | ML ASSAULT DV | |
| MA0458033 | ML ASSAULT DV | |
| F-0454866 | FL INJ CHILD | |
| F-0454867 | FL INJ CHILD | |
| F-9746730 | FL MURDER | PGJG |

y of trial. – Note: As a condition of this
the Clerk of the Court



TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

PAYMENT INFORMATION SHEET
COUNTY CRIMINAL COURT 10

DATE 01/11/05
TIME 02:00 P.M.

ASSESS NO. 001

CASE NO M-0458028   ML

DEFENDANT NAME.- ESCAMILLA ELIEZAR
OFFENSE DATE...- 08 08 04
OFFENSE TYPE...- ASSAULT DV

COST AND FINE ASSESSMENT:

COST    AMT - $    229.00
FINE    AMT - $    500.00
TOTAL   AMT - $    729.00

BALANCE AMT - $    729.00

* F&C DUE TO CASHIER ON 2ND FLOOR
  A $2.00 TRANSACTION FEE WILL BE ADDED FOR EACH PAYMENT MADE.
        ONE TIME PAYMENT -
              DUE DATE... 01/11/05  AMOUNT $  729.00 FOR COURT COST AND FINE

CYNTHIA FIGUEROA CALHOUN
COUNTY CLERK
DALLAS COUNTY, TEXAS



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

NO PERSONAL CHECKS - CASH, MONEY ORDER, OR CASHIERS CHECK ONLY
MAKE PAYABLE TO:  CYNTHIA FIGUEROA CALHOUN, COUNTY CLERK
MAILING ADDRESS:  FRANK CROWLEY COURTS BLDG., LEVEL TWO
                  ATTENTION:  CENTRAL CASHIER
                  133 NORTH INDUSTRIAL BLVD LB43
                  DALLAS, TEXAS 75207-4313

PHONE NO.  653-2979            COLLECTIONS DEPT.

NIGHT DEPOSIT BOX AVAILABLE

************************************************************
*    THIS IS NOT A RECEIPT AND MUST BE TAKEN TO THE      *
*    COUNTY  CLERK CENTRAL CASHIER TO MAKE PAYMENT.      *
************************************************************

*** IF PAYMENT IS NOT RECEIVED ON OR BEFORE DUE DATE, ***
*** CLERK WILL ISSUE WARRANT ***

COUNTY CRIMINAL COURT 10
DALLAS COUNTY, TEXAS

CASE NUMBER MA0436088L
OFFENSE ASSAULT BY
REDUCED CHARGE REDUCED TO CLASS "C" ASSAULT

THE STATE OF TEXAS VS.
DEF ESCAMILLA ELIEZAR
SID
DISPOSED BY TBCT

SENTENCE

APPEAL _____

SPECIAL CONDITION                MNT _____

$      500.00 FINE   $     379.00 COST     SENTENCE TO BEGIN
ADDITIONAL CREDIT FOR TIME SERVED
    REDUCED TO CLASS "C" ASSAULT, F&C TO COLL. _____
REMARKS IN JAIL _____

CYNTHIA FIGUEROA CALHOUN
COUNTY CLERK
DALLAS COUNTY, TEXAS

RELEASE INFORMATION
REMARKS _____

BY SEEDER P
  DEPUTY CLERK



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

COUNTY CRIMINAL COURT 10

DATE 01 06 15
TIME 10:18 A.M.

ASSESS NO. 0 1

CASE NO M-0459088   ML

DEFENDANT NAME.- ESCAMILLA ELIEZAR
OFFENSE DATE...- 05 08 04
OFFENSE TYPE...- ASSAULT DV

COST AND FINE ASSESSMENT:

COST    AMT - $    229.00
FINE    AMT - $    500.00
TOTAL   AMT - $    729.00

BALANCE AMT - $    729.00

* F&C DUE TO COLLECTIONS - 2ND FLOOR
  A $2.00 TRANSACTION FEE WILL BE ADDED FOR EACH PAYMENT MADE.

CYNTHIA FIGUERDA CALHOUN
COUNTY CLERK
DALLAS COUNTY, TEXAS



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

NO PERSONAL CHECKS - CASH, MONEY ORDER, OR CASHIERS CHECK ONLY
MAKE PAYABLE TO:   CYNTHIA FIGUERDA CALHOUN, COUNTY CLERK
MAILING ADDRESS:   FRANK CROWLEY COURTS BLDG., LEVEL TWO
                   ATTENTION:  CENTRAL CASHIER
                   133 NORTH INDUSTRIAL BLVD LB43
                   DALLAS, TEXAS 75207-4313

PHONE NO. 653-3479                    COLLECTIONS DEPT.

NIGHT DEPOSIT BOX AVAILABLE

***************************************************************
*    THIS IS NOT A RECEIPT AND MUST BE TAKEN TO THE           *
*    COUNTY  CLERK CENTRAL CASHIER TO MAKE PAYMENT.           *
***************************************************************

*** IF PAYMENT IS NOT RECEIVED ON OR BEFORE DUE DATE. ***
*** CLERK WILL ISSUE WARRANT ***

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

## Cause No. MA0458028-L

| | |
|---|---|
| The State of Texas | County Criminal Court #10 |
| Vs. | Of Dallas County, Texas |
| ESCAMILLA, ELIEZAR | JANUARY |
| Term, AD 2005 | |

### Probation Order & Deferral, Reduction to Class "C"

On this 5TH day of JANUARY, 2005, the Defendant having been charged in the above entitled and numbered cause for the misdemeanor offense as charged in the information of: CLASS "C" ASSAULT

This cause being called for trial, both parties announced ready for trial.  The said Defendant elected in open court to proceed under Articles 45.54 and 42.11 of the Code of Criminal Procedure, no jury having been demanded, the Defendant waived arraignment and formal reading of the information and pled No Contest to said Charge.
And after considering said plea and arguments of counsel, the Court is of the opinion that said matters substantiate the Defendant's guilt in this cause and defers the further proceedings without entering an adjudication of guilt and hereby placed Defendant on Community Supervision.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED by the Judge that the imposition of sentence is hereby by suspended for 0 day/months from this date on the following terms and conditions, to wit:

(1) Commit no offense against the laws of this or any other state of the United States:

(2) Pay a fine of $500.00 and all cost of Court, including any special expense, if required:
Fine Amount Probated ☐ Yes ☒ No.

(3) Notify the Court of any change of Address;

(4) Pay a total of $        to victim of the offense to compensate the victim for any property damage or medical expense sustained by the victim;

(5) Other:

Community supervision ends on the        day of        , AD 20

Signed and entered this the 5TH day of JANUARY, AD 2005

Lisa A. Fox
_____
Judge

Cause No. 04 - 510-08

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL COURT |
| | § | |
| VS. | § | #10 |
| | § | OF |
| Escamilla Eliezer | § | |
| | § | DALLAS COUNTY, TEXAS |

### WAIVER OF JURY

Comes now the Defendant with the consent and approval of Defendant's attorney, if any, and does in person, in writing and in open court, waive the right to trial by jury and request the Judge to consent to and approve this waiver.

Attorney for Defendant

x Eliezer Escutille
Defendant

Bar Card Number
24031569

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERKS OFFICE

Comes now the undersigned attorney for the State and consents to and approves the Defendant's waiver of jury.

Assistant District Attorney
Dallas County, Texas

Bar Card Number
24046154

Comes now the Judge and hereby consents to and approves the Defendant's waiver of jury in this cause.

Signed and entered this 4 day of Jan , 199 2005

Lisa A. Fox
Judge, County Criminal Court 10
Dallas, Texas

Form No. M-170



NO. M04-58028, M04-58029, M04-58032, M04-58033, M04-05559, M04-05810

| STATE OF TEXAS | § | COUNTY COURT NUMBER 10 |
|---|---|---|
| vs. | § | |
| | § | |
| ELIEZAR ESCAMILLA | § | DALLAS COUNTY, TEXAS |

## NOTICE OF FILING OF BUSINESS RECORDS

Defendant, Eliezar Escamilla, hereby gives notice of the filing of Self-Authenticating Business Records and Affidavit with the clerk of said Court. Pursuant to Rule 902 of the Texas Rules of Evidence, the business records are filed, along with supporting affidavit more than 14 days prior to trial. The affidavit was made on October 11, 2004 by Barbara Massington of Parkland Health and Hospital System.

These records are available for inspection and copying, at the opposing party's expense, by arrangement with Defense counsel.

Respectfully submitted,
Law Office of Morales & Millan, P.C.
P.O. Box 190627
Dallas, TX 75219
PH: 972-899-4466
FAX: 214-526-7353
By: _____
James E. Millan
State Bar No. 24031569
Attorney for Eliezar Escamilla

## CERTIFICATE OF SERVICE

This is to certify that on November 16, 2004, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Dallas County, 133 N. Industrial, Dallas, TX 75219, by hand delivery.

James E. Millan

NO. M04-580-28

| | | |
|---|---|---|
| THE STATE OF TEXAS | § § § | IN THE COUNTY CRIMINAL |
| VS. | § § § | CO. CRIMINAL COURT NO. 10 COURT COUNTY, TEXAS |
| ESCAMILLA, ELIEZAR | § § | DALLAS COUNTY, TEXAS OCTOBER TERM, 2004 |

FILED
CYNTHIA FIGUEROA CALHOUN
COUNTY CLERK
DALLAS COUNTY, TEXAS
2004 OCT 12 PM 09
BY DALLAS COUNTY DEPUTY

## MOTION TO AMEND INFORMATION

Pursuant to Art. 28.10 of the Code of Criminal Procedure, Bill Hill, the Criminal District Attorney of Dallas County, Texas, by and through his Assistant District Attorney, on behalf of the State of Texas, respectfully requests leave to amend the information in this case by changing the following language as set forth below:

By adding: "and by striking complainants head with defendants hand,"

BILL HILL
CRIMINAL DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

BY: _Mary E. Civins_

MARY EMMA CIVINS
ASSISTANT DISTRICT ATTORNEY
TEXAS BAR NO. 24041655

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

### CERTIFICATE OF SERVICE

I certify that a copy of this motion was sent via facsimile to James Millan, attorney for defendant on the ___ day of October 2004.

_Mary E. Civins_

MARY EMMA CIVINS
ASSISTANT DISTRICT ATTORNEY

### ORDER

The foregoing motion is granted on the 12 day of Oct , 2004.

_Lisa A. Fox_

COUNTY CRIMINAL COURT JUDGE


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

```
******************    *******************
08/08/04 1136              DALLAS POLICE DEPARTMENT

** W A R R A N T                               D E T E N T I O N **
DALLAS COUNTY, TEXAS    MA0458028 L          RVICE#: 0605818N
WARRANT NUMBER                               REST#: 04-03650 55051
                        ESCAMILLA ELIEZAR    Jail

                        ASSAULT DV
******************    *******************
IN THE NAME OF THE STATE OF TEXAS TO ANY SHERIFF OR OTHER PEACE OFFICER
OF THE STATE OF TEXAS --- GREETINGS:
        YOU ARE HEREBY COMMANDED TO TAKE THE BODY OF:

                        ESCAMILLA,ELIEZAR

HEREINAFTER CALLED THE ACCUSED, AND HIM SAFELY KEEP SO THAT HE MAY BE
DEALT WITH ACCORDING TO LAW, AND TO HOLD THE ACCUSED TO ANSWER TO THE
STATE OF TEXAS FOR AN OFFENSE AGAINST THE LAWS OF THE SAID STATE, NAMELY

        ASSAULT/FV          MA    22.01    0605818N

OF WHICH MISDEMEANOR OFFENSE HE IS ACCUSED BY WRITTEN COMPLAINT, MADE
UNDER OATH THAT HAS BEEN PRESENTED TO ME AND THAT IS BY THIS REFERENCE
INCORPORATED HEREIN FOR ALL PURPOSES.

        WITNESS MY SIGNATURE THIS 08 DAY OF AUGUST   2004

                                        _____
                                                MAGISTRATE

******************    *******************
                        ADMINISTRATIVE DATA

STATE OF TEXAS VS: ESCAMILLA,ELIEZAR,          ARREST STATUS:
RACE: L   SEX: M   DOB: 05/06/73   HT: 508   WT: 175 HAIR COLOR: BLACK
EYE COLOR: BROWN  RESIDENCE ADDRESS: 00623  S COCKRELLHILLRD
CITY: DALLAS    STATE: TX   ZIP CODE: 75211
BUSINESS ADD/NAME:
COMPLAINANT: ESCAMILLA, JULIE              DATE OF OFFENSE: 08/08/04
ARREST WARRANT ISSUED TO: DPD/DSO          DRIVERS LIC: 00082958
******************    *******************
                            FEES
        ARREST----------------------------------$4.00
        COMMITMENT------------------------------$2.00
        RELEASE---------------------------------$0.00
        APPROVE BOND----------------------------$0.00
        MILEAGE---------------------------------
        OTHER-----------------------------------
                            TOTAL-----

                            ****
                            RETURN
CAME TO HAND THE  8   DAY OF  August      ,A.D. 2004    , AND EXECUTED
THE  8   DAY OF August      ,A.D. 2004   , BY ARRESTING AND DETAINING
ABOVE NAMED AND ACCUSED AND  Placed in lew Store#t Jail
                                                          05:2 WA 8- 9NV
-----------------------------------------------------
BY: HGSmith  8588
```

IN JAIL



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY OFFICE

No. _____

STATE OF TEXAS
VS.
_____

IN THE COUNTY CRIMINAL
COURT NO. ___ OF
DALLAS COUNTY, TEXAS

STATE'S SENTENCE RECOMMENDATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES THE STATE OF TEXAS, by and through Dallas County District Attorney BILL HILL, in the above styled and numbered cause and on this the ____ day of _____, 20__, makes this recommendation of punishment conditioned on the defendant having no criminal record of pending cases other than those listed below. This is not an announcement of readiness for trial.

_____
Assistant District Attorney
State Bar Card No.

RECOMMENDATION

| | | |
|---|---|---|
| ___ Stay away / No Contact with CV | X PLEA OF GUILTY | ___ Days to Serve |
| ___ Family Violence Counseling (B.I.P.P.) | ___ NO NOLO PLEA | ___ Restitution |
| ___ Domestic Vs. VIP | ___ valid Inspection | ___ |
| X Affirm. Finding FV | ___ Power License | ___ |
| ___ Parenting Classes | ___ Clearance letter | ___ |
| ___ Anger Counseling | ___ No Weapons | ___ |
| ___ Electronic Monitoring | ___ Fingft Weapon | ___ Off time |
| ___ V.I.P. (+2) Y.D.D.P.) | ___ Teen Program | ___ |
| ___ A.I.P. / C.A.T.S. | ___ Drug Evaluation | in 30 days from date of plea |
| ___ Interlock Device | ___ Random Testing | |
| ___ Repeat Offender | ___ Aid/Theft Program | ___ |
| ___ Alcohol Evaluation | ___ Jail Theft Level II | ___ |
| ___ No Alcohol | ___ Job Skills | X Write Apology Report |
| ___ Psychological Eval | ___ Thinking for a Change | ___ Other |
| | ___ (A.E.D./Elgin S.A. Dip) | |
| | ___ MRC Class | |

PRIOR PENDING CASES

| CASE/BOND | NAME TYPE DF CT CHARGE | DISP |
|---|---|---|
| MA0458030 | ML ASSAULT DV | |
| MA0458031 | ML ASSAULT DV | |
| F-9746550 | FL AA/DW | NAJG |
| MA0458028 | ML ASSAULT DV | |
| MA0458029 | ML ASSAULT DV | |
| MA0458032 | ML ASSAULT DV | |
| MA0458033 | ML ASSAULT DV | |
| F-0454866 | FL INJ CHILD | |
| F-0454867 | FL INJ CHILD | |
| F-9746730 | FL MURDER | PGJG |

MT

| | | | | |
|---|---|---|---|---|
| **DEFENDANT** | Escamilla, Eliezar | W M  05061973 | **CHARGE** | ASSAULT DV |

**AKA:**

**Address**    623 S Cockrell Hill Rd, Dallas, Tx      **LOCATION**   DSO

**FILING AGENCY** TXDPD0000    **DATE FILED** August 12, 2004    **COURT**

**COMPLAINANT** Escamilla, Julie      MA0458028    **VT#:**

**C/C**

**SERVICE NO.** 605818N    **ARREST NO.** 04036549    **I. D. NO.** 0727783

---

# INFORMATION

**In the Name and by the Authority of the State of Texas.**

     NOW COMES THE CRIMINAL DISTRICT ATTORNEY of Dallas County, State of Texas, and presents

in and to the County Criminal Court _____ of Dallas County, State aforesaid, that one

**Escamilla, Eliezar**

hereinafter styled Defendant, heretofore, on or about the    8 th    day of August A.D., 2004

in the County of Dallas and State of Texas, did unlawfully

**then and there intentionally and knowingly and recklessly cause bodily injury to
another, namely: JULIE ESCAMILLA, hereinafter called complainant, by biting
complainant's breast and hand with defendant's mouth and by kicking
complainant's torso with defendant's foot,** AND BY STRIKING complainants head
with Defendents hand

**and further, at the time of the offense, the complainant was a member of the
defendant's family and household,**

against the peace and dignity of the state.

_Criminal District Attorney of Dallas County, Texas_

BLUE

MT

| | | |
|---|---|---|
| **DEFENDANT** Escamilla, Eliezar | W M 05061973 | **CHARGE** ASSAULT DV |
| **AKA:** | | |
| **ADDRESS** 623 S Cockrell Hill Rd, Dallas, Tx | | **LOCATION** DSO |
| **FILING AGENC** TXDPD0000 **DATE FILED** August 12, 2004 | | **COURT** 10 |
| **COMPLAINANT** Escamilla, Julie | MA0458028 | VT#: |

C/C

**SERVICE NO.** 605818N  **ARREST NO.** 04036549  **I. D. NO.** 0727783

# AFFIDAVIT

**In the Name and by the Authority of the State of Texas.**

PERSONALLY APPEARED before me the undersigned authority this affiant, who after being by me duly sworn, deposes and says your Affiant has good reason to believe and does believe that one

**Escamilla, Eliezar**

hereinafter styled Defendant, heretofore, on or about the 8 th day of August A.D., 2004 in the County of Dallas and State of Texas, did unlawfully

**then and there intentionally and knowingly and recklessly cause bodily injury to another, namely: JULIE ESCAMILLA, hereinafter called complainant, by biting complainant's breast and hand with defendant's mouth and by kicking complainant's torso with defendant's foot,**

**and further, at the time of the offense, the complainant was a member of the defendant's family and household,**

Against the peace and dignity of the state.

Sworn to and subscribed before me this the 8th day of Avg A.D., 2004

Gloria W. Abarata
Assistant Criminal District Attorney of
Dallas County, Texas

}  _Affiant._

PINK

CAUSE NO. M-0405601-L

THE STATE OF TEXAS     ()     IN THE

VS.          ()     COUNTY CRIMINAL COURT 10

ELIEZAR ESCAMILLA     ()     DALLAS COUNTY, TEXAS

     JUDGMENT ON PLEA OF NOT GUILTY TO THE JUDGE

JUDGE PRESIDING LISA FOX      DATE OF JUDGMENT 01/05/2005

ATTORNEY           ATTORNEY
FOR STATE JAY BENDER       FOR DEFENDANT JAMES MILLAN

OFFENSE ALLEGED ASSAULT

   CLASS A    MISDEMEANOR    DATE OFFENSE ALLEGED COMMITTED 08/08/04

CHARGING INSTRUMENT INDICTMENT          PLEA NOT GUILTY

FINDING OF THE COURT NOT GUILTY

   ON THIS DAY, SET FORTH ABOVE, THE ABOVE STYLED AND NUMBERED CAUSE WAS CALLED FOR TRIAL. THE STATE OF TEXAS AND DEFENDANT APPEARED BY AND THROUGH THE ABOVE NAMED ATTORNEYS AND ANNOUNCED READY FOR TRIAL. DEFENDANT APPEARED IN PERSON IN OPEN COURT. WHERE DEFENDANT WAS NOT REPRESENTED BY COUNSEL, DEFENDANT KNOWINGLY, INTELLIGENTLY, AND VOLUNTARILY WAIVED THE RIGHT TO REPRESENTATION BY COUNSEL.

   HAVING BEEN ADMONISHED OF THE RIGHT TO A JURY TRIAL, THE DEFENDANT WAIVED THE RIGHT TO A JURY TRIAL IN WRITING AND IN OPEN COURT WITH THE CONSENT AND APPROVAL OF THE JUDGE, THE DEFENDANT'S ATTORNEY, IF ANY, AND THE PROSECUTING ATTORNEY NAMED ABOVE. THE CONSENT AND APPROVAL OF THE WAIVER OF JURY TRIAL WAS ENTERED OF RECORD IN THE MINUTES OF THE COURT BEFORE THE DEFENDANT ENTERED THIS PLEA.

   EVIDENCE WAS PRESENTED TO THE JUDGE AND HAVING HEARD THE EVIDENCE, THE JUDGE FINDS THAT THE EVIDENCE IS INSUFFICIENT TO SUPPORT THE ALLEGATIONS. THE JUDGE FINDS THE DEFENDANT NOT GUILTY.

   IT IS, THEREFORE, ORDERED AND DECREED BY THE JUDGE THAT SAID DEFENDANT BE ADJUDGED NOT GUILTY OF THE OFFENSE AS SHOWN ABOVE. THE JUDGE ORDERS THAT THE DEFENDANT BE AT ONCE DISCHARGED FROM ALL FURTHER LIABILITY UPON THE CHARGE FOR WHICH DEFENDANT WAS TRIED.

SIGNED AND ENTERED THIS _05TH_ DAY OF _JANUARY_,2005

       _Lisa A Fox_
       JUDGE COUNTY CRIMINAL COURT 10
       DALLAS COUNTY, TEXAS



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

NOTICE OF DISPOSITION
IN COUNTY CRIMINAL COURT 10
DALLAS COUNTY, TEXAS                                    SEQ 0005

CASE NUMBER MA0405601                                   DATE 010505
OFFENSE ASSAULT                                         TIME 110303
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF ESCAMILLA ELIEZAR               RACE W SEX M DOB 050673
BNO 04057536
DISPOSED BY TBCI

SENTENCE
                                    APPEAL  _____

      SPECIAL CONDITION             MNT     _____


      $      0.00 FINE  $     0.00 COST     SENTENCE TO BEGIN ____
ADDITIONAL CREDIT FOR TIME SERVED
   TBC - NOT GUILTY_____
REMARKS _____
       _____
       _____
       _____

CYNTHIA FIGUEROA CALHOUN            --------------------------------
COUNTY CLERK                        |    RELEASE INFORMATION      |
DALLAS COUNTY, TEXAS                | REMARKS  DEF IN JAIL, RELEASE DEF |
                                    |  ON THIS CASE_____|
BY REIBLY J                         |_____|
   DEPUTY CLERK                     |_____|
                                    --------------------------------


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE