Cause No. *11404 05601*

| | |
|---|---|
| THE STATE OF TEXAS | § IN THE COUNTY CRIMINAL COURT |
| | § |
| VS. | § #10 |
| | § _____ OF |
| *Escamilla, Eliezar* | § |
| | § DALLAS COUNTY, TEXAS |

## WAIVER OF JURY

Comes now the Defendant with the consent and approval of Defendant's attorney, if any, and does in person, in writing and in open court, waive the right to trial by jury and request the Judge to consent to and approve this waiver.

_____
Attorney for Defendant

X _____
Defendant

*2405/569*
Bar Card Number

Comes now the undersigned attorney for the State and consents to and approves the Defendant's waiver of jury.

_____
Assistant District Attorney
Dallas County, Texas

_____
Bar Card Number

Comes now the Judge and hereby consents to and approves the Defendant's waiver of jury in this cause.

Signed and entered this __4__ day of _____*Jan*_____, 199 *2005*

_____
Judge, County Criminal Court __10__
Dallas, Texas

. Form No. M-170



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

THE STATE OF TEXAS, COUNTY OF DALLAS

AT A TERM OF THE 283RD JUDICIAL DISTRICT COURT BEGUN AND HOLDEN
WITHIN AND FOR THE COUNTY OF DALLAS, TEXAS, ON THE 30TH DAY OF   F;ROBERT
A      1. THE HONORABLE VIC CUNNINGHAM JUDGE THEREOF PRESIDING.
THE FOLLOWING PROCEEDINGS WERE HAD TO-WIT IN THE CAUSE OF
                        CAUSE NO. F-0454867-T


                        PRESENTMENT OF INDICTMENT
                    ON THIS THE   10TH DAY OF SEPTEMBER 2004,
THERE WAS DELIVERED AND PRESENTED TO THE CLERK OF THIS COURT THE
FOLLOWING INDICTMENT, TO-WIT:
            THE STATE OF TEXAS              CAUSE NO. F-0454867-T
                        VS
            ESCAMILLA ELIEZAR
WHICH WAS THEREUPON ORDERED BY THE COURT TO BE FILED.
                    ORDER OF TRANSFER
            THE STATE OF TEXAS              CAUSE NO. F-0454867-T
                        VS
            ESCAMILLA ELIEZAR
                            10TH DAY OF SEPTEMBER 2004.
    IT APPEARING TO THE COURT FROM AN INSPECTION OF THE INDICTMENT THAT
THIS CASE IS A MISDEMEANOR, AND THAT THE COUNTY CRIMINAL COURT 10
OF DALLAS COUNTY, TEXAS HAD JURISDICTION OF THE SAME. IT IS ORDERED BY
THE COURT, THAT THE ABOVE ENTITLED AND NUMBERED CAUSE BE AND THE SAME IS
HEREBY TRANSFERRED TO THE COUNTY CRIMINAL COURT 10 OF DALLAS
COUNTY, TEXAS, FOR TRIAL AND FINAL ADJUDICATION.

                                                    JUDGE

    I, JIM HAMLIN, CLERK OF THE DISTRICT COURT'S OF DALLAS, COUNTY, TEXAS,
DO CERTIFY THAT THE FOREGOING CONTAINS A TRUE COPY OF ALL OF THE PRO-
CEEDINGS TAKEN IN THE SAID 283RD JUDICIAL DISTRICT COURT, IN THE CASE
OF THE STATE OF TEXAS VS. ESCAMILLA ELIEZAR
CAUSE NO. F-0454867-T.
    WITNESS MY HAND AND THE SEAL OF SAID COURT ON THIS THE
        JIM HAMLIN, CLERK, OF THE DISTRICT COURT'S, DALLAS COUNTY, TEXAS.


    BY                                            , DEPUTY.
        REPORT 007577 ADDED TO THE MS00 FILE ON 09/20/04 AT 11

                                        SEP 28 2004

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

against the peace and dignity of the State.

**Bill Hill**

Criminal District Attorney of Dallas County, Texas

Foreman of the Grand Jury.

COURT

No. 04-05601L

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| | § | |
| VS. | § | COURT NO. 10 OF |
| | § | |
| *Escamilla, Eliezar* | § | DALLAS COUNTY, TEXAS |

## STATE'S SENTENCE RECOMMENDATION

TO THE HONORABLE JUDGE OF SAID COURT:

　　　　NOW COMES THE STATE OF TEXAS, by and through Dallas County Criminal District Attorney BILL HILL, in the above styled and numbered cause and on this the _____ day of _____, 20 04, makes this recommendation of punishment conditioned on the defendant having no criminal record or pending cases other than those listed below. This is not an announcement of readiness for trial.

_assault_

_ABSOLUTELY NO_
_PROBATION_

_Rachel Chu_
_____
Assistant District Attorney
State Bar Card No. _24030870_

**RECOMMENDATION:** _365 days_ _____ **+ BELOW**

| | | |
|---|---|---|
| _____ Stay away / No | __X__ PLEA OF GUILTY | _____ Days as Condition |
| Contact with CW | (NO NOLO PLEA) | _____ Restitution $_____ |
| _____ Family Violence | _____ Valid Insurance | _____ Inform Probation/Parole |
| Counseling (B.I.P.P.) | _____ Proper License | Officer of this Plea |
| _____ Domestic Vio. VIP | _____ Clearance letter | _____ DNA Samples |
| __X__ Affirm. Finding FV | _____ No Weapons | _____ Register as Sex |
| _____ Parenting Classes | _____ Forfeit Weapon | Offender |
| _____ Anger Counseling | _____ West Program | _____ Faithfully participate |
| _____ Electronic Monitoring | _____ Drug Evaluation | in a registered sex offender |
| _____ V.I.P. (<21 Y.D.D.P.) | _____ Urinalysis Testing | treatment program |
| _____ T.A.I.P. / C.A.T.S. | _____ Anti-Theft Program | _____ Child support |
| _____ Interlock Device | _____ Anti-Theft Level II | $_____ /month |
| _____ Repeat Offender | _____ Life Skills | __X__ Judge's Cond. |
| _____ Alcohol Evaluation | _____ Thinking for a Change | __X__ Waive right to Appeal |
| _____ No Alcohol | _____ G.E.D./ High Sch. Dipl | _____ Other _____ |
| _____ Psychological Eval | _____ TABC Class | _____ |

## PRIOR RECORD AND PENDING CASES

| CASE/BOND | NAME TYPE DF CT CHARGE | DISP | |
|---|---|---|---|
| F-9746550 | FL AA/DW | NAJG | _____ |
| F-0454866 | FL ASSAULT | | _____ |
| F-0454867 | FL ASSAULT | | |
| MA0405559 | ML ASSAULT | | _____ |
| MA0405601 | ML ASSAULT | | |
| MA0458028 | ML ASSAULT DV | | _____ |
| MA0458029 | ML ASSAULT DV | | |
| MA0458032 | ML ASSAULT DV | | lay of trial. -- Note: As a condition of this |
| MA0458033 | ML ASSAULT DV | | by the Clerk of the Court |
| F-9746730 | FL MURDER | PGJG | |



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
**COUNTY CLERK'S OFFICE**

MT

**DEFENDANT** Escamilla, Eliezar      W M   05061973    **CHARGE** ASSAULT/MISD

**AKA:**

**ADDRESS**    623 S Cockrell Hill Rd, Dallas, Tx       **LOCATION** DSO

**FILING AGENCY** TXDPD0000   **DATE FILED** August 13, 2004     **COURT** #10   JDC283

**COMPLAINANT** Escamilla, Pamela       F-0454867    **VT#:**

**C/C**          _MA0405661-L_

---

### TRUE BILL INDICTMENT

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of

Dallas County, State of Texas, duly organized at the _____ July _____ Term, A.D., _____ 2004 _____ of the

_____ 283rd Judicial District Court _____ , Dallas County, in said Court at said

Term, do present that one       **ESCAMILLA, ELIEZAR**       , Defendant,

On or about the _____ 8 th _____ day of August A.D., 2004 _____ in the County of Dallas and said State, did

then and there intentionally and knowingly and recklessly cause bodily injury to another, namely:
PAMELA ESCAMILLA, hereinafter called complainant, by grabbing and by twisting complainant with
defendant's hand,

against the peace and dignity of the State.

_____       _____
       **Bill Hill**                                      
Criminal District Attorney of Dallas County, Texas       Foreman of the Grand Jury.

DEFENDANT/COURTS



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

CAUSE NO. M-0458033-L

THE STATE OF TEXAS      ()      IN THE

VS.      ()      COUNTY CRIMINAL COURT 10

ELIEZAR ESCAMILLA      ()      DALLAS COUNTY, TEXAS

### JUDGMENT ON PLEA OF NOT GUILTY TO THE JUDGE

JUDGE PRESIDING LISA FOX      DATE OF JUDGMENT 01/05/2005

ATTORNEY                                       ATTORNEY
FOR STATE JAY BENDER            FOR DEFENDANT JAMES MILLAN

OFFENSE ALLEGED ASSAULT DV

     CLASS A      MISDEMEANOR      DATE OFFENSE ALLEGED COMMITTED 08/08/04

CHARGING INSTRUMENT    INFORMATION                        PLEA      NOT GUILTY

FINDING OF THE COURT    NOT GUILTY

     ON THIS DAY, SET FORTH ABOVE, THE ABOVE STYLED AND NUMBERED CAUSE WAS
CALLED FOR TRIAL. THE STATE OF TEXAS AND DEFENDANT APPEARED BY AND THROUGH
THE ABOVE NAMED ATTORNEYS AND ANNOUNCED READY FOR TRIAL. DEFENDANT APPEARED IN
PERSON IN OPEN COURT. WHERE DEFENDANT WAS NOT REPRESENTED BY COUNSEL, DEFENDANT
KNOWINGLY, INTELLIGENTLY, AND VOLUNTARILY WAIVED THE RIGHT TO REPRESENTATION BY
COUNSEL.

     HAVING BEEN ADMONISHED OF THE RIGHT TO A JURY TRIAL, THE DEFENDANT WAIVED
THE RIGHT TO A JURY TRIAL IN WRITING AND IN OPEN COURT WITH THE CONSENT AND
APPROVAL OF THE JUDGE, THE DEFENDANT'S ATTORNEY, IF ANY, AND THE PROSECUTING
ATTORNEY NAMED ABOVE. THE CONSENT AND APPROVAL OF THE WAIVER OF JURY TRIAL WAS
ENTERED OF RECORD IN THE MINUTES OF THE COURT BEFORE THE DEFENDANT ENTERED THIS
PLEA.

     EVIDENCE WAS PRESENTED TO THE JUDGE AND HAVING HEARD THE EVIDENCE, THE
JUDGE FINDS THAT THE EVIDENCE IS INSUFFICIENT TO SUPPORT THE ALLEGATIONS. THE
JUDGE FINDS THE DEFENDANT NOT GUILTY.

     IT IS, THEREFORE, ORDERED AND DECREED BY THE JUDGE THAT SAID DEFENDANT BE
ADJUDGED NOT GUILTY OF THE OFFENSE AS SHOWN ABOVE. THE JUDGE ORDERS THAT THE
DEFENDANT BE AT ONCE DISCHARGED FROM ALL FURTHER LIABILITY UPON THE CHARGE FOR
WHICH DEFENDANT WAS TRIED.

SIGNED AND ENTERED THIS _05TH_ DAY OF _JANUARY_, 2005

_____
JUDGE, COUNTY CRIMINAL COURT 10
DALLAS COUNTY, TEXAS



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

NOTICE OF DISPOSITION
IN COUNTY CRIMINAL COURT 10
DALLAS COUNTY, TEXAS                          SEQ   0004

CASE NUMBER MA0458033                         DATE 010505
OFFENSE ASSAULT DV                            TIME 110127
REDUCED CHARGE

THE STATE OF TEXAS VS.
DEF ESCAMILLA ELIEZAR             RACE W SEX M DOB 050673
BNO 04057536
DISPOSED BY TBCI

SENTENCE
                                 APPEAL _____

    SPECIAL CONDITION            MNT    _____


   $       0.00 FINE   $       0.00 COST    SENTENCE TO BEGIN _____
ADDITIONAL CREDIT FOR TIME SERVED
   TBC - NOT GUILTY_____
REMARKS _____
_____
_____

CYNTHIA FIGUEROA CALHOUN          -------------------------------
COUNTY CLERK                      |       RELEASE INFORMATION     |
DALLAS COUNTY, TEXAS              | REMARKS  DEF IN JAIL, RELEASE DEF |
                                  | ON THIS CASE_____ |
BY REIBLY J                       | _____ |
   DEPUTY CLERK                   | _____ |
                                  -------------------------------



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

Cause No. *04- 58073*

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL COURT |
|---|---|---|
| VS. | § | *#10* |
| | § | _____ OF |
| *Escamilla Eliezer* | § | |
| | § | DALLAS COUNTY, TEXAS |

## WAIVER OF JURY

Comes now the Defendant with the consent and approval of Defendant's attorney, if any, and does in person, in writing and in open court, waive the right to trial by jury and request the Judge to consent to and approve this waiver.

_____
Attorney for Defendant

X *Eliezer Escamilla*
Defendant

*3403 1569*
Bar Card Number

Comes now the undersigned attorney for the State and consents to and approves the Defendant's waiver of jury.

_____
Assistant District Attorney
Dallas County, Texas

*24046/944*
Bar Card Number

Comes now the Judge and hereby consents to and approves the Defendant's waiver of jury in this cause.

Signed and entered this *4* day of *Jan* , ~~199~~ *2005*

*Lisa A. Fox*
Judge, County Criminal Court *10*
Dallas, Texas

Form No. M-170


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

COUNTY CRIMINAL COURT ___*10*___

TODAY'S DATE

*10 / 20 / 04*

133 North Industrial
Dallas, Texas 75207
(214) 653- _____

STATE OF TEXAS VS.

CAUSE NO. M *0458029  0458032*
*0458039  0458033*
*0405559  040560 1*

*Escamilla, Eliezar*
Defendant

TO THE HONORABLE JUDGE OF SAID COURT:

On the above date, the captioned cause being set on the docket of this Court, comes now the undersigned counsel for Defendant and requests a continuance of this cause to the following date for the following purpose:

RESET DATE: ___/ *1* / *4* / *05*___     TIME: ___*9 : 00*___

- ❑ Announcement **(Defense has received a recommendation from the State)**
- ❑ Announcement (State contact Complaining Witness/Investigate Restitution) DA initial _____
- ❑ Announcement : _____ need to file SR-22 _____ filed and awaiting clearance letter
- ❑ Plea of Guilty (Agreed)
- ❑ Plea of Guilty / Open to Punishment with witnesses? _____ yes _____ no
- ❑ Revocation Hearing (Agreed)   Signature of Court PO_____
- ❑ Probation Violations   Signature of Court PO _____
- ❑ Contested Revocation Hearing  Signature of Court PO _____
- ❑ Jury Trial
- ☒ Trial Before the Court
- ❑ Motion to Suppress
- ❑ Motion to Quash
- ❑ Pre-Trial Hearing, please specify_____
- ❑ Dismissal: Reason _____ DA initial _____
- ❑ Restitution on checks
- ❑ Felony pending - felony cause no. _____
- ❑ Arraignment (**Defendant must be present**)
- ❑ Other, specify_____

_____
Counsel for Defense or Pro Se

*James Millan*

Please print name of Counsel
❑ Defendant in court

Phone (*972*) *899-4466*

Bar # *24031569*

Recommendation by State or Probation officer:

_____

_____

_____

_____

❑ **Defendant to Hire Attorney**

_____
**Defendant**

**Form 520**     **Revised 7/23/01**     **Defendant's Request for Action**



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

NO. M04-580-33

THE STATE OF TEXAS §
§
§
VS. §
§
§
ESCAMILLA, ELIEZAR §

IN THE COUNTY CRIMINAL

COURT #10 CRIMINAL COURT NO. 10
DALLAS COUNTY, TEXAS

DALLAS COUNTY, TEXAS

OCTOBER TERM, 2004

## MOTION TO AMEND INFORMATION

Pursuant to Art. 28.10 of the Code of Criminal Procedure, Bill Hill, the Criminal District Attorney of Dallas County, Texas, by and through his Assistant District Attorney, on behalf of the State of Texas, respectfully requests leave to amend the information in this case by changing the following language as set forth below:

By adding: "and by scratching complainant with defendants hand,"

BILL HILL
CRIMINAL DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

BY: MARY EMMA CIVINS
ASSISTANT DISTRICT ATTORNEY
TEXAS BAR NO. 24041655

### CERTIFICATE OF SERVICE

I certify that a copy of this motion was sent via facsimile to James Millan, attorney for defendant on the  12  day of October 2004.

MARY EMMA CIVINS
ASSISTANT DISTRICT ATTORNEY

### ORDER

The foregoing motion is granted on the  12 day of  OcT , 2004.

COUNTY CRIMINAL COURT JUDGE



**TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE**

COUNTY CRIMINAL COURT ____*10*____                    TODAY'S DATE
                                                      *9/17/04*

133 North Industrial
Dallas, Texas 75207                    STATE OF TEXAS VS.
(214) 653-____

CAUSE NO. M *MA0405559  MA0458029*
            *MA0405601  MA0458032*    *Escamilla, Eliezer*
            *MA0458028  MA0458033*    Defendant

## TO THE HONORABLE JUDGE OF SAID COURT:

On the above date, the captioned cause being set on the docket of this Court, comes now the undersigned counsel for Defendant and requests a continuance of this cause to the following date for the following purpose:

RESET DATE: ___*9*___/___*28*___/___*04*___     TIME: ___*9*___:___*00*___
*Jail Chain*

- [x] Announcement **(Defense has received a recommendation from the State)**
- [ ] Announcement (State contact Complaining Witness/Investigate Restitution) DA initial _____
- [ ] Announcement : _____ need to file SR-22 _____ filed and awaiting clearance letter
- [ ] Plea of Guilty (Agreed)
- [ ] Plea of Guilty / Open to Punishment with witnesses? _____ yes _____ no
- [ ] Revocation Hearing (Agreed)    Signature of Court PO_____
- [ ] Probation Violations    Signature of Court PO _____
- [ ] Contested Revocation Hearing   Signature of Court PO _____
- [ ] Jury Trial
- [ ] Trial Before the Court
- [ ] Motion to Suppress
- [ ] Motion to Quash
- [ ] Pre-Trial Hearing, please specify_____
- [ ] Dismissal: Reason _____ DA initial _____
- [ ] Restitution on checks
- [ ] Felony pending - felony cause no. _____
- [ ] Arraignment **(Defendant must be present)**
- [ ] Other,specify_____

_____
Counsel for Defense or Pro Se

*James Millan*
_____
Please print name of Counsel
- [ ] Defendant in court

Phone (*972*) *899-4466*

Bar # *2403/569*

Recommendation by State or
Probation officer:

_____

_____

_____

_____

┌─────────────────────────────┐
│ ☐  **Defendant to**          │
│    **Hire Attorney**         │
│                              │
│                              │
│                              │
│ _____       │
│ **Defendant**                │
└─────────────────────────────┘

**Form 520**          **Revised 7/23/01**          **Defendant's Request for Action**



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
08/08/04 1136            DALLAS POLICE DEPARTMENT
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\* W A R R A N T   O F   A R R E S T   A N D   D E T E N T I O N \*\*
DALLAS COUNTY, TEXAS                              T#: 0605818N
WARRANT NUMBER     MA0458033 L                    #: 04-036549

                   ESCAMILLA ELIEZAR

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  ASSAULT DV                 Jail   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IN THE NAME OF THE STATE OF TEXAS TO ANY SHERIFF OR OTHER PEACE OFFICER
OF THE STATE OF TEXAS --- GREETINGS:
        YOU ARE HEREBY COMMANDED TO TAKE THE BODY OF:

                   ESCAMILLA,ELIEZAR,

HEREINAFTER CALLED THE ACCUSED, AND HIM SAFELY KEEP SO THAT HE MAY BE
DEALT WITH ACCORDING TO LAW, AND TO HOLD THE ACCUSED TO ANSWER TO THE
STATE OF TEXAS FOR AN OFFENSE AGAINST THE LAWS OF THE SAID STATE, NAMELY

        ASSAULT/FV           MA    22.01    0606114N

OF WHICH MISDEMEANOR OFFENSE HE IS ACCUSED BY WRITTEN COMPLAINT, MADE
UNDER OATH THAT HAS BEEN PRESENTED TO ME AND THAT IS BY THIS REFERENCE
INCORPORATED HEREIN FOR ALL PURPOSES.

        WITNESS MY SIGNATURE THIS 08 DAY OF AUGUST    2004

                                    ------------------------------
                                              MAGISTRATE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                     ADMINISTRATIVE DATA

STATE OF TEXAS VS: ESCAMILLA,ELIEZAR,              ARREST STATUS:
RACE: L   SEX: M   DOB: 05/06/73    HT: 508  WT: 175 HAIR COLOR: BLACK
EYE COLOR: BROWN  RESIDENCE ADDRESS: 00623  S COCKRELLHILLRD
CITY: DALLAS     STATE: TX    ZIP CODE: 75211
BUSINESS ADD/NAME: Leyva, Dency
COMPLAINANT: ~~ESCAMILLA, JULIE~~         DATE OF OFFENSE: 08/08/04
ARREST WARRANT ISSUED TO: DPD/DSO         DRIVERS LIC:  00082958
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                           FEES
        ARREST-----------------------------------$4.00
        COMMITMENT-------------------------------$2.00
        RELEASE----------------------------------$2.00
        APPROVE BOND-----------------------------$6.00
        MILEAGE----------------------------------$
        OTHER------------------------------------$
                             TOTAL------$
                     \*\*\*\*
                    RETURN
CAME TO HAND THE  8  DAY OF August      ,A.D. 2004   , AND EXECUTED
THE  8  DAY OF August    ,A.D. 2004  , BY ARRESTING AND DETAINING
ABOVE NAMED AND ACCUSED AND Placed in Lew Sterrett Jail 8----

BY: HRSmith 8388



**TRUE AND CORRECT**
**COPY OF ORIGINAL**
**FILED IN DALLAS**
**COUNTY CLERK'S OFFICE**

No. 04-58033L

911

STATE OF TEXAS

VS.

Camilla, Eliezar

STATE'S SENTENCE RECOMMENDATION

§
§
§
§
§

IN THE COUNTY CRIMINAL

COURT NO. 10 OF

DALLAS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES THE STATE OF TEXAS, by and through Dallas County Criminal District Attorney BILL HILL, in the above styled and numbered cause and on this the _____ day of _____, 20____, makes this recommendation of punishment conditioned on the defendant having no criminal record or pending cases other than those listed below. This is not an announcement of readiness for trial.

ABSOLUTELY NO PROBATION Assault

Rachel Ch
Assistant District Attorney
State Bar Card Card No. _____

**RECOMMENDATION:** Plea 1st   305 days   ± BELOW

| | | |
|---|---|---|
| _____ Stay away / No Contact with CW | X PLEA OF GUILTY (NO NOLO PLEA) | _____ Days as Condition |
| _____ Family Violence Counseling (B.I.P.P.) | _____ Valid Insurance | _____ Restitution $ _____ |
| _____ Domestic Vio. VIP | _____ Proper License | _____ Inform Probation/Parole Officer of this Plea |
| Y Affirm. Finding FV | _____ Clearance letter | _____ DNA Samples |
| _____ Parenting Classes | _____ No Weapons | _____ Register as Sex Offender |
| _____ Anger Counseling | _____ Forfeit Weapon | _____ Faithfully participate in a registered sex offender treatment program |
| _____ Electronic Monitoring | _____ West Program | |
| _____ V.I.P. (<21 Y.D.D.P.) | _____ Drug Evaluation | _____ Child support |
| _____ T.A.I.P. / C.A.T.S. | _____ Urinalysis Testing | _____ $ _____ /month |
| _____ Interlock Device | _____ Anti-Theft Program | X Judge's Cond. |
| _____ Repeat Offender | _____ Anti-Theft Level II | X Waive right to Appeal |
| _____ Alcohol Evaluation | _____ Life Skills | _____ Other _____ |
| _____ No Alcohol | _____ Thinking for a Change | |
| _____ Psychological Eval | _____ G.E.D./ High Sch. Dipl | |
| | _____ TABC Class | |

**PRIOR RECORD AND PENDING CASES**

| CASE/BOND | NAME TYPE DF CT CHARGE | DISP |
|---|---|---|
| MA0458030 | ML ASSAULT DV | |
| MA0458031 | ML ASSAULT DV | |
| F-9746550 | FL AA/DW | NAJG |
| MA0458028 | ML ASSAULT DV | |
| MA0458029 | ML ASSAULT DV | |
| MA0458032 | ML ASSAULT DV | |
| MA0458033 | ML ASSAULT DV | |
| F-0454866 | FL INJ CHILD | |
| F-0454867 | FL INJ CHILD | |
| F-9746730 | FL MURDER | PGJG |

/ of trial. -- Note: As a condition of this
the Clerk of the Court



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

```
***********************************************************
08/08/04 1136            DALLAS POLICE DEPARTMENT
***********************************************************
```

** W A R R A N T   O F   A R R E S T   A N D   D E T E N T I O N **
DALLAS COUNTY, TEXAS                    SERVICE#: 0605818N
WARRANT NUMBER                          ARREST#:  04-036549
                         M04-58033

```
***********************************************************
```
IN THE NAME OF THE STATE OF TEXAS TO ANY SHERIFF OR OTHER PEACE OFFICER
OF THE STATE OF TEXAS --- GREETINGS:
        YOU ARE HEREBY COMMANDED TO TAKE THE BODY OF:

                    ESCAMILLA,ELIEZAR,

HEREINAFTER CALLED THE ACCUSED, AND HIM SAFELY KEEP SO THAT HE MAY BE
DEALT WITH ACCORDING TO LAW, AND TO HOLD THE ACCUSED TO ANSWER TO THE
STATE OF TEXAS FOR AN OFFENSE AGAINST THE LAWS OF THE SAID STATE, NAMELY

        ASSAULT/FV         MA    22.01    0606114N

OF WHICH MISDEMEANOR OFFENSE HE IS ACCUSED BY WRITTEN COMPLAINT, MADE
UNDER OATH THAT HAS BEEN PRESENTED TO ME AND THAT IS BY THIS REFERENCE
INCORPORATED HEREIN FOR ALL PURPOSES.

        WITNESS MY SIGNATURE THIS 08  DAY OF  AUGUST    2004

                                        ------------------------
                                               MAGISTRATE

```
***********************************************************
                    ADMINISTRATIVE DATA
```
STATE OF TEXAS VS: ESCAMILLA,ELIEZAR,          ARREST STATUS:
RACE: L   SEX: M    DOB: 05/06/73   HT: 508  WT: 175 HAIR COLOR: BLACK
EYE COLOR: BROWN  RESIDENCE ADDRESS:  00623  S COCKRELLHILLRD
CITY: DALLAS      STATE: TX    ZIP CODE: 75211
BUSINESS ADD/NAME: Leyva, Dency
COMPLAINANT: ~~ESCAMILLA, JULIE~~         DATE OF OFFENSE: 08/08/04
ARREST WARRANT ISSUED TO: DFD/DSO          DRIVERS LIC:  00082958
```
***********************************************************
                         FEES
```
        ARREST-----------------------------------$4.00
        COMMITMENT-------------------------------$2.00
        RELEASE----------------------------------$2.00
        APPROVE BOND-----------------------------$6.00
        MILEAGE----------------------------------$
        OTHER------------------------------------$
                            TOTAL------$

                         ****
                        RETURN
CAME TO HAND THE  8   DAY OF August      ,A.D. 2004   , AND EXECUTED
THE   8  DAY OF August    ,A.D. 2004   , BY ARRESTING AND DETAINING
ABOVE NAMED AND ACCUSED AND  Placed in Lew Sterrett Jail
----------------------------------------------------------
BY:  H R Smile 8388

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

SERVICE#: 0605818N          ARREST#: 04-036549

AFFIDAVIT FOR ARREST WARRANT     COUNTY OF DALLAS     STATE OF TEXAS

    BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY
APPEARED THE UNDERSIGNED AFFIANT WHO, AFTER BEING DULY SWORN BY ME, ON
OATH STATED: MY NAME IS R.L. PITTS_____ AND I AM A PEACE
OFFICER OF THE CITY OF DALLAS, DALLAS COUNTY, TEXAS.  I, THE AFFIANT,
HAVE GOOD REASON AND DO BELIEVE THAT ON OR ABOUT 08 AUGUST   2004 ONE
ESCAMILLA,ELIEZAR,            DID THEN AND THERE IN THE CITY OF DALLAS,
DALLAS COUNTY, TEXAS COMMIT THE OFFENSE(S) OF:

|                |    |        |          |
|----------------|----|--------|----------|
| ASSAULT/FV     | MA | 22.01  | 0605818N |
| ASSAULT/FV     | MA | 22.01  | 0606104N |
| ASSAULT/FV     | MA | 22.01  | 0606107N |
| ASSAULT/FV     | MA | 22.01  | 0606110N |
| ASSAULT/FV     | MA | 22.01  | 0606113N |
| ASSAULT/FV     | MA | 22.01  | 0606114N |

AFFIANT'S BELIEF IS BASED UPON THE FOLLOWING FACTS AND INFORMATION:

SMILIE,HERBERT ROBER___ 8388 , A FELLOW PEACE OFFICER OF THE CITY OF
DALLAS, DALLAS COUNTY, TEXAS, WHO PERSONALLY PARTICIPATED IN THE
INVESTIGATION OF THESE ALLEGED OFFENSE(S), PROVIDING THIS INFORMATION TO
AFFIANT, AND WHOSE INFORMATION AFFIANT BELIEVES TO BE CREDIBLE.

ON AUGUST 08, 2004 AT ABOUT 0330 A.M. OFFICER(S) SMILIE,HERBERT ROBER #
8388 RESPONDED TO A CALL FROM THE POLICE DISPATCHER REGARDING THE
ASSAULT/FAMILY VIOLENCE, INVOLVING AP AT 3413 PEORIA DALLAS, DALLAS
COUNTY, TEXAS.


CHARGE DESCRIPTION:     ASSAULT/FV

SN 605818N. COMPL ESCAMILLA,JULIE.
ON 08-08-04, AT ABOUT 12:50 AM, COMP J.ESCAMILLA AND WITS JE.ESCAMILLA,
P.ESCAMILLA, V.ESCAMILLA, N.ESCAMILLA, B.ESCAMILLA & LEYVA BECAME
INVOLVED IN A FAMILY DISPUTE WITH AP E.ESCAMILLA. AP THEN BECAME
ENRAGED AND STRUCK COMP WITH AN OPEN HAND ACROSS THE RIGHT SIDE OF HER
FACE. WITS AND AP THEN BECAME INVOLVED IN A PHYSICAL ALTERCATION WHERE
THE WITS WRESTLED AP TO THE GROUND. WIT V. ESCAMILLA THEN RAN INT  THE
HOUSE AT LISTED LOCATION TO CALL FOR THE POLICE. COMP THEN KNELT O  TOP
OF AP TO HELP SUBDUE HIM. AP THEN BIT COMP ON HER RIGHT MIDDLE FINGER,
CAUSING PAIN AND BRUISING. AP THEN REACHED UP AND BIT COMP ON HER RIGHT
BREAST, CAUSING BLEEDING AND PAIN. COMP THEN STEPPED BACK FRO  THE
ALTERCATION DUE TO HER INJURY. AP THEN KICKED HER IN THE ABDOMEN,
CAUSING PAIN. AP'S FATHER THEN DROVE TO LOCATION IN LISTED VEHICLE AND
ORDERED THE WITS TO LET AP UP OFF OF THE GROUND, WHICH THEY COMPLIED.
A  THEN ENTERED THE LISTED VEHICLE AND FLED THE LOCATION WITH HIS
FATHER TO 3413 PEORIA. WHEN AO SMILIE 8388 ARRIVED AT LOCATION, COMP
REFUSED MEDICAL TREATMENT. AO ADVISED COMP TO GET TREATMENT FOR THE
BITE TO HER BREAST. COMPL IS THE AUNT OF THE AP.
WIT N.ESCAMILLA TOLD AO WHERE AP'S FATHER LIVED AND EXPRESSED HIS
CONCERN FOR COMP'S, HIS MOTHER'S, SAFETY. AO INFORMED WIT N. ESCAMILLA


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

```
*****************************************************************
08/08/04 1136          DALLAS POLICE DEPARTMENT          PAGE 02
*****************************************************************
```

SERVICE#: 0605818N          ARREST#: 04-036549

AFFIDAVIT (CONTINUED)

THAT IF AO COULD LOCATE AP THAT HE WOULD PLACE HIM UNDER ARREST. AO
8388 THEN CALLED FOR A COVER ELEMENT TO ASSIST WITH THE SEARCH OF AP.
AO LOEB, #7751, RESPONDED TO THE REQUEST. AO'S THEN WENT TO THE ADDRESS
WHERE AP'S FATHER LIVED. AP'S FATHER, (ESCAMILLA, JUAN L/M/50) STATED
THAT AP WAS NOT AT THE RESD BUT GAVE AO'S VERBAL CONSENT TO SEARCH THE
PREMISES. DURING THE SEARCH OF THE RESD, AO'S FOUND AP ASLEEP IN THE
BACK BEDROOM. AP WAS THEN PLACED UNDER ARREST AND TRANSPORTED BY AO
8388 TO LEW STERRETT JAIL. JI55 AND TLETS SHOWED NO PRIOR FAMILY
VIOLENCE CONVICTIONS.

CHARGE DESCRIPTION:      ASSAULT/FV

SN 606104N. COMPL ESCAMILLA,JESSE.
ON 08-08-04, AT ABOUT 12:50 AM, COMP JESSE ESCAMILLA AND WITS JULIE
ESCAMILLA, P. ESCAMILLA, V. ESCAMILLA, N. ESCAMILLA, AND LEYVA BECAME
INVOLVED IN A FAMILY DISPUTE WITH AP E. ESCAMILLA. AP THEN BECAME
ENRAGED AND STRUCK COMP WITH A CLOSED FIST TO HIS MOUTH, CAUSING PAIN.
WITS AND AP THEN BECAME INVOLVED IN A PHYSICAL ALTERCATION WHERE THE
WITS AND COMP WRESTLED AP TO THE GROUND. WIT V. ESCAMILLA THEN RAN INTO
THE HOUSE AT LISTED LOCATION TO CALL FOR THE POLICE. DURING SOME POINT
IN THE ALTERCATION, AP SCRATCHED COMP ON BOTH SIDES OF HIS NECK,
CAUSING PAIN AND DISCOMFORT. AP'S FATHER, JUAN ESCAMILLA (L/M/50) THEN
DROVE TO LOCATION IN LISTED VEHICLE AND ORDERED THE WITS AND THE COMP TO
LET AP UP OFF OF THE GROUND, WHICH THEY COMPLIED. AP THEN ENTERED THE
LISTED VEHICLE AND FLED THE LOCATION WITH HIS FATHER TO 3413 PEORIA.
WHEN AO ARRIVED AT LOCATION, COMP REFUSED MEDICAL ATTENTION.
THE AP AND COMPL ARE COUSINS.

CHARGE DESCRIPTION:      ASSAULT/FV

606107N. COMPL ESCAMILLA,PAMELA, W/F/13.
ON 08-08-04, AT ABOUT 12:50 AM, COMP P. ESCAMILLA AND WITS JULIE
ESCAMILLA, JESSE ESCAMILLA, V. ESCAMILLA, N. ESCAMILLA AND LEYVA BECAME
INVOLVED IN A FAMILY DISPUTE WITH AP E. ESCAMILLA. AP THEN BECAME
ENRAGED AND STRUCK WIT JESSE ESCAMILLA WITH A CLOSED FIST ACROSS THE
MOUTH. WITS AND AP THEN BECAME INVOLVED IN A PHYSICAL ALTERCATION WHERE
THE WITS AND COMP WRESTLED AP TO THE GROUND. WIT V. ESCAMILLA THEN RAN
INTO THE HOUSE AT LISTED LOCATION TO CALL FOR THE POLICE. COMP THEN
MOVED TOWARDS THE ALTERCATION TO HELP SUBDUE AP. AP THEN GRABBED COMP'S
RIGHT FOOT AND TWISTED HER ANKLE, CAUSING PAIN AND SLIGHT SWELLING.
AP'S FATHER, JUAN ESCAMILLA (L/M/50), THEN DROVE TO LOCATION IN LISTED
VEHICLE AND ORDERED THE WITS AND COMP TO LET AP UP OFF OF THE GROUND,
WHICH THEY COMPLIED. AP THEN ENTERED THE LISTED VEHICLE AND FLED THE
LOCATION WITH HIS FATHER TO 3413 PEORIA. WHEN AO ARRIVED AT LOCATION,
COMP REFUSED MEDICAL TREATMENT. THE AP AND COMPL ARE COUSINS.

CHARGE DESCRIPTION:      ASSAULT/FV

SN 606110N. COMPL ESCAMILLA,VALERIE, W/F/14.
ON 08-08-04, AT ABOUT 12:50 AM, COMP V. ESCAMILLA AND WITS JULIE
ESCAMILLA, JESSE ESCAMILLA, P. ESCAMILLA, N. ESCAMILLA, AND LEYVA
BECAME INVOLVED IN A FAMILY DISPUTE WITH AP E. ESCAMILLA. AP THEN
BECAME ENRAGED AND STRUCK WIT JESSE ESCAMILLA WITH A CLOSED FIST TO HIS
MOUTH. WITS, COMP AND AP THEN BECAME INVOLVED IN A PHYSICAL ALTERCATION



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

```
**************************************************************
08/08/04 1136          DALLAS POLICE DEPARTMENT          PAGE 03
**************************************************************
```

SERVICE#: 0605818N        ARREST#: 04-036549

AFFIDAVIT (CONTINUED)

WHERE THE WITS AND COMP WRESTLED AP TO THE GROUND. AT SOME POINT DURING
THE ALTERCATION, AP STRUCK COMP WITH A CLOSED FIST IN HER LEFT ARM,
CAUSING PAIN. COMP THEN RAN INTO THE HOUSE AT LISTED LOCATION TO CALL
FOR THE POLICE. AP'S FATHER THEN DROVE TO LOCATION IN LISTED VEHICLE
AND ORDERED THE WITS TO LET AP UP OFF OF THE GROUND, WHICH THEY
COMPLIED. AP THEN ENTERED THE LISTED VEHICLE AND FLED THE LOCATION WITH
HIS FATHER, EB TO 3413 PEORIA. WHEN AO ARRIVED AT LOCATION, COMP REFUSED
MEDICAL ATTENTION. COMPL AND THE AP ARE COUSINS.

CHARGE DESCRIPTION:        ASSAULT/FV

SN 606113N. COMPL ESCAMILLA,NATALIO.
ON 08-08-04, AT ABOUT 12:50 AM, COMP N. ESCAMILLA AND WITS JULIE
ESCAMILLA, JESSE ESCAMILLA, P. ESCAMILLA, V. ESCAMILLA AND LEYVA BECAME
INVOLVED IN A FAMILY DISPUTE WITH AP E. ESCAMILLA. AP THEN BECAME
ENRAGED AND STRUCK WIT JESSE ESCAMILLA WITH A CLOSED FIST TO THE MOUTH.
WITS AND AP THEN BECAME INVOLVED IN A PHYSICAL ALTERCATION WHERE THE
WITS WRESTLED AP TO THE GROUND. WIT V. ESCAMILLA THEN RAN INTO THE
HOUSE AT LISTED LOCATION TO CALL FOR THE POLICE. AT SOME POINT DURING
THE ALTERCATION, AP BIT COMP ON THE LEFT FOREARM, CAUSING INJURY AND
PAIN. AP THEN SCRATCHED COMP ON THE RIGHT PECTORAL AND ON THE RIGHT
SIDE OF HIS TORSO. AP'S FATHER, JUAN ESCAMILLA (L/M/50) THEN DROVE TO
LOCATION IN LISTED VEHICLE AND ORDERED THE COMP AND THE WITS TO LET AP
UP OFF OF THE GROUND, WHICH THEY COMPLIED. AP THEN ENTERED THE LISTED
VEHICLE AND FLED THE LOCATION WITH HIS FATHER TO 3413 PEORIA. WHEN AO
ARRIVED AT LOCATION, COMP REFUSED MEDICAL ATTENTION. AO ADVISED COMP
THAT HE SHOULD SEEK MEDICAL ATTENTION TO PREVENT INFECTION TO THE
BITE.THE AP AND COMPL ARE COUSINS.

CHARGE DESCRIPTION:        ASSAULT/FV

SN 606114N. COMPL LEYVA,DENCY.
ON 08-08-04, AT ABOUT 12:50 AM, COMP LEYVA AND WITS JULIE ESCAMILLA,
JESSE ESCAMILLA, P. ESCAMILLA, V. ESCAMILLA, AND N. ESCAMILL  BECAME
INVOLVED IN A FAMILY DISPUTE WITH AP E. ESCAMILLA. AP THEN BECAME
ENRAGED AND STRUCK WIT JESSE ESCAMILLA WITH A CLOSED FIST TO THE MOUTH.
COMP, WITS, AND AP THEN BECAME INVOLVED IN A PHYSICAL ALTERCATION WHERE
THE COMP AND WITS WRESTLED AP TO THE GROUND. WIT V. ESCAMILLA THEN RAN
INTO THE HOUSE AT LISTED LOCATION TO CALL FOR THE POLICE. AT SOME POINT
DURING THE ALTERCATION, AP STRUCK COMP WITH A CLOSED FIST TO THE LEFT
ARM AND THEN TO THE ABDOMEN. AP ALSO SCRATCHED COMP ON THE RIGHT
FOREARM AND ON THE LEFT WRIST. AP'S FATHER, JUAN ESCAMILLA (L/M/50)
THEN DROVE TO LOCATION IN LISTED VEHICLE AND ORDERED THE COMP AND WITS
TO LET AP UP OFF OF THE GROUND, WHICH THEY COMPLIED. AP THEN ENTERED
THE LISTED VEHICLE AND FLED THE LOCATION WITH HIS FATHER TO 3413
PEORIA. WHEN AO ARRIVED AT LOCATION, COMP REFUSED MEDICAL ATTENTION.
THE AP AND COMPL ARE COUSINS.

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

```
************************************************************************
08/08/04 1)36              DALLAS POLICE DEPARTMENT              PAGE 04
************************************************************************
```

SERVICE#: 0605818N          ARREST#: 04-036549

AFFIDAVIT (CONTINUED)

_____ WHEREFORE AFFIANT REQUESTS THAT AN ARREST
          AFFIANT                WARRANT BE ISSUED FOR THE ABOVE ACCUSED
                                 INDIVIDUAL IN ACCORDANCE WITH THE LAW.

SUBSCRIBED AND SWORN TO BEFORE ME ON
DATE: _AUG 0 8 2004_____    _____
                                MAGISTRATE

```
************************************************************************
```

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

```
********************** ●   ***************●347**********  ●   ********************
08/08/04 1136            DALLAS POLICE DEPARTMENT                    PAGE 01
**********************************************************************************
```

SERVICE#: 0605818N        ARREST#: 04-036549

AFFIDAVIT FOR ARREST WARRANT      COUNTY OF DALLAS      STATE OF TEXAS

BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY
APPEARED THE UNDERSIGNED AFFIANT WHO, AFTER BEING DULY SWORN BY ME, ON
OATH STATED: MY NAME IS R.L. PITTS_____ AND I AM A PEACE
OFFICER OF THE CITY OF DALLAS, DALLAS COUNTY, TEXAS. I, THE AFFIANT,
HAVE GOOD REASON AND DO BELIEVE THAT ON OR ABOUT 08 AUGUST   2004 ONE
ESCAMILLA,ELIEZAR,          DID THEN AND THERE IN THE CITY OF DALLAS,
DALLAS COUNTY, TEXAS COMMIT THE OFFENSE(S) OF:

| | | | |
|---|---|---|---|
| ASSAULT/FV | MA | 22.01 | 0605818N |
| ASSAULT/FV | MA | 22.01 | 0606104N |
| ASSAULT/FV | MA | 22.01 | 0606107N |
| ASSAULT/FV | MA | 22.01 | 0606110N |
| ASSAULT/FV | MA | 22.01 | 0606113N |
| ASSAULT/FV | MA | 22.01 | 0606114N |

AFFIANT'S BELIEF IS BASED UPON THE FOLLOWING FACTS AND INFORMATION:

SMILIE,HERBERT ROBER___ 8388 , A FELLOW PEACE OFFICER OF THE CITY OF
DALLAS, DALLAS COUNTY, TEXAS, WHO PERSONALLY PARTICIPATED IN THE
INVESTIGATION OF THESE ALLEGED OFFENSE(S), PROVIDING THIS INFORMATION TO
AFFIANT, AND WHOSE INFORMATION AFFIANT BELIEVES TO BE CREDIBLE.

ON AUGUST 08, 2004 AT ABOUT 0330 A.M. OFFICER(S) SMILIE,HERBERT ROBER #
8388 RESPONDED TO A CALL FROM THE POLICE DISPATCHER REGARDING THE
ASSAULT/FAMILY VIOLENCE, INVOLVING AP AT 3413 PEORIA DALLAS, DALLAS
COUNTY, TEXAS.

CHARGE DESCRIPTION:      ASSAULT/FV

SN 605818N. COMPL ESCAMILLA,JULIE.
ON 08-08-04, AT ABOUT 12:50 AM, COMP J.ESCAMILLA AND WITS JE.ESCAMILLA,
P.ESCAMILLA, V.ESCAMILLA, N.ESCAMILLA, B.ESCAMILLA & LEYVA BECAME
INVOLVED IN A FAMILY DISPUTE WITH AP E.ESCAMILLA. AP THEN BECAME
ENRAGED AND STRUCK COMP WITH AN OPEN HAND ACROSS THE RIGHT SIDE OF HER
FACE. WITS AND AP THEN BECAME INVOLVED IN A PHYSICAL ALTERCATION WHERE
THE WITS WRESTLED AP TO THE GROUND. WIT V. ESCAMILLA THEN RAN INT  THE
HOUSE AT LISTED LOCATION TO CALL FOR THE POLICE. COMP THEN KNELT O  TOP
OF AP TO HELP SUBDUE HIM. AP THEN BIT COMP ON HER RIGHT MIDDLE FINGER,
CAUSING PAIN AND BRUISING. AP THEN REACHED UP AND BIT COMP ON HER RIGHT
BREAST, CAUSING BLEEDING AND PAIN. COMP THEN STEPPED BACK FRO  THE
ALTERCATION DUE TO HER INJURY. AP THEN KICKED HER IN THE ABDOMEN,
CAUSING PAIN. AP'S FATHER THEN DROVE TO LOCATION IN LISTED VEHICLE AND
ORDERED THE WITS TO LET AP UP OFF OF THE GROUND, WHICH THEY COMPLIED.
A  THEN ENTERED THE LISTED VEHICLE AND FLED THE LOCATION WITH HIS
FATHER TO 3413 PEORIA. WHEN AO SMILIE 8388 ARRIVED AT LOCATION, COMP
REFUSED MEDICAL TREATMENT. AO ADVISED COMP TO GET TREATMENT FOR THE
BITE TO HER BREAST. COMPL IS THE AUNT OF THE AP.
WIT N.ESCAMILLA TOLD AO WHERE AP'S FATHER LIVED AND EXPRESSED HIS
CONCERN FOR COMP'S, HIS MOTHER'S, SAFETY. AO INFORMED WIT N. ESCAMILLA


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

```
***********************************************************
08/08/04 1136          DALLAS POLICE DEPARTMENT          PAGE 02
***********************************************************
```

SERVICE#: 0605818N        ARREST#: 04-036549

AFFIDAVIT (CONTINUED)

THAT IF AO COULD LOCATE AP THAT HE WOULD PLACE HIM UNDER ARREST. AO
8388 THEN CALLED FOR A COVER ELEMENT TO ASSIST WITH THE SEARCH OF AP.
AO LOEB, #7751, RESPONDED TO THE REQUEST. AO'S THEN WENT TO THE ADDRESS
WHERE AP'S FATHER LIVED. AP'S FATHER, (ESCAMILLA, JUAN L/M/50) STATED
THAT AP WAS NOT AT THE RESD BUT GAVE AO'S VERBAL CONSENT TO SEARCH THE
PREMISES. DURING THE SEARCH OF THE RESD, AO'S FOUND AP ASLEEP IN THE
BACK BEDROOM. AP WAS THEN PLACED UNDER ARREST AND TRANSPORTED BY AO
8388 TO LEW STERRETT JAIL. JISS AND TLETS SHOWED NO PRIOR FAMILY
VIOLENCE CONVICTIONS.

CHARGE DESCRIPTION:        ASSAULT/FV

SN 606104N. COMPL ESCAMILLA,JESSE.
ON 08-08-04, AT ABOUT 12:50 AM, COMP JESSE ESCAMILLA AND WITS JULIE
ESCAMILLA, P. ESCAMILLA, V. ESCAMILLA, N. ESCAMILLA, AND LEYVA BECAME
INVOLVED IN A FAMILY DISPUTE WITH AP E. ESCAMILLA. AP THEN BECAME
ENRAGED AND STRUCK COMP WITH A CLOSED FIST TO HIS MOUTH, CAUSING PAIN.
WITS AND AP THEN BECAME INVOLVED IN A PHYSICAL ALTERCATION WHERE THE
WITS AND COMP WRESTLED AP TO THE GROUND. WIT V. ESCAMILLA THEN RAN INTO
THE HOUSE AT LISTED LOCATION TO CALL FOR THE POLICE. DURING SOME POINT
IN THE ALTERCATION, AP SCRATCHED COMP ON BOTH SIDES OF HIS NECK,
CAUSING PAIN AND DISCOMFORT. AP'S FATHER, JUAN ESCAMILLA (L/M/50) THEN
DROVE TO LOCATION IN LISTED VEHICLE AND ORDERED THE WITS AND THE COMP TO
LET AP UP OFF OF THE GROUND, WHICH THEY COMPLIED. AP THEN ENTERED THE
LISTED VEHICLE AND FLED THE LOCATION WITH HIS FATHER TO 3413 PEORIA.
WHEN AO ARRIVED AT LOCATION, COMP REFUSED MEDICAL ATTENTION.
THE AP AND COMPL ARE COUSINS.

CHARGE DESCRIPTION:        ASSAULT/FV

606107N. COMPL ESCAMILLA,PAMELA, W/F/13.
ON 08-08-04, AT ABOUT 12:50 AM, COMP P. ESCAMILLA AND WITS JULIE
ESCAMILLA, JESSE ESCAMILLA, V. ESCAMILLA, N. ESCAMILLA AND LEYVA BECAME
INVOLVED IN A FAMILY DISPUTE WITH AP E. ESCAMILLA. AP THEN BECAME
ENRAGED AND STRUCK WIT JESSE ESCAMILLA WITH A CLOSED FIST ACROSS THE
MOUTH. WITS AND AP THEN BECAME INVOLVED IN A PHYSICAL ALTERCATION WHERE
THE WITS AND COMP WRESTLED AP TO THE GROUND. WIT V. ESCAMILLA THEN RAN
INTO THE HOUSE AT LISTED LOCATION TO CALL FOR THE POLICE. COMP THEN
MOVED TOWARDS THE ALTERCATION TO HELP SUBDUE AP. AP THEN GRABBED COMP'S
RIGHT FOOT AND TWISTED HER ANKLE, CAUSING PAIN AND SLIGHT SWELLING.
AP'S FATHER, JUAN ESCAMILLA (L/M/50), THEN DROVE TO LOCATION IN LISTED
VEHICLE AND ORDERED THE WITS AND COMP TO LET AP UP OFF OF THE GROUND,
WHICH THEY COMPLIED. AP THEN ENTERED THE LISTED VEHICLE AND FLED THE
LOCATION WITH HIS FATHER TO 3413 PEORIA. WHEN AO ARRIVED AT LOCATION,
COMP REFUSED MEDICAL TREATMENT. THE AP AND COMPL ARE COUSINS.

CHARGE DESCRIPTION:        ASSAULT/FV

SN 606110N. COMPL ESCAMILLA,VALERIE, W/F/14.
ON 08-08-04, AT ABOUT 12:50 AM, COMP V. ESCAMILLA AND WITS JULIE
ESCAMILLA, JESSE ESCAMILLA, P. ESCAMILLA, N. ESCAMILLA, AND LEYVA
BECAME INVOLVED IN A FAMILY DISPUTE WITH AP E. ESCAMILLA. AP THEN
BECAME ENRAGED AND STRUCK WIT JESSE ESCAMILLA WITH A CLOSED FIST TO HIS
MOUTH. WITS, COMP AND AP THEN BECAME INVOLVED IN A PHYSICAL ALTERCATION



TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

```
************************************************************
08/08/04 1136          DALLAS POLICE DEPARTMENT          PAGE 03
************************************************************
```

SERVICE#: 0605818N        ARREST#: 04-036549

AFFIDAVIT (CONTINUED)

WHERE THE WITS AND COMP WRESTLED AP TO THE GROUND. AT SOME POINT DURING
THE ALTERCATION, AP STRUCK COMP WITH A CLOSED FIST IN HER LEFT ARM,
CAUSING PAIN. COMP THEN RAN INTO THE HOUSE AT LISTED LOCATION TO CALL
FOR THE POLICE. AP'S FATHER THEN DROVE TO LOCATION IN LISTED VEHICLE
AND ORDERED THE WITS TO LET AP UP OFF OF THE GROUND, WHICH THEY
COMPLIED. AP THEN ENTERED THE LISTED VEHICLE AND FLED THE LOCATION WITH
HIS FATHER, EB TO 3413 PEORIA. WHEN AO ARRIVED AT LOCATION, COMP REFUSED
MEDICAL ATTENTION. COMPL AND THE AP ARE COUSINS.

CHARGE DESCRIPTION:      ASSAULT/FV

SN 606113N. COMPL ESCAMILLA,NATALIO.
ON 08-08-04, AT ABOUT 12:50 AM, COMP N. ESCAMILLA AND WITS JULIE
ESCAMILLA, JESSE ESCAMILLA, P. ESCAMILLA, V. ESCAMILLA AND LEYVA BECAME
INVOLVED IN A FAMILY DISPUTE WITH AP E. ESCAMILLA. AP THEN BECAME
ENRAGED AND STRUCK WIT JESSE ESCAMILLA WITH A CLOSED FIST TO THE MOUTH.
WITS AND AP THEN BECAME INVOLVED IN A PHYSICAL ALTERCATION WHERE THE
WITS WRESTLED AP TO THE GROUND. WIT V. ESCAMILLA THEN RAN INTO THE
HOUSE AT LISTED LOCATION TO CALL FOR THE POLICE. AT SOME POINT DURING
THE ALTERCATION, AP BIT COMP ON THE LEFT FOREARM, CAUSING INJURY AND
PAIN. AP THEN SCRATCHED COMP ON THE RIGHT PECTORAL AND ON THE RIGHT
SIDE OF HIS TORSO. AP'S FATHER, JUAN ESCAMILLA (L/M/50) THEN DROVE TO
LOCATION IN LISTED VEHICLE AND ORDERED THE COMP AND THE WITS TO LET AP
UP OFF OF THE GROUND, WHICH THEY COMPLIED. AP THEN ENTERED THE LISTED
VEHICLE AND FLED THE LOCATION WITH HIS FATHER TO 3413 PEORIA. WHEN AO
ARRIVED AT LOCATION, COMP REFUSED MEDICAL ATTENTION. AO ADVISED COMP
THAT HE SHOULD SEEK MEDICAL ATTENTION TO PREVENT INFECTION TO THE
BITE.THE AP AND COMPL ARE COUSINS.

CHARGE DESCRIPTION:      ASSAULT/FV

SN 606114N. COMPL LEYVA,DENCY.
ON 08-08-04, AT ABOUT 12:50 AM, COMP LEYVA AND WITS JULIE ESCAMILLA,
JESSE ESCAMILLA, P. ESCAMILLA, V. ESCAMILLA, AND N. ESCAMILL BECAME
INVOLVED IN A FAMILY DISPUTE WITH AP E. ESCAMILLA. AP THEN BECAME
ENRAGED AND STRUCK WIT JESSE ESCAMILLA WITH A CLOSED FIST TO THE MOUTH.
COMP, WITS, AND AP THEN BECAME INVOLVED IN A PHYSICAL ALTERCATION WHERE
THE COMP AND WITS WRESTLED AP TO THE GROUND. WIT V. ESCAMILLA THEN RAN
INTO THE HOUSE AT LISTED LOCATION TO CALL FOR THE POLICE. AT SOME POINT
DURING THE ALTERCATION, AP STRUCK COMP WITH A CLOSED FIST TO THE LEFT
ARM AND THEN TO THE ABDOMEN. AP ALSO SCRATCHED COMP ON THE RIGHT
FOREARM AND ON THE LEFT WRIST. AP'S FATHER, JUAN ESCAMILLA (L/M/50)
THEN DROVE TO LOCATION IN LISTED VEHICLE AND ORDERED THE COMP AND WITS
TO LET AP UP OFF OF THE GROUND, WHICH THEY COMPLIED. AP THEN ENTERED
THE LISTED VEHICLE AND FLED THE LOCATION WITH HIS FATHER TO 3413
PEORIA. WHEN AO ARRIVED AT LOCATION, COMP REFUSED MEDICAL ATTENTION.
THE AP AND COMPL ARE COUSINS.

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

```
*******************************************************************
08/08/04 11:36          DALLAS POLICE DEPARTMENT              PAGE 04
*******************************************************************
```

SERVICE#: 0605818N          ARREST#: 04-036549

AFFIDAVIT (CONTINUED)

_____*Raymond L. Potter*_____WHEREFORE AFFIANT REQUESTS THAT AN ARREST
          AFFIANT                        WARRANT BE ISSUED FOR THE ABOVE ACCUSED
                                         INDIVIDUAL IN ACCORDANCE WITH THE LAW.

SUBSCRIBED AND SWORN TO BEFORE ME ON
DATE: _AUG 0 8 2004_____   _____
                                MAGISTRATE

```
*******************************************************************
```

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

MT

DEFENDANT Escamilla, Eliezar _____ W M  05061973   CHARGE ASSAULT DV _____

AKA:

Address _____ 623 S Cockrell Hill Rd, Dallas, Tx _____   LOCATION DSO _____

FILING AGENCY TXDPD0000   DATE FILED August 12, 2004   COURT /0 _____

COMPLAINANT Leyva, Dency _____   MA0458033 _L_ VT#: _____

C/C

SERVICE NO. 605818N _____   ARREST NO. 04036549 _____   I. D. NO. 0727783 _____

# INFORMATION

**In the Name and by the Authority of the State of Texas.**

NOW COMES THE CRIMINAL DISTRICT ATTORNEY of Dallas County, State of Texas, and presents

in and to the County Criminal Court _____ /0 _____ of Dallas County, State aforesaid, that one

### Escamilla, Eliezar

hereinafter styled Defendant, heretofore, on or about the      8 th   day of August A.D., 2004

in the County of Dallas and State of Texas, did unlawfully

**then and there intentionally and knowingly and recklessly cause bodily injury to another, namely: DENCY LEYVA, hereinafter called complainant, by striking complainant's torso and arm with defendant's hand,** AND By scratching complainant with defendants hand.

**and further, at the time of the offense, the complainant was a member of the defendant's family and household,**

against the peace and dignity of the state.

Criminal District Attorney of Dallas County, Texas

BLUE

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

2004 AUG 13 AM 10:14
COUNTY CLERK
DALLAS COUNTY

MT

DEFENDANT  Escamilla, Eliezar _____ W M ___ 05061973 ___ CHARGE  ASSAULT DV _____

     AKA:

ADDRESS ____ 623 S Cockrell Hill Rd, Dallas, Tx _____ LOCATION  DSO _____

  FILING AGENC  TXDPD0000 ___ DATE FILED  August 12, 2004 _____ COURT ___ /D ___

COMPLAINANT  Leyva, Dency _____ MA0458033 ___ VT#: _____

C/C

SERVICE NO.  605818N _____ ARREST NO.  04036549 _____ I. D. NO.  0727783 _____

# AFFIDAVIT

**In the Name and by the Authority of the State of Texas.**

       PERSONALLY APPEARED before me the undersigned authority this affiant, who after being by me

duly sworn, deposes and says your Affiant has good reason to believe and does believe that one

                   **Escamilla, Eliezar**

hereinafter styled Defendant, heretofore, on or about the      8 th    day of  August A.D.,  2004

in the County of Dallas and State of Texas, did unlawfully

**then and there intentionally and knowingly and recklessly cause bodily injury to another, namely:
DENCY LEYVA, hereinafter called complainant, by striking complainant's torso and arm with
defendant's hand,**

**and further, at the time of the offense, the complainant was a member of the defendant's family and
household,**

Against the peace and dignity of the state.

Sworn to and subscribed before me this the
13th day of AUg A.D., 2004

~~Gloria W. Alancha~~

Assistant Criminal District Attorney of
Dallas County, Texas

       }    /A Jmun 53/2

                                  Affiant.

       PINK


TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE